UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-03005 (JMC)<br><br>Judge Jia M. Cobb |

**PLAINTIFF'S MOTION FOR A PRELIMINARY
INJUNCTION AND SECTION 705 STAY**

Pursuant to Local Civil Rule 65.1(c), Plaintiff District of Columbia moves for a preliminary injunction enjoining the Defendants from:

1. Deploying National Guard troops to conduct law enforcement in the District of Columbia without the express consent of the Mayor;

2. Exercising command and control of out-of-state National Guard troops in Title 32 status pursuant to 32 U.S.C. § 502(f) in the District of Columbia, including by issuing operational orders to such troops or dictating their day-to-day operations;

3. Deputizing members of National Guard units deployed in or to the District of Columbia as Special Deputy U.S. Marshals;

4. Ordering that National Guard troops in the District of Columbia carry service weapons while conducting operations pursuant to the President's August 11 order; and

5. Placing Department of Defense (DOD) officials, including the Secretary of the Army, in operational command or control of Joint Task Force – District of Columbia, and otherwise permitting DOD officials to directly supervise or participate in law enforcement activities

conducted by National Guard units in the District of Columbia, until the Court can further consider the merits.

The District also moves for a stay of such actions pursuant to 5 U.S.C. § 705.

As set forth in more detail in the accompanying brief, Defendants' actions violate the Administrative Procedure Act, 5 U.S.C. § 500, *et seq.*, because they are contrary to law and arbitrary and capricious. Defendants' actions also violate the U.S. Constitution, including the Militia Clauses, the District Clause, the Take Care Clause, and separation of powers. And Defendants' actions exceed the scope of their authority and are *ultra vires*. The District will continue to suffer devastating and irreparable harms unless Defendants' unlawful actions are promptly enjoined. The public interest and balance of equities favor granting an injunction.

Pursuant to Local Civil Rule 7(m), the undersigned discussed the motion with opposing counsel, who stated that Defendants do not consent to the relief requested herein.

Dated: September 9, 2025            Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Mitchell P. Reich*
EMMA SIMSON (D.C. Bar No. 1026153)
ELIZA H. SIMON (D.C. Bar No. 90035651)
MITCHELL P. REICH (D.C. Bar No. 1044671)
Senior Counsels to the Attorney General

BENJAMIN MOSKOWITZ (D.C. Bar No. 1049084)
Assistant Deputy Attorney General
Legal Counsel Division

ALICIA M. LENDON (D.C. Bar No. 1765057)
Chief, Civil Rights and Elder Justice Section
Public Advocacy Division

PAMELA DISNEY (D.C. Bar No. 1601225)
ANDREW MENDRALA (D.C. Bar No. 1009841)

2

CHRISTOPHER PEÑA (D.C. Bar No. 888324806)
CHARLES SINKS (D.C. Bar No. 888273315)
HANNAH COLE-CHU (D.C. Bar No. 1613497)
Assistant Attorneys General
Office of the Attorney General for
the District of Columbia
400 6th Street NW, 10th Floor
Washington, D.C. 20001
Tel: (202) 279-1261
mitchell.reich@dc.gov

*Attorneys for the District of Columbia*