# EXHIBIT A

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, <br><br>        Plaintiff, <br><br>     v. <br><br> DONALD J. TRUMP, *et al.*, <br><br>        Defendants. | Case No.: 1:25-cv-03005 (JMC) <br><br> Judge Jia M. Cobb |

## DECLARATION OF WILLIE HAYNES

I, Willie Haynes, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1.      My name is Willie Haynes. I am over the age of 18 and able to provide true and accurate testimony under oath.

2.      I am an Investigator with the Office of the Attorney General for the District of Columbia ("OAG").

3.      Exhibit 01 attached hereto is a true and accurate copy of Dep't of Defense Instruction No. 3025.21 (updated Feb. 8, 2019).

4.      Exhibit 02 attached hereto is a true and accurate copy of Memorandum from the Secretary of the Defense to the Secretary of the Army and the Secretary of the Air Force, "Supervision and Control of the National Guard of the District of Columbia" (Oct. 10, 1969).

5.      Exhibit 03 attached hereto is a true and accurate copy of Exec. Order No. 14333, titled "Declaring a Crime Emergency in the District of Columbia" (Aug. 11, 2025).

6.    Exhibit 04 attached hereto is a true and accurate copy of Exec. Order No. 14339, titled "Additional Measures To Address the Crime Emergency in the District of Columbia" (Aug. 25, 2025).

7.    Exhibit 05 attached hereto is a true and accurate copy of Attorney General Order No. 6370-2025 (Aug. 14, 2025).

8.    Exhibit 06 attached hereto is a true and accurate copy of Attorney General Order No. 6372-2025 (Aug. 15, 2025).

9.    Exhibit 07 attached hereto is a true and accurate copy of excerpts from the hearing transcript of the motions hearing held on August 15, 2025, in the case *District of Columbia v. Trump*, No. 25-2678 (D.D.C. Aug. 15, 2025).

10.    Exhibit 08 attached hereto is a true and accurate copy of the President's Memorandum for the Secretary of Defense, "Restoring Law and Order in the District of Columbia" (Aug. 11, 2025), captured from https://www.whitehouse.gov/presidential-actions/2025/08/restoring-law-and-order-in-the-district-of-columbia/ on September 5, 2025.

11.    Exhibit 09 attached hereto is a true and accurate copy of D.C. National Guard Permanent Order 25-223 (Aug. 11, 2025).

12.    Exhibit 10 attached hereto is a true and accurate copy of D.C. National Guard press release, "D.C. National Guard Activated to Support Law Enforcement in District of Columbia (Aug. 23, 2025), captured from https://dc.ng.mil/Public-Affairs/News-Release/Article/4284259/dc-national-guard-activated-to-support-law-enforcement-in-district-of-columbia/ on September 5, 2025.

13.    Exhibit 11 attached hereto is a true and accurate copy of a press release from the Office of the Governor of Ohio, Governor DeWine Issues Statement on Ohio National Guard

(Aug. 16, 2025), captured from https://governor.ohio.gov/media/news-and-media/governor-dewine-issues-statement-on-ohio-national-guard on September 5, 2025.

14.    Exhibit 12 attached hereto is a true and accurate copy of a press release from the Office of the Governor of South Carolina, Governor Henry McMaster Authorizes Deployment of National Guard to Washington, D.C. (Aug. 16, 2025), captured from https://governor.sc.gov/news/2025-08/gov-henry-mcmaster-authorizes-deployment-national-guard-washington-dc on September 5, 2025.

15.    Exhibit 13 attached hereto is a true and accurate copy of a press release from the Office of the Governor of West Virginia, West Virginia National Guard to Support President Trump's Initiative to Make D.C. Safe and Beautiful (Aug. 16, 2025), captured from https://governor.wv.gov/article/west-virginia-national-guard-support-president-trumps-initiative-make-dc-safe-and-beautiful on September 5, 2025.

16.    Exhibit 14 attached hereto is a true and accurate copy of a post to the X (formerly Twitter) account of Louisiana Governor Jeff Landry (@LAGovJeffLandry) (Aug. 18, 2025), captured from https://x.com/LAGovJeffLandry/status/1957549092562956743 on September 5, 2025.

17.    Exhibit 15 attached hereto is a true and accurate copy of a press release from the Louisiana National Guard, La. National Guard Military Police to assist in Washington, D.C. (Aug. 18, 2025), captured from https://geauxguard.la.gov/2025/08/18/la-national-guard-military-police-to-assist-in-washington-d-c/ on September 5, 2025.

18.    Exhibit 16 attached hereto is a true and accurate copy of a press release from the Office of the Governor of Mississippi, Governor Reeves Statement on Mississippi National Guard Deployment to Washington, D.C. (Aug. 18, 2025), captured from

3

https://governorreeves.ms.gov/governor-reeves-statement-on-mississippi-national-guard-deployment-to-washington-d-c/ on September 5, 2025.

19.     Exhibit 17 attached hereto is a true and accurate copy of a press release from the Office of the Governor of Georgia, Gov. Kemp: Georgia Guard to Support D.C. Public Safety Mission (Sep. 5, 2025), captured from https://gov.georgia.gov/press-releases/2025-09-05/gov-kemp-georgia-guard-support-dc-public-safety-mission on September 5, 2025.

20.     Exhibit 18 attached hereto is a true and accurate copy of a press release from the Office of the Governor of South Dakota, Gov. Rhoden Mobilizes SDNG to DC at the Request of President     Trump     (Aug.     31,     2025),     captured     from https://news.sd.gov/news?id=news_kb_article_view&sys_id=62fdcf1f47e7aa10701588ff336d43 ea on September 5, 2025.

21.     Exhibit 19 attached hereto is a true and accurate copy of a press release from the D.C. National Guard, Guard Members From Six States, D.C. on Duty in Washington in Support of     Local,     Fed     Authorities     (Aug.     29,     2025),     captured     from https://www.nationalguard.mil/News/Article-View/Article/4290072/guard-members-from-six-states-dc-on-duty-in-washington-in-support-of-local-fed/ on September 5, 2025.

22.     Exhibit 20 attached hereto is a true and accurate copy of a press release from the D.C. National Guard, National Guard authorized to carry weapons in support of law enforcement (Aug.     23,     2025),     captured     from     https://dc.ng.mil/Public-Affairs/News-Release/Article/4284293/national-guard-authorized-to-carry-weapons-in-support-of-law-enforcement/ on September 5, 2025.

23.     Exhibit 21 attached hereto is a true and accurate copy of a Memorandum from Daniel P. Driscoll, Secretary of the Army, for Interim Commanding General, District of Columbia

4

National Guard, "Extension of 11 August 2025, Mobilization of D.C. National Guard" (Sept. 3, 2025).

24.    Exhibit 22 attached hereto is a true and accurate copy of a webpage from the Defense Visual Information Distribution Service including a photograph dated August 15, 2025 with a caption stating, "Jeryl Isaac, Chief Deputy U.S. Marshal, deputizes Brig. Gen. Leland Blanchard II, interim commanding general of the District of Columbia National Guard, Command Sgt. Maj. Ronald L. Smith, senior enlisted leader to the commanding general, and other Guard members at the D.C. Armory, Aug. 15, 2025," captured from https://www.dvidshub.net/image/9260085/dc-national-guard-leaders-deputized-dc-safe-and-beautiful-task-force on September 5, 2025.

25.    Exhibit 23 attached hereto is a true and accurate copy of a webpage from the Defense Visual Information Distribution Service including a photograph dated August 19, 2025 with a caption stating, "U.S. Soldiers from the West Virginia National Guard are deputized at the D.C. Armory as part of D.C. Safe and Beautiful Task Force, Washington, D.C., Aug. 19, 2025," captured from https://www.dvidshub.net/image/9266129/dc-safe-and-beautiful-task-force on September 5, 2025.

26.    Exhibit 24 attached hereto is a true and accurate copy of a webpage from the Defense Visual Information Distribution Service including a photograph dated August 19, 2025 with a caption stating, "U.S. Army Soldiers from the West Viginia and South Carolina National Guards are deputized at the D.C. Armory in Washington, D.C., Aug. 19, 2025. Guard members were activated under the Joint Task Force–District of Columbia as part of the D.C. Safe and Beautiful Task Force to support District and federal partners in safeguarding property and ensuring

the functions of government," captured from https://www.dvidshub.net/image/9268723/dc-safe-and-beautiful-task-force on September 5, 2025.

27.    Exhibit 25 attached hereto is a true and accurate copy of a webpage from the Defense Visual Information Distribution Service including a photograph dated August 19, 2025 with a caption stating, "U.S. Soldiers from the Ohio and Tennessee National Guard are deputized at the D.C. Armory as part of D.C. Safe and Beautiful Task Force, Washington, D.C., Aug. 21, 2025," captured from https://www.dvidshub.net/image/9270341/dc-safe-and-beautiful-task-force on September 5, 2025.

28.    Exhibit 26 attached hereto is a true and accurate copy of a webpage from the Defense Visual Information Distribution Service including a photograph dated August 25, 2025 with a caption stating, "U.S. Soldiers with the Louisiana National Guard recite the oath to become deputized in support of law enforcement partners as part of the Joint Task Force – District of Columbia on Joint Base Anacostia-Bolling Aug. 25 2025," captured from https://www.dvidshub.net/image/9276503/louisiana-national-guard-soldiers-deputized-support-jtf-dc on September 5, 2025.

29.    Exhibit 27 attached hereto is a true and accurate copy of a webpage from the Defense Visual Information Distribution Service including a photograph dated August 25, 2025 with a caption stating, "U.S. assigned to the West Virginia National Guard, recite the oath to become deputized to support to Joint Task Force – District of Columbia at Joint Base Anacostia-Bolling Aug. 25," captured from https://www.dvidshub.net/image/9276236/west-virginia-national-guard-deputized-jtf-dc on September 5, 2025.

30.    Exhibit 28 attached hereto is a true and accurate copy of USMS Policy Directive 17.11 (Oct. 7, 2020).

31.    Exhibit 29 attached hereto is a true and accurate copy of Form USM-3B, Special Deputation Oath of Office, Authorization, and Appointment.

32.    Exhibit 30 attached hereto is a true and accurate copy of a Memorandum from Madison D. Sheahan, Deputy Director of U.S. Immigration and Customs Enforcement, "Discontinuation of Approval for ICE Authorized Officers to Carry All Models of SIG Sauer P320 and Direction to Purchase Glock 19s as Replacement Duty Handguns for Affected ICE Authorized Officers and All ICE Aos Moving Forward" (July 9, 2025).

33.    Exhibit 31 attached hereto is a true and accurate copy of a Memorandum from Gen. Thomas A. Bussiere, Commander, Air Force Global Strike Command, "Immediate Pause of M18 Modular Handgun System (MHS) Operations" (July 21, 2025).

34.    Exhibit 32 attached hereto is a true and accurate copy of a webpage by the D.C. National Guard titled "Joint Task Force (JTF)- DC" dated September 3, 2025 captured from https://dc.ng.mil/Domestic-Operations/Joint-Task-Force-JTF-District-of-Columbia-DC/    on September 6, 2025.

35.    Exhibit 33 attached hereto is a true and accurate copy of an article by Luke Garrett, *D.C. mayor defends capital's crime rates after Trump threatens to take over police*, NPR (Aug. 10, 2025), captured from https://www.npr.org/2025/08/10/g-s1-81933/d-c-mayor-defends-capitals-crime-rates-after-trump-threatens-to-take-over-police on September 6, 2025.

36.    Exhibit 34 attached hereto is a true and accurate copy of an article by Aaron Pellish, *Washington mayor calls Trump's police order 'unsettling and unprecedented'*, POLITICO (Aug. 11, 2025), captured from https://www.politico.com/news/2025/08/11/dc-mayor-trump-police-order-unsettling-unprecedented-00504209 on September 6, 2025.

37.     Exhibit 35 attached hereto is a true and accurate copy of a post to the X (formerly Twitter) account of Mayor Muriel Bowser (@MurielBowser), X (Aug. 16, 2025), captured from https://x.com/MurielBowser/status/1956891644076154962 on September 6, 2025.

38.     Exhibit 36 attached hereto is a true and accurate copy of an article by Mark Sherman et al., 'Leave Our Kids Alone': *Schools Reopen in DC With Parents on Edge over Trump's Armed Patrols*, Military.com (Aug. 25, 2025), captured from https://www.military.com/daily-news/2025/08/25/leave-our-kids-alone-schools-reopen-dc-parents-edge-over-trumps-armed-patrols.html on September 6, 2025.

39.     Exhibit 37 attached hereto is a true and accurate copy of a post to the X (formerly Twitter) account of Mayor Muriel Bowser (@MurielBowser), X (Aug. 27, 2025), captured from https://x.com/MayorBowser/status/1960777484510880111 on September 6, 2025.

40.     Exhibit 38 attached hereto is a true and accurate copy of a letter from Attorney General Brian Schwalb to Louisiana Governor Jeff Landry dated August 20, 2025.

41.     Exhibit 39 attached hereto is a true and accurate copy of a letter from Attorney General Brian Schwalb to Mississippi Governor Tate Reeves dated August 20, 2025.

42.     Exhibit 40 attached hereto is a true and accurate copy of a letter from Attorney General Brian Schwalb to South Carolina Governor Henry McMaster dated August 20, 2025.

43.     Exhibit 41 attached hereto is a true and accurate copy of a letter from Attorney General Brian Schwalb to Tennessee Governor Bill Lee dated August 20, 2025.

44.     Exhibit 42 attached hereto is a true and accurate copy of a letter from Attorney General Brian Schwalb to West Virginia Governor Patrick Morrissey dated August 20, 2025.

45.     Exhibit 43 attached hereto is a true and accurate copy of a letter from Attorney General Brian Schwalb to Ohio Governor Mike DeWine dated August 20, 2025.

46.    Exhibit 44 attached hereto is a true and accurate copy of a letter from Attorney General Brian Schwalb to Secretary of the Army Daniel Driscoll dated August 20, 2025.

47.    Exhibit 45 attached hereto is a true and accurate copy of an email from Chief Deputy Attorney General of Tennessee Lacey E. Mase to Chief Deputy Attorney General of the District of Columbia Seth Rosenthal to Secretary of the Army Daniel Driscoll dated August 22, 2025.

48.    Exhibit 46 attached hereto is a true and accurate copy of an article by the Associated Press, *National Guard troops from Tennessee authorized by governor to patrol D.C.* streets, NewsChannel9 (Aug. 19, 2025), captured from https://newschannel9.com/news/local/national-guard-troops-from-tennessee-authorized-by-governor-to-patrol-dc-streets on September 6, 2025.

49.    Exhibit 47 attached hereto is a true and accurate copy of an article by Peter Hirschfeld, *Phil Scott rejects second request to deploy Vermont National Guard, this time to Washington, D.C.*, Vermont Public (Aug. 15, 2025), captured from https://www.vermontpublic.org/local-news/2025-08-15/phil-scott-rejects-request-deploy-vermont-national-guard-washington-d-c on September 6, 2025.

50.    Exhibit 48 attached hereto is a true and accurate copy of an article by Todd Bookman, S*ig Sauer Guns Hanging on Soldiers' Hips May Be Firing Without Trigger Pull*, NPR (July 24, 2024), captured from https://www.npr.org/2024/07/26/nx-s1-5023043/sig-sauer-guns-military-new-hampshire-investigation on September 6, 2025.

51.    Exhibit 49 attached hereto is a true and accurate copy of a webpage by the D.C. National Guard titled "Joint Task Force (JTF)-DC" dated September 7, 2025 captured from https://dc.ng.mil/Domestic-Operations/Joint-Task-Force-JTF-District-of-Columbia-DC/    on September 8, 2025.

52.     Exhibit 50 attached hereto is a true and accurate copy of an article by C. Todd Lopez, *National Guard Task Force Mobilizes to Restore Safety in Nation's Capital*, Department of Defense (Aug. 11, 2025), captured from https://www.war.gov/News/News-Stories/Article/Article/4271502/national-guard-task-force-mobilizes-to-restore-safety-in-nations-capital/ on September 8, 2025.

53.     Exhibit 51 attached hereto is a true and accurate copy of a press release by the Air Force Global Strike Command, *AFGSC Completes M18 Handgun Inspection, Returns to Service*, Air Force Global Strike Command (Aug. 24, 2025), captured from https://www.afgsc.af.mil/News/Article-Display/Article/4284351/afgsc-completes-m18-handgun-inspection-returns-to-service/ on September 9, 2025.

54.     Exhibit 52 attached hereto is a true and accurate copy of an article by Sgt. Kalina Hyche, *Tennessee National Guard Sustains DC Safe and Beautiful Mission*, U.S. Army (Sept. 8, 2025), captured from https://www.army.mil/article/288327/tennessee_national_guard_sustains_dc_safe_and_beautiful_mission on September 9, 2025.

55.     Exhibit 53 attached hereto is a true and accurate copy of a post to the X (formerly Twitter) account of the U.S. Army (@USArmy) (Sep. 8, 2025), captured from https://x.com/USArmy/status/1965112966195359126 on September 9, 2025.

56.     Exhibit 54 attached hereto is a true and accurate copy of a post to the X (formerly Twitter) account of the D.C. National Guard (@DCGuard1802) (Sep. 7, 2025), captured from https://x.com/DCGuard1802/status/1964650073528418732 on September 9, 2025.

57.     On September 9, 2025, I reviewed a video posted to Facebook.com by the D.C. National Guard at the following url:  https://www.facebook.com/reel/1282999120241434. The

video includes the following caption, "Spc. Brycen Nelson of the West Virginia National Guard used his American Sign Language skills to help a hearing impaired victim in Washington, D.C. after an attempted robbery. Military skillset expertise paired with unique skills learned from civilian jobs is something our Guard members are using every day to keep #DCSafe. #AlwaysReadyAlwaysThere." In the video, Spc. Nelson states:

> I was able to use the sign language I picked up working at jail back home to get this woman to safety and help her out. We walked up and we saw these two people fighting over a bag, and we got them separated, and the woman came to us, and the female was trying to break down what was going on, but she was deaf. She was mostly using sign language, so I was able to spell out enough to figure out what was going on. I got her to a safe location right there at the police station. It feels good being able to use my real-life skills out here to help the public in D.C.

58.    On September 9, 2025, I reviewed a video posted to a webpage titled "Joint Task Force DC patrols at Union Station" dated August 31, 2025 and posted by the Defense Visual Information Distribution Service at the following url: https://www.dvidshub.net/video/975780/joint-task-force-dc-patrols-union-station. The video depicts a uniformed National Guard Private First Class who states the following:

> It's my first time in D.C. It is a lovely and beautiful city. So our mission here today is to support the D.C. police, and we are patrolling Union Station. So at first we were getting a lot of heckling. They were not very happy to see us here. I can understand how we would come across as threatening. We are wearing firearms and protective armor. We want to defend everyone's freedom of speech. It's great being out here, and it's great seeing people protest in this way. It's not something I

get to see a lot of in my hometown. Baton Rouge, Louisiana. The defense of the Constitution is top priority. We're here to make sure that you can do and protest as you please, and that you're protected while you're doing it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2025.

WILLIE HAYNES

# EXHIBIT

# 01



# Department of Defense
# **INSTRUCTION**

**NUMBER** 3025.21
February 27, 2013
Incorporating Change 1, Effective February 8, 2019

USD(P)

SUBJECT:    Defense Support of Civilian Law Enforcement Agencies

References:    See Enclosure 1

1. <u>PURPOSE</u>.  In accordance with the authority in DoD Directive (DoDD) 5111.1 and Deputy Secretary of Defense Memorandum (References (a) and (b)), this Instruction:

   a.  Establishes DoD policy, assigns responsibilities, and provides procedures for DoD support to Federal, State, tribal, and local civilian law enforcement agencies, including responses to civil disturbances within the United States, including the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any territory or possession of the United States or any other political subdivision thereof in accordance with DoDD 3025.18 (Reference (c)).

   b.  Prescribes the regulations required by section 275 of title 10, United States Code (U.S.C.) (Reference (d)).

   c.  Incorporates and cancels DoDDs 3025.12, 5525.5, and 5030.46 (References (e), (f), and (g)).

2. <u>APPLICABILITY</u>.  This Instruction:

   a.  Applies to OSD, the Military Departments, the Office of the Chairman of the Joint Chiefs of Staff (CJCS) and the Joint Staff, the Combatant Commands, the Defense Agencies, the DoD Field Activities, and all other organizational entities within the DoD (hereinafter referred to collectively as the "DoD Components").

   b.  Applies to the Office of the Inspector General of the Department of Defense (IG, DoD) only to the extent that this Instruction does not conflict with any of the duties and responsibilities assigned to the IG, DoD pursuant to section 8(g) of Appendix, title 5, United States Code (U.S.C.) (also known as "The Inspector General Act of 1978, as amended" (Reference (h))).

c. Governs all DoD Component planning for and participation in Defense support of civilian law enforcement activities, including domestic emergencies and civil disturbance operations (CDO) (formerly referred to as "military assistance for civil disturbances").

d. Applies to National Guard (NG) personnel in Reference (d) status only.

e. Applies to civilian employees of the DoD Components and the activities of DoD contractors performed in support of the DoD Components.

f. Does not apply to:

   (1) Counternarcotics activities.

   (2) Assistance to foreign law enforcement officials.

   (3) The Defense Intelligence and Counterintelligence Components, when providing intelligence assistance to civilian law enforcement activities in accordance with paragraph 2.6. of Executive Order 12333 (Reference (i)) and Procedure 12 of DoD 5240.1-R (Reference (j)).

   (4) Requests for sensitive support, which are governed by DoDD S-5210.36 (Reference (k)).

   (5) NG personnel in State active duty or title 32, U.S.C. (Reference (l)), status.

   (6) Maritime Homeland Security Operations, defined as time-critical requests by the United States Coast Guard for short duration (less than 48 hours) DoD support in countering an immediate maritime security threat, that are governed by the DoD-Department of Homeland Security Memorandum of Agreement for Department of Defense Support to the United States Coast Guard for Maritime Homeland Security (Reference (m)).

   (7) Aircraft piracy operations conducted pursuant to Reference (d).


3. DEFINITIONS.  See Glossary.


4. POLICY.  It is DoD policy that:

a. DoD shall be prepared to support civilian law enforcement agencies consistent with the needs of military preparedness of the United States, while recognizing and conforming to the legal limitations on direct DoD involvement in civilian law enforcement activities.

b. Support of civilian law enforcement agencies by DoD personnel shall be provided in accordance with sections 112, 351, 831, 1116, 1751, and 1385 (also known and hereinafter referred to as "The Posse Comitatus Act, as amended") of title 18, U.S.C. (Reference (n)); chapter 18 of Reference (d); section 1970 of title 2, U.S.C. (Reference (o)) (for support to the

U.S. Capitol Police); and other Federal laws, including those protecting the civil rights and civil liberties of individuals, as applicable.

    c.  The restrictions in paragraph 1.c. of Enclosure 3 of this Instruction shall apply to all actions of DoD personnel worldwide.

    d.  Exceptions, based on compelling and extraordinary circumstances, may be granted to the restrictions in paragraph 1.c. of Enclosure 3 of this Instruction for assistance to be provided outside the United States; only the Secretary of Defense or Deputy Secretary of Defense may grant such exceptions.

    e.  Requests for law enforcement support shall be evaluated using the criteria in Reference (c).

    f.  The ASD(HD&GS) may approve requests for DoD support of civilian law enforcement actions in accordance with Paragraph 4.s above the signature of Reference (c).

5.  <u>RESPONSIBILITIES</u>.  See Enclosure 2.

6.  <u>PROCEDURES</u>.  See Enclosures 3 through 9.  See Enclosure 4 for specific guidance for CDO.

7.  <u>RELEASABILITY</u>.  UNLIMITED.  This Instruction is approved for public release and is available on the DoD Issuances Website at https://www.esd.whs.mil/DD/.

8.  <u>SUMMARY OF CHANGE 1</u>.  The changes to this issuance are administrative and:

    a.  Update organizational titles and references for accuracy.

    b.  Align policy with the existing policy in Reference (c).

    c.  Update permissible direct assistance (see Enclosure 3) in accordance with DoD Instruction (DoDI) 5505.03 (Reference (p)).

*DoDI 3025.21, February 27, 2013*

9.  <u>EFFECTIVE DATE</u>.  This Instruction is effective February 27, 2013.



James N. Miller
Under Secretary of Defense for Policy

Enclosures
    1.  References
    2.  Responsibilities
    3.  Participation of DoD Personnel in Civilian Law Enforcement Activities
    4.  DoD Support of CDO
    5.  Domestic EOD Support of Civilian Law Enforcement Agencies
    6.  Domestic Terrorism Incident Support
    7.  Use of Information Collected During DoD Operations
    8.  Use of DoD Equipment and Facilities
    9.  Funding
Glossary

Change 1, 02/08/2019

## TABLE OF CONTENTS

ENCLOSURE 1:  REFERENCES ........................................................................................7

ENCLOSURE 2:  RESPONSIBILITIES .............................................................................10

    UNDER SECRETARY OF DEFENSE FOR POLICY (USD(P)) ..........................................10
    ASSISTANT SECRETARY OF DEFENSE FOR HOMELAND DEFENSE
        AND GLOBAL SECURITY (ASD(HD&GS)) ................................................................10
    USD(I) ............................................................................................................................11
    IG, DoD ..........................................................................................................................11
    UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
        (USD(P&R)) ...............................................................................................................11
    ASD (M&RA) ...................................................................................................................12
    HEADS OF THE DoD COMPONENTS ..............................................................................12
    SECRETARIES OF THE MILITARY DEPARTMENTS ........................................................12
    CJCS .............................................................................................................................13
    COMMANDERS OF THE COMBATANT COMMANDS WITH DSCA
        RESPONSIBILITIES ....................................................................................................13
    COMMANDERS OF UNITED STATES NORTHERN COMMAND (USNORTHCOM),
        UNITED STATES INDO-PACIFIC COMMAND (USINDOPACOM), AND UNITED
        STATES SPECIAL OPERATIONS COMMAND (USSOCOM) ....................................14
    CHIEF, NGB ....................................................................................................................14

ENCLOSURE 3:  PARTICIPATION OF DoD PERSONNEL IN CIVILIAN LAW
    ENFORCEMENT ACTIVITIES .....................................................................................16

    GUIDING STATUTORY REQUIREMENTS AND SUPPORTING POLICIES .................16
        Statutory Restrictions ...............................................................................................16
        Permissible Direct Assistance ...................................................................................16
        Restrictions on Direct Assistance .............................................................................18
        Use of DoD Personnel to Operate or Maintain Equipment .....................................19
        Expert Advice ...........................................................................................................22
        Training ....................................................................................................................22
        Other Permissible Assistance ...................................................................................23
    EXCEPTIONS BASED ON STATUS .................................................................................23
    EXCEPTIONS BASED ON MILITARY SERVICE ..............................................................24
    MILITARY READINESS .................................................................................................24
    APPROVAL AUTHORITY ...............................................................................................24

ENCLOSURE 4:  DoD SUPPORT OF CDO ......................................................................26

    GUIDING STATUTORY REQUIREMENTS AND SUPPORTING POLICIES .................26
    DoD REQUIREMENTS ...................................................................................................27
    CDO PLANNING ............................................................................................................27

ROLE OF THE NG ...................................................................................................28
COOPERATION WITH CIVIL AUTHORITIES.......................................................28
APPROVAL AUTHORITY ......................................................................................29

ENCLOSURE 5:  DOMESTIC EOD SUPPORT OF CIVILIAN LAW ENFORCEMENT
    AGENCIES......................................................................................................30

GUIDING STATUTORY REQUIREMENTS AND SUPPORTING POLICIES.................30
DoD REQUIREMENTS............................................................................................30
PLANNING AND EXECUTION ...............................................................................32
COOPERATION WITH CIVIL AUTHORITIES.......................................................34

ENCLOSURE 6:  DOMESTIC TERRORISM INCIDENT SUPPORT ......................................35

DoD GUIDANCE.....................................................................................................35
REQUIREMENT FOR VOCAL ORDERS TO BE PUBLISHED ...............................35

ENCLOSURE 7:  USE OF INFORMATION COLLECTED DURING MILITARY
    OPERATIONS..................................................................................................36

ACQUISITION AND DISSEMINATION....................................................................36
MILITARY READINESS ..........................................................................................37

ENCLOSURE 8:  USE OF DoD EQUIPMENT AND FACILITIES ..........................................38

EQUIPMENT AND FACILITIES ..............................................................................38
LIMITATIONS ON THE USE OF PERSONNEL .....................................................38
MILITARY READINESS ..........................................................................................38

ENCLOSURE 9:  FUNDING...................................................................................................40

GENERAL................................................................................................................40
PROCEDURAL REQUIREMENTS ...........................................................................40
PERSONNEL DUTY STATUS .................................................................................41

GLOSSARY ..........................................................................................................................42

PART I:  ABBREVIATIONS AND ACRONYMS ....................................................42
PART II:  DEFINITIONS.........................................................................................43

ENCLOSURE 1

REFERENCES

(a)  DoD Directive 5111.1, "Under Secretary of Defense for Policy (USD(P))," December 8, 1999

(b)  Deputy Secretary of Defense Memorandum, "Delegations of Authority," November 30, 2006

(c)  DoD Directive 3025.18, "Defense Support of Civil Authorities (DSCA)," December 29, 2010, as amended

(d)  Sections 251-254, 271-282 (chapter 15), 2576, 2667, and 9442 and chapters 47[1] and 1011 of title 10, United States Code

(e)  DoD Directive 3025.12, "Military Assistance for Civil Disturbances (MACDIS)," February 4, 1994 (hereby cancelled)

(f)  DoD Directive 5525.5, "DoD Cooperation with Civilian Law Enforcement Officials," January 15, 1986 (hereby cancelled)

(g)  DoD Directive 5030.46, "Assistance to the District of Columbia Government in Combating Crime," March 26, 1971 (hereby cancelled)

(h)  Section 8[2] of Appendix and section 552a[3] to title 5, United States Code

(i)  Executive Order 12333, "United States Intelligence Activities," as amended

(j)  DoD 5240.1-R, "Procedures Governing the Activities of DoD Intelligence Components that Affect United States Persons," December 1982, as amended

(k)  DoD Directive S-5210.36, "Provision of DoD Sensitive Support to DoD Components and Other Departments and Agencies of the U.S. Government (U)," November 6, 2008, as amended

(l)  Section 502 of title 32, United States Code

(m)  Memorandum of Agreement Between the Department of Defense and the Department of Homeland Security for Department of Defense Support to the United States Coast Guard for Maritime Homeland Security, April 5, 2006

(n)  Title 18, United States Code

(o)  Section 1970 of title 2, United States Code

(p)  DoD Instruction 5505.03, "Initiation of Investigations by Defense Criminal Investigative Organizations," February 13, 2017, as amended.

(q)  DoD Directive 5111.13, "Assistant Secretary of Defense for Homeland Defense and Global Security (ASD(HD&GS))," March 23, 2018

(r)  DoD Directive 5106.01, "Inspector General of the Department of Defense (IG DoD)," April 20, 2012, as amended

(s)  DoD Directive 1322.18, "Military Training," January, 13, 2009, as amended

(t)  DoD Directive 5105.77, "National Guard Bureau (NGB)," October 30, 2015, as amended

(u)  DoD Instruction 5525.07, "Implementation of the Memorandum of Understanding (MOU) Between the Departments of Justice (DoJ) and Defense Relating to the Investigation and Prosecution of Certain Crimes," June 18, 2007

---

[1] Also known as "the Uniform Code of Military Justice"
[2] Also known as "the Inspector General Act of 1978, as amended"
[3] Also known as "The Privacy Act of 1974, as amended"

(v)    Memorandum of Agreement Between the Attorney General and the Secretary of Defense, "Agreement Governing the Conduct of Defense Department Counterintelligence Activities in Conjunction with the Federal Bureau of Investigation," April 5, 1979, and its supplement, "Coordination of Counterintelligence Matters Between FBI and DoD," June 3 and June 20, 1996

(w)    Sections 23, 78, 593, and 1861(a)[4] of title 16, United States Code

(x)    Public Law 94-524, "The Presidential Protection Assistance Act of 1976," October 17, 1976, as amended

(y)    Sections 408 and 461-462 of title 22, United States Code

(z)    Section 180 of title 25, United States Code

(aa)   Sections 97, 1989, and 5121-5207[5] of title 42, United States Code

(ab)   DoD Instruction 6200.03, "Public Health Emergency Management Within the Department of Defense," March 5, 2010, as amended

(ac)   Section 1065 of title 43, United States Code

(ad)   Sections 1418, 1422, and 1591 of title 48, United States Code

(ae)   Section 220 of title 50, United States Code

(af)   Secretaries of the Departments of Defense, Interior, and Transportation; Administrator of the National Aeronautics and Space Administration; and Chair of the Federal Communications Commission; "National Search and Rescue Plan of the United States," January 2007, as amended

(ag)   DoD Instruction 3003.01, "DoD Support to Civil Search and Rescue (SAR)," September 26, 2011

(ah)   DoD Instruction 5525.13, "Limitation of Authority to Deputize DoD Uniformed Law Enforcement Personnel by State and Local Governments," September 28, 2007

(ai)   DoD Directive 5210.56, "Arming and the Use of Force," November 18, 2016

(aj)   Chairman of the Joint Chiefs of Staff Instruction 3121.01B, "Standing Rules of Engagement/Standing Rules for the Use of Force for U.S. Forces," June 13, 2005

(ak)   DoD Instruction 4515.13, "Air Transportation Eligibility," January 22, 2016, as amended

(al)   Sections 801-904 and 951-971 of title 21, United States Code

(am)   Sections 1324-1328 of title 8, United States Code

(an)   Section 1401 of title 19, United States Code

(ao)   Chapter 705 of title 46, United States Code

(ap)   Deputy Secretary of Defense Memorandum, "DoD Training Support to U.S. Civilian Law Enforcement Agencies," June 29, 1996[6]

(aq)   Deputy Secretary of Defense Memorandum, "Request for Exception to Policy," November 12, 1996[7]

(ar)   DoD Directive 5240.01, "DoD Intelligence Activities," August 27, 2007, as amended

(as)   DoD Directive 5111.10, "Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict (ASD(SO/LIC))," March 22, 1995, as amended

---

[4] Section 1861(a) is part of "The Fishery Conservation and Management Act of 1976, as amended" -- Public Law 94-265, approved April 13, 1976; 16 U.S.C. 1801-1882; 90 Stat. 331; as amended.

[5] Also known as "The Robert T. Stafford Disaster Relief and Emergency Assistance Act of 1988, as amended" ("the Stafford Act")

[6] Available from OASD(HD&GS)/Room 3D247, 2600 Defense Pentagon, Washington, D.C. 20301

[7] Available from OASD(HD&GS)/Room 3D247, 2600 Defense Pentagon, Washington, D.C. 20301

(at) Parts 260-270 of title 40, Code of Federal Regulations, Hazardous Waste Management System: General

(au) DoD Manual 6055.09, Volume 3, "DoD Ammunition and Explosives Safety Standards: General Quantity-Distance Criteria for Accidental Detonations," February 29, 2008, as amended

(av) DoD Directive 3025.13, "Employment of DoD Capabilities in Support of the U.S. Secret Service (USSS), Department of Homeland Security (DHS)," October 8, 2010, as amended

(aw) DoD Manual 5100.76, "Physical Security of Sensitive Conventional Arms, Ammunitions, and Explosives (AA&E)," April 17, 2012, as amended

(ax) National Telecommunications and Information Administration, Manual of Regulations and Procedures for Federal Radio Frequency Management, May 2012 Revision of the January 2008 Edition[8]

(ay) DoD Instruction 5160.68, Single Manager for Conventional Ammunition (SMCA): Responsibilities of the SMCA, the Military Services, and the United States Special Operations Command (USSOCOM), December 29, 2008, as amended

(az) DoD Instruction 6055.17, "DoD Emergency Management (EM) Program," February 13, 2017, as amended

(ba) DoD 5400.11-R, "Department of Defense Privacy Program," May 14, 2007

(bb) DoD Directive 5200.27, "Acquisition of Information Concerning Persons and Organizations not Affiliated with the Department of Defense," January 7, 1980

(bc) DoD Directive 5400.11, "DoD Privacy Program," October 29, 2014

(bd) Sections 1535[9] and 6501-6508[10] of title 31, United States Code

(be) Title 40, United States Code (also known as "The Federal Property and Administrative Services Act of 1949, as amended")

(bf) Title 41, United States Code

(bg) Chapters 21, 25, 29, and 31 of title 44, United States Code

(bh) DoD Instruction 4165.70, "Real Property Management," April 6, 2005, as amended

(bi) DoD Directive 5410.12, "Economic Adjustment Assistance to Defense-Impacted Communities," July 5, 2006

(bj) DoD 7000.14-R, "Department of Defense Financial Management Regulations (FMRs)," Volumes 1-15, date varies per volume

(bk) Office of the Chairman of the Joint Chiefs of Staff, "DoD Dictionary of Military and Associated Terms," current edition

---

[8] http://www.ntia.doc.gov/page/2011/manual-regulations-and-procedures-federal-radio-frequency-management-redbook
[9] Also known as "The Economy Act of 1932, as amended" ("the Economy Act")
[10] Also known as "The Intergovernmental Cooperation Act of 1968, as amended"

ENCLOSURE 2

RESPONSIBILITIES


1.  UNDER SECRETARY OF DEFENSE FOR POLICY (USD(P)).  The USD(P) shall establish DoD policy governing defense support of civilian law enforcement agencies and facilitate the coordination of that policy with Federal departments and agencies; State, local, and tribal agencies; and the DoD Components, as appropriate.


2.  ASSISTANT SECRETARY OF DEFENSE FOR HOMELAND DEFENSE AND GLOBAL SECURITY AFFAIRS (ASD(HD&GS)).  The ASD(HD&GS), under the authority, direction, and control of the USD(P) and in accordance with DoDD 5111.13 (Reference (q)), shall develop, coordinate, recommend, and supervise the implementation of policy for defense support of civilian law enforcement agencies and defense support of civil authorities (DSCA), including law enforcement support activities.  In executing this responsibility for DoD law enforcement support activities, the ASD(HD&GS) shall:

    a.  Develop procedures and issue appropriate direction as necessary for defense support of civilian law enforcement agencies in coordination with the General Counsel of the Department of Defense, and in consultation with the Attorney General of the United States (AG), as appropriate, and in accordance with responsibilities assigned in References (c) and (q).  This includes tasking the DoD Components to plan for and commit DoD resources in response to requests from civil authorities for CDO (such a commitment of DoD resources for CDO must be authorized by the President of the United States and directed by the Secretary of Defense).

    b.  Serve as the principal point of contact between DoD and the Department of Justice for planning and executing CDO.

    c.  Coordinate with civilian law enforcement agencies on policies to further DoD cooperation with civilian law enforcement agencies.

    d.  Provide guidance for the use of Reserve Component personnel in support of civilian law enforcement agencies, in coordination with the Secretaries of the Military Departments and the Assistant Secretary of Defense for Manpower and Reserve Affairs (ASD(M&RA)), and with the Chief, National Guard Bureau (NGB), as appropriate.  This will include guidance for use by approving authorities in evaluating the effect on military preparedness of requests for civilian law enforcement assistance that may involve use of the Reserve Components.

    e.  Assist in the development of policy regulating plans, procedures, and requirements of the DoD Components with authority over defense resources that may be employed to provide law enforcement support.

    f.  Inform the ASD(M&RA) of all requests for assistance by civilian law enforcement agencies that may be met using Reserve Component personnel and resources.

(1)  Inform the Chief, NGB of all requests for assistance by civilian law enforcement agencies that may be met using NG personnel.

(2)  Coordinate with the ASD(M&RA) and others as appropriate regarding duty status policies (e.g., performance of duty pursuant to sections 251-254 and 271-282 of Reference (d)).

g.  Coordinate with the CJCS in advance of the commitment of any Federal military forces.

h.  Coordinate with the Under Secretary of Defense (Comptroller)/Chief Financial Officer, Department of Defense, when providing assistance to civilian law enforcement agencies to ensure an appropriate funding approach in accordance with Enclosure 9 of this Instruction.

i.  In coordination with the Under Secretary of Defense for Intelligence (USD(I)), the CJCS, the Commanders of the Combatant Commands with DSCA responsibilities, and the Secretaries of the Military Departments, establish protocols and guidance for ensuring that the needs of civilian law enforcement officials for information are taken into account in the planning and execution of military training and operations.

j.  Ensure, in coordination with the ASD for Special Operations and Low-Intensity Conflict (SO/LIC), the proper use of electronic counter-measures (ECM) by or in support of DoD explosive ordnance disposal (EOD) personnel when supporting civil authorities is addressed in interagency agreements and contingency plans.

k.  Approve requests for DoD support of civilian law enforcement agencies in accordance with Reference (c).

3.  <u>USD(I)</u>.  The USD(I) shall:

a.  Establish DoD processes and procedures to provide support to civilian law enforcement officials with Defense Intelligence Component resources in accordance with appropriate statutory authorities and DoD and Intelligence Community policy.

b.  Facilitate consultation on DoD policy regarding intelligence support of law enforcement officials, with appropriate Federal departments and agencies; State, local, and tribal agencies; and the DoD Components.

4.  <u>IG, DoD</u>.  The IG, DoD, shall issue guidance on cooperation with civilian law enforcement officials with respect to audits and investigations conducted, supervised, monitored, or initiated pursuant to DoDD 5106.01 (Reference (r)).

5.  <u>UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS (USD(P&R))</u>.  The USD(P&R) shall monitor and oversee the development of integrated training

capabilities related to defense support to civilian law enforcement officials and the integration of these training capabilities into exercises and training to build, sustain, and assess readiness in accordance with DoDD 1322.18 (Reference (s)).

6. <u>ASD(M&RA)</u>.  The ASD(M&RA), under the authority, direction, and control of the USD(P&R), shall assist the ASD(HD&GS) in the development of guidance for use by approving authorities in evaluating the effect on military preparedness of requests for civilian law enforcement assistance that may involve use of the Reserve Components.

7. <u>HEADS OF THE DoD COMPONENTS</u>.  The Heads of the DoD Components shall:

   a.  Strictly comply with and disseminate throughout their Components the guidance issued by the ASD(HD&GS) pursuant to section 2 of this enclosure.

   b.  Identify appropriate resources for civilian law enforcement support that are consistent with law and DoD policy to carry out the intent of this Instruction.

   c.  Review training and operational programs to determine how and where assistance can best be provided to civilian law enforcement officials, consistent with the responsibilities established in this enclosure.  This review should include recommendations regarding activities for which reimbursement could be waived in accordance with section 2 of Enclosure 9.

   d.  Issue implementing guidance, in coordination with the ASD(HD&GS), incorporating the procedures in this Instruction, including:

      (1)  Procedures for prompt transfer of relevant information to law enforcement agencies.

      (2)  Procedures for establishing local contact points in subordinate commands for purposes of coordination with Federal, State, tribal, and local civilian law enforcement officials.

      (3)  Guidelines for evaluating requests for assistance in terms of effect on military preparedness of the United States.

   e.  Inform the CJCS of all requests requiring approval of the ASD(HD&GS) or the Secretary of Defense, in accordance with this Instruction.

8. <u>SECRETARIES OF THE MILITARY DEPARTMENTS</u>.  The Secretaries of the Military Departments, in addition to the responsibilities in section 7 of this enclosure, shall:

   a.  Provide resources to the DoD Components, consistent with DoD policies, goals, and objectives, to carry out the purpose of this Instruction.

b.  Coordinate with the Commanders of the Combatant Commands with DSCA responsibilities to ensure that the needs of civilian law enforcement officials for information are taken into account in the planning and execution of military training and operations.

9.  <u>CJCS</u>.  The CJCS, in addition to the responsibilities in section 7 of this enclosure, shall:

a.  Assist the ASD(HD&GS) in developing recommendations for responding to requests for CDO and developing interagency policies on CDO.

b.  Develop processes to evaluate the effect of requests for civilian law enforcement assistance on military preparedness of the United States.

c.  Advise the Secretary of Defense, ASD(HD&GS), or Heads of the DoD Components, upon request, on the effect on military preparedness of the United States of any request for defense assistance with respect to CDO.

10.  <u>COMMANDERS OF THE COMBATANT COMMANDS WITH DSCA RESPONSIBILITIES</u>.  The Commanders of the Combatant Commands with DSCA responsibilities, through the CJCS, shall, in addition to the responsibilities in section 7 of this enclosure:

a.  Provide support of civilian law enforcement authorities as directed by the Secretary of Defense.

b.  Implement the provisions of this Instruction in appropriate training and exercises.

c.  When designated as a supported commander, coordinate with supporting DoD Components all reimbursement for assistance provided under the provisions of this Instruction.

d.  When designated as a supported commander, coordinate with the CJCS, the ASD(HD&GS), and the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict (ASD(SO/LIC)) (for the employment of special operations forces) for all military preparations and operations, including the employment of Federal military forces as requested by the AG and approved by the Secretary of Defense, as a result of any domestic emergency, including a terrorist incident, civil disturbance, or a natural disaster.  Commanders shall observe all such law enforcement policies as the AG may determine appropriate.

e.  For a terrorist incident having the potential for a request for military assistance by mutual agreement of DoD and the Federal Bureau of Investigation (FBI), designated Combatant Commanders may dispatch observers to the incident site to evaluate the situation.  Any dispatch of DoD counterterrorism forces must be specifically authorized by the Secretary of Defense through the CJCS.

f.  Coordinate with the Secretaries of the Military Departments to ensure that the needs of civilian law enforcement officials for information are taken into account in the planning and execution of military training and operations.


11.  <u>COMMANDERS OF UNITED STATES NORTHERN COMMAND (USNORTHCOM), UNITED STATES INDO-PACIFIC COMMAND (USINDOPACOM), AND UNITED STATES SPECIAL OPERATIONS COMMAND (USSOCOM)</u>.  The Commanders of USNORTHCOM, USINDOPACOM, and USSOCOM, through the CJCS and in addition to the responsibilities in sections 7 and 10 of this enclosure, shall:

a.  Serve as the DoD planning agents for support of civilian law enforcement activities, including CDO, following the guidance of the ASD(HD&GS) and in coordination with the CJCS.

b.  Lead planning activities for support of civilian law enforcement activities, including CDO, of the DoD Components in accordance with section 3 of Enclosure 4.  Serve as the DoD financial managers for their respective CDO operations in accordance with section 2 of Enclosure 9.


12.  <u>CHIEF, NGB</u>.  The Chief, NGB, shall:

a.  Implement the procedures in this Instruction.

b.  Assist the ASD(HD&GS) in accordance with DoDD 5105.77 (Reference (t)) in developing policy guidance regarding the use of NG personnel for DoD support of civilian law enforcement agencies.

c.  Assist the ASD(HD&GS) in the development of policy guidance for use by approving authorities in evaluating the effect on military preparedness if NG personnel are used to fulfill requests for civilian law enforcement assistance.

d.  Serve as an advisor to the Commanders of the Combatant Commands on NG matters pertaining to Combatant Command responsibilities under this Instruction, and support planning and coordination for such activities as requested by the CJCS or the Commanders of other Combatant Commands.

e.  On all matters pertaining to the NG, serve as the channel of communications between:  the Secretary of Defense, the CJCS, and the DoD Components (other than the Department of the Army and the Department of the Air Force); and the States.  The Chief, NGB, shall keep the Secretaries of the Army and the Air Force informed of all communications unless otherwise directed by the Secretary of Defense.

*DoDI 3025.21, February 27, 2013*

f.  Coordinate the sharing of State contingency plans for the use of non-federalized NG forces in CDO roles between the responsible State Adjutants General and the responsible Combatant Commander.

15

ENCLOSURE 3

PARTICIPATION OF DoD PERSONNEL IN CIVILIAN LAW ENFORCEMENT
ACTIVITIES

1.  GUIDING STATUTORY REQUIREMENTS AND SUPPORTING POLICIES

    a.  Statutory Restrictions

       (1)  The primary restriction on DoD participation in civilian law enforcement activities is the Posse Comitatus Act.  It provides that whoever willfully uses any part of the Army or the Air Force as a posse comitatus or otherwise to execute U.S. laws, except in cases and under circumstances expressly authorized by the Constitution or Act of Congress, shall be fined under Reference (n), or imprisoned not more than 2 years, or both.

       (2)  Section 275 of Reference (d) provides that the Secretary of Defense shall prescribe such regulations as may be necessary to ensure that any activity (including the provision of any equipment or facility or the assignment or detail of any personnel) under chapter 15 of Reference (d) does not include or permit direct participation by a member of the Army, Navy, Air Force, or Marine Corps in a search, seizure, arrest, or other similar activity unless participation in such activity by such member is otherwise authorized by law.

    b.  Permissible Direct Assistance.  Categories of active participation in direct law-enforcement-type activities (e.g., search, seizure, and arrest) that are not restricted by law or DoD policy are:

       (1)  Actions taken for the primary purpose of furthering a DoD or foreign affairs function of the United States, regardless of incidental benefits to civil authorities.  This does not include actions taken for the primary purpose of aiding civilian law enforcement officials or otherwise serving as a subterfuge to avoid the restrictions of the Posse Comitatus Act.  Actions under this provision may include (depending on the nature of the DoD interest and the authority governing the specific action in question):

          (a)  Investigations and other actions related to enforcement of chapter 47 of Reference (d) (also known as "the Uniform Code of Military Justice").

          (b)  Investigations and other actions that are likely to result in administrative proceedings by the DoD, regardless of whether there is a related civil or criminal proceeding. (See DoDI 5525.07 (Reference (u)) and Memorandum of Agreement Between the AG and the Secretary of Defense (Reference (v)) with respect to matters in which the DoD and the Department of Justice both have an interest.)

          (c)  Investigations and other actions related to a commander's inherent authority to maintain law and order on a DoD installation or facility.

(d)  Protection of classified defense information or equipment or controlled unclassified information (e.g., trade secrets and other proprietary information), the unauthorized disclosure of which is prohibited by law.

(e)  Protection of DoD personnel, equipment, and official guests.

(f)  Such other actions that are undertaken primarily for a military or foreign affairs purpose.

(2)  Audits and investigations conducted by, under the direction of, or at the request of the IG, DoD, pursuant to the Inspector General Act of 1978, as amended.

(3)  When permitted under emergency authority in accordance with Reference (c), Federal military commanders have the authority, in extraordinary emergency circumstances where prior authorization by the President is impossible and duly constituted local authorities are unable to control the situation, to engage temporarily in activities that are necessary to quell large-scale, unexpected civil disturbances because:

(a)  Such activities are necessary to prevent significant loss of life or wanton destruction of property and are necessary to restore governmental function and public order; or.

(b)  When duly constituted Federal, State, or local authorities are unable or decline to provide adequate protection for Federal property or Federal governmental functions.  Federal action, including the use of Federal military forces, is authorized when necessary to protect Federal property or functions.

(4)  DoD actions taken pursuant to sections 251-254 of Reference (d) relating to the use of Federal military forces in specified circumstances with respect to insurrection, domestic violence, or conspiracy that hinders the execution of State or Federal law.

(5)  Actions taken under express statutory authority to assist officials in executing the laws, subject to applicable limitations.  The laws that permit direct DoD participation in civilian law enforcement include:

(a)  Protection of national parks and certain other Federal lands consistent with sections 23, 78, and 593 of title 16, U.S.C. (Reference (w)).

(b)  Enforcement of the Fishery Conservation and Management Act of 1976, as amended, pursuant to section 1861(a) of Reference (w).

(c)  Assistance in the case of crimes against foreign officials, official guests of the United States, and other internationally protected persons pursuant to sections 112 and 1116 of Reference (n).

(d)  Assistance in the case of crimes against Members of Congress, Members-of-Congress-elect, Justices of the Supreme Court and nominees, and certain senior Executive Branch officials and nominees in accordance with section 351 of Reference (n).

(e)  Assistance in the case of crimes involving nuclear materials in accordance with section 831 of Reference (n).

(f)  Protection of the President, Vice President, and other designated dignitaries in accordance with section 1751 of Reference (n) and Public Law 94-524 (Reference (x)).

(g)  Actions taken in support of the neutrality laws in accordance with sections 408 and 461-462 of title 22, U.S.C. (Reference (y)).

(h)  Removal of persons unlawfully present on Indian lands in accordance with section 180 of title 25, U.S.C. (Reference (z)).

(i)  Execution of quarantine and certain health laws in accordance with section 97 of title 42, U.S.C. (Reference (aa)) and DoDI 6200.03 (Reference (ab)).

(j)  Removal of unlawful enclosures from public lands in accordance with section 1065 of title 43, U.S.C. (Reference (ac)).

(k)  Protection of the rights of a discoverer of an island covered by section 1418 of title 48, U.S.C. (Reference (ad)).

(l)  Support of territorial governors if a civil disorder occurs, in accordance with sections 1422 and 1591 of Reference (ad).

(m)  Actions in support of certain customs laws in accordance with section 220 of title 50, U.S.C. (Reference (ae)).

(n)  Actions by Defense Criminal Investigative Organizations in support of internet crimes against children having a DoD nexus in accordance with Reference (p).

(6)  Actions taken to provide search and rescue support domestically under the authorities provided in the National Search and Rescue Plan (Reference (af)) and DoDI 3003.01 (Reference (ag)).

c.  <u>Restrictions on Direct Assistance</u>

(1)  Except as authorized in this Instruction (e.g., in Enclosures 3 and 4), DoD personnel are prohibited from providing the following forms of direct civilian law enforcement assistance:

(a)  Interdiction of a vehicle, vessel, aircraft, or other similar activity.

(b)  A search or seizure.

(c)  An arrest; apprehension; stop and frisk; engaging in interviews, interrogations, canvassing, or questioning of potential witnesses or suspects; or similar activity.

(d)  Using force or physical violence, brandishing a weapon, discharging or using a weapon, or threatening to discharge or use a weapon except in self-defense, in defense of other DoD persons in the vicinity, or in defense of non-DoD persons, including civilian law enforcement personnel, in the vicinity when directly related to an assigned activity or mission.

(e)  Evidence collection; security functions; crowd and traffic control; and operating, manning, or staffing checkpoints.

(f)  Surveillance or pursuit of individuals, vehicles, items, transactions, or physical locations, or acting as undercover agents, informants, investigators, or interrogators.

(g)  Forensic investigations or other testing of evidence obtained from a suspect for use in a civilian law enforcement investigation in the United States unless there is a DoD nexus (e.g., the victim is a member of the Military Services or the crime occurred on an installation under exclusive DoD jurisdiction) or the responsible civilian law enforcement official requesting such testing declares in writing that the evidence to be examined was obtained by consent. Requests for exceptions to this restriction must be made through channels to the ASD(HD&GS), who will evaluate, in coordination with the General Counsel of the Department of Defense, whether to seek Secretary of Defense authorization for an exception to policy.

(2)  The use of deputized State or local law enforcement powers by DoD uniformed law enforcement personnel shall be in accordance with DoDI 5525.13 (Reference (ah)).

(3)  Except as otherwise directed by the Secretary of Defense, the rules for the use of force and authority for the carrying of firearms by DoD personnel providing authorized support under this Instruction shall be in accordance with DoDD 5210.56 (Reference (ai)) and any additional Secretary of Defense-approved rules for the use of force contained in CJCS Instruction 3121.01B (Reference (aj)).

(4)  Exceptions to these restrictions for assistance may be granted when the assistance is to be provided outside the United States.  Only the Secretary of Defense or Deputy Secretary of Defense may grant such exceptions, based on compelling and extraordinary circumstances.

d.  Use of DoD Personnel to Operate or Maintain Equipment.  The use of DoD personnel to operate or maintain, or to assist in operating or maintaining, equipment shall be limited to situations when the use of non-DoD personnel for operation or maintenance of such equipment would be unfeasible or impractical from a cost or time perspective and would not otherwise compromise military preparedness of the United States.  In general, the head of the civilian law enforcement agency may request a DoD Component to provide personnel to operate or maintain, or to assist in operating or maintaining, equipment for the civilian agency.  This assistance shall be subject to this guidance:

(1)  Such assistance may not involve DoD personnel directly participating in a law enforcement operation (as described in paragraph 1.c. of this enclosure.)

(2)  The performance of such assistance by DoD personnel shall be at a location where there is not a reasonable likelihood of a confrontation between law enforcement personnel and civilians.

(3)  The use of DoD aircraft to provide transportation for civilian law enforcement agencies may be provided only in accordance with DoD 4515.13-R (Reference (ak)).

(4)  A request for DoD personnel to operate or maintain, or to assist in operating or maintaining, equipment must be made pursuant to section 274 of Reference (d) or other applicable law that permits DoD personnel to provide such assistance to civilian law enforcement officials.  A request that is made pursuant to section 274 of Reference (d) must be made by the head of a civilian agency empowered to enforce any of these laws:

(a)  Sections 801-904 and 951-971 of title 21, U.S.C. (Reference (al)).

(b)  Sections 1324-1328 of title 8, U.S.C. (Reference (am)).

(c)  A law relating to the arrival or departure of merchandise, as defined in section 1401 of title 19, U.S.C. (Reference (an)), into or out of the customs territory of the United States, as defined in Reference (an), or any other territory or possession of the United States.

(d)  Chapter 705 of title 46, U.S.C. (Reference (ao)).

(e)  Any law, foreign or domestic, prohibiting terrorist activities.

(5)  In addition to the assistance authorized by subparagraph 1.b.(1) of this enclosure:

(a)  DoD personnel may be made available to a Federal law enforcement agency to operate or assist in operating equipment, to the extent the equipment is used in a supporting role, with respect to:

<u>1</u>.  A criminal violation of the laws specified in subparagraph 1.d.(4) of this enclosure.

<u>2</u>.  Assistance that the Federal law enforcement agency is authorized to furnish to a State, local, or foreign government that is involved in the enforcement of laws similar to those in subparagraph 1.d.(4) of this enclosure.

<u>3</u>.  A foreign or domestic counter-terrorism operation, including support of FBI Joint Terrorism Task Forces.

<u>4</u>.  Transportation of a suspected terrorist from a foreign country to the United States to stand trial.

(b)  DoD personnel made available to a civilian law enforcement agency pursuant to section 274 of Reference (d) may operate equipment for:

<u>1</u>.  Detection, monitoring, and communication of the movement of air and sea traffic.

<u>2</u>.  Detection, monitoring, and communication of the movement of surface traffic outside of the geographic boundary of the United States and, if the initial detection occurred outside of the boundary, within the United States, not to exceed 25 miles of the boundary.

<u>3</u>.  Aerial reconnaissance (does not include satellite reconnaissance).

<u>4</u>.  Interception of vessels or aircraft detected outside the land area of the United States for the purposes of communicating with such vessels and aircraft to direct such vessels and aircraft to go to a location designated by appropriate civilian officials.

<u>5</u>.  Operation of equipment to facilitate communications in connection with the law enforcement programs specified in subparagraph 1.d.(4) of this enclosure.

<u>6</u>.  The following activities that are subject to joint approval by the Secretary of Defense and the AG (and the Secretary of State in the case of a law enforcement operation outside of the land area of the United States):

<u>a</u>.  The transportation of civilian law enforcement personnel along with any other civilian or military personnel who are supporting, or conducting, a joint operation with civilian law enforcement personnel.

<u>b</u>.  The operation of a base of operations for civilian law enforcement and supporting personnel.

<u>c</u>.  The transportation of suspected terrorists from foreign countries to the United States for trial (so long as the requesting Federal law enforcement agency provides all security for such transportation and maintains custody over the suspect through the duration of the transportation).

<u>7</u>.  The detection, monitoring, and tracking of the movement of weapons of mass destruction under the circumstances described above, when outside the United States.

(6)  DoD personnel made available to operate equipment for the purposes in subparagraphs 1.d.(5)(b)<u>1</u> and <u>4</u> of this enclosure may continue to operate such equipment in cases involving the pursuit of vessels or aircraft into the land area of the United States where the detection began outside such land area.

(7)  With the approval of the Secretary of Defense, DoD personnel may be made available to any Federal, State, or local civilian law enforcement agency to operate equipment for purposes other than described in section 2 of this enclosure, only to the extent that such support

21

does not involve direct assistance by such personnel in a civilian law enforcement operation unless such direct participation is otherwise authorized by law and is authorized by the Secretary of Defense.

(8)  Nothing in this Instruction restricts the authority of Federal military commanders to take emergency action to prevent loss of life or wanton destruction of property as provided in subparagraph 1.b.(3) of this enclosure.

(9)  When DoD personnel are otherwise assigned to provide assistance with respect to the laws specified in subparagraph 1.b.(5) of this enclosure, the participation of such personnel shall be consistent with the limitations in such laws, if any, and such restrictions as may be established by policy or the DoD Components concerned.

e.  Expert Advice.  DoD Components may provide, subject to section 5 of this enclosure, expert advice to Federal, State, or local law enforcement officials in accordance with section 273 of Reference (d).  This does not permit direct assistance by DoD personnel in activities that are fundamentally civilian law enforcement operations, except as otherwise authorized in this enclosure.

f.  Training

(1)  The DoD Components may provide, subject to section 5 of this enclosure, training to Federal, State, and local civilian law enforcement officials.  This does not permit large-scale or elaborate DoD training, and does not permit regular or direct involvement of DoD personnel in activities that are fundamentally civilian law enforcement operations, except as otherwise authorized in this enclosure.

(2)  Training of Federal, State, and local civilian law enforcement officials shall be provided according to this guidance:

(a)  Assistance shall be limited to situations when the use of non-DoD personnel would be unfeasible or impractical from a cost or time perspective and would not otherwise compromise military preparedness of the United States.

(b)  Assistance may not involve DoD personnel participating in a law enforcement operation, except as otherwise authorized by this Instruction.

(c)  Assistance of DoD personnel shall be provided at a location where there is not a reasonable likelihood of a confrontation between law enforcement personnel and civilians, except as otherwise authorized by law.

(3)  This paragraph does not apply to advanced military training, which is addressed in Deputy Secretary of Defense memorandums (References (ap) and (aq)).  Additional exceptions to the policy in Reference (ap) may be requested on a case-by-case basis.  Requests for such exceptions shall be forwarded through the ASD(HD&GS).  Advanced military training:

(a)  Includes advanced marksmanship training, including sniper training, military operations in urban terrain (MOUT), advanced MOUT, close quarters battle/close quarters combat, and similar training.

(b)  Does not include basic military skills such as basic marksmanship, patrolling, mission planning, medical, and survival.

g.  <u>Other Permissible Assistance</u>.  These forms of indirect assistance are not prohibited by law or DoD policy:

(1)  Transfer to Federal, State, or local law enforcement officials of information acquired in the normal course of DoD operations that may be relevant to a violation of any Federal or State laws.

(2)  Information obtained through procedures, means, or devices authorized by Federal law exclusively for use in gathering, obtaining, or acquiring national intelligence or military intelligence may be transferred unless specifically prohibited by law.  Information shall not be transferred if it meets any of the following criteria:

(a)  The acquisition of that information violates applicable law protecting the privacy or constitutional rights of any person, including rights protected by section 552a of Reference (h) (also known as "The Privacy Act of 1974, as amended").

(b)  It would have been illegal for those civilian law enforcement officials to have obtained the information or employ the procedures, means, or devices used by the DoD Component to obtain the information.

(3)  Such other actions, approved in accordance with procedures established by the DoD Components concerned, that do not subject civilians to the use of DoD power that is regulatory, prescriptive, proscriptive, or compulsory.


2.  <u>EXCEPTIONS BASED ON STATUS</u>.  The restrictions in section 1 of this enclosure do not apply to:

a.  A member of a Reserve Component when not on active duty, active duty for training, or inactive duty for training.

b.  A member of the NG when not in Federal service.

c.  A civilian employee.  If the civilian employee is under the direct control of a military officer, assistance will not be provided unless it is permitted by section 3 of this enclosure.

d.  A member of a Military Service when off duty and in a private capacity.  A Service member is acting in a private capacity when he or she responds on his or her own volition to

assist law enforcement officials instead of acting under the direction or control of DoD authorities.

    e.  A member of the Civil Air Patrol, except when performing missions pursuant to section 9442(b) of Reference (d).


3.  <u>EXCEPTIONS BASED ON MILITARY SERVICE</u>.  By policy, Posse Comitatus Act restrictions (as well as other restrictions in this Instruction) are applicable to the Department of the Navy (including the Marine Corps) with such exceptions as the Secretary of Defense may authorize in advance on a case-by-case basis.

    a.  Such exceptions shall include requests from the AG for assistance pursuant to section 873(b) of Reference (al).

    b.  Requests for approval of other exceptions should be made by a senior official of the civilian law enforcement agency concerned, who verifies that:

        (1)  The size or scope of the suspected criminal activity poses a serious threat to the interests of the United States and enforcement of a law within the jurisdiction of the civilian agency would be seriously impaired if the assistance were not provided because civilian assets are not available to perform the mission; or

        (2)  Civilian law enforcement assets are not available to perform the mission, and temporary assistance is required on an emergency basis to prevent loss of life or wanton destruction of property.


4.  <u>MILITARY READINESS</u>.  Assistance may not be provided if such assistance could adversely affect military preparedness.  Implementing documents issued by the Heads of the DoD Components shall ensure that approval for the disposition of equipment is vested in officials who can assess the effect of such disposition on military preparedness.


5.  <u>APPROVAL AUTHORITY</u>.  Requests by civilian law enforcement officials for use of DoD personnel to provide assistance to civilian law enforcement agencies shall be forwarded to the appropriate approval authority.

    a.  The Secretary of Defense is the approval authority for requests for direct assistance in support of civilian law enforcement agencies, including those responding with assets with the potential for lethality, except for the use of emergency authority as provided in subparagraph 1.b.(3) of this enclosure and in Reference (c), and except as otherwise provided below.

    b.  Requests that involve Defense Intelligence and Counterintelligence entities are subject to approval by the Secretary of Defense and the guidance in DoDD 5240.01(Reference (ar)) and Reference (j).

c.  The Secretaries of the Military Departments and the Directors of the Defense Agencies may, in coordination with the ASD(HD&GS), approve the use of DoD personnel:

(1)  To provide training or expert advice in accordance with paragraphs 1.e. and 1.f. of this enclosure.

(2)  For equipment maintenance in accordance with paragraph 1.d. of this enclosure.

(3)  To monitor and communicate the movement of air and sea traffic in accordance with subparagraphs 1.d.(5)(b) 1 and 4 of this enclosure.

d.  All other requests, including those in which subordinate authorities recommend disapproval, shall be submitted promptly to the ASD(HD&GS) for consideration by the Secretary of Defense, as appropriate.

e.  The views of the CJCS shall be obtained on all requests that are considered by the Secretary of Defense or the ASD(HD&GS), that otherwise involve personnel assigned to a unified or specified command, or that may affect military preparedness.

f.  All requests that are to be considered by the Secretary of Defense or the ASD(HD&GS) that may involve the use of Reserve Component personnel or equipment shall be coordinated with the ASD(M&RA).  All requests that are to be considered by the Secretary of Defense or the ASD(HD&GS) that may involve the use of NG personnel also shall be coordinated with the Chief, NGB.  All requests that are to be considered by the Secretary of Defense or the ASD(HD&GS) that may involve the use of NG equipment also shall be coordinated with the Secretary of the Military Department concerned and the Chief, NGB.

ENCLOSURE 4

DoD SUPPORT OF CDO

1. GUIDING STATUTORY REQUIREMENTS AND SUPPORTING POLICIES

   a.  The President is authorized by the Constitution and laws of the United States to employ the Armed Forces of the United States to suppress insurrections, rebellions, and domestic violence under various conditions and circumstances.  Planning and preparedness by the Federal Government, including DoD, for civil disturbances is important due to the potential severity of the consequences of such events for the Nation and the population.

   b.  The primary responsibility for protecting life and property and maintaining law and order in the civilian community is vested in State and local governments.  Supplementary responsibility is vested by statute in specific agencies of the Federal Government other than DoD.  The President has additional powers and responsibilities under the Constitution of the United States to ensure that law and order are maintained.

   c.  Any employment of Federal military forces in support of law enforcement operations shall maintain the primacy of civilian authority and unless otherwise directed by the President, responsibility for the management of the Federal response to civil disturbances rests with the Attorney General.  The Attorney General is responsible for receiving State requests for Federal military assistance, coordinating such requests with the Secretary of Defense and other appropriate Federal officials, and presenting such requests to the President who will determine what Federal action will be taken.

   d.  The employment of Federal military forces to control civil disturbances shall only occur in a specified civil jurisdiction under specific circumstances as authorized by the President, normally through issuance of an Executive order or other Presidential directive authorizing and directing the Secretary of Defense to provide for the restoration of law and order in a specific State or locality in accordance with sections 251-254 of Reference (d).

   e.  Planning by the DoD Components for CDO shall be compatible with contingency plans for national security emergencies, and with planning for DSCA pursuant to Reference (c).  For example:

     (1)  Guidelines concerning the use of deputized State or local law enforcement powers by DoD uniformed law enforcement personnel are outlined in Reference (ah).

     (2)  Guidelines concerning the use of deadly force and/or the carrying of firearms by DoD personnel while engaged in duties related to security or law and order, criminal investigations, or counterintelligence investigations; protecting personnel; protecting vital Government assets; or guarding Government installations and sites, property, and persons (including prisoners) are outlined in Reference (ai) and any additional Secretary of Defense-approved rules for the use of force contained in Reference (aj).

26

2. DoD REQUIREMENTS

    a.  Federal military forces shall not be used for CDO unless specifically authorized by the President, except under emergency authority as provided in Reference (c) and subparagraph 1.b.(3) of Enclosure 3.

    b.  Federal military forces shall be made available for CDO as directed by the President.  The Secretary of Defense or other authorized DoD official may, where authorized and consistent with the direction of the President, establish the source and composition of those forces to achieve appropriate balance with other national security or DoD priorities.

    c.  Federal military forces employed in CDO shall remain under Secretary of Defense command and control at all times.

    d.  The pre-positioning of Federal military forces for CDO shall not exceed a battalion-sized unit in a single location unless a larger force is authorized by the President.

    e.  DoD Components shall not take charge of any function of civil government unless absolutely necessary under conditions of extreme emergency (e.g., when using emergency authority as described in Reference (c) and subparagraph1.b.(3) of Enclosure 3).  Any commander who is directed, or undertakes, to control such functions shall strictly limit DoD actions to emergency needs and shall facilitate the reestablishment of civil responsibility at the earliest time possible.

3. CDO PLANNING

    a.  To ensure essential control and sound management of all Federal military forces employed in CDO, centralized direction from the Secretary of Defense, through the ASD(HD&GS), shall guide planning by the DoD Components, whether alone or with civil authorities.  Execution of CDO missions shall be decentralized through the Commanders of USNORTHCOM, USINDOPACOM, or USSOCOM, or through joint task force commanders, and only when specifically directed by the Secretary of Defense or as described in subparagraph 1.b.(3) of Enclosure 3.

    b.  The Commanders of USNORTHCOM, USINDOPACOM, and USSOCOM, as the DoD planning agents for CDO in accordance with section 11 of Enclosure 2, shall lead the CDO planning activities of the DoD Components in these areas:

        (1)  USNORTHCOM.  The 48 contiguous States, Alaska, the District of Columbia, the Commonwealth of Puerto Rico, and the U.S. Virgin Islands.

        (2)  USINDOPACOM.  Hawaii and the U.S. possessions and territories in the Pacific area.

(3) USSOCOM. CDO activities involving special operations forces.

c. CDO plans and readiness measures shall foster efficient employment of Federal equipment controlled by NG forces, whether employed under State or Federal authority, and other resources of the DoD Components.


4. ROLE OF THE NG

a. NG forces in a State active duty status have primary responsibility to support State and local Government agencies for disaster responses and in domestic emergencies, including in response to civil disturbances; such activities would be directed by, and under the command and control of, the Governor, in accordance with State or territorial law and in accordance with Federal law.

b. NG forces may be ordered or called into Federal service to ensure unified command and control of all Federal military forces for CDO when the President determines that action to be necessary in extreme circumstances.

c. Federal military forces shall conduct CDO in support of the AG or designee (unless otherwise directed by the President) to assist State law enforcement authorities. Federal military forces will always remain under the command and control of the President and Secretary of Defense. Federal military forces also could conduct CDO in concert with State NG forces under the command of a dual-status commander, if determined to be appropriate by the Secretary of Defense and the Governor(s) concerned, or in close coordination with State NG forces using direct liaison.

d. Chief, NGB, will coordinate the sharing of State contingency plans for the use of non-federalized NG forces in CDO roles between the responsible State Adjutants General and the responsible Combatant Commander.


5. COOPERATION WITH CIVIL AUTHORITIES

a. The AG shall receive and coordinate preliminary requests for CDO from civil authorities pursuant to sections 251-254 of Reference (d).

(1) Formal requests for CDO shall be addressed to the President.

(2) The AG may assign a component law enforcement agency of the Department of Justice, such as the FBI or Bureau of Alcohol, Tobacco, Firearms, and Explosives, to lead the operational response to a civil disturbance incident.

(3) The President may provide, through the AG or other Federal official, a personal representative to communicate the President's policy guidance to the military commander conducting CDO. That representative may augment, but shall not replace, the military chain of

command.  In addition, an individual may be designated by the AG as the Senior Civilian Representative of the AG.

b.  The ASD(HD&GS) shall represent DoD in coordinating CDO planning and execution with the Department of Justice, and other Federal and State law enforcement agencies, as appropriate.


6.  <u>APPROVAL AUTHORITY</u>

a.  The President is the approval authority for requests for assistance for CDO, except for emergency authority as provided in subparagraph 1.b.(3) of Enclosure 3 and in Reference (c).

b.  If the President directs the use of Federal military forces for CDO, the ASD(HD&GS) and the CJCS shall provide advice to the Secretary of Defense regarding the employment of DoD personnel and resources to implement the direction of the President.  Secretary of Defense approval of such employment shall be communicated to the Combatant Commanders through the CJCS.

c.  The ASD(HD&GS) shall provide any request, contingency plan, directive, or order affecting the employment of special operations forces to the ASD(SO/LIC), who supervises the activities of those forces on behalf of the Secretary of Defense in accordance with DoDD 5111.10 (Reference (as)).

d.  Additionally, the ASD(HD&GS), in coordination with the ASD(SO/LIC) for the employment of special operations forces, shall provide overall policy oversight of the employment of DoD personnel and resources for CDO responding to terrorist incidents and other similar events in coordination with the CJCS.

*DoDI 3025.21, February 27, 2013*

ENCLOSURE 5

DOMESTIC EOD SUPPORT OF CIVILIAN LAW ENFORCEMENT AGENCIES

1. <u>GUIDING STATUTORY REQUIREMENTS AND SUPPORTING POLICIES</u>. DoD EOD personnel may provide immediate response for EOD support in support of civil authorities, when requested, in accordance with Reference (c) and may provide for disposition of military munitions in accordance with parts 260-270 of title 40, Code of Federal Regulations (Reference (at)).

2. <u>DoD REQUIREMENTS</u>

   a. DoD personnel will not participate in search or seizure of ordnance as part of a civilian law enforcement investigation. DoD personnel may, as described in this enclosure, render safe military munitions and take possession of military munitions for appropriate disposition at the request of civilian law enforcement officials when such military munitions have already been discovered and seized by civilian law enforcement personnel.

   b. DoD officials, including local military commanders, may provide EOD and explosive detection dog support to local civil authorities to save lives, prevent human suffering, and mitigate great property damage under imminently serious conditions in accordance with Reference (c). Guidance for planning and execution requirements for Combatant Commanders and the Military Departments in responding to DoD military munitions is found in DoD 6055.09-M-V7 (Reference (au)).

   c. Such an immediate response may include actions to provide advice and assistance to civil authorities, when requested, in the mitigation, rendering safe, and disposition of suspected or detected presence of unexploded ordnance (UXO), damaged or deteriorated explosives or munitions, an improvised explosive device (IED), other potentially explosive material or device, or other potentially harmful military chemical munitions or device, that creates an actual or potential imminent threat.

   d. Military munitions, discarded military munitions, and UXO in an unauthorized location under the jurisdiction of public officials potentially present an imminent and substantial danger to public safety and health and to the environment, and may require an immediate EOD response.

      (1) These conditions include:

         (a) Items that were illegally removed from military installations.

         (b) Military munitions that land off range.

(c)  Munitions located on property formerly leased or owned by DoD (including manufacturing areas, pads, pits, basins, ponds, streams, burial sites, and other locations incident to such operations).

(d)  Transportation accidents involving military munitions.

(e)  Unauthorized public possession of military munitions.

(2)  Military munitions found in the conditions in paragraph 2.d. should be considered extremely hazardous and should not be disturbed or moved until technically qualified EOD personnel assess and determine the hazard.

(3)  DoD officials, including local military commanders:

(a)  Will provide EOD support for military munitions, discarded military munitions, and UXO that have (or appear to have) DoD origins.

(b)  May, in accordance with Reference (c), provide EOD support for military munitions or foreign ordnance that do not appear to have DoD origins found in the United States under the conditions in paragraph 2.d.

e.  Rendering safe and disposing of improvised devices, non-military commercial explosives, or similar dangerous articles reported or discovered outside of DoD installations are primarily the responsibility of civil authorities.  However, due to the potential lethality and danger to public safety, DoD EOD personnel may provide assistance upon request in accordance with Reference (c).

f.  When responding to requests for assistance from civil authorities under immediate response authority pursuant to Reference (c), the closest capable EOD unit regardless of Military Service will provide support.

g.  Requests from civil authorities for non-immediate DoD EOD support are subject to approval by the Secretary of Defense.  Examples of non-immediate DoD EOD support include, but are not limited to, post-blast analysis, use of DoD material and equipment, and support of pre-planned events.  Exceptions include those activities in support of the U.S. Secret Service that, in accordance with DoDD 3025.13 (Reference (av)), do not require Secretary of Defense approval and those activities undertaken in response to requests for technical assistance or assessment of military munitions that are performed solely for safety purposes.

h.  DoD EOD forces providing support under immediate response authority under Reference (c) will also comply with Reference (at) and other applicable local, State, and Federal laws and regulations, including environmental laws and regulations.

i.  The National Joint Operations and Intelligence Center (NJOIC) and the FBI's Strategic Information Operations Center shall be advised immediately of the recovery and disposition of military munitions, as well as responses to non-military munitions and explosives.  DoD

Components also shall ensure that reports are submitted within 72 hours, in accordance with section 846 of Reference (n) and DoD Manual 5100.76 (Reference (aw)), to:

> Bureau of Alcohol, Tobacco, Firearms, and Explosives
> U.S. Bomb Data Center
> 99 New York Ave., N.E., 8S 295
> Washington, DC  20226

3.  <u>PLANNING AND EXECUTION</u>

   a.  Combatant Commanders will:

     (1)  Maintain situational awareness of all EOD elements in support of civil authorities, consolidate Service EOD incident reports, and provide to the ASD(HD&GS) and the ASD(SO/LIC) a monthly consolidated report highlighting:

       (a)  DoD EOD support of civil authorities, resources, and work-hours expended.

       (b)  Final determination of the item and the agency supported.

       (c)  Final disposition of the hazard and a cost estimate of the support provided.

       (d)  A status of reimbursement by the supported entity.  Reimbursement will not be sought for EOD response to military munitions that have (or appear to have) DoD origins.

     (2)  Coordinate with the DoD Explosives Safety Board and the Executive Manager for EOD Training and Technology to ensure information sharing.

   b.  In situations where DoD EOD personnel are asked to provide support to the Department of Justice (DOJ)/FBI in conducting ECM, such personnel may only employ ECM in the United States if approved by the Secretary of Defense and in accordance with the DOJ program for applying ECM in the United States in response to threats of radio-controlled improvised explosive devices (DOJ Federal ECM Program) approved by the National Telecommunications and Information Administration (NTIA) (see Section 7.25 of the NTIA Manual of Regulations and Procedures for Federal Radio Frequency Management (Reference (ax))).  NTIA has approved the use of DoD military ECM assets in support of the DOJ Federal ECM Program; however, only those DoD military ECM assets/systems that have been approved by NTIA for employment in the United States under the DOJ Federal ECM Program may be used by DoD EOD personnel in providing the requested support to DOJ/FBI.

     (1)  DoD officials may provide ECM equipment, and expert advice regarding the FBI's use of the equipment, in accordance with section 2 of this enclosure when the FBI has approved use of ECM and when there is insufficient time to obtain Secretary of Defense approval.

(2)  All use of ECM equipment or devices while conducting EOD operations supporting civil authorities will be coordinated with and follow procedures established by the FBI's Strategic Information Operations Center and reported to the NJOIC.

c.  In consideration of the Military Departments' and the Combatant Commanders' planning requirements and in consultation with appropriate local civilian agencies, installation commanders will identify off-installation critical infrastructure and key resources, such as nuclear power stations, power plants, communications hubs, and water treatment plants. Combatant Commanders and other responsible DoD officials will assist in developing priorities for EOD support of civil authorities.  Installations without resident EOD forces will develop plans to seek support from the nearest DoD EOD organization.

d.  Combatant Commanders, as appropriate, will maintain situational awareness of all EOD elements in support of civil authorities, coordinate and de-conflict Military Services' EOD domestic areas of response, and develop consolidated reporting procedures to permit accurate and timely collection of data from the supporting Services.

e.  Service EOD reports shall be used to indicate that DoD is reclaiming accountability of DoD military munitions that were found outside the custody of DoD.  The Military Departments will forward reports of reclaimed military munitions to installations for ammunitions logistics management and submission to the DoD Explosives Safety Board in accordance with References (au) and (aw), and DoDI 5160.68 (Reference (ay)).

f.  Reimbursement is not required for EOD support involving military munitions, discarded military munitions, and UXO that have DoD origins or appear to have DoD origins.  Combatant Commanders will coordinate with the DoD Explosives Safety Board and the Executive Manager for EOD Training and Technology to ensure information sharing.

g.  In accordance with DoDI 6055.17 (Reference (az)) and applicable Military Department issuances, commanders of EOD organizations will:

(1)  Coordinate with installation emergency managers to:

(a)  Establish local processes and procedures to respond to and report military and non-military munitions support requests from civilian law enforcement agencies.

(b)  Determine priorities of EOD support for protecting critical infrastructure and key resources when requested.

(2)  Participate in installation emergency response exercises.

(3)  Determine training requirements for conducting DSCA response missions.

4. <u>COOPERATION WITH CIVIL AUTHORITIES</u>

   a.  DoD EOD forces will maintain relationships with local, State, tribal, and other Federal bomb disposal and other law enforcement agency assets near their geographical locations.  Such relationships may include conferences and training exercises to increase the interoperability and integration with local bomb squad agencies, to improve the response capabilities to civil authorities when requested, and to enhance the consolidated response capabilities.

   b.  DoD EOD personnel may conduct UXO and explosive ordnance awareness and education programs that inform and promote public safety of the hazards associated with military munitions and explosive items.

ENCLOSURE 6

DOMESTIC TERRORIST INCIDENT SUPPORT


1. <u>DoD GUIDANCE</u>.  Only the Secretary of Defense may authorize the use of DoD personnel in support of civilian law enforcement officials during a domestic terrorism incident, except as described in paragraph 1.b. of this enclosure.  The Commanders of USNORTHCOM, USINDOPACOM, and USSOCOM, in coordination with the CJCS, ASD(HD&GS), and ASD(SO/LIC), have primary responsibility for all military preparations and -- when authorized by the Secretary of Defense -- operations, including the employment of armed Federal military forces at the scene of any domestic terrorist incident.


   a.  In discharging those functions, the Commanders of USNORTHCOM, USINDOPACOM, and USSOCOM shall operate in a manner consistent with law enforcement policies established by the AG.


   b.  When a terrorist incident develops that has a potential for military involvement, the Commanders of USNORTHCOM, USINDOPACOM, and USSOCOM may dispatch military observers to the incident site, with the concurrence of the senior FBI official at the site, to appraise the situation before any decision is made by the Secretary of Defense to commit Federal military forces.  Any dispatch of U.S. counterterrorism forces as observers must be specifically authorized by the Secretary of Defense through the CJCS.


2. <u>REQUIREMENT FOR VOCAL ORDERS TO BE PUBLISHED</u>.  When the Secretary of Defense authorizes U.S. counterterrorism forces to assist with the resolution of a domestic terrorist incident, the CJCS shall issue the appropriate order on behalf of the Secretary of Defense.  That order shall designate the command relationships for the deploying forces.

ENCLOSURE 7

USE OF INFORMATION COLLECTED DURING DoD OPERATIONS

1. ACQUISITION AND DISSEMINATION. DoD Components are encouraged to provide to Federal, State, or local civilian law enforcement officials any information collected during the normal course of military operations that may be relevant to a violation of State or Federal law within the jurisdiction of such officials, except as described in subparagraph 1.g.(2) of Enclosure 3 of this Instruction. The DoD Components shall prescribe procedures for releasing information upon reasonable belief that there has been such a violation.

   a. The assistance provided shall be in accordance with DoD 5400.11-R (Reference (ba)) and with section 271 of Reference (d) and other applicable laws.

   b. The acquisition and dissemination of information under this enclosure shall be in accordance with DoDD 5200.27 (Reference (bb)), Reference (ar), and, for DoD intelligence components, Reference (j).

   c. The DoD Components shall establish procedures for "routine use" disclosures of such information in accordance with Reference (ay) and DoDD 5400.11 (Reference (bc)).

   d. Under guidance established by the DoD Components concerned, the planning and execution of compatible DoD training and operations shall, to the maximum extent practicable, take into account the needs of civilian law enforcement officials for information when the collection of the information is an incidental aspect of training or operations performed by Federal military forces consistent with section 271 of Reference (d).

   e. The needs of civilian law enforcement officials shall, to the maximum extent practicable, be considered when scheduling routine training missions, consistent with section 271 of Reference (d). This does not permit the planning or creation of missions or training for the primary purpose of aiding civilian law enforcement officials, and it does not permit conducting training or missions for the purpose of routinely collecting information about U.S. citizens.

   f. Civilian law enforcement agents may accompany routinely scheduled training flights as observers for the purpose of collecting law enforcement information. This provision does not authorize the use of DoD aircraft to provide point-to-point transportation and training flights for civilian law enforcement officials. Such assistance may be provided only in accordance with Reference (ak).

   g. Intelligence information held by the DoD Components and relevant to drug interdiction or other civilian law enforcement matters shall be provided promptly to appropriate civilian law enforcement officials, unless sharing that information is determined by the head of that DoD Component to be inconsistent with national security. Under procedures established by the DoD Components concerned, information concerning illegal drugs that is provided to civilian law

enforcement officials under provisions of Reference (j) shall also be provided to law enforcement officials at the El Paso Intelligence Center.

h.  Nothing in this section modifies DoD procedures for dissemination of information for foreign intelligence or counterintelligence purposes.

i.  The DoD Components are encouraged to participate in the Department of Justice law enforcement coordinating committees situated in each Federal judicial district.

j.  The assistance provided under this enclosure may not include or permit direct participation by DoD personnel in the interdiction of a vessel, aircraft, or land vehicle, or in a search, seizure, arrest, or other similar activity, unless the member's participation in such activity is otherwise authorized by law in accordance with paragraph 1.b. of Enclosure 3 of this Instruction.

2.  <u>MILITARY READINESS</u>.  Information shall not be provided under this enclosure if it could adversely affect military preparedness of the United States.

*DoDI 3025.21, February 27, 2013*

ENCLOSURE 8

USE OF DoD EQUIPMENT AND FACILITIES

1. <u>EQUIPMENT AND FACILITIES</u>.  The DoD Components may make equipment, base facilities, or research facilities available to Federal, State, or local civilian law enforcement officials for law enforcement purposes in accordance with the guidance in this enclosure.

   a.  The ASD(HD&GS) shall issue guidance to ensure that the assistance provided under this enclosure is in accordance with applicable provisions of law, including:

     (1)  Sections 272, 277, 2576, and 2667 of Reference (d).

     (2)  Section 1535 of title 31, U.S.C. (also known and referred to in this Instruction as "The Economy Act, as amended" (Reference (bd))) and sections 6501-6508 of title 31, U.S.C. (also known as "The Intergovernmental Cooperation Act of 1968, as amended" (Reference (bd))).

     (3)  Title 40, U.S.C. (Reference (be)).

     (4)  Sections 102-103, 105-115, 151-153, 3101, 3105, 3301, 3303-3305, 3509, 3901, 3905-3906, 4501-4506, 4701, and 6101 of title 41, U.S.C. (Reference (bf)).

     (5)  Chapters 21, 25, 29, and 31 of title 44, U.S.C. (Reference (bg)).

   b.  The ASD(HD&GS) guidance shall also ensure compliance with DoDI 4165.70 and DoDD 5410.12 (References (bh) and (bi)), and other guidance that may be issued by the Under Secretary of Defense (Comptroller)/Chief Financial Officer, Department of Defense.

2. <u>LIMITATIONS ON THE USE OF PERSONNEL</u>.  The DoD Components shall follow the guidance in paragraph 1.d. of Enclosure 3 of this Instruction in considering requests for DoD personnel to operate or maintain, or to assist in operating or maintaining, equipment made available according to section 1 of this enclosure.

3. <u>MILITARY READINESS</u>.  Assistance may not be provided under this enclosure if such assistance could adversely affect military preparedness.  Each request shall be evaluated using the criteria provided in Reference (c) for evaluating legality, lethality, risk, cost, appropriateness, and readiness.  The implementing documents issued by the DoD Components shall ensure that approval for the disposition of equipment is vested in officials who can assess the effect of such disposition on military preparedness.

4. <u>APPROVAL AUTHORITY</u>

a.  Requests by civilian law enforcement officials for DoD assistance for the use of DoD equipment and facilities shall be forwarded to the appropriate approval authority under the guidance in this section.  All requests, including those in which subordinate authorities recommend denial, shall be submitted promptly to the approving authority.  Requests will be forwarded and processed according to the urgency of the situation.

   (1)  Requests for the use of equipment or facilities outside the United States, other than for arms, ammunition, combat vehicles, vessels, and aircraft, shall be considered in accordance with procedures established by the applicable DoD Component.

   (2)  Requests from other Federal agencies to purchase equipment (permanent retention) from a DoD Component, that are accompanied by appropriate funding documents, may be submitted directly to the DoD Component concerned.

   (3)  Requests for training, expert advice, or use of personnel to operate or maintain equipment shall be forwarded in accordance with section 5 of Enclosure 3 of this Instruction.

   (4)  For loans pursuant to Reference (bd), which are limited to agencies of the Federal Government, and for leases pursuant to section 2667 of Reference (d), which may be made to entities outside the Federal Government, this guidance applies:

      (a)  Requests for arms, ammunition, combat vehicles, vessels, and aircraft shall be submitted to the Secretary of Defense for approval.

      (b)  Requests for loan or lease or other use of equipment or facilities are subject to approval by the heads of the DoD Components, unless approval by a higher official is required by statute or DoD issuance applicable to the particular disposition.

b.  The Heads of the DoD Components shall issue implementing policy and direction for taking action on requests for loan, lease, or other use of equipment or facilities that are not governed by subparagraphs 4.a.(4)(a) and 4.a.(4)(b) of this enclosure.  Such implementing policy and direction shall ensure compliance with applicable law and DoD issuances, including requiring specific levels of approval with respect to particular dispositions.

ENCLOSURE 9

FUNDING

1. GENERAL.  Reimbursement is required when equipment or services are provided to agencies outside DoD.

a.  The primary sources of reimbursement requirements are the Economy Act, as amended, for provision of equipment or services to Federal departments and agencies and section 2667 of Reference (d).  Section 277 of Reference (d) requires reimbursement unless the Secretary of Defense elects to waive reimbursement using the criteria described in subparagraph 2.c. of this enclosure.

b.  Other statutes may apply to particular types of assistance or may apply to assistance to specific civilian law enforcement agencies.  Payment of fair market value under section 2667 of Reference (d) may only be waived under the provisions of section 2667 of Reference (d).

c.  A requirement for reimbursement does not apply when DoD Components provide information, collected during the normal course of military training or operations, to Federal, State, or local civilian law enforcement officials pursuant to section 271 of Reference (d).

2. PROCEDURAL REQUIREMENTS

a.  Defense support of civilian law enforcement agencies is normally an unprogrammed requirement for DoD.  DoD 7000.14-R (Reference (bj)) prescribes procedures for financing and reporting costs.  DoD Components shall comply with these procedures and shall consider the factors presented in paragraph 2.c. of this enclosure to determine or recommend whether financing is to be accomplished on a reimbursable or non-reimbursable basis.

b.  The Commanders of USNORTHCOM, USINDOPACOM, and USSOCOM shall serve as the financial managers responsible for DoD oversight of all operations executed in their areas of responsibility in accordance with section 11 of Enclosure 2 of this Instruction.

c.  The Secretary of Defense may waive reimbursement for DoD support to civilian law enforcement agencies provided pursuant to chapter 15 of Reference (d), or support provided by NG personnel performing duty pursuant to section 502(f) of Reference (l), in accordance with section 277 of Reference (d), if such support:

(1)  Is provided in the normal course of DoD training or operations; or

(2)  Results in a benefit to the DoD element or the NG personnel providing the support that is substantially equivalent to that which would otherwise be obtained from military operations or training.

d.  The ASD(HD&GS) may waive reimbursement of NG in Title 32 status up to $500,000 in accordance with Reference (c).


3.  <u>PERSONNEL DUTY STATUS</u>.  Funding for State active duty of NG personnel is the responsibility of the State involved.

<u>GLOSSARY</u>

<u>PART I.  ABBREVIATIONS AND ACRONYMS</u>

| | |
|---|---|
| AG | Attorney General of the United States |
| ASD(HD&GS) | Assistant Secretary of Defense for Homeland Defense and Global Security |
| ASD(SO/LIC) | Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict and Interdependent Capabilities |
| ASD(M&RA) | Assistant Secretary of Defense for Manpower and Reserve Affairs |
| | |
| CDO | civil disturbance operations |
| CJCS | Chairman of the Joint Chiefs of Staff |
| | |
| DoDI | DoD Instruction |
| DoDD | DoD Directive |
| DOJ | Department of Justice |
| DSCA | defense support of civil authorities |
| | |
| ECM | electronic counter measures |
| EOD | explosive ordnance disposal |
| | |
| FBI | Federal Bureau of Investigation |
| | |
| IED | improvised explosive device |
| IG, DoD | Inspector General of the Department of Defense |
| | |
| MOUT | military operations in urban terrain |
| | |
| NG | National Guard |
| NGB | National Guard Bureau |
| NJOIC | National Joint Operations and Intelligence Center |
| NTIA | National Telecommunications and Information Administration |
| | |
| U.S.C. | United States Code |
| USD(I) | Under Secretary of Defense for Intelligence |

| USD(P) | Under Secretary of Defense for Policy |
|--------|----------------------------------------|
| USD(P&R) | Under Secretary of Defense for Personnel and Readiness |
| USNORTHCOM | United States Northern Command |
| USINDOPACOM | United States Indo-Pacific Command |
| USSOCOM | United States Special Operations Command |
| UXO | unexploded explosive ordnance |

## PART II.  DEFINITIONS

Unless otherwise noted, these terms and their definitions are for the purpose of this Instruction.

civil authorities.  Defined in the DoD Dictionary of Military and Associated Terms (Reference (bk)).

civil disturbance.  Defined in Reference (bk).

civilian law enforcement official.  An officer or employee of a civilian Federal, State, local, and tribal law enforcement agency with responsibility for enforcement of the laws within the jurisdiction of that agency.  This term and its definition are proposed for inclusion in Reference (bk).

DoD personnel.  Federal military officers and enlisted personnel and civilian employees of the Department of Defense.

domestic emergencies.  Defined in Reference (bk).

emergency authority.  Defined in Reference (c).

explosives or munitions emergency.  A situation involving the suspected or detected presence of UXO, damaged or deteriorated explosives or munitions, an IED, other potentially explosive material or device, or other potentially harmful military chemical munitions or device, that creates an actual or potential imminent threat to human health, including safety, or the environment, including property, as determined by an explosives or munitions emergency response specialist. Such situations may require immediate and expeditious action by an explosives or munitions emergency response specialist to control, mitigate, or eliminate the threat (Reference (at)).

law enforcement agency.  Defined in Reference (bk).

# EXHIBIT

# 02



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

DEC 3 0 2021

MEMORANDUM FOR SECRETARY OF THE ARMY

SUBJECT:  Authority to Approve District of Columbia Government Requests for District of Columbia National Guard Support Assistance

This memorandum modifies the October 10, 1969, Secretary of Defense memorandum, "Supervision and Control of the National Guard of the District of Columbia," regarding District of Columbia (DC) Government requests for the DC National Guard (DCNG) to provide law enforcement support.  Effective immediately, the Secretary of Defense is the approval authority for DC Government requests for the DCNG to provide law enforcement support:

- If DCNG personnel are to be deployed within 48 hours after receipt of the request; or

- If the support requested would involve DCNG personnel in direct participation in civilian law enforcement activities (e.g., crowd control, traffic control, search, seizure, arrest, or temporary detention).

Effective immediately, the DoD Executive Secretary is the single point of entry for DC Government requests.  You are authorized to approve DC Government requests for assistance for DCNG support received 48 hours or more in advance of the requested support, if such support does not involve direct participation in civilian law enforcement activities.  You are required to consult with the Attorney General in accordance with Executive Order 11485, "Supervision and Control of the National Guard of the District of Columbia."

The October 10, 1969 Secretary of Defense memorandum directs you to command, through the Commanding General, all operations of the DCNG in a militia status to aid civil authorities.  While this direction to command DCNG operations is still effective, you also are authorized to coordinate the employment of DCNG forces with any other National Guard forces employed in DC in a duty status pursuant to 32 U.S.C. § 502(f) to fulfill Department of Defense-approved Federal department or agency requests for assistance.  This includes the authority to provide tasks to such other National Guard forces through the Commanding General of the DCNG, as you deem appropriate.  This authority may not be further delegated.

cc:
Secretary of the Navy
Secretary of the Air Force
Chairman of the Joint Chiefs of Staff
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness
Chief of the National Guard Bureau
General Counsel of the Department of Defense
Assistant Secretary of Defense for Legislative Affairs
Assistant Secretary of Defense for Homeland Defense and Global Security
Commanding General, District of Columbia National Guard

**Following this page, please find a copy of the October 10, 1969, memorandum.**

**This memorandum, which has been modified by today's memorandum, is provided for completeness.**

**THE SECRETARY OF DEFENSE**
WASHINGTON, D. C. 20301

OCT 10 1969

MEMORANDUM FOR Secretary of the Army
                              Secretary of the Air Force

SUBJECT:  Supervision and Control of the National Guard of the
                    District of Columbia

The President, by Executive Order Number 11485, October 1, 1969
(copy attached) authorized and directed me to supervise, administer
and control the Army National Guard and the Air National Guard of
the District of Columbia (hereinafter "National Guard") while in a
militia status except as provided in Section 3 of the Executive Order.
The President also directed that I command (through the Commanding
General of the National Guard) the military operations, including
training, parades and other duty of the National Guard while in militia
status and authorized me to delegate to subordinate officials any of the
authority conferred upon me by the Executive Order.

I hereby direct the Secretary of the Army to act for me in the above
matters pertaining to the Army National Guard and the Secretary of
the Air Force to act for me in matters pertaining to the Air National
Guard.  The Commanding General of the National Guard shall report
to the Secretary concerned for their respective elements of the National
Guard and the Secretaries will exercise this authority through the
Commanding General of the National Guard while the National Guard is
in militia status.

As to the use of the National Guard in militia status to aid civil
authorities,  I hereby direct the Secretary of the Army to command,
through the Commanding General of the National Guard, all operations
of the Army and Air National Guard elements as an exception to the
above.  The Secretary of the Army, after consultation with me and
subject to the direction of the President as Commander-in-Chief, and

2

in accordance with the Interdepartmental Action Plan for Civil
Disturbance, may order out the National Guard under title 39 of
the District of Columbia Code to aid the civil authorities of the
District of Columbia.

The Secretary of the Army and the Secretary of the Air Force are
authorized to delegate the foregoing authority to the Under Secretary
or Assistant Secretary for Manpower and Reserve Affairs of their
respective military departments.

Secretary of Defense memorandum subject:  District of Columbia
National Guard dated 2 February 1949 is rescinded.

# EXHIBIT

# 03


**Federal Register**

Vol. 90, No. 155

Thursday, August 14, 2025

# Presidential Documents

Title 3—

The President

Executive Order 14333 of August 11, 2025

### Declaring a Crime Emergency in the District of Columbia

By the authority vested in me as President by the Constitution and the laws of the United States of America, including section 740 of the District of Columbia Self-Government and Governmental Reorganization Act (Public Law 93–198), as amended (section 740 of the Home Rule Act), and section 301 of title 3, United States Code, it is hereby ordered:

**Section 1**. Crime is out of control in the District of Columbia. Washington, District of Columbia, is our Nation's capital and home to the central institutions of American governance. Yet rising violence in the capital now urgently endangers public servants, citizens, and tourists, disrupts safe and secure transportation and the proper functioning of the Federal Government, and forces the diversion of critical public resources toward emergency response and security measures. The city government's failure to maintain public order and safety has had a dire impact on the Federal Government's ability to operate efficiently to address the Nation's broader interests without fear of our workers being subjected to rampant violence.

The increase in violent crime in the heart of our Republic has consequences beyond the individual tragedies that have dominated media coverage. Such lawlessness also poses intolerable risks to the vital Federal functions that take place in the District of Columbia. Violence and crime hamper the recruitment and retention of essential Federal employees, undermine critical functions of Government and thus the well-being of the entire Nation, and erode confidence in the strength of the United States. These conditions are disgraceful anywhere, but particularly in the capital of our Nation and the seat of the Federal Government. Citizens, tourists, and Federal workers deserve peace and security, not fear and violence. The smooth functioning of executive departments and agencies, courts, diplomatic missions, and the Federal Government demands an effective law-enforcement mechanism capable of halting the precipitous rise in violent crime, not one that permits Government workers to be violently attacked by mobs or fatally shot close to the Federal buildings where they work.

The magnitude of the violent crime crisis places the District of Columbia among the most violent jurisdictions in the United States. In 2024, the District of Columbia averaged one of the highest robbery and murder rates of large cities nationwide. Indeed, the District of Columbia now has a higher violent crime, murder, and robbery rate than all 50 States, recording a homicide rate in 2024 of 27.54 per 100,000 residents. It also experienced the Nation's highest vehicle theft rate with 842.4 thefts per 100,000 residents—over three times the national average of 250.2 thefts per 100,000 residents. The District of Columbia is, by some measures, among the top 20 percent of the most dangerous cities in the world.

As President, I have a solemn duty to take care that our laws are faithfully executed, and a sacred responsibility to protect the safety and security of United States citizens who live in and visit our Nation's capital, including Federal workers who live or commute into the District of Columbia. These conditions cannot persist. We will make the District of Columbia one of the safest cities in the world, not the most dangerous.

**Sec. 2**. *Services of the Metropolitan Police Department of the District of Columbia*. I determine that special conditions of an emergency nature exist that require the use of the Metropolitan Police Department of the District

of Columbia (Metropolitan Police force) for Federal purposes, including maintaining law and order in the Nation's seat of Government; protecting Federal buildings, national monuments, and other Federal property; and ensuring conditions necessary for the orderly functioning of the Federal Government. Effective immediately, the Mayor of the District of Columbia (Mayor) shall provide the services of the Metropolitan Police force for Federal purposes for the maximum period permitted under section 740 of the Home Rule Act.

**Sec. 3**. *Operational Control of the Metropolitan Police Department of the District of Columbia.* (a) The authority of the President conferred by section 740(a) of the Home Rule Act to direct the Mayor with respect to the current special conditions of an emergency nature is delegated to the Attorney General.

(b) In accordance with section 740(a) of the Home Rule Act, the Mayor shall provide such services of the Metropolitan Police force as the Attorney General may deem necessary and appropriate.

**Sec. 4**. *Monitoring and Recommendations.* (a) The Attorney General shall monitor and regularly consult with any senior official the Attorney General deems appropriate on the special conditions of an emergency nature that exist in the District of Columbia that require the use of the Metropolitan Police force for Federal purposes.

(b) The Attorney General shall regularly update me on the status of the special conditions of an emergency nature that exist in the District of Columbia that require the use of the Metropolitan Police force for Federal purposes.

(c) The Attorney General shall inform me of any circumstances that, in the Attorney General's opinion, might indicate the need for further action by the President or that the action in this order is no longer necessary.

**Sec. 5**. *Severability.* If any provision of this order, or the application of any provision to any individual or circumstance, is held to be invalid, the remainder of this order and the application of its other provisions to any other individuals or circumstances shall not be affected thereby.

**Sec. 6**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

Federal Register / Vol. 90, No. 155 / Thursday, August 14, 2025 / Presidential Documents **39303**

(d) The costs for publication of this order shall be borne by the Department of Justice.

THE WHITE HOUSE,
*August 11, 2025.*

[FR Doc. 2025–15550
Filed 8–13–25; 11:15 am]
Billing code 4410–CW–P

# EXHIBIT

# 04

# Presidential Documents

Executive Order 14339 of August 25, 2025

## Additional Measures To Address the Crime Emergency in the District of Columbia

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1**. *Crime Emergency*. Two weeks ago, I declared a crime emergency in the District of Columbia to address the rampant violence and disorder that have undermined the proper and safe functioning of the Federal Government, and therefore, the Nation, and that have led to disgraceful conditions in our Nation's capital. In furtherance of Executive Order 14333 of August 11, 2025 (Declaring a Crime Emergency in the District of Columbia), I am now ordering further actions to address the conditions described in that Executive Order.

**Sec. 2**. *Operational Actions*. (a) The Director of the National Park Service shall, subject to the availability of appropriations and applicable law, hire additional members of the United States Park Police in the District of Columbia to support the policy goals described in Executive Order 14333. The United States Park Police shall ensure enforcement of all applicable laws within their jurisdiction, including the Code of the District of Columbia, to help maintain public safety and proper order.

(b) The United States Attorney for the District of Columbia shall, subject to the availability of appropriations and applicable law, hire additional prosecutors to focus on prosecuting violent and property crimes.

(c) The D.C. Safe and Beautiful Task Force established in Executive Order 14252 of March 27, 2025 (Making the District of Columbia Safe and Beautiful), shall establish an online portal for Americans with law enforcement or other relevant backgrounds and experience to apply to join Federal law enforcement entities to support the policy goals described in Executive Order 14333. Each law enforcement agency that is a member of the D.C. Safe and Beautiful Task Force, as well as other relevant components of the Department of Justice as the Attorney General determines, shall further, subject to the availability of appropriations and applicable law, immediately create and begin training, manning, hiring, and equipping a specialized unit that is dedicated to ensuring public safety and order in the Nation's capital that can be deployed whenever the circumstances necessitate, and that could be deployed, subject to applicable law, in other cities where public safety and order has been lost.

(d)(i) The Secretary of Defense shall, subject to the availability of appropriations and applicable law, immediately create and begin training, manning, hiring, and equipping a specialized unit within the District of Columbia National Guard, subject to activation under Title 32 of the United States Code, that is dedicated to ensuring public safety and order in the Nation's capital. As appropriate and consistent with applicable law, the Attorney General, the Secretary of the Interior, and the Secretary of Homeland Security, in coordination with the Secretary of Defense, shall each deputize the members of this unit to enforce Federal law.

(ii) The Secretary of Defense shall immediately begin ensuring that each State's Army National Guard and Air National Guard are resourced, trained, organized, and available to assist Federal, State, and local law enforcement in quelling civil disturbances and ensuring the public safety and order

whenever the circumstances necessitate, as appropriate under law. In coordination with the respective adjutants general, the Secretary of Defense shall designate an appropriate number of each State's trained National Guard members to be reasonably available for rapid mobilization for such purposes. In addition, the Secretary of Defense shall ensure the availability of a standing National Guard quick reaction force that shall be resourced, trained, and available for rapid nationwide deployment.

(e) The Secretary of Housing and Urban Development (HUD) shall investigate any non-compliance with the crime-prevention and safety requirements of HUD agreements with the District of Columbia Housing Authority or any landlord in the District of Columbia. These investigations shall include consideration of the provisions of such agreements that require housing providers to maintain safe, decent, and sanitary conditions or to restrict tenants who engage in criminal activity that threatens health, safety, and the right to peaceful enjoyment for other tenants, including engaging in drug distribution, violent criminal activity, and domestic violence. The Secretary of HUD shall refer any findings of non-compliance to the Attorney General, Federal law enforcement authorities, the District of Columbia Housing Authority Police Department, and the Metropolitan Police Department, as appropriate.

(f) The Secretary of Transportation shall conduct additional inspections, audits, and examinations to determine whether conditions exist in federally-funded transit services in the District of Columbia that endanger transit workers, and take appropriate remedial action that is within the Department of Transportation's authority.

**Sec. 3**. *Potential Amendments to Metropolitan Police Department General Orders.* (a) The Attorney General shall review the Metropolitan Police Department General Orders and shall request that the Mayor of the District of Columbia make such updates and modifications to such orders as the Attorney General determines are necessary to address the crime emergency and ensure public order and safety.

**Sec. 4**. *Severability.* If any provision of this order, or the application of any provision to any individual or circumstance, is held to be invalid, the remainder of this order and the application of its other provisions to any other individuals or circumstances shall not be affected thereby.

**Sec. 5**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees or agents, or any other person.

**Federal Register** / Vol. 90, No. 165 / Thursday, August 28, 2025 / Presidential Documents    **42123**

(d) The costs for publication of this order shall be borne by the Department of Justice.

THE WHITE HOUSE,
*August 25, 2025.*

[FR Doc. 2025–16614
Filed 8–27–25; 11:15 am]
Billing code 4410–CW–P

# EXHIBIT

# 05



**Office of the Attorney General**
**Washington, D. C. 20530**

ORDER NO. 6370-2025

RESTORING SAFETY AND SECURITY TO THE DISTRICT OF COLUMBIA

Residents of the District of Columbia, the thousands of Americans who commute into the District for work every day, and the millions of tourists from all over the world who visit our Nation's capital have a right to feel safe and to be free from the scourge of violent crime. Notwithstanding false media narratives and apparent efforts by some District employees to manipulate crime statistics, the danger posed by violent crime in the District is plain for all to see. As Executive Order 14333 of August 11, 2025 (Declaring a Crime Emergency in the District of Columbia), makes clear, the "rising violence in the capital now urgently endangers public servants, citizens, and tourists" and is impeding the proper functioning of the Federal Government. These dangers are multiplied by the District's sanctuary city policies, which actively shield criminal aliens from the consequences required by federal law. The proliferation of illegal aliens into our country during the prior Administration, including into our Nation's capital, presents extreme public safety and national security risks to our country.

Pursuant to section 3 of Executive Order 14333 and section 740(a) of the District of Columbia Home Rule Act, I hereby order the Mayor of the District of Columbia and the Metropolitan Police Department ("MPD") to immediately implement the following directives:

(1) Effective immediately, Drug Enforcement Administration Administrator Terrence

C. Cole shall serve as MPD's Emergency Police Commissioner for the duration of

the emergency declared by the President.  Commissioner Cole shall assume all of the powers and duties vested in the District of Columbia Chief of Police. Commissioner Cole shall have the authority to issue any general orders, executive orders, or other written directives that apply to Members of the MPD.  Existing MPD leadership, including the current Chief of Police, members of the Executive Office of the Chief of Police, Bureau Heads/Executive Staff, and Commanders must receive approval from Commissioner Cole before issuing any further directives to the MPD.

(2) Executive Order EO-25-005, issued on August 14, 2025, by the Chief of Police, is hereby rescinded.

(3) Section IV, paragraph 22 of General Order GO-PER-201.26 is hereby suspended until further notice.

(4) Section II, paragraphs A.2 and F of General Order GO-PCA-702.01 are hereby suspended until further notice.

(5) The MPD is directed to enforce, to the maximum extent permissible by law, section 22-1307, District of Columbia Code, and all District of Columbia municipal regulations pertaining to the unlawful occupancy of public spaces.

To the extent that provisions in this Order conflict with any existing MPD directives, those directives are hereby rescinded.

_8/14/25_
Date

_Pam Bondi_
Pamela Bondi
Attorney General

# EXHIBIT

# 06



## Office of the Attorney General
### Washington, D. C. 20530

ORDER NO.  6372-2025

## RESTORING SAFETY AND SECURITY TO THE DISTRICT OF COLUMBIA

Residents of the District of Columbia, the thousands of Americans who commute into the District for work every day, and the millions of tourists from all over the world who visit our Nation's capital have a right to feel safe and to be free from the scourge of violent crime. Notwithstanding false media narratives and apparent efforts by some District employees to manipulate crime statistics, the danger posed by violent crime in the District is plain for all to see. As Executive Order 14333 of August 11, 2025 (Declaring a Crime Emergency in the District of Columbia), makes clear, the "rising violence in the capital now urgently endangers public servants, citizens, and tourists" and is impeding the proper functioning of the Federal Government. These dangers are multiplied by the District's sanctuary city policies, which actively shield criminal aliens from the consequences required by federal law. The proliferation of illegal aliens into our country during the prior Administration, including into our Nation's capital, presents extreme public safety and national security risks to our country.

Pursuant to section 3 of Executive Order 14333 and section 740(a) of the District of Columbia Home Rule Act, Drug Enforcement Administration Administrator Terrance C. Cole shall serve as the Attorney General's designee for the duration of the emergency declared by the President for the purpose of directing the Mayor of the District of Columbia to provide such services of the Metropolitan Police Department ("MPD") as the Attorney General deems necessary and appropriate.

Pursuant to section 3 of Executive Order 14333 and section 740(a) of the District of Columbia Home Rule Act, I hereby deem the following services to be necessary and appropriate and direct the Mayor to immediately provide for:

1. Assistance with the enforcement of federal immigration law, as deemed necessary and appropriate by Administrator Cole, notwithstanding D.C. Code § 24–211.07 or any other provision of the D.C. Code or MPD policy.

2. Assistance with locating, apprehending, and detaining aliens unlawfully present in the United States, as deemed necessary and appropriate by Administrator Cole, notwithstanding section II, paragraphs A.2 and F of General Order GO-PCA-702.01, D.C. Code § 24–211.07, or any other provision of the D.C. Code or MPD policy.

3. Database inquiries and compliance with requests for information from any federal law enforcement entity, as deemed necessary and appropriate by Administrator Cole, notwithstanding paragraph 22 of General Order GO-PER-201.26 or any other provision of the D.C. Code or MPD policy.

4. Enforcement of section 22-1307 of the D.C. Code and all D.C. municipal regulations pertaining to the unlawful occupancy of public spaces, as deemed necessary and appropriate by Administrator Cole.

Attorney General Order No. 6370-2025 is hereby rescinded.

_8/15/25_
Date

_Pamela Bondi_
Pamela Bondi
Attorney General

# EXHIBIT
# 07

```
                  Proceedings recorded by machine shorthand;
 1      transcript produced by computer-aided transcription
                        IN THE UNITED STATES DISTRICT COURT
                             DISTRICT OF COLUMBIA
 2

 3   DISTRICT OF COLUMBIA,          ) CIVIL NO.:
                                    ) 25-2678-ACR
 4           Plaintiff,             )
         vs.                        )
 5                                  )
     DONALD J. TRUMP, et al.,       )
 6                                  ) August 15, 2025
             Defendant.             ) Washington, D.C.
 7   _____) 2:00 p.m.

 8                   Transcript of Motions Hearing
                     Before the Honorable Ana C. Reyes
 9                     United States District Judge

10   APPEARANCES:

11   For the Plaintiff:

12        Mitchell Reich, Esquire
          Benjamin Moskowitz, Esquire
13        Caroline Van Zioe, Esquire
          Emma Simson, Esquire
14        Pamela A. Disney, Esquire
          Office of the Attorney General
15        for the District of Columbia
          400 Sixth Street NW
16        Suite 10100
          Washington, DC 20001
17
     For the Defendant:
18
          Yaakov Roth, Esquire
19        Eric Hamilton, Esquire
          Paul Perkins, Esquire
20        Andrew Warden, Esquire
          Michael Velchik, Esquire
21        U.S. Department of Justice
          1100 L. Street, NW
22        Washington, DC 20005

23   Reported by:   Christine T. Asif, RPR, FCRR
                     Federal Official Court Reporter
24                   333 Constitution Avenue, NW
                     Washington, D.C. 20001
25                   (202) 354-3247
```

1    with the Court about section 5, so we didn't -- we didn't

2    really discuss that either.

3            THE COURT:  Is there anything like emergent about

4    section 5 that we need to address?  I mean, if you guys want

5    to have quick argument on it, I'm happy to do that.

6            MR. ROTH:  What I've been told is section 5 is

7    happening.  Like this is not an issue that's active right now.

8    MPD has -- is doing it.  And so we don't really understand,

9    but I'm happy to -- if he wants to speak to that.

10           THE COURT:  I mean, section 5 is just telling the

11   MPD to do what the law is, so I don't see how I can enjoin

12   that, Mr. Reich.

13           By the way, am I saying your name right?

14           MR. REICH:  Yes, Your Honor.

15           THE COURT:  Okay.

16           MR. REICH:  Your Honor, so this is not just saying

17   what the law.  Is it's setting an enforcement policy that it

18   should be enforced to the maximum extent.  It's requiring the

19   diversion of resources to this function.  In the police

20   chief's declaration, she says this is going to require putting

21   officers on clearing encampments as -- on purely local land

22   who could be doing fighting and policing, much more

23   high-priority criminal activity.  And so this is -- it's

24   unlawful.  It's a -- it's a -- lacks a valid federal purpose.

25   It's setting a policy and -- rather than requesting a service

56

1    and.  It is harming the department --

2           THE COURT:  Well, Mr. Roth, can we just -- if you're

3    going to be reediting this anyway, can't you reedit No. 5 to

4    say, you know, the attorney general and Mr. Cole seeks the

5    services of the MPD to, you know, deal with unlawful occupancy

6    of public spaces or something?

7           MR. ROTH:  Yes.

8           THE COURT:  And I think that would address

9    Mr. Reich's concern.

10          MR. ROTH:  We can do that.

11          THE COURT:  Okay.  All right.  Here's what we're

12   going to do.  I do think that the section 1 of the order is

13   plainly contrary to statute.  I'm not going to reach the

14   constitutional issue, but I don't want to issue a decision

15   unless I have to, because I think it's better for the parties

16   to work these things out amongst themselves.  It sounds like

17   you all have done so with respect to 2, 3, and 4.  And given

18   Mr. Roth's representation that section 1 is being rewritten,

19   I'm going to hold off issuing a decision on that.

20          You said it will be like 45 minutes?  All right.

21          So it's right now it's 4:50.  All right.  If I don't

22   hear from anyone before 6:30, I will enter a TRO enjoining

23   section 1 of the executive order.

24          If I -- you know, if I hear -- obviously, if we get

25   a new executive order, then if you guys need me, you guys can

1    come see me.

2          And if, Mr. Roth, you all need more time, for

3    whatever reason, that's fine.

4          In the interim, until we get that new order,

5    Mr. Cole is not going to be able to direct police department

6    individuals to do anything.  I mean, he's going to have to go

7    through the mayor.  All right.

8          So I'll just -- instead of entering an order,

9    Mr. Roth, since you're nodding your head, I'll just take it

10   that that's what's going to be happening.

11         Does that give you the direction you need,

12   Mr. Reich?

13         MR. REICH:  I just want to confirm that the

14   agreement is that none of the requirements of section 1 are

15   going to be carried out, that this is not going to be a

16   prohibition on officers issuing any directives until they get

17   Mr. Cole's affirmative approval, that Police Chief Smith is

18   back in full command of the police department, and that

19   Mr. Cole is not acting as the police chief in any capacity.

20         THE COURT:  Yes.

21         Mr. Roth?

22         MR. ROTH:  That's all coming out, yeah.

23         THE COURT:  Okay.  All right.  So that's not going

24   to happen before it comes out and once it comes out, it's

25   gone.  Right?

# EXHIBIT 08

PRESIDENTIAL ACTIONS

RESTORING LAW AND ORDER IN THE DISTRICT OF COLUMBIA

Presidential Memoranda

August 11, 2025

Memorandum for THE SECRETARY OF DEFENSE

SUBJECT:      Restoring Law and Order in the District of Columbia

Section 1.  Background.  As President of the United States and Commander in Chief of the District of Columbia National Guard, it is my solemn duty to protect law-abiding citizens from the destructive forces of criminal activity.  That obligation applies with special force in our Nation's capital, where, as Commander in Chief of the District of Columbia National Guard, I must also ensure that all citizens can avail themselves of the right to interact with their elected representatives, and that the Federal Government can properly function, without fear of being subjected to violent, menacing street crime.  The local government of the District of Columbia has lost control of public order and safety in the city, as evidenced by the two embassy staffers who were murdered in May, the Congressional intern who was fatally shot a short distance from the White House in June, and the Administration staffer who was mercilessly beaten by a violent mob days ago.  Citizens, tourists, and staff alike are unable to live peacefully in the Nation's capital, which is under siege from violent crime.  It is a point of national disgrace that Washington, D.C., has a violent crime rate that is higher than some of the most dangerous places in the world.  It is my duty to our citizens and Federal workers to secure

*The* WHITE HOUSE

Sec. 2. <u>Mobilizing the District of Columbia National Guard</u>. Pursuant to my authority under the Constitution and laws of the United States and the District of Columbia, I direct the Secretary of Defense to mobilize the District of Columbia National Guard and order members to active service, in such numbers as he deems necessary, to address the epidemic of crime in our Nation's capital. The mobilization and duration of duty shall remain in effect until I determine that conditions of law and order have been restored in the District of Columbia. Further, I direct the Secretary of Defense to coordinate with State Governors and authorize the orders of any additional members of the National Guard to active service, as he deems necessary and appropriate, to augment this mission.

Sec. 3. <u>General Provisions</u>. This memorandum is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP




GET THE FACTS →

NEWS

WIRE

ISSUES

CONTACT

VISIT

EOP

ADMINISTRATION

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

THE SIGNERS



Subscribe to The White House newsletter

| Your email | SIGN UP |
| --- | --- |

Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy



# EXHIBIT

# 09

DISTRICT OF COLUMBIA NATIONAL GUARD
**OFFICE OF THE COMMANDING GENERAL**
**2001 EAST CAPITOL STREET, SE**
**WASHINGTON, DC 20003-1719**

PERMANENT ORDERS 25-223                    11 August 2025

DISTRICT OF COLUMBIA NATIONAL GUARD, 2001 EAST CAPITOL STREET S.E.
WASHINGTON, DC 20003-1719

Selected members of the District of Columbia National Guard are hereby encamped pursuant to D.C. Code § 49-101 and involuntarily ordered to duty pursuant to 32 U.S C. § 502(f)(2)(A) until such time as subsequent orders modify or terminate this base encampment order. The purpose of this duty is to respond to short or no-notice direction from the Secretary of Defense or the President of the United States to protect federal property and functions in the District of Columbia and to support federal and District law enforcement.

Authorities: E.O. 11485; Title 32 U.S Code Chapter 5 (Training); and D.C. Code Title 49, Chapter 1 (Active Military Duty).

Duty Station: D.C. Armory or subsequent designated reporting locations
Period: 11 1100R AUG 25 – 25 2359R SEP 25
Reporting time and date: 12 0730R AUG 25, or as otherwise directed

Additional Instructions: Reporting DCNG personnel must not be flagged for investigation or adverse action. Exceptions to these instructions are withheld to the Chief of Staff or first General Officer in the chain of command to include medical MRC 3 & 4 personnel.

Personnel are involuntarily ordered, with pay and allowances, in accordance with 32 U.S. Code § 502 (Required drills and field exercises) and encamped in accordance with D.C. Code §§ 49-101 (Drill parade, encampment or required duty), § 49-102 (Prescribing drills), and § 49-107 (Camp duty).

Additional instructions: An employee of the U.S. Government as defined by 5 U.S. Code 2105 is entitled to leave without loss in pay or time for each day of encampment per 5 U.S Code § 6323(c). An employee of the District of Columbia is entitled to leave without limitation and without loss of pay or time for each day of an encampment per 5 U.S. Code § 6323(c) and D.C. Code § 1-612.03(m-2).

All service members encamped under this order, or any supplemental encampment order will remain encamped within the DC local area, unless released earlier. This order is not valid as proof of being subject to the instant encampment unless presented with an associated annex or unit order listing the individual members encamped by unit, unit identification code, grade/rank, name, and the Service member's DOD ID Number.

Format: 251

DISTRIBUTION:              ////////////////////////////////////////////////////////
A-E        (1)             //    COMMANDING GENERAL'S OFFICE    //
INDIV INDIC (1)            //        DISTRICT OF COLUMBIA        //
                          ////////////////////////////////////////////////////////

                          LELAND D. BLANCHARD II, Brigadier General, USA
                          Commanding General (Interim)

# EXHIBIT

# 10

An official website of the United States government    Here's how you know ⌄

☰    🏛 DISTRICT OF COLUMBIA NATIONAL GUARD    🔍

Skip to main content (Press Enter).

**NEWS** | Aug. 23, 2025

# D.C. National Guard Activated to Support Law Enforcement in District of Columbia

WASHINGTON – The District of Columbia National Guard was activated Aug. 11 to support local and federal law enforcement efforts aimed at restoring order in the District of Columbia. The activation aligns with the President's executive order declaring a crime emergency.

Currently over 1,900 Guardsmen from the D.C. National Guard, West Virginia, South Carolina, Ohio, Mississippi, Louisiana and Tennessee are assisting the District and federal government agencies. The Guardsmen, who have a dual mission to serve the nation and the District, are providing a visible presence to support law enforcement and deter crime. Their specific tasks vary based on the needs of law enforcement partners. Personnel may be armed, consistent with their training, depending on the mission, operating under civilian law enforcement. The National Guard is prepared to augment its forces if needed.

The Joint Task Force District of Columbia is a scalable and tailored entity supporting mobilizations of the D.C. National Guard. In addition to routine presence patrolling, guardsmen have assisted Amtrak police Aug. 14 and U.S. Park Police at the Smithsonian Metro station August 15 (see story link below).

"The members of the District of Columbia National Guard are highly trained and capable of assisting our interagency partners to keep the District safe," said U.S. Army Brig. Gen. Leland D. Blanchard, commanding general (interim), D.C. National Guard. "Our responsibility is to bring back order and follow the President's mandate."

The National Guard remains capable. The mobilization will continue until law and order is restored, with the duration depending on the situation and the assessment of law enforcement partners. The goal of the DC Safe and Beautiful Task Force is to restore a safe environment. All personnel are operating under applicable laws and regulations.

To further enhance public safety and security for commuters, the task force supports missions at Washington Metropolitan Area Transit Authority metro stations in addition to the exterior. Service members are patrolling Foggy Bottom, Smithsonian, Eastern Market, Stadium Armory, Waterfront, McPherson Sq, L'Enfant Plaza, Gallery Place, Metro Center and NoMa-Gallaudet U. These efforts

Skip to main content (Press Enter).

are meant to strengthen safety and support the mission.

"These extraordinary service members are here to serve the task force. Many are traditional Guard members who left behind their civilian careers and families with little notice to come help us in the District. It's the finest tradition of the guard to be able to serve our communities", said U.S. Army Col. Larry Doane, Joint Task Force-DC commander. "We never do this alone so I would like to personally thank the families, employers, and our neighbors for their support. We couldn't do any of this without you."

### Lodging and meals

Guard members have lodging conveniences at their disposal throughout the District. Such accommodations are necessary for the safeguard of our members while they execute the mission at hand. The National Guard prioritizes the safety of its members and the public.

Local vendors have been contracted to provide three daily meals for guard members, ensuring access to nutritious food while supporting the local economy. This initiative enhances service members' health and performance, while also fostering community engagement and strengthening partnerships with local businesses.

### Vehicle Incident

Joint Task Force-DC is aware of an incident on Aug. 20, 2025 involving a D.C. National Guard transport vehicle and a civilian vehicle at 8th Street SE and North Carolina Avenue. A five-vehicle convoy and a D.C. police cruiser stopped and helped the civilian, who was taken to a hospital. The driver of the transport vehicle, a National Guardsman, has been ticketed for running a red light. The D.C. The National Guard and JTF-DC are cooperating with local law enforcement.

"We are aware of the incident," said U.S. Army Col. Larry Doane, commander, JTF-DC. "Our priority is ensuring the well-being of all involved. We are grateful for the response of D.C. police and EMS. Safety is our top priority. We will take action based on the investigation. This type of vehicle is authorized, and safety protocols are in place."

### Good News Story Links:

- Guardsmen Assist Local Police in Apprehending Suspect:
  https://www.dvidshub.net/news/545799/dc-national-guardsman-stops-assault-national-mall
- Joint Task Force D.C. commander discusses D.C. Safe and Beautiful mission:
  https://www.dvidshub.net/video/973731/joint-task-force-dc-commander-discusses-dc-safe-and-beautiful-mission
- D.C. National Guard Members alert police to man brandishing knife at
  Waterfront Metro Station: https://www.dvidshub.net/news/545983/dc-national

Skip to main content (Press Enter).

guard-members-alert-police-man-brandishing-knife-waterfront-metro-station

- VP, SD, WH Dep. COS Meet with Troops at DC Union Station: https://www.dvidshub.net/image/9268016/vp-sd-wh-dep-cos-meet-with-troops-dc-union-station

**Social Media**

- **Facebook:** https://www.facebook.com/DCGuard
- **Instagram:** DCGuard1802
- **X:** DCGuard1802
- **DVIDS:** https://www.dvidshub.net/feature/DCsafeandbeautifultaskforce

- 30 -



SHARE



PRINT

**FeedList**

**Feed List**

Skip to main content (Press Enter).

# EXHIBIT

# 11



# Governor DeWine Issues Statement on Ohio National Guard

*August 16, 2025*

(COLUMBUS, Ohio)— Ohio Governor Mike DeWine released the following statement regarding the Ohio National Guard:

"We have been asked by the Secretary of the Army to send 150 military police from the Ohio National Guard to support the District of Columbia National Guard. These Ohio National Guard members will carry out presence patrols and serve as added security.  None of these military police members are currently serving as law enforcement officers in the state of Ohio."

Ohio National Guard members are expected to arrive in Washington, D.C., in the coming days.

# EXHIBIT

# 12

9/5/25, 3:23 PM

Case 1:25-cv-03005-JMC    Document 3-2    Filed 09/09/25    Page 98 of 274
Gov. Henry McMaster Authorizes Deployment of National Guard to Washington, D.C. | Governor Henry McMaster

SC.GOV

[Search Governor.sc.gov]

☰ Menu

The Governor        The First Lady        Lieutenant Governor        Newsroom

Executive Branch        Contact

Home » Recent News » Gov. Henry McMaster Authorizes Deployment of National Guard to Washington, D.C.

# Gov. Henry McMaster Authorizes Deployment of National Guard to Washington, D.C.



August 16, 2025

*Guardsmen Subject to Immediate*

**COLUMBIA, S.C. –** Governor Henry McMaster today authorized the deployment of 200 South Carolina National Guardsmen to Washington, D.C. The guardsmen will support federal law

Gov. Henry McMaster Authorizes Deployment of National Guard to Washington, D.C. - Governor Henry McMaster

*Recall for Hurricane or Natural Disaster Response*

enforcement activities under President Donald J. Trump's executive order to Restore Law and Order in the District of Columbia.

The guardsmen are subject to immediate recall if a hurricane or other natural disaster requires their return to South Carolina.

"South Carolina is proud to stand with President Trump as he works to restore law and order to our nation's capital and ensure safety for all who live, work, and visit there," said Governor Henry McMaster. "As our National Guard works to support President Trump's mission, should a hurricane or natural disaster threaten our state, these men and women can and will be immediately recalled home to respond."

The governor's order comes at the request of the Pentagon's National Guard Bureau. The deployment will be funded by the federal government under Title 32.

## Executive Orders

Governor McMaster's Executive Orders

**LEARN MORE**

## Boards & Commissions

Information on SC Boards & Commissions

**LEARN MORE**

## Floodwater Commission

SC Floodwater Commission

**LEARN MORE**

9/5/25, 3:23 PM    Gov Henry McMaster Authorizes Deployment of National Guard to Washington, D.C. | Governor Henry McMaster

Case 1:25-cv-03005-JMC    Document 3-2    Filed 09/09/25    Page 100 of 274

The Honorable Henry McMaster

State House

1100 Gervais Street

Columbia, SC 29201

The Governor

The First Lady

Lieutenant Governor

Newsroom

Executive Branch

News Archive

Contact

SC.GOV Home    |    SC.GOV Privacy & Security Policy    |    Help Center    |    Contact SC.GOV    |
Download Adobe Reader

Copyright © 2025 State of South Carolina

# EXHIBIT 13

9/5/25, 3:24 PM
West Virginia National Guard to Support President Trump's Initiative to Make D.C. Safe and Beautiful | Office of the Governor Pa…

Case 1:25-cv-03005-JMC   Document 3-2   Filed 09/09/25   Page 102 of 274



State Agency Directory | Online Services | Phone Directory

Search this site

Search



Home

# WEST VIRGINIA NATIONAL GUARD TO SUPPORT PRESIDENT TRUMP'S INITIATIVE TO MAKE D.C. SAFE AND BEAUTIFUL

*August 16, 2025*

**CHARLESTON, W. Va. –** At the request of the Trump administration, Governor Patrick Morrisey has directed the West Virginia National Guard (WVNG) to support the President's initiative to restore cleanliness and safety to Washington, D.C. Under the command of West Virginia Adjutant General Maj. Gen. Jim Seward, the WVNG will deploy troops to the nation's capital as a show of commitment to public safety and regional cooperation.

WVNG involvement will include providing mission-essential equipment, specialized training, and approximately 300-400 skilled personnel as directed. The mission will be funded at the federal level. The WVNG remains

steadfast in its commitment to its longstanding National Capital Region partnership.

"West Virginia is proud to stand with President Trump in his effort to restore pride and beauty to our nation's capital," **said Governor Morrisey.** "The men and women of our National Guard represent the best of our state, and this mission reflects our shared commitment to a strong and secure America."

"This initiative aligns with our values of service and dedication to our communities," **said Maj. Gen. Seward.** "We stand ready to support our partners in the National Capital Region and contribute to the collective effort of making our nation's capital a clean and safe environment. The National Guard's unique capabilities and preparedness make it an invaluable partner in this important undertaking."

The WVNG exemplifies the spirit of collaboration that is vital in today's efforts to enhance the safety of our homeland while supporting state and federal missions.

---

**Office of the Governor**

State Capitol
1900 Kanawha Blvd. E
Charleston, WV  25305

**Ph** 304.558.2000 or 1.888.438.2731
**Fx** 304.558.3588
Write Us a Message
**GET IN TOUCH**



9/5/25, 3:24 PM    West Virginia National Guard to Support President Trump's Initiative to Make DC Safe and Beautiful | Office of the Governor Pa…

Case 1:25-cv-03005-JMC    Document 3-2    Filed 09/09/25    Page 104 of 274

# EXHIBIT

# 14



← **Post**

**Governor Jeff Landry** ✓
@LAGovJeffLandry

I have approved the deployment of approximately 135
@LANationalGuard soldiers to Washington DC to assist in President
@realDonaldTrump's mission of restoring safety and peace in our
nation's capital.

We are a nation of law and order. Our capital is a reflection of our
nation's respect, beauty, and standards. We cannot allow our cities to be
overcome by violence and lawlessness. I am proud to support this
mission to return safety and sanity to Washington DC and cities all
across our country, including right here in Louisiana.

5:04 PM · Aug 18, 2025 · **112.7K** Views

💬 174            ⟲ 164            ♡ 692            🔖 24            ⬆️

💬 **Read 174 replies**

Log in                    **Sign up**

# EXHIBIT
# 15



**Join Now**

# La. National Guard Military Police to assist in Washington, D.C.

/ Featured News, News Releases / By Duncan Foote

**By Sgt. 1st Class Scott D. Longstreet, Louisiana National Guard Public Affairs Office**

**PINEVILLE —** The Louisiana National Guard, as directed by the president of the United States, is federalizing and activating to Washington, D.C., to support the Metropolitan Police Department, the District of Columbia National Guard and D.C. local law enforcement beginning August 16, 2025.

Approximately 135 LANG military police will augment the DCNG in a joint effort to protect federal buildings, national monuments and other federal properties. The National Guard Bureau through its Headquarters, the Department of the Army and the Secretary of the Army, have directed multiple states' National Guard forces to augment DCNG.

"Louisiana Guardsmen are trained and ready to support the District of Columbia. Our Guardsmen mobilized quickly upon order, displaying efficiency, professionalism, and an understanding of what it means to serve in the Guard. Answering the call of our Nation is an honor and a privilege," said Louisiana adjutant general, Maj. Gen. Thomas Friloux.

The Louisiana National Guard and its citizen–Soldiers are always trained and prepared to assist neighborhoods and cities across the country whenever and wherever they are needed; they are 'Always Ready, Always There.'

← Previous Post

Next Post →





| Search... | |

## Archives

Select Month

## Recent Posts

La. National Guard mobilizes to support ICE

Louisiana National Guard's 199th Brigade Support Battalion holds change of command ceremony

La. Guard's Tiger Brigade Marks 20th Anniversary of Redeployment and Hurricane Response

Louisiana Army National Guard commissions 16 new officers

La. National Guard Military Police to assist in Washington, D.C.

## External Links

[U.S. Army A–Z](#)

[Department of Defense](#)

[National Guard Bureau](#)

[U.S. Army](#)

[U.S. Air Force](#)

[Army Knowledge Online](#)

[Guard Knowledge Online](#)

[The White House](#)

[TRICARE](#)

[iSalute](#)

## Useful Links

[Museums](#)

[DA Photo Request](#)

[FOIA Request](#)

[Logistical & Aerial Support](#)

[Office of Family Programs](#)

[Substance Abuse Program](#)

   













# EXHIBIT 16

9/5/25, 3:29 PM Governor Reeves Statement On Mississippi National Guard Deployment to Washington, D.C.

Case 1:25-cv-03095-JMC Document 3-2 Filed 09/09/25 Page 113 of 274



Flag Status: **Full-Staff**    



**FOR IMMEDIATE RELEASE**
August 18, 2025

**CONTACT:**
press@govreeves.ms.gov

# Governor Reeves Statement On Mississippi National Guard Deployment to Washington, D.C.

**JACKSON, Miss. –** Governor Tate Reeves today released the following statement on approving the deployment of approximately 200 Mississippi National Guard Soldiers to Washington, D.C.:

"I've approved the deployment of approximately 200 Mississippi National Guard Soldiers to Washington, D.C., to support President Trump's effort to return law and order to our nation's capital. Crime is out of control there, and it's clear something must be done to combat it. Americans deserve a safe capital city that we can all be proud of. I know the brave men and women of our National Guard will do an excellent job enhancing public safety and supporting law enforcement."

9/5/25, 3:29 PM    Governor Reeves Statement on Mississippi National Guard Deployment to Washington D.C.

Case 1:25-cv-03005-JMC    Document 3-2    Filed 09/09/25    Page 114 of 274

To contact the Governor's office, please call **601-359-3150** or email **governor@govreeves.ms.gov**.

For all media inquiries, please email **press@govreeves.ms.gov**.

  

© 2025 Office of Governor Tate Reeves. All Rights Reserved.

# EXHIBIT 17

SEPTEMBER 05, 2025

# Gov. Kemp: Georgia Guard to Support D.C. Public Safety Mission

**ATLANTA** – Governor Brian P. Kemp announced today that the Georgia National Guard is providing support to the ongoing **Joint Task Force-District of Columbia (https://urldefense.com/v3/__https://officeofgeorgiagover norbrianpkemp.cmail19.com/t/y-l-qidutlk-hdiulijyhk-y/__;!!HWVSVPY!nCDkJZ6MIxxYpXvYx24HA9t3VunYjBiOz0 An1Ry-jzVqNsFQCHLbU2vVR6diewkjbuIc9knPsFNBrr96bl9SMhs$ )** (JTF-DC) operations in Washington, D.C. In total, a contingent of 316 Guardsmen (16 support staff and approximately 300 Soldiers) will mobilize in and around the nation's capital to aid in restoring public safety following the president's executive order declaring a crime emergency in the District of Columbia, dated August 11, 2025. The Georgia Guard has a long history of partnering with federal, state, and local agencies to respond to such emergency situations, both in the state and in other parts of the country, as well as in allied countries around the world without any compromise to the Guard's ability to respond to in-state needs.

"Georgia is proud to stand with the Trump administration in its mission to ensure the security and beauty of our nation's capital," **said Governor Brian Kemp**. "We share a

9/5/25, 3:29 PM
Case 1:25-cv-03005-JMC Document 3-2 Filed 09/09/25 Page 118 of 274
Gov. Kemp: Georgia Guard to Support DC Public Safety Mission | Office of the Governor

commitment to upholding public safety and are grateful to these brave Guardsmen and women, for the families that support them, and for their dedication to service above self. As they have demonstrated again and again, our Georgia Guard is well equipped to fulfill both this mission and its obligations to the people of our state."

Following a federal request for the Georgia Guard to provide up to 16 Soldiers as medical, PA, and MP support staff to JTF-DC, these servicemembers were sent earlier this week to Joint Base Anacostia-Boiling within Washington, D.C. where they will work with other military personnel providing support for the broader mission. These Guardsmen are not expected to have any direct interaction with civilians.

Governor Kemp also approved fulfillment of a separate request for up to approximately 300 Georgia Guard Soldiers to relieve service members stationed in D.C. from the start of the mission. These 300 servicemembers are scheduled to mobilize in mid-September and will be on active duty in Washington shortly thereafter, barring any changes to the schedule that may arise beforehand.

Guardsmen have a dual mission to serve their respective state and our country as a whole. As part of the JTF-DC broader mission, the Georgia Guard will join seven other states and over 2,200 Guardsmen from around the nation to provide a visible presence in support of local law enforcement in D.C. Their specific tasks vary based on the

9/5/25, 3:29 PM · Gov. Kemp: Georgia Guard to Support Public Safety Missions in D.C. and our Nation's Capital | Office of the Governor

Case 1:25-cv-03005-JMC   Document 3-2   Filed 09/09/25   Page 119 of 274

needs of those law enforcement partners. Personnel may be armed, consistent with their training, depending on the mission and operating under civilian law enforcement. For more information on JTF-DC, visit:

**https://dc.ng.mil/Domestic-Operations/Joint-Task-Force-JTF-District-of-Columbia-DC/ (https://urldefense.com/v3/__https://officeofgeorgiagovernorbrianpkemp.cmail19.com/t/y-l-qidutlk-hdiulijyhk-j/__;!!HWVSVPY!nCDkJZ6MIxxYpXvYx24HA9t3VunYjBiOz0An1Ry-jzVqNsFQCHLbU2vVR6diewkjbulc9knPsFNBrr96gIY0mJs$ )**.

**PLEASE NOTE: This request to support the JTF-DC is separate from the request to support Immigration and Customs Enforcement (ICE) Agency operations here in Georgia**. Service members supporting ICE are not armed, nor are they in the field. They perform only administrative and logistical tasks at various ICE facilities in Georgia.

The Georgia Guard is comprised of more than 14,000 Soldiers and Airmen supporting overseas and domestic missions. Its support roles in the various missions noted above will not impact its ability to support the state in the event of an emergency, such as a major hurricane or other weather event. During the response to Hurricane Helene last year, the Georgia National Guard provided support to nearly forty impacted counties while simultaneously participating in operations on six continents.

Case 1:25-cv-03005-JMC   Document 3-2   Filed 09/09/25   Page 120 of 274

CONTACT

# Press Secretary: Carter Chapman

**carter.chapman@georgia.gov
(mailto:carter.chapman@georgia.gov)**

CONTACT

# Deputy Press Secretary and Digital Media Manager: Annalise Morning

**annalise.morning@georgia.gov
(mailto:annalise.morning@georgia.gov)**

CONTACT

# Media Relations, Georgia Department of Defense: Capt. Dustin Cole

**ng.ga.gaarng.list.pao-staff@army.mil
(mailto:ng.ga.gaarng.list.pao-staff@army.mil)**

# EXHIBIT 18

# Gov. Rhoden Mobilizes SDNG to DC at the Request of President Trump



**Today, Governor Larry Rhoden announced the mobilization of 12 South Dakota National Guardsmen to support ongoing operations in Washington D.C. at the request of President Donald J. Trump.**

Date published: 08/31/2025

Copy Permalink

FOR IMMEDIATE RELEASE
August 31, 2025
Contact: Josie Harms

**Gov. Rhoden Mobilizes SDNG to DC at the Request of President Trump**

**PIERRE, S.D. –** Today, Governor Larry Rhoden announced the mobilization of 12 South Dakota National Guardsmen to support ongoing operations in Washington D.C. at the request of President Donald J. Trump.

"South Dakota stands in solidarity with President Trump and his efforts to Make America Safe Again," said **Governor Larry Rhoden**. "With the National Guard's help, President Trump has restored law and order to our nation's capital – and our guardsmen will help keep it that way. We will not sit on the sidelines while crime threatens the safety of our families."

The 12 public affairs guardsmen are from the 129th Mobile Public Affairs Detachment based out of Rapid City. They will serve in a public affairs capacity in the joint information command center.

This mobilization is under the command of the D.C. National Guard and is completely federally funded. The guardsmen will activate on a Title 32 status. The initial deployment is expected to last for 30 days.

For the safety of the guardsmen and their families, the announcement of this mobilization was held until the guardsmen were safely on site.

###

---

# Other Posts by this Agency

## Results

Growing up on the ranch, you learn that results matter.

Learn More

## Governor Rhoden Celebrates Record-Breaking Build Dakota Awards

Strengthens South Dakota's Future Workforce

Learn More

# EXHIBIT 19

An official website of the United States government    Here's how you know ⌄


☰    **NATIONAL GUARD**    🔍

Home : News : Article View



Metro Center

**NEWS** | Aug. 29, 2025

# Guard Members From Six States, D.C. on Duty in Washington in Support of Local, Fed Authorities

By Sgt. 1st Class Jon Soucy, National Guard Bureau

WASHINGTON – More than 2,000 National Guard Soldiers and Airmen from six states and the District of Columbia are on duty in Washington as part of Joint Task Force – District of Columbia in support of local and federal authorities and law enforcement agencies.

"These extraordinary service [members] are here to serve the task force," said U.S. Army Col. Larry Doane, commander of JTF-DC. "Many are traditional Guardsmen who left behind their civilian careers and families with little notice to come help us in the District."

The Guard is unique in the U.S. military with a dual mission that includes serving as the combat arms reserve of the Army and Air Force worldwide, and serving at home in support of local, state, or federal authorities in times of need.

"It's the finest tradition of the Guard to be able to serve our communities," said Doane.

Guard members are providing a visible presence in support of local and federal law enforcement at areas along the National Mall, key federal buildings, the Washington waterfront, Metro subway stations and other areas. Future plans include presence patrols in residential neighborhoods and other locations throughout the District.

"The D.C. National Guard is gathering our Soldiers and Airmen together to partner with our law enforcement partners to provide the safety and security to our neighbors," said Doane.

While Guard members may have a presence in those areas, the U.S. Marshals Service is the lead agency and coordinates with other agencies such as the Washington Metropolitan Police Department, said Doane. Guard members are on duty in support of those elements, and officers from those agencies are brought in on incidents Guard members encounter.

"If there's any concerns, we notify [the Metropolitan Police Department] or the right personnel to make sure that situation is taken care of," said U.S. Air Force Maj. Jay Green, a chaplain with the 113th Wing, District of Columbia Air National Guard.

Since coming on duty, Guard members have responded to several incidents where individuals threatened public safety. One incident involved Guard members responding to a man brandishing a knife in a Metro subway station.

"We showed our presence and then made sure that citizens around that area were safe," said U.S. Army Capt. Giho Yang, with the District of Columbia Army National Guard. "To do that, we had to partner up and communicate with the law enforcement officers that were nearby, making sure that we had eyes and ears on the situation to keep everyone safe."

Guard members have also responded to medical emergencies, including an individual found unconscious along a set of railroad tracks.

"He was having what appeared to be a pretty serious episode and looked like he might be dying," said U.S. Army Sgt. Jay Whitehead, a team leader with the 372nd Military Police Battalion, D.C. Army Guard, adding that his team worked alongside Amtrak police officers to revive him, called for an ambulance and kept him safe until medical personnel arrived.

In a separate incident, Soldiers with 4th Battalion, 118th Infantry Regiment, South Carolina Army National Guard responded when a man was struck by a train.

"Everybody was panicking," said U.S. Army Spc. Nicholas Garrison, who responded to the incident, referring to those in the area.

He said he and his team were "able to keep a clear head and make the phone call to 911 to get an ambulance on the way."

Garrison's team aided the individual and secured the scene until emergency personnel arrived.

"Our presence was important for getting him help as quickly as possible," he said.

Others in the task force are taking part in beautification projects throughout Washington.

"Many folks see our troops patrolling the Metro stations and other locations, you know, out there for security," said U.S. Army Chief Warrant Officer 5 Bernard Aguon, the command chief warrant officer of the D.C. Army Guard. "This is the other part of that nested operation – the beautification effort."

Aguon and other Soldiers have been working at federal parks and other areas.

"Today, our project centered on Marvin Gaye Park, to include parts of Marvin Gaye Trail," he said. "We collected approximately 40-plus trash bags with several pieces of debris, some old tires, and crates. Our goal here is really just to help the community by beautifying areas within the District."

Future beautification plans include larger refurbishment projects beyond trash and debris removal. Guard members are coordinating with partner agencies on those projects and ensuring the required permits and equipment are in place, said task force officials.

Supporting those on duty is key, with many of those logistical elements handled at

Logistics Support Area Lincoln, located on Joint Base Anacostia-Bolling in the southeast area of the city.

LSA Lincoln allows for faster coordination and distribution of food, water and other items needed to support the Soldiers and Airmen on duty, said U.S. Air Force Col. Thomas A. Conley, deputy commander for support with JTF-DC, and part of the 113th Wing, D.C. Air Guard.

"This setup makes everything easier," he said. "Workflow makes sense, traffic flow makes sense, you can see every relevant space within one range of vision."

It also streamlines distributing meals to Guard members on duty, said U.S. Army 1st Sgt. David Cochran, with the D.C. Army Guard, whose team oversees the delivery of 9,200 contracted meals daily. That includes 2,300 meals each for breakfast, lunch, dinner and midnight options.

"My team works very hard," he said, adding his team of roughly a dozen Soldiers takes care of meals for the more than 2,000 Service members of the task force. "They are pushing out every meal, every day and I am super proud of them. They do the impossible."

Since Aug. 12, Cochran's team has pushed out more than 75,000 meals, which all meet the Army food program's calorie count and dietary requirements and restrictions, he said. The hot meals are delivered to LSA Lincoln and then distributed to Soldiers and Airmen at their duty locations throughout Washington. Providing hot meals and ensuring Guard members are billeted in safe, comfortable hotels in the area are task force priorities, said officials.

For many Guard members on duty, the mission is important, as the District is home.

"I remember coming here when I was in fifth grade for field trips," said U.S. Air Force Staff Sgt. Hector Amaya, a security forces Airman with the 113th Security Forces Squadron, D.C. Air Guard, who grew up in the greater Washington area. "I care a lot about this city."

---



SHARE    PRINT

🏷 national guard    🏷 Joint Task Force DC    🏷 DC Safe
🏷 DC Safe and Beautiful Task Force

**Related Articles**



### Military Firefighters Hone Skills at Northern Strike

**By Maj. Megan Breen,** | Aug. 20, 2025

CAMP GRAYLING, Mich. — Sirens echoed across the Grayling Army Airfield as firefighters sprinted toward a simulated UH-60 Black Hawk crash site. Smoke drifted through the pine trees as U.S. Army reservists, National Guard...



### A Career of Service: Illinois Army Guard Soldier Reflects on Time in Active Component, Army Guard, and Army Reserve

**By Staff Sgt. Amber Peck,** | July 11, 2025

TORUŃ, Poland — Sgt. 1st Class Hussein Mashal, an Illinois Army National Guard Soldier with nearly two decades of service, has checked a lot of Army boxes – service in all three components – active, Reserve, National Guard –...



### National Guard Supports Army's 250th Birthday Celebration

**By Senior Master Sgt. Jason Melton,** | June 16, 2025

WASHINGTON — More than 800 National Guard members secured the nation's capital June 14 when the U.S. Army celebrated its 250th birthday. Guard members from the District of Columbia, Mississippi, West Virginia and Pennsylvania...

More »

**Latest News**

Alaska Air Guard Conducts Multiple Hoist Rescues of Stranded Rafters on Kichatna River

Guard News • 3 hours ago

Searcy Leaves Legacy of Advocacy for Warrant Officers in Army Guard

Guard News • 20 hours ago

Georgia Guard Company Leads in Electromagnetic Warfare Modernization

Guard News • 2 days ago

Massachusetts, New York Guard Members Compete in Historic Logan-Duffy Rifle Competition

Guard News • 2 days ago

Alaska Air Guard Rescues Individual With Facial Laceration Near Knik Glacier

Guard News • 2 days ago

**Guard News Archive**

2025 (300)
2024 (423)
2023 (421)
2022 (520)
2021 (688)
2020 (928)
2019 (379)
2018 (318)
2017 (339)
2016 (232)
2015 (343)
2014 (373)
2013 (450)
2012 (540)
2011 (523)
2010 (1046)
2009 (352)
2008 (633)
2007 (288)
2006 (180)

# EXHIBIT

# 20

An official website of the United States government   Here's how you know ⌄



≡   DISTRICT OF COLUMBIA NATIONAL GUARD   🔍

Skip to main content (Press Enter).

**NEWS** | Aug. 23, 2025

# National Guard authorized to carry weapons in support of law enforcement

WASHINGTON – U.S. Army Brig. Gen. Leland D. Blanchard II, the Commanding General (interim) of the D.C. National Guard, in support of local law enforcement agencies, gave the order for Guard members supporting Joint Task Force-DC to carry their service-issued weapons. The decision comes at the direction of the Secretary of Defense and in  coordination with the Metropolitan Police Department and federal law enforcement partners.

Blanchard made the decision to order Guard members to carry their service-issued weapons after careful consideration of the security environment. "This decision is not something taken lightly," said Blanchard. "We are in coordination with our law enforcement partners and all appropriate review processes are in place."

Guard members on the mission will carry M17 pistols, which are intended for personal protection. Guard members receive initial, regular, ongoing and refresher training, as well as complete annual  weapons qualifications, prior to carrying weapons.

The President of the United States directly commands the D.C. National Guard, the only National Guard force not under a state or territory governor's authority under Title 32 U.S.C. § 110; D.C § 49-409.

The Joint Task Force – District of Columbia mission is conducted under Title 32 U.S. Code § 502(f),  which allows Guard members on Title 32 status—under state command but federally funded— to perform duties in support of law enforcement. Unlike active-duty troops on Title 10 status, National Guard members are not restricted by the Posse Comitatus Act, Title 18 U.S.C. § 1385,  when operating under the governor's authority.

"Our task force members incorporate de-escalation techniques within the D.C. National Guard  rules for the use of force," said COL Larry Doane, JTF-DC Commander. "Incorporating all of these measures ensures they are fully prepared to support law enforcement and safeguard the residents of Washington D.C."

JTF-DC continues to work closely with the District and federal partners to maintain public safety and security.

Skip to main content (Press Enter).

For more information, contact the Joint Information Center at jtf-dcmediadesk@army.mil or 202- 880-4267.

-30-

---

 

SHARE        PRINT

**FeedList**

**Feed List**

# EXHIBIT

# 21



**SECRETARY OF THE ARMY**
WASHINGTON

0 3 SEP 2025

MEMORANDUM FOR Interim Commanding General, District of Columbia National Guard, 2001 East Capitol Street, SE. Washington, DC 20003-1719

SUBJECT: Extension of 11 August 2025, Mobilization of D.C. National Guard – JTF-DC

1. On 11 August 2025, the President of the United States, in coordination with the Secretary of Defense, directed the rapid mobilization of the District of Columbia National Guard to support local law enforcement agencies. In alignment with the Presidential memorandum issued on that date, I am extending this mobilization through 30 November 2025, to continue supporting the President's ongoing efforts to restore law and order in the District of Columbia.

2. We will continue to assess conditions on the ground in conjunction with OSD and the White House, to ensure our forces remain appropriately postured.



Dan Driscoll

# EXHIBIT

# 22



# DC National Guard Leaders Deputized for DC Safe and Beautiful Task Force [Image 2 of 7]



**WASHINGTON, DISTRICT OF COLUMBIA, UNITED STATES**

**08.15.2025**

**Photo by Ayan Sheikh** 🔊

**Joint Task Force DC** 🔍 🔊

Subscribe    5

Jeryl Isaac, Chief Deputy U.S. Marshal, deputizes Brig. Gen. Leland Blanchard II, interim commanding general of the District of Columbia National Guard, Command Sgt. Maj. Ronald L. Smith, senior enlisted leader to the commanding general, and other Guard members at the D.C. Armory, Aug. 15, 2025. The D.C.

National Guard is uniquely commanded by the President of the United States through the Secretary of Defense. Guard members were activated under the Joint Task Force–District of Columbia as part of the DC Safe and Beautiful Task Force to support District and federal partners in safeguarding property and ensuring the functions of government. (U.S. Army National Guard Photo by Ms. Ayan Sheikh, DCNG Public Affairs)

# IMAGE INFO

| | |
|---|---|
| Date Taken: | 08.15.2025 |
| Date Posted: | 08.15.2025 18:01 |
| Photo ID: | 9260085 |
| VIRIN: | 200730-Z-IB405-2003 |
| Resolution: | 6048x4024 |
| Size: | 4.16 MB |
| Location: | WASHINGTON, DISTRICT OF COLUMBIA, US |

| | |
|---|---|
| Web Views: | 55 |
| Downloads: | 3 |

**PUBLIC DOMAIN** 

This work, *DC National Guard Leaders Deputized for DC Safe and Beautiful Task Force [Image 7 of 7]*, by Ayan Sheikh, identified by DVIDS, must comply with the restrictions shown on https://www.dvidshub.net/about/copyright.

# GALLERY



# MORE LIKE THIS



 

## CONTROLLED VOCABULARY KEYWORDS

*No keywords found.*

## TAGS

National Guard            DCsafe

Safe and Beautiful

## OPTIONS

⤓  Register/Login to Download

DVIDS CONTROL CENTER

404-282-1450

WEB SUPPORT

dvidsservicedesk@dvidshub.net

CUSTOMER SERVICE

1-888-743-4662

dma.enterprise-customer-
services@mail.mil

FEATURES

UNITS

CONTENT

Images

Video

News

Audio

Graphics

Podcasts

Publications

Webcasts

 



Version: ab5f13e7007ddc668eeb06580813e815f6bd2d8c_2025-09-02T14:42:55

# EXHIBIT

# 23



## D.C. Safe and Beautiful Task Force [Image 4 of 4]



**UNITED STATES**
**08.19.2025**
**Photo by Pfc. Nina Cortez** 🔊
**Joint Task Force DC** 🔍 🔊

Subscribe    5

U.S. Soldiers from the West Virginia National Guard are deputized at the D.C. Armory as part of D.C. Safe and Beautiful Task Force, Washington, D.C., Aug. 19, 2025. Approximately 800 National Guard service members comprise JTF-DC, supporting the D.C. Safe and Beautiful Task Force. These National Guard service members provide critical support, including crowd management, presence patrols, and perimeter control, in support of law enforcement. (U.S. Army photo by Pfc. Nina Cortez)

## IMAGE INFO

Date Taken:                                    08.19.2025

| | |
|---|---|
| Date Posted: | 08.19.2025 16:56 |
| Photo ID: | 9266129 |
| VIRIN: | 250819-A-GG554-1083 |
| Resolution: | 7219x3458 |
| Size: | 2.64 MB |
| Location: | US |

| | |
|---|---|
| Web Views: | 65 |
| Downloads: | 2 |

**PUBLIC DOMAIN** 

This work, *D.C. Safe and Beautiful Task Force [Image 4 of 4]*, by PFC Nina Cortez, identified by DVIDS, must comply with the restrictions shown on https://www.dvidshub.net/about/copyright.

# GALLERY

   

# MORE LIKE THIS

 
 

# CONTROLLED VOCABULARY KEYWORDS

*No keywords found.*

# TAGS

D.C.

**OPTIONS**

⬇ Register/Login to Download

**DVIDS CONTROL CENTER**

404-282-1450

**WEB SUPPORT**

dvidsservicedesk@dvidshub.net

**CUSTOMER SERVICE**

1-888-743-4662

dma.enterprise-customer-
services@mail.mil

**FEATURES**

**UNITS**

**CONTENT**

Images
Video
News
Audio
Graphics
Podcasts
Publications
Webcasts

 



Version: ab5f13e7007ddc668eeb06580813e815f6bd2d8c_2025-09-02T14:42:55

# EXHIBIT

# 24



# D.C. Safe and Beautiful Task Force [Image 3 of 8]



**DISTRICT OF COLUMBIA, UNITED STATES**
**08.19.2025**
**Photo by Spc. Giselle Gonzalez** 🔊
**Joint Task Force DC** 🔍 🔊

Subscribe        5

U.S. Army Soldiers from the West Viginia and South Carolina National Guards are deputized at the D.C. Armory in Washington, D.C., Aug. 19, 2025. Guard members were activated under the Joint Task Force–District of Columbia as part of the D.C. Safe and Beautiful Task Force to support District and federal

partners in safeguarding property and ensuring the functions of government. (U.S. Army Photo by Spc. Giselle Gonzalez)

# IMAGE INFO

| | |
|---|---|
| Date Taken: | 08.19.2025 |
| Date Posted: | 08.20.2025 18:40 |
| Photo ID: | 9268723 |
| VIRIN: | 250819-A-H0992-1014 |
| Resolution: | 6782x4521 |
| Size: | 2.33 MB |
| Location: | DISTRICT OF COLUMBIA, US |

| | |
|---|---|
| Web Views: | 55 |
| Downloads: | 2 |

**PUBLIC DOMAIN** 

This work, *D.C. Safe and Beautiful Task Force [Image 8 of 8]*, by SPC Giselle Gonzalez, identified by DVIDS, must comply with the restrictions shown on https://www.dvidshub.net/about/copyright.

# GALLERY



# MORE LIKE THIS



 

## CONTROLLED VOCABULARY KEYWORDS

*No keywords found.*

## TAGS

DCsafeandbeautifultaskforce   dcsafe

## OPTIONS

⬇ Register/Login to Download

DVIDS CONTROL CENTER

404-282-1450

WEB SUPPORT

dvidsservicedesk@dvidshub.net

CUSTOMER SERVICE

1-888-743-4662

dma.enterprise-customer-
services@mail.mil

FEATURES

UNITS

CONTENT

Images
Video
News
Audio
Graphics
Podcasts
Publications
Webcasts

 



Version: ab5f13e7007ddc668eeb06580813e815f6bd2d8c_2025-09-02T14:42:55

# EXHIBIT

# 25



# D.C. Safe and Beautiful Task Force [Image 2 of 11]



**UNITED STATES**

**08.21.2025**

**Photo by Pfc. Nina Cortez** ⌁

**Joint Task Force DC** ⌕ ⌁

Subscribe     5

U.S. Soldiers from the Ohio and Tennessee National Guard are deputized at the D.C. Armory as part of D.C. Safe and Beautiful Task Force, Washington, D.C., Aug. 21, 2025. More than 1,500 National Guard service members comprise JTF-DC, supporting the D.C. Safe and Beautiful Task Force. These National Guard

service members provide critical support, including crowd management, presence patrols, and perimeter control, in support of law enforcement. (U.S. Army photo by Pfc. Nina Cortez)

## IMAGE INFO

| | |
|---|---|
| Date Taken: | 08.21.2025 |
| Date Posted: | 08.23.2025 18:02 |
| Photo ID: | 9270341 |
| VIRIN: | 250821-A-GG554-1052 |
| Resolution: | 7801x5187 |
| Size: | 2.81 MB |
| Location: | US |

| | |
|---|---|
| Web Views: | 11 |
| Downloads: | 3 |

**PUBLIC DOMAIN** 

This work, *D.C. Safe and Beautiful Task Force [Image 11 of 11]*, by PFC Nina Cortez, identified by DVIDS, must comply with the restrictions shown on https://www.dvidshub.net/about/copyright.

## GALLERY



## MORE LIKE THIS





## CONTROLLED VOCABULARY KEYWORDS

*No keywords found.*

## TAGS

D.C.

## OPTIONS

⬇ Register/Login to Download

DVIDS CONTROL CENTER

404-282-1450

WEB SUPPORT

dvidsservicedesk@dvidshub.net

CUSTOMER SERVICE

1-888-743-4662

dma.enterprise-customer-
services@mail.mil

FEATURES

UNITS

CONTENT

Images
Video
News
Audio
Graphics
Podcasts
Publications
Webcasts

 



Version: ab5f13e7007ddc668eeb06580813e815f6bd2d8c_2025-09-02T14:42:55

# EXHIBIT

# 26



# Louisiana National Guard Soldiers deputized in support of JTF-DC [Image 1 of 2]



**DISTRICT OF COLUMBIA, UNITED STATES**
**08.25.2025**
**Photo by Tech. Sgt. Andrew Enriquez** ⌐
**Joint Task Force DC** 🔍 ⌐

Subscribe    5

U.S. Soldiers with the Louisiana National Guard recite the oath to become deputized in support of law enforcement partners as part of the Joint Task Force – District of Columbia on Joint Base Anacostia-Bolling Aug. 25 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission

Task Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Tech. Sgt. Andrew Enriquez)

## IMAGE INFO

| | |
|---|---|
| Date Taken: | 08.25.2025 |
| Date Posted: | 08.28.2025 17:22 |
| Photo ID: | 9276503 |
| VIRIN: | 250825-Z-EZ983-1001 |
| Resolution: | 2048x1363 |
| Size: | 2.19 MB |
| Location: | DISTRICT OF COLUMBIA, US |

| | |
|---|---|
| Web Views: | 24 |
| Downloads: | 0 |

**PUBLIC DOMAIN** 

This work, *Louisiana National Guard Soldiers deputized in support of JTF-DC [Image 2 of 2]*, by TSgt Andrew Enriquez, identified by DVIDS, must comply with the restrictions shown on https://www.dvidshub.net/about/copyright.

## GALLERY

 

## MORE LIKE THIS

 

 

 



## KEYWORDS

*No keywords found.*

## TAGS

National Guard          dcsafe

## OPTIONS

⬇ Register/Login to Download

DVIDS CONTROL CENTER

404-282-1450

WEB SUPPORT

dvidsservicedesk@dvidshub.net

CUSTOMER SERVICE

1-888-743-4662

dma.enterprise-customer-
services@mail.mil

FEATURES

UNITS

CONTENT

Images
Video
News
Audio
Graphics
Podcasts
Publications
Webcasts



Version: ab5f13e7007ddc668eeb06580813e815f6bd2d8c_2025-09-02T14:42:55

# EXHIBIT
# 27



# West Virginia National Guard deputized for JTF-DC [Image 2 of 2]



**DISTRICT OF COLUMBIA, UNITED STATES**
**08.25.2025**
**Photo by Master Sgt. Whitney Hughes** ⤵
**Joint Task Force DC** 🔍 ⤵

Subscribe    5

U.S. assigned to the West Virginia National Guard, recite the oath to become deputized to support to Joint Task Force – District of Columbia at Joint Base Anacostia-Bolling Aug. 25. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C.

Metropolitan Police Department in ensuring the safety of all who live, work, and visit the District. (U.S. Army photo by Master Sgt. Whitney Hughes)

## IMAGE INFO

| | |
|---|---|
| Date Taken: | 08.25.2025 |
| Date Posted: | 08.25.2025 16:24 |
| Photo ID: | 9276236 |
| VIRIN: | 082525-Z-TA175-6602 |
| Resolution: | 6450x4305 |
| Size: | 19.68 MB |
| Location: | DISTRICT OF COLUMBIA, US |

| | |
|---|---|
| Web Views: | 69 |
| Downloads: | 2 |

**PUBLIC DOMAIN** 

This work, *West Virginia National Guard deputized for JTF-DC [Image 2 of 2]*, by MSG Whitney Hughes, identified by DVIDS, must comply with the restrictions shown on https://www.dvidshub.net/about/copyright.

## GALLERY

 

## MORE LIKE THIS

 

 

 



## KEYWORDS

*No keywords found.*

## TAGS

National Guard          dcsafe

## OPTIONS

⬇ Register/Login to Download

DVIDS CONTROL CENTER

404-282-1450

WEB SUPPORT

dvidsservicedesk@dvidshub.net

CUSTOMER SERVICE

1-888-743-4662

dma.enterprise-customer-
services@mail.mil

FEATURES

UNITS

CONTENT

Images
Video
News
Audio
Graphics
Podcasts
Publications
Webcasts



Version: ab5f13e7007ddc668eeb06580813e815f6bd2d8c_2025-09-02T14:42:55

# EXHIBIT

# 28

Exhibit # 4

United States Marshals Service **POLICY DIRECTIVES**

**TACTICAL OPERATIONS**

**17.11    SPECIAL DEPUTATION PROGRAM**

**A.**      **Proponent:**  Tactical Operations Division (TOD), Special Deputations Branch (SDB).

**B.**      **Purpose:**  This policy directive establishes the policy and procedures concerning the Special Deputation Program (SDP) for the United States Marshals Service (USMS).

**C.**      **Authority:**  The authority of the USMS to supervise and administer the SDP is contained in 28 USC 566(c), 561(a), 561(f), 509, 510; 28 CFR, 0.111, 0.112, and 0.113.

**D.**      **Policy:**

1.      Special Deputations by the USMS are authorized based upon the needs of the USMS or other agencies that can demonstrate a requirement to enforce federal law or carry a concealed weapon.

2.      Special Deputations are not limited to the district of origin and are valid wherever the United States has law enforcement powers.  A Special Deputation may carry restrictions that limit authority to certain duty hours, a specific investigation, a designated location, personal protection, etc.  Limits may also include conditions or restrictions for carrying concealed weapons.

3.      The USMS can deputize federal, state, local, or tribal law enforcement officers to enforce Title 18 criminal offenses only.  Special Deputies are not authorized to participate in federal drug investigations (Title 21) unless they are also deputized by the Drug Enforcement Administration or the Federal Bureau of Investigation.

4.      Deputized individuals have Title 18 authority, as stipulated on Form USM-3B, *Special Deputation Oath of Office*, *Authorization, and Appointment*, to perform any of the following federal law enforcement functions:

    a.      Seek and execute arrest warrants and search warrants;

    b.      Make arrests without a warrant if there are reasonable grounds to believe that the suspect has violated or is violating federal law;

    c.      Serve subpoenas and other legal writs;

    d.      Monitor Title III Intercepts (electronic surveillance); and

    e.      Carry firearms for personal protection or the protection of those covered under the federal assault statutes.

5.      **Special Deputation Eligibility Requirements:**  In order to be qualified for Special Deputation, an applicant must:

    a.      Be a United States citizen;

    b.      Be employed by a federal, state, local, or tribal law enforcement agency, or an agency approved by the Department of Justice (DOJ);

c. Have successfully completed a basic law enforcement training program. If deputation is requested to participate in a protection detail, proof of protective detail training is also required;

d. Possess at least 1 year of law enforcement experience with an agency that has general arrest authority;

e. Have no domestic violence convictions as defined in 18 USC 922(g)(9) (the Lautenberg Amendment);

f. Have successfully qualified with an authorized firearm on the USMS or employing agency's approved course of fire within 6 months of application date;

g. Complete Form USM-3A, *Application for Special Deputation/Sponsoring Federal Agency Information;* Form USM-3C, *Application for Group Deputation*; or Form USM-3D, *Agreement Between United States Marshals Service and Physicians/Medical Support Volunteers*. Incomplete applications will not be processed;

h. Have certified that they have reviewed and agreed to comply with the deadly force policy of their employing agency or the DOJ;

i. If applicant is a federal employee, applicant must be classified in a law enforcement job series. If an applicant is not employed in a law enforcement job series but has sufficient justification to be deputized, the application and a recommendation from SDB will be submitted to the Office of the Deputy Attorney General (ODAG) for final approval;

j. Applicants may generally not hold more than one Special Deputation at a time. However, if a scenario arises where it is justifiable for an applicant to be deputized to work under more than one task force/mission, a request for waiver of this limitation can be sent to SDB for review;

k. Provide written authorization from their employer that they concur with their employee's participation on a task force or mission. This authorization letter must be no older than 2 months of SDB receipt of the application; and

l. Applicants should not be under internal investigation by their employer. If an applicant is under internal investigation, a written explanation regarding the circumstances of the investigation and what caused it should be sent to SDB for review along with the application.

6. **Special Deputation Employment Categories:**

a. **Federal, State, Local, and Tribal Law Enforcement Employees:** These applicants are employed by agencies that have Full-Time Statutory Law Enforcement Authority with general arrest authority. This category also includes Civilian Security Officers employed on military reservations to enforce federal law.

b. **Security Guards and Personal Protection Employees:** These applicants are employed by the United States Government or private agencies that provide security for a specific place or building; or personal protection for dignitary, government official, or other designated person. They do not have general arrest authority. Applicants must have general law enforcement experience of at least 1 year.

c. **USMS Employees and Contract Employees:** These are full-time USMS employees, contract Court Security Officers (CSO), and Detention Security Officers. CSOs are deputized by a district United States Marshal (USM) according to Judicial Security Division's (JSD) procedures pursuant to JSD's contracts regarding security officers.

d.     **Physicians:**  These are applicants who are typically employed by hospitals, clinics, etc., but can also have law enforcement authority and work in an emergency medical response capacity in support of task force and/or agency operations as needed and on an uncompensated basis.  Applicants applying as physicians must meet special eligibility requirements to include completion of Form USM-3A and Form USM-3D.  (NOTE: Existing Medical support that currently hold Special Deputations, which predate this policy, will retain their Special Deputations).  Further requirements include:

1)     Maintaining a board certification in Emergency Medicine (American Board of Emergency Medicine).

2)     Maintaining a current/active license to practice medicine, without restriction, in the state of operation.

3)     Maintaining an active clinical practice in a hospital emergency department, ideally in a university medical center or trauma center.

4)     Maintaining a professional practice background without ethics violations, credentialing suspensions or terminations, revocation of privileges (subject to verification through hospital credentialing offices, state licensing boards, National Practitioner's Data Bank and others).

5)     Providing an annual disclosure memorandum to USMS by physician of any proprietary or ownership interests in medical product, device, technology, or services companies, as well as paid teaching/speaking engagements.

6)     Ensuring that their employing agency concurs with their Special Deputation by providing an employer authorization letter to the District/Regional Fugitive Task Force (RFTF).  The Letter of support from physician's employer (or medical institution) indicating support for special deputation and patient care activities in the out-of-hospital setting, specifically the law enforcement tactical environment.

7)     Signing Form USM-3D.

8)     Demonstrating firearms proficiency, if an applicant is not a law enforcement officer with general arrest authority, by providing proof that an approved firearms training course has been completed.  If the deputation expires and a renewal is requested, an updated Form USM-3A and Form USM-3D is required.  No USMS-owned weapons shall be issued.

9)     Carrying the firearm in a concealed manner to the largest extent possible.  The firearm will not be handled or displayed in public unnecessarily.

10)    Submitting notarized statement to the District/RFTF in which he/she will swear/affirm that he/she is not prohibited from possessing a firearm under state or federal law.  This statement must also acknowledge his/her awareness of 18 U.S.C. 1001, describing the prohibition against false statements to federal law enforcement.

11)    Completing Form USM-394, *Personal Identity Verification (PIV) / Building Access Card Request Form*, with identifying information and authorization for the USMS to conduct a suitability review.  A determination of unsuitability will render an existing or future Special Deputation null and void.

12) Demonstrating proficiency with their personally-owned firearm approved by their USMS sponsoring entity at a minimum every 6 months utilizing a USMS Handgun Course of Fire.  The personally-owned firearm approved by the USMS sponsoring entity is the only firearm he/she is approved to carry while performing duties for the USMS.

13) Completing a jointly-approved firearms safety program and demonstrating sound judgment to the satisfaction of the Chief or Commander of the District/RFTF, or providing evidence of the completion of a firearms safety program to be signed off and approved by the above.

14) Possessing an approved personally-owned firearm while performing operational medical support of USMS law enforcement operations. Operational medical support requires a degree of on-call responsibility and he/she must be available to respond to District/RFTF operations within a reasonable period of time.

15) Once deputized, the physician will be issued U.S. Government credentials bearing their photograph and signature.  This document is accountable property and must be maintained in their possession at all times that he/she is performing services with the District/RFTF.  Misuse of the credentials or Special Deputation for personal purpose will result in their revocation.

16) To be eligible for the Special Deputation, the physician must agree to surrender his/her credentials and Special Deputation documents upon the termination of their services with the District/RFTF, or at any time upon the request of the District/RFTF.

17) The District/RFTF will prepare a written justification detailing the operational need for the physician to carry a personally-owned firearm for this purpose.  Submission of written justification will take place yearly in advance of a renewal of Special Deputation status or at any time as desired by the Chief or Commander of the District/RFTF or his/her designee.

18) Furthermore, the physician must understand the following:

   a) Their Special Deputation does not provide him/her any law enforcement authority on behalf of the USMS or the U.S. Government.  If any law enforcement officer requests that he/she perform a law enforcement function, he/she must state that he/she possesses no law enforcement authority and their deputation is only for personal protection.

   b) He/she must only draw their firearm during the rarest of circumstances when he/she is forced to defend himself/herself from a threat of bodily injury or death while responding to USMS operations.

   c) When not utilized for official purposes, firearms are to be stored in a secure container with appropriate safety devices in place.

   d) Physicians do not participate on entry teams or enter residences/structures unless medical attention is necessary, and it has been determined that it is safe to do so.

   e) When on-site for an enforcement operation, the physician's role will be to facilitate and provide medical care and advice.

f)      While participating in USMS operations and providing medical support, he/she will not be under the influence of any substance known to affect a person's decision-making ability.

g)      Whether he/she is covered under the Federal Tort Claims Act (FTCA) and workers compensation laws (OWCP) will be determined on a case-by-case basis by the DOJ (for FTCA purposes) and the Department of Labor (for OWCP purposes).

h)      He/she is not eligible for any federal employee benefits.

i)      He/she will use their own liability insurance and medical coverage (minimum of $1 million per occurrence) that specifically covers patient care activities in the "out-of-hospital" setting, specifically within the law enforcement tactical environment for events incident to providing medical support to USMS operations.

j)      Each time the Special Deputation is renewed, the terms of this agreement will continue to apply.

k)      The Special Deputation is not valid while off duty.

l)      Physicians will be instructed on and will comply with all USMS Use of Force guidelines and policies.

e.      **Office of the Director Sponsored Requests:**  This applies to officials who may receive Special Deputation due to sponsorship from the Office of the Director. These requests must be coordinated through the Office of the Director and are granted for 2 years.

f.      **United States Military Personnel:**  *The Posse Comitatus Act* precludes most military personnel from being deputized.  Members of the United States Army, United States Air Force, United States Navy, United States Marine Corps, and their respective reserve components, cannot be deputized.  However, United States Coast Guard and National Guard service members are exempt from this restriction.

6.      **Exceptions:**  Only the Deputy Attorney General (DAG); Director; Deputy Director; Associate Director for Operations; Associate Director for Administration; and Assistant Director (AD) or the Deputy Assistant Director (DAD), TOD, of the USMS can approve exceptions to this directive.

7.      **Special Consideration Requests that require ODAG approval:**

a.      **Physical Security Specialist (GS-0080):**  This category includes a Federal Security Administrator as identified in United States Office of Personnel Management, *Handbook of Occupational Groups and Families, Position Classification Standards*, who has also completed the Federal Law Enforcement Training Center (FLETC) Criminal Investigative Training Program, Basic Protective Investigative Training Program, or FLETC-approved equivalent, if seeking to provide protection to authorized officials or property.

b.      **International Criminal Investigative Training Assistance Program (ICITAP):** Only applications received from the Director, ICITAP, will be processed. Applications must include a request letter stating the requirement for Special Deputation, badge, and credentials.  Once the Special Deputation Unit has processed the application, the TOD Office of Security Programs (OSP), Document and Identity Office will be notified by email containing the request letter and approved application.  Upon receipt of the approved application, TOD OSP will coordinate the issue of Special Deputy badge and credentials through the Director, ICITAP.  The process is the same for renewals.

    c.    **United States Attorneys and Assistant United States Attorneys (AUSA):** Only applications received through a representative from the ODAG will be processed.  If the applicant United States Attorney or AUSA requires a firearm qualification, the local USMS district office may provide the qualification upon proof that the firearms training requirement has been met.  An updated firearms qualification is required if an extension to the deputation is needed.  For more information, see section F.5.c.  The following websites list approved firearms training courses:

        1)    National Rifle Association; and/or

        2)    National Shooting Sports Foundation.

**E.**    **Responsibilities:**

    1.    **ODAG:**  Approves several categories of initial requests for Special Deputation except those for USMS personnel, contract employees or law enforcement officers specifically supporting USMS missions (i.e., fugitive task force).

    2.    **Authorized Official:**  Administers the Oath of Office to applicants approved by SDB. The authorized official completes Form USM-3B and obtains the necessary signatures.

    3.    **AD, TOD:**  Oversees the SDP with the assistance of the DAD.

    4.    **Chief, OSP, TOD:**  Oversees the SDP and conducts periodic audits of the program.

    5.    **Chief, SDB:**  Supervises and administers the SDP.  Approves/disapproves all Special Deputation requests supporting USMS and other federal law enforcement missions based upon the needs of the USMS and other federal agencies that can demonstrate a requirement to enforce federal law and carry a concealed weapon under Title 18 authority.

    6.    **SDB:**  Processes all requests for Special Deputation under the direction of the Assistant Chief, SDB.

**F.**    **Procedures:**

    1.    **Procedures for USMS Sponsored Special Deputy United States Marshals:**

        a.    Task Force Officer's (TFO) with an executed agency Memorandum of Understanding (MOU) should be deputized.  Each TFO applicant seeking deputation must follow the deputation procedures below.  Quick reference can be found on the USMS Intranet under the TFO SDB Process Chart.

        b.    Special Deputy state and local officers assigned to a USMS District Fugitive Task Force or a RFTF who require full-time unescorted access to USMS space or systems are required to undergo a background investigation or have had a favorably adjudicated background investigation within the past 5 years to comply with *Homeland Security Presidential Directive-12*.  Please refer to the procedures section of USMS Policy Directive 17.6.2*, Personal Identity Verification*, for instructions on requesting background investigations.

        c.    Officers assigned to a task force on a part-time basis or for a period of less than 1 year may be granted escorted access to USMS space in accordance with existing visitor procedures.  It is the responsibility of the USM, Chief Deputy United States Marshal, RFTF Commander, or Warrant Supervisor to ensure that all Special Deputy United States Marshals without a successfully completed background investigation are escorted at all times while in USMS space.  Special Deputies who do not have a successfully completed background investigation are not authorized access to USMS systems.

d. **Badge and Credentials:** At the discretion of the AD, TOD, or designee, Special Deputy United States Marshals serving on USMS task forces with an executed MOU may be issued unique credentials and/or badges. Except where otherwise noted, the USMS may only issue credentials or badges to deputized USMS employees, TFOs, and contractors. Specific procedures are included in USMS Policy Directive 17.8, *Badges and Credentials*. A badge and credential will only be issued for applicants who:

1) Have a successfully-completed background investigation by the TOD Background Investigations Branch;

2) A Form USM-3A approved by SDB;

3) Committed to a 1-year minimum term as a member of a task force or are sponsored by the Office of the Director;

4) Submits Form USM-287, *Request for Badge/Credential Action,* to the TOD Badge and Credential Program;

5) Full-time TFOs with an executed MOU assigned to a USMS District Fugitive Task Force or RFTF may receive USMS Task Force Credentials; and

6) Special Deputation for TFOs is valid for 3 years from the date of approval. If a Special Deputation is needed for a longer period of time, a request for renewal must be submitted 60 days prior to expiration. Special Deputations cannot be backdated.

7) Upon termination, removal, cancellation, or separation from a task force, the District and Task Force Commander are responsible for completing Form USM-199, *Separation Checklist,* and retrieving Form USM-3B, from the TFO. The collected articles and a copy of Form USM-199 must be sent via FedEx to:

**United States Marshals Service Landover Operations Center**

**Tactical Operations Division, Office of Security Programs 3601 Pennsy Drive**

**Landover, Maryland 20785 Attn: Technical Security Office**

8) All other individuals sponsored by the USMS for Special Deputation should upon expiration, return their badge and credentials to:

**United States Marshals Service Landover Operations Center**

**Tactical Operations Division, Office of Security Programs 3601 Pennsy Drive**

**Landover, Maryland 20785 Attn: Technical Security Office**

2. **Procedures for Other Sponsoring Agencies:**

a. **Sponsoring Agency:** The Chief Administrator of the sponsoring agency has the following responsibilities:

1) Submits the initial and renewal requests for Special Deputation by providing supporting documentation and a completed Form USM-3A for each applicant;

2) Verifies that the applicant meets all qualification requirements;

3) Provides the applicant with a copy of the Deadly Force policy from the

sponsoring agency or the DOJ; and

4)   Notifies SDB immediately if a Special Deputy is charged with a criminal offense, abuse of Special Deputation authority, or misuse of a firearm.  In addition, when a Special Deputy is no longer employed or assigned, or no longer requires Special Deputation, the Chief Administrator will:

   a)   Notify SDB of the individual(s) termination;

   b)   If applicable, return the badge and credentials via FedEx to TOD OSP's Technical Security Office; and

   c)   Email Form USM-3B to the SDB.

3.   **Procedures for International Association of Chief of Police (IACP) applicants:**

   a.   IACP Presidents are sponsored by the USM in the district where the applicant is employed and are sworn in for 2-year appointments by the USMS Director during the annual IACP conference.  The following are requirements for deputation of the IACP President:

      1)   A completed Form USM-3A, Form USM-287, and Operational Signature Sheet (available upon request from the district Administrative Officer or the Badge and Credential Program, TOD);

      2)   Photo (business attire required); and

      3)   An employer authorization letter.

   b.   **Sponsoring District Responsibilities:**

      1)   Once the IACP President is deputized, the sponsoring district is responsible for placing credentials on the district property log.

      2)   The district is responsible for advising the IACP President of the authorizations and limitations of Special Deputation and the Unique Federal Agency Number for Federal law enforcement officers flying armed.

      3)   No Special Deputation extensions or renewals will be granted.

      4)   Upon expiration of the 2-year Special Deputation term, the district is responsible for collecting the IACP President's credentials, completing Form USM-199, and returning the credentials via FedEx to TOD OSP's Technical Security Office.

4.   **Application Process:**

   a.   **Individual Application:**  Each applicant seeking Special Deputation must complete a Form USM-3A.

   b.   **Supporting Documentation:**

      1)   Each applicant must submit an approval letter from their respective law enforcement agency that indicates the applicant's employer supports the Special Deputation.  The employer authorization letter must be signed and dated within 2 months of the application submission and on departmental letterhead.  The letter must also state that the applicant is not involved in any internal investigation or disciplinary action.

      2)   Any other information requested by the SDB (i.e., Firearm Qualification, Certification of Completed Firearm's Course of Instruction, Certification of Protective Investigation Training, Executive Office for the United

States Attorneys (EOUSA) Affidavit, Approval Memorandum from EOUSA AD, Approval Letter from the ODAG, Endorsement Letter from AUSA, Approval Letter from the Special Operations Group Commander, Approval Letter from the AD, TOD).

    c.    **Expiration Date:** The expiration date for Special Deputation is specified on Form USM-3B, and on the credentials. Special Deputations can be authorized for 1, 2, or 3 years depending on the category of the deputation. The list below indicates the time period for various deputations.

        1)    **1-year Authorizations:**

            a)    Organized Crime Drug Enforcement Task Force; and

            b)    Physicians and existing medical personnel.

        2)    **2-year Authorizations:**

            a)    International Association of Chief of Police (IACP) President; and

            b)    AUSA.

        3)    **3-year Authorizations:**

            a)    Security Guards and personal protection employees;

            b)    Office of the Inspector General (OIG) Special Agents;

            c)    USMS special employees.

            d)    Federal Task Forces;

            e)    USMS Task Forces; and

            f)    United States Attorney Task Force.

            To avoid disruption of Special Deputation status, renewal requests should be submitted within 60 days of the expiration date. Special Deputations cannot be backdated. Each time a Special Deputation is authorized the applicant must renew their Oath of Office.

    d.    **Submission:** The sponsoring agency must submit Form USM-3A and supporting documentation to the SDB.

5.    **Approval Process:**

    a.    Chief of SDB, TOD, or designee, must approve all deputations for USMS employees, contract employees, and law enforcement officers, specifically those supporting the USMS mission.

    b.    **Other Sponsoring Agencies:** Requests for Special Deputation to support non-USMS missions require the approval of the ODAG. The steps of the approval process are:

        1)    SDB reviews the agency's request and applications for Special Deputation. Incomplete applications are returned;

        2)    The Chief, OSP, submits a recommendation to the ODAG; and

        3)    The ODAG directs the USMS to approve or disapprove the request.

    c.    **United States Attorneys and AUSAs:** Applicants may request Special Deputation only for the purpose of carrying a firearm for personal protection. Applications are initially submitted to the EOUSA, and not SDB. When requested

by the EOUSA, the USMS will verify that each applicant has met firearm qualification standards with an approved weapon. After verification, the EOUSA sends the application to the ODAG for approval. Once a decision has been made, the application is sent to the USMS for processing.

1) Each applicant must complete a minimum of 16 hours of firearms training to include Basic Marksmanship and Defensive Pistol training and provide proof of successful completion of this requirement. The following websites list approved firearms training courses:

    a) National Rifle Association; and/or

    b) National Shooting Sports Foundation.

2) USMS district offices should not make any recommendations regarding the application or provide a threat assessment. JSD provides a threat history to the EOUSA, if requested.

3) The USMS, as a courtesy, may qualify the AUSA on their approved course of fire. The minimum qualification score is 210.

d. **ODAG:** The DAG, in accordance with a December 1999 memorandum signed by Associate Deputy Attorney General Nicholas M. Gess, has complete authority for several categories of deputations. The categories reserved for the DAG's approval are as follows:

1) **Category 2:** Where the deputation is sought for the purpose of providing protective services, (i.e., an OIG Special Agent who is a member of the protective detail of the Cabinet official).

2) **Category 3:** Where the deputation is sought for a law enforcement officer by a United States Attorney. In which case, the application should be submitted with the approval of the EOUSA.

3) **Category 4:** Where the deputation is sought for the purpose of providing extraterritorial law enforcement authority. In which case, the application should be submitted with the approval of the affected agencies and components.

4) **Category 5:** Where the deputation is sought for a federal employee who does not have other federal law enforcement authority, such as an AUSA or an OIG Special Agent.

5) **Category 6:** Where the deputation is sought for the purpose of reviewing tax information under Title 26, in which case the application should be submitted with the concurrence of the Tax Division.

6) **Category 7:** Where the Director of the USMS determines that the request is sufficiently controversial or subject to sufficient policy concerns that it should be reviewed by a higher authority.

6. **Group Deputations:** In cases where a large group of applicants require Special Deputation, such as special operations or high-profile events, it is possible to deputize using Form USM-3C. In some circumstances, group deputations may take place using an abbreviated administrative process. The request letter and individual applications are waived and the applicants are listed on a consolidated log that includes their name; the last four of their social security number; date of birth; firearms qualification date; firearms make, model and caliber; and applicant's signature. After submitting the log, the agency certifies, by signature, that the applicant has met the requirements.

a. **Emergency Support Function-13 (ESF #13):** ESF #13 activations occur pursuant to presidential disaster declarations under 42 USC 5121, the

*Robert T. Stafford Disaster Relief and Emergency Assistance Act.* Per the MOU between the USMS and the Bureau of Alcohol, Tobacco, Firearms and Explosives, SDB will process Special Deputation requests for partner agencies that possess a valid Mission Assignment number and are deploying to a disaster area. These requests will be processed on an expedited basis and do not require that an employer's authorization letter be included with the application at that time. However, the employer's letter will be accepted 5 business days after submission of the applicant log and must include the following items:

1) Agency endorsement of USMS Special Deputation;

2) Wording that applicants are not involved in any internal investigations or facing disciplinary action; and

3) Verification that the applicants possess no Lautenberg Amendment violations.

7. **Special Deputation Appointment/Oath of Office:**

a. **USM-3B:** SDB issues Form USM-3B to the District/RFTF where the swearing-in will occur prior to appointment. Form USM-3B has a dual purpose – it serves as the authorization for USMS District/RFTF to issue the deputation and it serves as the appointment document that identifies that an individual is a Special Deputy.

b. **Oath of Office:** After Form USM-3B is administered by an authorized official, a copy of Form USM-3B must be returned to the SDB for final processing. The district must deputize the applicant within 45 days of receiving the Form USM-3B. Anyone not deputized within 45 days of receiving Form USM-3B must reapply.

c. **Authorized Officials:** Any operational employee with the rank of GS-14, Supervisory Deputy United States Marshal, or above is authorized to administer the Oath of Office. This responsibility may be delegated only in the absence of the aforementioned officials.

d. **Termination/Cancellation:** If an applicant will not be deputized or if a current Special Deputation is no longer required, a copy of Form USM-3B is returned to the SDB with the words "canceled" or "terminated" on it.

e. **Records:** The District/RFTF is responsible for delivering the appointee their deputation appointment. The original Form USM-3B is provided to the appointee. The sponsoring agency/District/RFTF keeps a copy and another copy is emailed to SDB. All copies of Special Deputation records must be kept for no less than 5 years from the date of expiration of the most recent deputation.

G. **Definitions:**

1. **Authorized Official:** A person authorized to administer the Oath of Office.

2. **Special Deputation:** Approved by DOJ and conferred by the USMS, it grants an individual authority to perform federal law enforcement functions to support USMS missions or to achieve law enforcement objectives.

H. **References:**

1. 18 U.S.C. 922, *Unlawful Acts*.

2. 18 U.S.C. 1385*, Posse Comitatus Act*.

3. 28 U.S.C. 509, *Functions of the Attorney General*.

4. 28 U.S.C. 510, *Delegation of Authority*.

5. 28 U.S.C. 561, *United States Marshals Service*.

6. 28 U.S.C. 566, *Powers and Duties*.

7. 42 U.S.C. 5121, *Robert T. Stafford Disaster Relief and Emergency Assistance Act*.

8. 28 C.F.R. 0.111, *General Functions*.

9. 28 C.F.R. 0.112, *Special Deputation*.

10. 28 C.F.R. 0.113, *Redelegation of Authority*.

11. Title 18, *Crimes and Criminal Procedure*.

12. Title 21, *Food and Drugs*.

13. Title 26, *Internal Revenue Code*.

14. National Rifle Association.

15. National Shooting Sports Foundation.

16. Homeland Security Presidential Directive-12, *Policy for a Common Identification Standard for Federal Employees and Contractors*.

17. USMS Policy Directive 17.6.2, *Personal Identity Verification*.

18. USMS Policy Directive 17.8, *Badges and Credentials*.

19. Form USM-3A, *Application for Special Deputation/Sponsoring Federal Agency Information*.

20. Form USM-3B, *Special Deputation Oath of Office, Authorization, and Appointment*.

21. Form USM-3C, *Application for Group Special Deputation*.

22. Form USM-3D, *Agreement Between United States Marshals Service and Physicians/Medical Support Volunteers*.

23. Form USM-199, *Separation Checklist*.

24. Form USM-287, *Request for Badge & Credential Action*.

25. Form USM-394, *Personal Identity Verification (PIV) / Building Access Card Request Form*.

26. USMS Use of Force Policy and Guidelines.

I. **Cancellation Clause:** This policy directive supersedes Policy Directive 17.11, *Special Deputation Program*, dated September 6, 2017, and will remain in effect until superseded, updated, or canceled.

J. **Authorization and Date of Approval:**

**By Order of:**                    **Effective Date:**

_____/s/_____          ____10/07/2020____
Donald W. Washington
Director
U.S. Marshals Service

# EXHIBIT

# 29

Exhibit # 2

## Special Deputation Oath of Office, Authorization and Appointment

This form must be completed after an application for Special Deputation (Form USM-3A) has been submitted to,
and approved by, the Chief of the Special Deputation Unit, Office of Security Programs, Tactical Operations Division.
**Return this form to the Special Deputation Unit at spec.dep@usdoj.gov after completion.**

## OATH OF OFFICE

I, MICHAEL J. MEADE _____ (*Use name as stated on application*) do solemnly swear (affirm) that I will
faithfully execute all lawful orders issued under the authority of the United-States directed to the United States Marshal, the United
States Marshals Service, or to an appropriate Federal Official. I will perform the duties of a Special Deputy United States Marshal
with integrity, professionalism, and impartiality. I will exercise the authorities as limited by this Special Deputation solely in
furtherance of the mission for which I have been specially deputized, and only while this Special Deputation shall be in effect. I agree
to abide by the conditions set forth in the appointment. So help me God.

Subscribed and sworn to me this ___22nd___ day of ___May___, ___2019___, at ___Columbus___, ___Ohio___
                                                                                                          City                      State

_____                    _____
Signature of Appointee                                               Signature of U.S. Marshal or Officer Administering Oath      Peter C. Tobin

___05/30/2021___                                        ___S/OH___
Expiration Date                                                       District or Division

## SPONSORING AGENCY INFORMATION

___FRANKLIN COUNTY SHERIFF'S OFFICE___          ___US MARSHALS SERVICE___
Appointee's Employer                                                Sponsoring Agency

                                                        ___BRADLEY K. STUART - 614-469-5540___
___900 N. HAGUE AVE. , COLUMBUS, OH 43204___    Sponsoring Agency Contact Name and Phone No. during Special Deputation (U.S.
Employer's Address                                                  Marshal or Designated Federal Official)

---

### TERMS OF SPECIAL DEPUTATION

The individual named herein is appointed, under authority delegated by the Attorney General, to perform the duties of the Office of Special Deputy United States Marshal as directed by an appropriate official of the United States Marshals Service or some other appropriate Federal Official as so designated. This appointment does not constitute employment by the United States Marshals Service, the United States Department of Justice, or the United States Government. The appointee agrees to perform the duties required under this Special Deputation with the knowledge that he or she is neither entering into an employment agreement with the Federal Government or any element thereof, nor being appointed to any position in the Federal Service by virtue of this special deputation. The appointee understands and acknowledges that the authorities vested in him or her by this special deputation can only be exercised in furtherance of the mission for which he or she has been specially deputized and extend only so far as may be necessary to faithfully complete that mission. Moreover, those authorities terminate at the expiration of the term of the Special Deputation.

*For verification, contact*
*United States Marshals Service Comm Center*
*(202) 307-9100.*

---

### SPECIAL DEPUTATION APPOINTMENT

This certifies that
**MICHAEL J. MEADE**
**S. OHIO FUGITIVE APPREHENSION STRIKE TEAM**

has been specially appointed as a Special Deputy U.S. Marshal
to perform the following duties as authorized by law:

* TO SEEK AND EXECUTE ARREST AND SEARCH WARRANTS SUPPORTING A
FEDERAL TF UNDER TITLE 18 AUTHORITY

This deputation has the following limitations:
* NOT AUTHORIZED TO PARTICIPATE IN FEDERAL DRUG INVESTIGATIONS
UNLESS DEPUTIZED BY DEA OR FBI
* NOT VALID OFF DUTY


_____     ___05/30/2021___
Appointee                                  Expiration Date

**KAREN BROWN** 
Chief, Special Deputation Unit

___05/16/2019___                    _____
Authorization Date                      U.S. Marshal or Designated Federal Official

USM-3 ID: 175602

Form USM-3B
Est. 06/11
(Previously Form USM-3)

# EXHIBIT

# 30

FOR OFFICIAL USE ONLY

*Office of the Deputy Director*

**U.S. Department of Homeland Security**
500 12th Street SW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

July 9, 2025

MEMORANDUM FOR:      Caleb Vitello
                     Assistant Director
                     Office of Firearms and Tactical Programs

                     Marcos D. Charles
                     Acting Executive Associate Director
                     Enforcement and Removal Operations

                     Derek W. Gordon
                     Acting Executive Associate Director
                     Homeland Security Investigations

                     Jennifer M. Fenton
                     Associate Director
                     Office of Professional Responsibility

FROM:                Madison D. Sheahan
                     Deputy Director

SUBJECT:             Discontinuation of Approval for ICE Authorized Officers to Carry
                     All Models of the SIG Sauer P320 and Direction to Purchase
                     Glock 19s as Replacement Duty Handguns for Affected ICE
                     Authorized Officers and All ICE AOs Moving Forward

<u>Purpose</u>

This memorandum directs that U.S. Immigration and Customs Enforcement (ICE) Authorized
Officers (AOs) will no longer be approved to carry all models of the SIG Sauer P320 (P320)
pistols. It also directs the Office of Firearms and Tactical Programs (OFTP) to purchase, as soon
as practicable, replacement duty handguns for currently affected ICE AOs, including those
scheduled to be issued in the near term, and to provide a proposed plan within 10 calendar days
to, among other items, supply an agency-issued Glock 19 MOS pistol and related equipment, to
include a micro red dot sight (MRDS), weapon mounted light, duty holster, and concealed carry
holster, to all ICE AOs moving forward.

FOR OFFICIAL USE ONLY

# EXHIBIT 31



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS AIR FORCE GLOBAL STRIKE COMMAND**

21 July 2025

MEMORANDUM FOR  ALL AIR FORCE GLOBAL STRIKE COMMAND PERSONNEL

FROM:  AFGSC/CC
　　　　245 Davis Ave E
　　　　Barksdale AFB LA  71110

SUBJECT: Immediate Pause of M18 Modular Handgun System (MHS) Operations

1.  IMMEDIATE ACTION REQUIRED: Effective immediately, all personnel in AFGSC will pause use of the M18 MHS for all operational and training activities until further notice. This pause will remain in place until completion of ongoing AFOSI and Safety investigations into a recent incident at F.E. Warren AFB.  Wing Commanders and DFCs will arm personnel with the M4 rifle in place of the M18.

2.  INTERIM PROCEDURES: Until further notice, Wing Commanders and Defense Force Commanders will:
   - Issue the M4 in place of the M18 to required personnel
   - Ensure continuous mission capability during this pause. Contact AFGSC/A3S for supplemental guidance for tasks routinely accomplished with the M18 and for which accomplishment with the M4 is not feasible. Provide feedback to AFGSC/A3S for any operational issues this direction causes.

3.  ONGOING COORDINATION: AFGSC staff is actively collaborating with the Air Force Security Forces Center and HAF/A4S to:
   - Conduct a comprehensive review
   - Develop appropriate corrective measures
   - Establish a timeline for resolution

4.  INSPECTION REQUIREMENTS: Combat Arms personnel will conduct 100% inspections of all Wing-assigned M18 weapons systems using:
   - Technical Order 11W-3-4-32
   - Additional supplemental inspection guidance in development by AFGSC/A3S

5.  REPORTING: Wing Commanders will confirm implementation of immediate action procedures within 24 hours of receipt. Inspection guidance will follow this memorandum. This pause will remain in effect until safety measures are confirmed. Questions should be directed through normal channels.

6.  My POC is Lt Col George Hern, AFGSC/A3S, DSN 781-4055.

　　　　　　　　　　　　　　　　　BUSSIERE.THOM　Digitally signed by
　　　　　　　　　　　　　　　　　AS.A.1007756255　BUSSIERE.THOMAS.A.1007756
　　　　　　　　　　　　　　　　　　　　　　　　　255
　　　　　　　　　　　　　　　　　　　　　　　　　Date: 2025.07.21 20:38:36 -05'00'

　　　　　　　　　　　　　　　　　THOMAS A. BUSSIERE
　　　　　　　　　　　　　　　　　General, USAF
　　　　　　　　　　　　　　　　　Commander

# EXHIBIT

# 32

Case 1:25-cv-03005-JMC   Document 3-2   Filed 09/09/25   Page 188 of 274

An official website of the United States government   Here's how you know ⌄

☰    **DISTRICT OF COLUMBIA NATIONAL GUARD**   🔍

(https://dc.ng.mil/)

Skip to main content (Press Enter).

**Joint Task Force - District of Columbia (JTF-DC) Operational Overview**

Current as of: September 3, 2025



# <u>Joint Task Force (JTF)- DC</u>

### JTF-DC Mission

The National Guard was activated Aug. 11 to support local and federal law enforcement efforts aimed at restoring order in the District of Columbia. The activation aligns with the President's executive order declaring a crime emergency.

### Personnel Strength

The following represents the number of Guardsmen supporting JTF-DC in the District:

- **JTF-DC:** 2,290
- **DC Guard:** 952
- **Supporting States Guard:** 1,338

### Geographic Representation

- District of Columbia ( (/)952)
- West Virginia (https://www.wv.ng.mil/) (418)
- South Carolina (https://www.scguard.ng.mil/) (263)
- Ohio (https://www.ong.ohio.gov/) (150)
- Mississippi (https://www.ng.ms.gov/) (182)
- Louisiana (https://geauxguard.la.gov/) (140)
- Tennessee (https://nationalguard.com/tennessee) (175)
- South Dakota (https://nationalguard.com/south-dakota)(12)
- Georgia (https://ga.ng.mil/)(12)

### Press Releases

- National Guard authorized to carry weapons in support of law enforcement (/Public-Affairs/News-Release/Article/4284293/national-guard-authorized-to-support-law-enforcement/)
- D.C. National Guard Activated to Support Law Enforcement in District of Columbia (/Public-Affairs/News-Release/Article/4284259/dc-national-guard-activated-to-support-law-enforcement-in-district-of-columbia/)

Skip to main content (Press Enter).

9/6/25, 10:09 AM    Joint Task Force District of Columbia (DC) National Guard Domestic Operations Support Task Force – Joint Task Force District of Columbia (DC)

Case 1:25-cv-03005-JMC    Document 3-2    Filed 09/09/25    Page 190 of 274

## News Stories

- **D.C. National Guard Members alert police to man brandishing knife at Waterfront Metro Station (https://www.dvidshub.net/news/545983/dc-national-guard-members-alert-police-man-brandishing-knife-waterfront-metro-station)**
- **VP, SD, WH Dep. COS Meet with Troops at DC Union Station (https://www.dvidshub.net/image/9268016/vp-sd-wh-dep-cos-meet-with-troops-dc-union-station)**
- **Week in Review: DC Safe and Beautiful Weekly Roundup 2 (https://www.dvidshub.net/video/974799/week-review-dc-safe-and-beautiful-weekly-roundup-2)**
- **Guard members from six states, D.C. on duty in Washington in support of local, fed authorities** (/Public-Affairs/News-Release/Article/4290553/guard-members-from-six-states-dc-on-duty-in-washington-in-support-of-local-fed/)

**\*\*\*For more stories, please click here (https://www.dvidshub.net/search/?filter%5Btype%5D=news&filter%5Btags%5D%5B%5D=dcsafe&filter%5Bdate%5D=20250808-20270305&sort=date)**


## JTF-DC in Action

  

  


## Social Media

- **Facebook:** https://www.facebook.com/DCGuard (https://www.facebook.com/DCGuard) https://www.facebook.com/TheNationalGuard (https://www.facebook.com/TheNationalGuard)
- **Instagram:** DCGuard1802 (https://l.facebook.com/l.php?u=https%3A%2F%2Fwww.instagram.com%2FDCGuard1802&h=AT0nBHeZspcrG_h_c7Vmo-oydGhVoG-HKbEIfJ2tywksm1niUF3lAQJVPkEzW2XLjWYmYNafZSgZW-iXh1rVwEzNde0hbOhFmAybwK5t-bB3qDFV1_EvlXFsZHhPC53LO7z0r2xOSKH7snoEATwFzhx5pTnFP8FaZBqz)
- **X:** DCGuard1802 (https://l.facebook.com/l.php?u=https%3A%2F%2Fx.com%2FDCGuard1802&h=AT38scIcU0wduYYoXDycvQ67tZET-

LKKo7SnNMr2W_3AjQHP9Ho56BLXWHSRTHOMJCQaVGE1i0mcMirU8Ne-
Daa1pmyVBHzONTdTMrNSgOgJjekepDYQ-4W6SaRKcggKXlpsZ5mvUT55XGGTdlaLI4xpIwm6CoTbnplI)

- **DVIDS:** https://www.dvidshub.net/feature/DCsafeandbeautifultaskforce
(https://www.dvidshub.net/feature/DCsafeandbeautifultaskforce)

**\*\*\*For additional information, please contact the Joint Information Center (JIC)**

**Office Location**

D.C. Armory, 2001 E. Capitol Street SE, in Washington, D.C. 20003

**JIC Contact information**

- Email: jtf-dcmediadesk@army.mil (/News/ng.dc.dcarng.mesg.pao1@army.mil)
- Phone: 202-880-4267

Skip to main content (Press Enter).

Case 1:25-cv-03005-JMC    Document 3-2    Filed 09/09/25    Page 192 of 274

**Leadership**



COL Larry Doane, JTF-DC Commander

Message from COL Larry Doane (https://www.dvidshub.net/video/973731/joint-task-force-dc-commander-discusses-dc-safe-and-beautiful-mission)



CSM Larry McKennon

Skip to main content (Press Enter).

### DISTRICT OF COLUMBIA NATIONAL GUARD LINKS

Contact Us (/Contact-Us/)

Site Map (/Site_Index)

FOIA (http://www.nationalguard.mil/Resources/FOIA)

USA.gov (http://www.usa.gov)

No FEAR Act (http://prhome.defense.gov/NoFear/)

Accessibility/Section 508 (http://dodcio.defense.gov/DoDSection508/Std_Stmt.aspx)

Privacy Statement (http://www.defense.gov/Resources/Privacy)

Link Disclaimer (http://www.defense.gov/Resources/External-Link-Disclaimer)

Web Policy (http://dodcio.defense.gov/DoD-Web-Policy/) Guard Careers (https://www.nationalguard.com/careers)

### STAYING CONNECTED

  

Facebook    X    Flickr

(https://www.facebook.com/DCGuard1802)  (https://twitter.com/DCGuard1802)  (https://www.flickr.com/photos/dcng/)

Hosted by Defense Media Activity - WEB.mil (https://www.web.dma.mil/)

 (https://www.veteranscrisisline.net/get-help-now/military-

crisis-line/)

# EXHIBIT 33

9/6/25, 10:44 AM
D.C. mayor defends capital's crime rates after Trump threatens to take over police
Case 1:25-cv-03005-JMC    Document 3-2    Filed 09/09/25    Page 195 of 274



WAMU 88.5
On Air Now

MY PLAYLIST

  

DONATE

NEWS

# D.C. mayor defends capital's crime rates after Trump threatens to take over police

UPDATED AUGUST 10, 2025 · 2:04 PM ET

 Luke Garrett



District of Columbia Mayor Muriel Bowser listens as President Donald Trump speaks during an event to announce that the 2027 NFL Draft will be held on the National Mall, in the Oval Office of the White House, Monday, May 5, 2025, in Washington.

*Alex Brandon/AP*

Mayor Muriel Bowser of Washington, D.C. broke her silence Sunday in response to President Trump's threats to take federal control of the nation's capital. Bowser defended the District's control of its police department, expressed concern over

D.C. Mayor defends capital's crime rates after Trump threatens to take over police : NPR

the deployment of the D.C. National Guard, and celebrated a two-year drop in violent crime countering White House claims of out-of-control violence.

Last week, Trump directed federal law enforcement agencies — including the U.S. Park Police, the Drug Enforcement Administration, the Federal Bureau of Investigation, and the U.S. Marshals Service, among others — to increase their presence in D.C. after a former White House staffer was assaulted in an attempted carjacking. A White House official, not authorized to speak publicly on the matter, confirmed nearly 450 federal officers were deployed in the District Saturday night.

On Sunday, the president promised in a social media post to "make our Capital safer" by removing the homeless and jailing criminals, with a plan to be announced at 10 a.m. on Monday.

"I suspect that his announcement is that he is surging federal law enforcement, which he's talked about," Bowser said Sunday during an interview on MSNBC — her first since Trump's federal take over threats. "He may talk about even larger numbers or longer periods of time."

Bowser said she will continue to work with the president on their "shared priorities" of making D.C. a beautiful and safe city. But the mayor said what the city really needs is more federal prosecutors, judges, and repairs to parks and buildings.

She also took issue with recent statements from White House Deputy Chief of Staff Stephen Miller, who called the nation's capital "more violent than Baghdad."

"Any comparison to a war-torn country is hyperbolic and false," Bowser said.

They mayor did acknowledge a crime spike in 2023, but said there had been a steep, two-year drop in violence since then. District crime data show violent crime is down 26% when compared to last year.

"We're going to keep talking to the president, working with his people on the issues that are high priority for him," Bowser said. "Now, if the priority is to show force in an American city, we know he can do that here. But it won't be because there's a spike in crime."

Trump has threatened to deploy the National Guard in D.C., but the force told NPR Sunday that it had not yet been activated. Bowser said she's not in favor of their deployment.

"They're not law enforcement officials," Bowser said. "So I'm concerned about that. And I just think that's not the most efficient use of our guard."

Trump deployed the National Guard in D.C. during the 2020 protests over the murder of George Floyd. And two months ago, Trump sent in troops to Los Angeles amid demonstrations against the president's ramped up immigration enforcement.

The president has also toyed with the idea of taking control of the Metropolitan Police Department, telling reporters Wednesday it was an "option on the table." But Bowser denied this was a realistic possibility.

D.C. Mayor defends capital's crime rates after Trump threatens to take over police : NPR

"There are very specific things in our law that would allow the president to have more control over our police department," Bowser said. "None of those conditions exist in our city right now."

City law allows the president to take control of D.C. police if "special conditions of an emergency nature exist which require the use of the Metropolitan Police force for Federal purposes."

On Sunday, D.C. Police Chief Pamela Smith ordered a juvenile curfew in the Navy Yard neighborhood — just south of Capitol Hill and home to Nationals Park. In the order, Smith said late-night gatherings in the neighborhood pose "a risk of substantial harm to public safety."

Under the authority of a recently passed law, D.C. police will ban the gathering of nine or more juveniles in the designated area between 8 p.m. and 11 p.m. The curfew begins Sunday evening and runs until Wednesday.

D.C. has a city-wide juvenile curfew in place from 11 p.m. to 6 a.m. lasting through August 31.

In a separate post Sunday, Trump said Bowser "is a good person who has tried, but she has been given many chances, and the Crime Numbers get worse, and the City only gets dirtier and less attractive."

washington, dc

## More Stories From NPR

# EXHIBIT 34

Case 1:25-cv-03005-JMC Document 3-2 Filed 09/09/25 Page 200 of 274
Washington mayor calls Trump's police order 'unsettling and unprecedented' - POLITICO

# POLITICO

## Washington mayor calls Trump's police order 'unsettling and unprecedented'

Mayor Muriel Bowser looked to maintain her role overseeing Washington police despite Trump's promise of a federal takeover.



Washington Mayor Muriel Bowser speaks at a press conference after President Donald Trump announced a federal takeover of the Metropolitan Police Department on Aug. 11, 2025. | Kevin Dietsch/Getty Images

By **AARON PELLISH**
08/11/2025 05:35 PM EDT

   

Washington Mayor Muriel Bowser called President Donald Trump's decision to deploy the National Guard in the nation's capital "unsettling and unprecedented" as she sought to reassert the city government's control over its police department.

Bowser told reporters Monday that the police department's organizational structure hasn't changed, pushing back on the narrative painted by the president at a news conference earlier in the day of a federal takeover of the city.

Advertisement

AD

Case 1:25-cv-03005-JMC    Document 3-2    Filed 09/09/25    Page 201 of 274

Trump, who has frequently disparaged crime rates in Washington, said the city has been "overtaken by violent gangs and bloodthirsty criminals, roving mobs of violent youth, drugged out maniacs and homeless people."

Bowser defended the police department's efforts, citing a downward trend in crime incidents from a 2023 spike, and downplayed the "so-called emergency" that catalyzed Trump's order.

"While this action today is unsettling and unprecedented, I can't say that given some of the rhetoric of the past, that we're totally surprised," Bowser said. "I can say to D.C. residents that we will continue to operate our government in a way that makes you proud."

The mayor said the city will comply with Trump's order and is expected to continue meetings with federal law enforcement officials later Monday to plan coordination. But she made clear that while her office would coordinate with Attorney General Pam Bondi and Terry Cole, who Trump appointed as federal commissioner to Washington police, the city's police officers still reported to her.

"Nothing about our organizational chart has changed, and nothing in the executive order would indicate otherwise. So the chief of police reports through the deputy mayor to the mayor of the District of Columbia, and the two people, I think, that were identified in the presser report to Attorney General Bondi," she said.

A previously unused provision of the District of Columbia Home Rule Act allows Trump to take over Washington's police department for up to 30 days if he notifies certain heads of congressional committees. The act also established broader Congressional oversight of the city's government.

Advertisement

AD

Bowser said the arrangement forces her to comply with federal orders, but noted repeatedly that granting statehood for Washington — an issue city leaders have championed for decades — would likely prevent actions like this.

"If people are concerned about the president being able to move the National Guard into our city, the time to do that would have been when the Congress had a bill that it could have given control of the D.C. National Guard to D.C.," she said. "So there are things that, when a city is not a state, and not fully autonomous, and doesn't have senators, that the federal government can do."

Some of the city's police officers appear to be breaking from Bowser in support of Trump's order. Gregg Pemberton, chair of the Washington police union, called the federal intervention into the city's police "a critical stopgap."

"We stand with the President in recognizing that Washington, DC, cannot continue on this trajectory. Crime is out of control, and our officers are stretched beyond their limits," Pemberton said in a statement.

FILED UNDER: DONALD TRUMP, D.C., DISTRICT OF COLUMBIA, CAPITOL POLICE, MURIEL BOWSER, PRESIDENT DONALD TRUMP

### West Wing Playbook: Remaking Government



Your guide to Donald Trump's unprecedented overhaul of the federal government.

**EMAIL**

Your Email

**EMPLOYER**

Employer

* All fields must be completed to subscribe

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service . You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here . This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SPONSORED CONTENT



**Learn relevant skills to help prepare for the...**

capella.edu



**Donald Trump's attack on Fed shifts market...**

Financial Times



**Why Gen X is the real loser generation**

The Economist



**DC National Guard troop deployment...**

Washington Examiner



**Harvard Professor Steven Pinker Says:...**

Cognitive scientist Steven Pinker shares the books tha...

Blinkist: Steven Pinker's Reading List

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

# EXHIBIT
# 35

9/6/25, 10:54 AM
Muriel Bowser on X: "American soldiers and airmen policing American citizens on American soil is #UnAmerican." / X
Case 1:25-cv-03005-JMC    Document 3-2    Filed 09/09/25    Page 204 of 274



**Muriel Bowser**
@MurielBowser

···

American soldiers and airmen policing American citizens on American soil is #UnAmerican.

9:31 PM · Aug 16, 2025 · **334.8K** Views

💬 1.1K    🔁 949    ♡ 2.7K    🔖 47    ⬆️

💬 Read 1.1K replies

**New to X?**

Sign up now to get your own personalized timeline!

🇬 Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility    Ads info    More ···    © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

# EXHIBIT

# 36





Login    Sign up

News   Army   Navy   Air Force   Marine Corps   Coast Guard   Space Force

# 'Leave Our Kids Alone': Schools Reopen in DC With Parents on Edge over Trump's Armed Patrols



District of Columbia Mayor Muriel Bowser, center, attends a celebration of the first day of school at Oyster-Adams Bilingual School Monday, Aug. 25, 2025, in Washington. (AP Photo/Manuel Balce Ceneta)

Associated Press | By Mark Sherman , Ashraf Khalil and Sophia Tareen
Published August 25, 2025 at 5:18pm ET



Case 1:25-cv-03005-JMC    Document 3-2    Filed 09/09/25    Page 207 of 274





WASHINGTON — Public schools reopened Monday in the nation's tense capital with parents on edge over the presence in their midst of thousands of National Guard troops — some now armed — and large scatterings of federal law enforcement officers carrying out [President Donald Trump's orders](#) to make the District of Columbia a safer place.

Even as Trump started talking about other cities and again touted a drop in crime that he attributed to his extraordinary effort to take over policing in Washington, D.C., the district's mayor was lamenting the effect of Trump's actions on children.

"Parents are anxious. We've heard from a lot of them," Mayor Muriel Bowser said at a news conference, noting that some might keep their children out of school because of immigration concerns.



**Don't Miss a Single Military.com Story**

To read the full article and get exclusive benefits, sign up today.

**It's FREE**

Sign Up        Log In

Why am I seeing this? Visit our **FAQs**

# EXHIBIT 37



# EXHIBIT 38

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Office of the Attorney General**

★ ★ ★

**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

August 20, 2025

Jeff Landry, Governor
Office of the Governor
PO Box 94004
Baton Rouge, LA 70804
*via email*

Liz Murrill, Attorney General
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802
*via email*

Dear Governor Landry and Attorney General Murrill,

I am writing to request information about the current deployment of out-of-state National Guard troops in the District of Columbia, purportedly to address crime. Based on media reports, it is my understanding that Louisiana has sent 135 of its National Guard troops to the District at the request of the federal government.  It is also my understanding that these troops may be permitted to carry arms and may be deployed to conduct local law enforcement activities on District streets.

To fully understand the bases for the Louisiana National Guard's presence in the District and its potential ramifications, I request that you respond to the following questions by close of business on Friday, August 22, 2025.

1) If someone contacted Louisiana regarding deployment of the Louisiana National Guard to the District of Columbia, who did so and when did this communication occur?

2) What legal authority, if any, did federal officials cite for the proposition that the Louisiana National Guard could be deployed to the District of Columbia?

3) What is the stated mission for Louisiana National Guard personnel in the District of Columbia and how was that mission communicated to you?

August 20, 2025
Page 2

4) What is the scope of authority for Louisiana National Guard troops deployed to the District of Columbia? Do they have authority to make arrests and, if so, for what offenses and in what geographic boundaries?

5) To whom do the Louisiana National Guard troops report while they are deployed to the District of Columbia?

6) Are any Louisiana National Guard personnel deployed to the District of Columbia armed?

7) What rules governing the use of force, if any, have been provided to the Louisiana National Guard during its deployment in the District, and how and when were those rules conveyed to Louisiana National Guard personnel?

8) Have any Louisiana National Guard troops been deputized by any federal law enforcement agency and, if so, which federal agency deputized them?

9) How long are Louisiana National Guard troops expected to be deployed in the District of Columbia?

If you have any questions, please contact Eliza Simon at eliza.simon@dc.gov or 202-285-0947. Thank you for your prompt attention to this matter.

Sincerely,

Brian L. Schwalb
Attorney General for the District of Columbia

# EXHIBIT 39

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

August 20, 2025

Tate Reeves, Governor
Governor's Office
550 High St Ste 19
Jackson, MS 39201
(601) 359-3150
*via email*

Lynn Fitch, Attorney General
Office of the Mississippi Attorney General
550 High Street
Jackson MS 39201
*via email*

Dear Governor Reeves and Attorney General Fitch,

I am writing to request information about the current deployment of out-of-state National Guard troops in the District of Columbia, purportedly to address crime. Based on media reports, it is my understanding that Mississippi has sent 200 of its National Guard troops to the District at the request of the federal government.  It is also my understanding that these troops may be permitted to carry arms and may be deployed to conduct local law enforcement activities on District streets.

To fully understand the bases for the Mississippi National Guard's presence in the District and its potential ramifications, I request that you respond to the following questions by close of business on Friday, August 22, 2025.

1) If someone contacted Mississippi regarding deployment of the Mississippi National Guard to the District of Columbia, who did so and when did this communication occur?

2) What legal authority, if any, did federal officials cite for the proposition that the Mississippi National Guard could be deployed to the District of Columbia?

3) What is the stated mission for Mississippi National Guard personnel in the District of Columbia and how was that mission communicated to you?

---

August 20, 2025
Page 2

4) What is the scope of authority for Mississippi National Guard troops deployed to the District of Columbia? Do they have authority to make arrests and, if so, for what offenses and in what geographic boundaries?

5) To whom do the Mississippi National Guard troops report while they are deployed to the District of Columbia?

6) Are any Mississippi National Guard personnel deployed to the District of Columbia armed?

7) What rules governing the use of force, if any, have been provided to the Mississippi National Guard during its deployment in the District, and how and when were those rules conveyed to Mississippi National Guard personnel?

8) Have any Mississippi National Guard troops been deputized by any federal law enforcement agency and, if so, which federal agency deputized them?

9) How long are Mississippi National Guard troops expected to be deployed in the District of Columbia?

If you have any questions, please contact Eliza Simon at eliza.simon@dc.gov or 202-285-0947. Thank you for your prompt attention to this matter.

Sincerely,

Brian L. Schwalb
Attorney General for the District of Columbia

# EXHIBIT

# 40

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

August 20, 2025

The Honorable Henry McMaster, Governor
State House
1100 Gervais Street
Columbia, SC 29201
*via email*

Alan Wilson, Attorney General
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211
*via email*

Dear Governor McMaster and Attorney General Wilson,

I am writing to request information about the current deployment of out-of-state National Guard troops in the District of Columbia, purportedly to address crime. Based on media reports, it is my understanding that South Carolina has sent 200 of its National Guard troops to the District at the request of the federal government.  It is also my understanding that these troops may be permitted to carry arms and may be deployed to conduct local law enforcement activities on District streets.

To fully understand the bases for the South Carolina National Guard's presence in the District and its potential ramifications, I request that you respond to the following questions by close of business on Friday, August 22, 2025.

1) If someone contacted South Carolina regarding deployment of the South Carolina National Guard to the District of Columbia, who did so and when did this communication occur?

2) What legal authority, if any, did federal officials cite for the proposition that the South Carolina National Guard could be deployed to the District of Columbia?

3) What is the stated mission for South Carolina National Guard personnel in the District of Columbia and how was that mission communicated to you?

4) What is the scope of authority for South Carolina National Guard troops deployed to the District of Columbia?  Do they have authority to make arrests and, if so, for what offenses and in what geographic boundaries?

August 20, 2025
Page 2

5)  To whom do the South Carolina National Guard troops report while they are deployed to the District of Columbia?

6)  Are any South Carolina National Guard personnel deployed to the District of Columbia armed?

7)  What rules governing the use of force, if any, have been provided to the South Carolina National Guard during its deployment in the District, and how and when were those rules conveyed to South Carolina National Guard personnel?

8)  Have any South Carolina National Guard troops been deputized by any federal law enforcement agency and, if so, which federal agency deputized them?

9)  How long are South Carolina National Guard troops expected to be deployed in the District of Columbia?

If you have any questions, please contact Eliza Simon at eliza.simon@dc.gov or 202-285-0947. Thank you for your prompt attention to this matter.

Sincerely,

Brian L. Schwalb
Attorney General for the District of Columbia

# EXHIBIT

# 41

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



**ATTORNEY GENERAL
BRIAN L. SCHWALB**

August 20, 2025

Bill Lee, Governor
State Capitol, 1st Floor
600 Dr. Martin L. King, Jr. Blvd.
Nashville, TN 37243
*via email*

Jonathan Skrmetti, Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
*via email*

Dear Governor Lee and Attorney General Skrmetti,

I am writing to request information about the current deployment of out-of-state National Guard troops in the District of Columbia, purportedly to address crime. Based on media reports, it is my understanding that Tennessee has sent 160 of its National Guard troops to the District at the request of the federal government. It is also my understanding that these troops may be permitted to carry arms and may be deployed to conduct local law enforcement activities on District streets.

To fully understand the bases for the Tennessee National Guard's presence in the District and its potential ramifications, I request that you respond to the following questions by close of business on Friday, August 22, 2025.

1) If someone contacted Tennessee regarding deployment of the Tennessee National Guard to the District of Columbia, who did so and when did this communication occur?

2) What legal authority, if any, did federal officials cite for the proposition that the Tennessee National Guard could be deployed to the District of Columbia?

3) What is the stated mission for Tennessee National Guard personnel in the District of Columbia and how was that mission communicated to you?

August 20, 2025
Page 2

4)  What is the scope of authority for Tennessee National Guard troops deployed to the District of Columbia?  Do they have authority to make arrests and, if so, for what offenses and in what geographic boundaries?

5)  To whom do the Tennessee National Guard troops report while they are deployed to the District of Columbia?

6)  Are any Tennessee National Guard personnel deployed to the District of Columbia armed?

7)  What rules governing the use of force, if any, have been provided to the Tennessee National Guard during its deployment in the District, and how and when were those rules conveyed to Tennessee National Guard personnel?

8)  Have any Tennessee National Guard troops been deputized by any federal law enforcement agency and, if so, which federal agency deputized them?

9)  How long are Tennessee National Guard troops expected to be deployed in the District of Columbia?

If you have any questions, please contact Eliza Simon at eliza.simon@dc.gov or 202-285-0947. Thank you for your prompt attention to this matter.

Sincerely,

Brian L. Schwalb
Attorney General for the District of Columbia

# EXHIBIT

# 42

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

August 20, 2025

Patrick Morrisey, Governor
Office of the Governor
State Capitol
1900 Kanawha Blvd. E.
Charleston, WV 25305
*via e-mail*

John B. McCuskey, Attorney General
Office of the West Virginia Attorney General
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E.
Charleston, WV 25305
*via e-mail*

Dear Governor Morrisey and Attorney General McCuskey,

I am writing to request information about the current deployment of out-of-state National Guard troops in the District of Columbia, purportedly to address crime. Based on media reports, it is my understanding that West Virginia has sent 300-400 of its National Guard troops to the District at the request of the federal government.  It is also my understanding that these troops may be permitted to carry arms and may be deployed to conduct local law enforcement activities on District streets.

To fully understand the bases for the West Virginia National Guard's presence in the District and its potential ramifications, I request that you respond to the following questions by close of business on Friday, August 22, 2025.

1) If someone contacted West Virginia regarding deployment of the West Virginia National Guard to the District of Columbia, who did so and when did this communication occur?

2) What legal authority, if any, did federal officials cite for the proposition that the West Virginia National Guard could be deployed to the District of Columbia?

3) What is the stated mission for West Virginia National Guard personnel in the District of Columbia and how was that mission communicated to you?

August 20, 2025
Page 2

4) What is the scope of authority for West Virginia National Guard troops deployed to the District of Columbia?  Do they have authority to make arrests and, if so, for what offenses and in what geographic boundaries?

5) To whom do the West Virginia National Guard troops report while they are deployed to the District of Columbia?

6) Are any West Virginia National Guard personnel deployed to the District of Columbia armed?

7) What rules governing the use of force, if any, have been provided to the West Virginia National Guard during its deployment in the District, and how and when were those rules conveyed to West Virginia National Guard personnel?

8) Have any West Virginia National Guard troops been deputized by any federal law enforcement agency and, if so, which federal agency deputized them?

9) How long are West Virginia National Guard troops expected to be deployed in the District of Columbia?

If you have any questions, please contact Eliza Simon at eliza.simon@dc.gov or 202-285-0947. Thank you for your prompt attention to this matter.

Sincerely,

Brian L. Schwalb
Attorney General for the District of Columbia

# EXHIBIT

# 43

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Attorney General



**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

August 20, 2025

Mike DeWine, Governor
Office of the Governor
Riffe Center, 30th Floor
77 South High St
Columbus, OH 43215-6117
*via email*

Dave Yost, Attorney General
Office of the Attorney General
Rhodes State Office Tower
30 E Broad St, 14th Floor
Columbus, Ohio 43215
*via email*

Dear Governor DeWine and Attorney General Yost,

I am writing to request information about the current deployment of out-of-state National Guard troops in the District of Columbia, purportedly to address crime. Based on media reports, it is my understanding that Ohio has sent 150 of its National Guard troops to the District at the request of the federal government. It is also my understanding that these troops may be permitted to carry arms and may be deployed to conduct local law enforcement activities on District streets.

To fully understand the bases for the Ohio National Guard's presence in the District and its potential ramifications, I request that you respond to the following questions by close of business on Friday, August 22, 2025.

1) If someone contacted Ohio regarding deployment of the Ohio National Guard to the District of Columbia, who did so and when did this communication occur?

2) What legal authority, if any, did federal officials cite for the proposition that the Ohio National Guard could be deployed to the District of Columbia?

3) What is the stated mission for Ohio National Guard personnel in the District of Columbia and how was that mission communicated to you?

August 20, 2025
Page 2

4) What is the scope of authority for Ohio National Guard troops deployed to the District of Columbia? Do they have authority to make arrests and, if so, for what offenses and in what geographic boundaries?

5) To whom do the Ohio National Guard troops report while they are deployed to the District of Columbia?

6) Are any Ohio National Guard personnel deployed to the District of Columbia armed?

7) What rules governing the use of force, if any, have been provided to the Ohio National Guard during its deployment in the District, and how and when were those rules conveyed to Ohio National Guard personnel?

8) Have any Ohio National Guard troops been deputized by any federal law enforcement agency and, if so, which federal agency deputized them?

9) How long are Ohio National Guard troops expected to be deployed in the District of Columbia?

If you have any questions, please contact Eliza Simon at eliza.simon@dc.gov or 202-285-0947. Thank you for your prompt attention to this matter.

Sincerely,

Brian L. Schwalb
Attorney General for the District of Columbia

# EXHIBIT

# 44

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

August 20, 2025

Daniel Driscoll
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101
*via e-mail*

Dear Secretary Driscoll,

I am writing to request information about the current deployment of out-of-state National Guard troops in the District of Columbia, purportedly to address crime. This deployment reportedly includes 300-400 troops from West Virginia, 135 from Louisiana, 200 from Mississippi, 200 from South Carolina, 150 from Ohio, and 160 from Tennessee. It is my understanding that these troops may be permitted to carry arms and may be deployed to conduct local law enforcement activities on District streets.

To fully understand the bases for these deployments and their potential ramifications, I request that you respond to the following questions by close of business on Friday, August 22, 2025.

1) If requests to send troops to the District were submitted to these states, who submitted each of the requests, and how was each request communicated to each state?

2) When were the requests made to each state?

3) Under what legal authority are these out-of-state National Guard troops being deployed in the District?

4) What is the stated mission for these out-of-state National Guard troops and how was that mission communicated to each state that is sending troops?

5) What is the scope of authority for the out-of-state National Guard troops deployed to the District? Do out-of-state National Guard troops have authority to make arrests and, if so, for what offenses and in what geographic boundaries?

6) To whom do the out-of-state National Guard troops report while they are deployed in the District?

---

August 20, 2025
Page 2

7) Are any of the out-of-state National Guard troops armed?

8) What rules governing the use of force, if any, have been provided to the troops during their deployment in the District, and how and when were those rules conveyed to each state National Guard unit?

9) Have any out-of-state National Guard troops been deputized by a federal law enforcement agency and, if so, which federal agency deputized them?

10) How long is the deployment of out-of-state National Guard troops expected to last?

If you have any questions, please contact Eliza Simon at eliza.simon@dc.gov or 202-285-0947. Thank you for your prompt attention to this matter.

Sincerely,

Brian L. Schwalb
Attorney General for the District of Columbia

# EXHIBIT

# 45

| | |
|---|---|
| **From:** | Lacey E. Mase |
| **To:** | Rosenthal, Seth (OAG) |
| **Cc:** | Simon, Eliza (OAG) |
| **Subject:** | Response to August 20, 2025 Letter |
| **Date:** | Friday, August 22, 2025 6:51:47 PM |
| **Attachments:** | image001.jpg |

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from lacey.mase@ag.tn.gov. Learn why this is important

Dear Seth,

I am writing in response to General Schwalb's August 20, 2025, letter to Governor Lee and General Skrmetti requesting information about the Tennessee National Guard's deployment to the District of Columbia.

Upon orders from President Trump, Governor Lee granted the Administration's request to provide Tennessee National Guardsmen under Title 32 status to assist the District of Columbia National Guard on a security mission in our nation's capital.

Approximately 160 service members will join the D.C. Joint Task Force and work alongside local and federal law enforcement agencies to assist with monument security, community safety patrols, protecting federal facilities, and traffic control. The service members are ready to assist as long as needed.

Sincerely,

**Lacey E. Mase**
Chief Deputy Attorney General
Office of the Attorney General & Reporter
615-532-5983
lacey.mase@ag.tn.gov



# EXHIBIT

# 46

**National Guard troops from Tennessee authorized by governor to patrol D.C. streets**

by Associated PressTue, August 19th 2025 at 11:00 AM





*Tennessee National Guard Photo by U.S. Army Sgt. Sarah Kirby.*

TOPICS:  **NATIONAL GUARD   TENNESSEE   TRUMP ADMINISTRATION   IMMIGRAT**  ❯

WASHINGTON — Tennessee Governor Bill Lee has authorized National Guard troops from Tennessee to deploy and patrol the streets of our nation's capital.





*File photo: WZTV*

A spokesperson for Tennessee Gov. Bill Lee said that the governor had granted a request from the Trump administration for the state's National Guard members "to assist with monument security, community safety patrols, protecting federal facilities, and traffic control." The troops "are ready to assist as long as needed," the governor's office said.

Gov. Lee is one of 3 Republican governors who made such an announcement on Monday. The others were in Mississippi and Georgia, making the total number of states contributing to President Trump's efforts to crack down on crime and boost immigration enforcement in Washington, D.C. to six.

Governors from the states, including Lee, said they were responding to requests from the Trump administration to join the operation.

Skip Ad

It was not immediately clear why the administration requested additional military support. About 800 troops have already been called up from the Washington, D.C., guard and have had a limited assigned role so far in Trump's 10-day-old attempted takeover of D.C. law enforcement.



*Members of the District of Columbia National Guard stand next to their M-ATV outside Union Station, Sunday, Aug. 17, 2025, in Washington. (AP Photo/Julia Demaree Nikhinson)*

D.C. Mayor Muriel Bowser said the descriptions of the operation needed to be more honest — and acknowledge that they weren't just about curtailing crime but about immigration enforcement, a centerpiece of the second Trump administration that has echoed across the country in recent months. During a news conference, Bowser pushed back on Trump's characterization of the city and voiced skepticism about the administration's intentions.

> *"I think it makes the point that this is not about D.C. crime," Bowser said of the administration and states deploying National Guard members onto the streets of the capital. "The focus should be on violent crime. ... Nobody is against focusing on driving down any level of violence. And so if this is really about immigration enforcement, the administration should make that plain."*

Trump's executive order that launched the federal operation declared a "crime emergency" in the District of Columbia and initiated a takeover of Washington's police department. The administration has ordered local police to cooperate with federal agents on immigration enforcement, orders that would contradict local laws prohibiting such collaboration.

Federal agents have arrested 160 undocumented people in the district since the operation began, including people that White House officials allege are known gang members with prior felony offenses.

## Friction with local government and community continues



*District of Columbia Army National Guard Staff Sgt. Snowden, left, shows James Maseno of Grandal, Md., how to take a selfie next to an M-ATV infantry mobility vehicle, outside the Union Station in Washington, Monday, Aug. 18, 2025. (AP Photo/Manuel Balce Ceneta)*

The executive order has led to friction with the local government and heightened tensions in the community as a surge of federal agents in the capital garner praise and protest from residents.

The nation's capital can govern itself through powers delegated to it by Congress, though the federal laws that grant that autonomy give wide breadth to the president and Congress to intervene when they see fit. That longstanding tension has led to a legal standoff between local officials and the White House in the current troop deployment and surge of federal officers into the district.

In what could also heighten tensions on the streets, Washington has been informed about the intent for the National Guard to be armed, though it has not received details about when that could happen or where armed Guard members could be deployed in the District, according to a person familiar who was not authorized to disclose the plans and spoke on condition of anonymity.

It would be a departure from what the Pentagon and Army have said about the troops being unarmed. The Army said in a statement last week that "weapons are available if needed but will remain in the armory." Pentagon press secretary Kingsley Wilson also said last week that troops won't be armed.



*A member of the District of Columbia Army National Guard, talks to passerby Truman Horn, right of Nebraska next to an M-ATV infantry mobility vehicle, outside the Union Station in Washington, Monday, Aug. 18, 2025. (AP Photo/Manuel Balce Ceneta)*

In response to questions about whether Guard members in Washington would be armed in the coming days, the District of Columbia National Guard said troops "may be armed consistent with their mission and training." Maj. Melissa Heintz, a spokesperson for the D.C. Guard, didn't provide more details.

In addition to Monday's announcements, West Virginia said it was deploying 300 to 400 troops, South Carolina pledged 200 and Ohio said it will send 150 in the coming days, deployments that built on top of Trump's initial order that 800 National Guard troops deploy as

part of the federal intervention.

National Guard members in the District of Columbia have been assisting law enforcement with tasks including crowd control and patrolling landmarks such as the National Mall and Union Station. Their role has been limited thus far, and it remains unclear why additional troops would be needed, though attention-getting optics have long been a part of Trump's playbook.

## Questions remain about who is actually running the DC police



*Tennessee National Guard Photo by U.S. Army Sgt. Sarah Kirby.*

On Friday, the city's attorney general sued the administration for appointing the head of the Drug Enforcement Administration as the city's "emergency police commissioner." The administration walked back the move but then issued a follow-up order that directed local police to "cooperate fully and completely with federal immigration authorities."

> *"D.C. has been under siege from thugs and killers, but now, D.C. is back under Federal Control where it belongs," Trump wrote on his social media website a day after issuing his order. "The White House is in charge. The Military and our Great Police will liberate this City, scrape away the filth, and make it safe, clean, habitable and beautiful once more!"*

Federal agents from the DEA, Immigration and Customs Enforcement, the Federal Bureau of Investigation, the Secret Service and other agencies have patrolled high-traffic areas around the capital over the last week. ICE officers, who work under the Department of Homeland Security, have made arrests in neighborhoods across the city, dispersed some public gatherings and torn pro-immigrant signs, according to videos published by the administration.

The White House has touted various arrests that local police and federal agents have made across the city since Trump's executive order. Federal agents have made 380 arrests in the week since the start of the operation and in some cases issued charges to detained people. The White House has touted the surge of agents on social media and posted pictures of people arrested by local and federal officers.

> *"Washington, DC is getting safer every night thanks to our law enforcement partners," Attorney General Pam Bondi wrote on social media. "Just this weekend, 137 arrests were made and 21 illegal firearms were seized. In total, there have been nearly 400 arrests—and we are not slowing down."*



*Members of the District of Columbia National Guard, stand next to an M-ATV infantry mobility vehicle, outside the Union Station in Washington, Monday, Aug. 18, 2025. (AP Photo/Manuel Balce Ceneta)*

Amid the crackdown, the administration has received criticism for the conduct of some federal agents, who in several high-profile incidents have arrested people while wearing masks that hide their identity and declined to identify themselves to media or members of the public when questioned. Bowser said Monday that she had asked D.C. Police Chief Pamela Smith to seek answers from the administration about the use of masked police.

> *"It's very important to us that agents be identified," Bowser said. "There's no reason for a law enforcement official to be masked."*

💬 **READ THE COMMENTS (10)**

On Monday, dozens of protesters gathered in the U Street neighborhood of Washington, where multiple federal agents patrols and arrests had taken place over the weekend, to protest the Trump administration's actions.

# EXHIBIT
# 47

# Phil Scott rejects second request to deploy Vermont National Guard, this time to Washington, D.C.

Vermont Public | By Peter Hirschfeld

Published August 15, 2025 at 1:24 PM EDT

LISTEN • 3:50



*Brian Stevenson  /  Vermont Public*

Republican Gov. Phil Scott, pictured at his budget address on Jan. 28, 2025, has "politely declined" a federal request to deploy Vermont National Guard soldiers to Washington, D.C. as part of President Donald Trump's controversial directive to tamp down on crime.

Republican Gov. Phil Scott has "politely declined" a federal request to deploy Vermont National Guard soldiers to Washington, D.C. as part of President Donald Trump's controversial directive to tamp down on crime.

At Trump's behest, the federal government has taken control of the capital city's police force and dispatched approximately 800 National Guard troops, as well as roughly 500 federal law enforcement agents, to patrol the streets.

Their numbers could have included a "few dozen" soldiers from Vermont, according to Scott's chief of staff, Jason Gibbs, had the governor not rebuffed a preliminary request from the Pentagon last week.

"While public safety is a legitimate concern in cities across the country and certainly in the nation's capital, in the absence of an immediate emergency or disaster that local and regional first responders are unable to handle, the governor just does not support utilizing the guard for this purpose, and does

not view the enforcement of domestic law as a proper use of the National Guard," Gibbs said Friday.

Gibbs said the governor's calculation might have been different if Washington, D.C. officials were seeking federal assistance with an emergency situation. Instead, the city on Friday filed a legal challenge to the Trump administration's takeover of its police force.

"But in this case, because it is being hyperpoliticized, the governor doesn't feel like — and I believe the vast majority of Vermonters don't feel like — it would be an acceptable and appropriate use of the National Guard," Gibbs said.

It isn't the first time Scott has denied the Trump administration's request to use Vermont National Guard soldiers for a domestic mission. Late last month, the Pentagon asked Scott to mobilize a dozen Guard soldiers to perform administrative duties at detention facilities operated by U.S. Immigration and Customs Enforcement.

Scott rejected the request, saying it was inconsistent with his views of the purpose of the National Guard.

The Republican governor's decision caught the attention of a group of retired four-star admirals and generals, who sent a letter to Scott Thursday praising his actions. The letter, signed by people including retired Adm. Steve Abbott, the former acting homeland security advisor to President Trump, and retired Air Force Gen. Michael Hayden, former director of the Central Intelligence Agency, said Trump's recent requests for Guard troops "represent a troubling blurring of lines between civilian law enforcement and military responsibilities."

Letter to Gov. Phil Scott from national security leaders

contributed by
ZoeMcDonald

File ˅                                         🔍 Search

p. 1



Vermont Public                                          SIGN IN     💚 DONATE

"By rejecting the Department of Defense's request to activate the Vermont Army National Guard as an inappropriate use of military resources, you stood up for the security of Vermonters and the healthy civil-military relationship envisioned by our nation's founders," they wrote.

While Scott has thus far into the second Trump administration turned down all federal requests related to potential Guard operations, he has complied with other controversial orders.

Earlier this month, Scott approved the release of the sensitive personal information of about 140,000 low-income Vermonters to the U.S. Department of Agriculture. His decision drew condemnation from food-security advocates and prominent Vermont Democrats.

Scott said an exhaustive legal review by his administration concluded that the Trump administration's demand for the data was a lawful order.

Gibbs said Friday that the governor's pattern of decision-making, when it comes to requests from the federal government over the past seven months, reflects a deliberative process that is "disciplined and clinical."

"He makes a decision that is very detail driven. And it's not politically driven. It's not rhetorically driven. It's not driven by media, and it's not driven by fear or anger or frustration," Gibbs said.

"And that type of protocol we believe serves everyone well … and represents the type of leadership in this particular political environment that is different than what we're seeing on both sides of the political spectrum."

Have questions, comments or tips? Send us a message.

### Congress cut our funding, but you keep us going.

Congress has voted to eliminate all federal funding for public media. This is a devastating decision for the millions of people who rely on public media every day. **We're moving into an uncharted future, but Vermont Public's commitment to you remains unwavering.**

Vermont Public and our national affiliates, NPR and PBS, will fight to continue to bring you rigorous local journalism, stories of our shared humanity, inspired music discovery, and the kind of reporting that democracy depends on —— every day, without fear or favor. That is the promise of a free press in a democracy. It's in the First Amendment. **It's the mission of public media.**

Your donation is more critical now than it has ever been, and every dollar makes a difference. **Donate today to stand with Vermont Public and public media.** Not just for yourself, but for everyone in our region who benefits from a trusted resource, a reliable companion, and a civic cornerstone.

**Vijay Singh**
*CEO, Vermont Public*



Give Today:    Monthly    One Time

$5      $10      $25      Other

Tags

[Local News] [Vermont National Guard] [Local News] [Government & Politics]

[President Donald Trump] [Phil Scott] [New England News Collaborative]



 ### Peter Hirschfeld

The Vermont Statehouse is often called the people's house. I am your eyes and ears there. I keep a close eye on how legislation could affect your life; I also regularly speak to the people who write that legislation.

See stories by Peter Hirschfeld

**Enter your email to sign up for** *The Frequency*

Vermont Public's daily news update, sent weekday mornings.

Email Address *

Subscribe

See more newsletters

# EXHIBIT

# 48



 WAMU 88.5
 All Things Considered

MY PLAYLIST

n p r    WAMU 88.5                                                    DONATE

NATIONAL

## Sig Sauer guns hanging on soldiers' hips may be firing without trigger pull

JULY 27, 2024 · 8:00 AM ET                                           nhpr

HEARD ON WEEKEND EDITION SUNDAY

By Todd Bookman

**4-Minute Listen**                              PLAYLIST    TRANSCRIPT



A Sig Sauer P320 9mm handgun from the display case at That Hunting Store in Ottawa, Canada.
*Dave Chan/AFP via Getty Images*

A military police sergeant stood chatting with his supervisor inside an office at Fort Eustis in Virginia when another soldier, on his way to the refrigerator, tried to squeeze past him.

That's when their gun holsters made contact.

"All I remember was the clanking" of the two holsters, the sergeant would later tell an Army investigator, according to a military report, "and [the] gun shot."

A bullet from the sergeant's own gun ripped through his ankle, leading to surgery and six months of rehabilitation. Photos included in the Army's report from 2023 appear to show a bloodstained carpet.

"Don't feel safe around those weapons anymore," the sergeant later told investigators.



On Feb. 8, 2023, an Army sergeant was wounded when his holster collided with another soldier's holster, causing his Sig Sauer-made pistol—pictured here—to fire, allegedly without a trigger pull.

*U.S. Army Incident Report*

The gun that wounded the sergeant is a version of one of the country's most popular pistols: Sig Sauer's P320, which is manufactured in New Hampshire. The gun has also been at the center of dozens of lawsuits claiming it has a design or

manufacturing flaw that leaves it susceptible to these types of incidents: people being shot by their own gun, without a trigger pull.

The shooting at Fort Eustis is one of nine separate incidents involving the P320 recorded at U.S. military bases between September 2020 and June 2023 that echo the claims made in many of the lawsuits against Sig Sauer, according to newly released records obtained through a Freedom of Information Act request.

Those records describe instances of guns allegedly firing unintentionally at Army, Marine Corps and Air Force bases stretching from California to Jordan to Japan.

In a statement, Sig Sauer said that "claims that the P320 is capable of firing without a trigger pull are without merit," and that the gun remains trusted by armed forces around the world.

The Army, for its part, denies the guns involved in these incidents displayed any "material flaws." An Army spokesperson said the Sig Sauer guns were extensively tested and function well.

"The pistol remains in service with all the services at this time without restrictions," the spokesperson said.

In 2017, the Army adopted a version of the gun as its new standard-issue sidearm for soldiers. The Marine Corps, Navy and Air Force all followed suit. Today, there are nearly 500,000 of these guns hanging on the hips of soldiers stationed around the globe.

The military initially told New Hampshire Public Radio that it worked with specialists from Sig Sauer to review these incidents, but when asked for details about what role the company played, an Army spokesperson reversed course and said that representatives from Sig Sauer were not, in fact, part of any military review.

**The P320, from civilian to military model**

Sig Sauer's P320 model was first released in 2014 and has gone on to become one of the most popular guns in America, with more than 2.5 million units sold. On the gunmaker's website, the company touts a commitment to "safety without compromise."





Following an unintentional discharge on an Air Force base in Oklahoma, a combat arms instructor ran the gun through a battery of tests, and was not able to recreate the unintentional discharge.
*Air Force Incident Report*

In 2017, the Department of Defense selected the P320 as its standard sidearm for soldiers, following a multi-year competition to replace the Beretta M9.

To date, Sig Sauer has delivered nearly half a million pistols across all branches of the U.S. military. The military calls the gun the M17, as well as the M18, a compact version of the pistol.

A year after the Army announced its contract with Sig Sauer, a Department of Defense report was released showing that during testing, the military found the P320 could go off without a trigger pull if dropped at certain angles. Sig Sauer modified the gun's trigger mechanism.

The company then also redesigned the civilian version of the P320, and offered owners of older models the chance to voluntarily return their guns for swapped out components. Sig Sauer maintains that the P320 is safe for use, even with the older trigger system.

But dozens of lawsuits have been filed by individual gun owners and members of law enforcement against Sig Sauer over alleged unintentional shootings involving both the modified and original versions of the P320. That includes an ongoing claim in the federal court in New Hampshire in which 20 victims allege their P320 unintentionally discharged without a trigger pull under a variety of circumstances.

"We're seeing people who are in law enforcement or private citizens, who are responsible gun owners, who ultimately are experiencing life changing injuries when their guns are firing without their intent," said Bob Zimmerman, an attorney involved in dozens of lawsuits involving Sig Sauer.



Sig Sauer is headquartered in Newington, NH

*Dan Tuohy/NHPR*

After initially settling two cases out of court, Sig Sauer has strenuously defended itself in other legal proceedings. In a statement to NHPR, a Sig Sauer spokesperson listed 13 court cases that were dismissed or where a jury sided with the company.

That string of victories ended last month, however, when a jury awarded $2.3 million in damages to a Georgia man who claimed he was injured by a P320.

Zimmerman said he expects more injuries among civilians and police officers who carry the P320.

"This isn't an instance where it's happened once or twice," he said. "It is happening time and time again."

**'Performed as designed'**

According to the newly released military documents, soldiers at bases in Missouri, Virginia, Louisiana and Amman, Jordan were seriously injured when their Sig Sauer gun unintentionally discharged. Though the documents are heavily redacted, in at least two of the six shootings, witnesses stated that the soldier did not have their hand on or near the trigger when the gun discharged.



On June 17, 2023, a Sig Sauer pistol unintentionally fired, wounding an Army soldier inside of a guard shack in Jordan. It isn't clear what caused the gun to fire.
*U.S. Army Incident Report*

In response to questions from NHPR, the Army said it found "no reason to suspect the weapon was the root cause" of the unintentional discharges.

"The Army has full confidence in the quality, performance and safety of the more than 244,000 M17 and M18 pistols issued to our servicemen and women," according to an Army spokesperson. They added that the Sig Sauer pistol is "designed, built, and tested to military standards to endure the rigors of combat."

Greg Rinckey, a former intelligence officer and Army JAG now in private practice, said that when a gun discharges, it can be difficult to determine if the soldier was negligent in their handling of the weapon, or if there was another factor involved.

"Obviously, there are two sides to every story," he said. According to Rinckey, most soldiers facing discipline for an unintentional discharge are going to say "my finger wasn't on the trigger."

Still, he noted that increased attention on the safety record of the newly adopted Sig Sauer weapon is warranted.

"Whenever the military switches to a different firearm, whether it be a pistol or a new AR, there is always going to be heightened scrutiny of that weapon," said Rinckey.

An incident report released by the Marine Corps details an unintentional shooting inside a guard booth in Okinawa, Japan in 2023. Investigators reviewed surveillance footage and determined that the security guard did not mishandle the weapon, and that it fired despite the gun's safety being in place.

The Marine Corps said in a statement that professional armorers and engineers inspected the weapon involved in that incident, and found it was "complete, functional, included all safety equipment, and was operating properly."

A spokesperson added that "the weapon performed as designed, and the conclusion reached was the weapon will not fire unless the safety is off, and the trigger is pulled."

In marketing materials, Sig Sauer describes the P320 pistol as "the chosen one." It supplies the gun to armed forces in Canada, Australia and "many other military units around the world." The company's deal with the U.S. military for the pistol is slated to run through at least 2027.

**More Stories From NPR**

# EXHIBIT

# 49

An official website of the United States government    Here's how you know ⌄

≡     **DISTRICT OF COLUMBIA NATIONAL GUARD**    🔍

(https://dc.ng.mil/)

Skip to main content (Press Enter).

Current as of: September 7, 2025



# Joint Task Force (JTF)- DC

## JTF-DC Mission

The National Guard was activated Aug. 11 to support local and federal law enforcement efforts aimed at restoring order in the District of Columbia. The activation aligns with the President's executive order declaring a crime emergency.

## Mission Snapshot



Personnel Strength

The following represents the number of Guardsmen supporting JTF-DC in the District:

- **JTF-DC:** 2,330
- **DC Guard:** 952
- **Supporting States Guard:** 1,380

Geographic Representation

- District of Columbia ( (/)952)
- West Virginia (https://www.wv.ng.mil/) (425)
- South Carolina (https://www.scguard.ng.mil/) (260)
- Ohio (https://www.ong.ohio.gov/) (150)
- Mississippi (https://www.ng.ms.gov/) (180)
- Louisiana (https://geauxguard.la.gov/) (158)
- Tennessee (https://nationalguard.com/tennessee) (170)
- South Dakota (https://nationalguard.com/south-dakota)(12)
- Georgia (https://ga.ng.mil/)(12)

**\*\*\* The above numbers are approximations.**

Press Releases

- National Guard authorized to carry weapons in support of law enforcement (/Public-Affairs/News-Release/Article/4284293/national-guard-authorized-to-carry-weapons-in-support-of-law-enforcement/)
- D.C. National Guard Activated to Support Law Enforcement in District of Columbia (/Public-Affairs/News-Release/Article/4284259/dc-national-guard-activated-to-support-law-enforcement-in-district-of-columbia/)

News Stories

- **D.C. National Guard Members alert police to man brandishing knife at Waterfront Metro Station (https://www.dvidshub.net/news/545983/dc-national-guard-members-alert-police-man-brandishing-knife-waterfront-metro-station)**
- **VP, SD, WH Dep. COS Meet with Troops at DC Union Station (https://www.dvidshub.net/image/9268016/vp-sd-wh-dep-cos-meet-with-troops-dc-union-station)**
- **Week in Review: DC Safe and Beautiful Weekly Roundup 2 (https://www.dvidshub.net/video/974799/week-review-dc-safe-and-beautiful-weekly-roundup-2)**
- **Guard members from six states, D.C. on duty in Washington in support of local, fed authorities** (/Public-Affairs/News-Release/Article/4290553/guard-members-from-six-states-dc-on-duty-in-washington-in-support-of-local-fed/)

**\*\*\*For more stories, please click here (https://www.dvidshub.net/search/?filter%5Btype%5D=news&filter%5Btags%5D%5B%5D=dcsafe&filter%5Bdate%5D=20250808-20270305&sort=date)**

JTF-DC in Action

  

  

Social Media

Skip to **Facebook (https://www.facebook.com/DCGuard (https://www.facebook.com/DCGuard) https://www.facebook.com/TheNationalGuard

(https://www.facebook.com/TheNationalGuard)

- **Instagram:** DCGuard1802 (https://l.facebook.com/l.php?
u=https%3A%2F%2Fwww.instagram.com%2FDCGuard1802&h=AT0nBHeZspcrG_h_c7Vmo-oydGhVoG-
HKbElfJ2tywksm1niUF3IAQJVPkEzW2XLjWYmYNafZSgZW-iXh1rVwEzNde0hbOhFmAybwK5t-
bB3qDFV1_EvIXFsZHhPC53LO7z0r2xOSKH7snoEATwFzhx5pTnFP8FaZBqz)

- **X:** DCGuard1802 (https://l.facebook.com/l.php?u=https%3A%2F%2Fx.com%2FDCGuard1802&h=AT38sclcU0wduYYoXDycvQ67tZET-
LKKo7SnNMr2W_3AjQHP9Ho56BLXWHSRTHOMJCQaVGE1i0mcMirU8Ne-Daa1pmyVBHzONTdTMrNSgOgJjekepDYQ-
4W6SaRKcggKXlpsZ5mvUT55XGGTdlaLl4xpIwm6CoTbnpll)

- **DVIDS:** https://www.dvidshub.net/feature/DCsafeandbeautifultaskforce (https://www.dvidshub.net/feature/DCsafeandbeautifultaskforce)

**<ins>***For additional information, please contact the Joint Information Center (JIC)</ins>**

**<ins>Office Location</ins>**

D.C. Armory, 2001 E. Capitol Street SE, in Washington, D.C. 20003

**<ins>JIC Contact information</ins>**

- Email: jtf-dcmediadesk@army.mil (/News/ng.dc.dcarng.mesg.pao1@army.mil)
- Phone: 202-880-4267

**Leadership**



COL Larry Doane, JTF-DC Commander

Message from COL Larry Doane (https://www.dvidshub.net/video/973731/joint-task-force-dc-commander-discusses-dc-safe-and-beautiful-mission)



CSM Larry McKennon

Skip to main content (Press Enter).

### DISTRICT OF COLUMBIA NATIONAL GUARD LINKS

Contact Us (/Contact-Us/)                    USA.gov (http://www.usa.gov)

Site Map (/Site_Index)                    No FEAR Act (http://prhome.defense.gov/NoFear/)

FOIA (http://www.nationalguard.mil/Resources/FOIA)     Accessibility/Section 508 (http://dodcio.defense.gov/DoDSection508/Std_Stmt.aspx)

Privacy Statement (http://www.defense.gov/Resources/Privacy)

Link Disclaimer (http://www.defense.gov/Resources/External-Link-Disclaimer)

Web Policy (http://dodcio.defense.gov/DoD-Web-Policy/)  Guard Careers (https://www.nationalguard.com/careers)

### STAYING CONNECTED


Facebook


X


Flickr

(https://www.facebook.com/DCGuard/)(https://twitter.com/TheDCNG_1802)(https://www.flickr.com/photos/dcng/)

Hosted by Defense Media Activity - WEB.mil (https://www.web.dma.mil/)



(https://www.veteranscrisisline.net/get-help-now/military-crisis-line/)

# EXHIBIT

# 50

# National Guard Task Force Mobilizes to Restore Safety in Nation's Capital

Aug. 11, 2025   |   By C. Todd Lopez, DOD News

President Donald J. Trump declared a crime emergency in the nation's capital today and vowed to make its streets safe again for both residents and visitors.



"Washington, D.C., should be one of the safest, cleanest and most beautiful cities anywhere in the world, and we're going to make it that," Trump said during a press conference at the White House. "We're going to make it safe; we're going to make it smart; we're going to

make it beautiful."

The National Guard will play a role in that effort, said Defense Secretary Pete Hegseth after the president issued a memorandum to mobilize the D.C. National Guard.

Hegseth said the mobilization will be operationalized by Secretary of the Army Dan Driscoll, and guard members will be deployed in the streets of Washington in the coming week.

Approximately 800 soldiers were activated today as part of the D.C. Safe and Beautiful Task Force, with about 100-200 of them supporting law enforcement. Duties for those personnel include administrative and logistical roles, as well as providing a physical presence in support of law enforcement.

Hegseth also stated that, beyond the D.C. National Guard, other guard units are ready to participate.

"There are other units we are prepared to bring in; other National Guard units, other specialized units," Hegseth said. "They will be strong, they will be tough, and they will stand with their law enforcement partners."

In recent months, the secretary said the National Guard has played similar roles, both at the border, where troops have worked alongside Immigration and Customs Enforcement and Customs and Border Protection to put a stop to illegal border crossings, and in Los Angeles, where they helped protect ICE and CBP agents from criminal attacks.

Now, the D.C. National Guard will contribute by helping to stop violence on city streets in the nation's capital.

"We will work alongside all D.C. police and federal law enforcement to ensure this city is safe [and] this city is beautiful," Hegseth said, adding, "As I always say about President Trump to the troops, 'He has their back.' And my message to the National Guard and federal law enforcement in Washington is, 'We have your back as well. Be tough. Be strong. We're right behind you.'"

According to a White House fact sheet, two embassy staffers were murdered in Washington this May. A congressional intern was shot and killed near the White House in June, and on Aug. 3, 2025, a federal employee was beaten by a mob.

A White House executive order reports that the 2024 murder rate in the District of Columbia was 27.54 per 100,000 residents, and the vehicle theft rate was at 842.4 thefts per 100,000 residents.

"It's becoming a situation of complete and total lawlessness in Washington," the president said. "Caravans of ... youth rampage through city streets at all times of the day. They're on ATVs, motorbikes — they travel pretty well. Entire neighborhoods are now under emergency curfews."

Trump said that it will soon change.

"We have people that love this country, and they love this ... really beautiful capital," he said. "I flew over it the other day and I said, 'What a beautiful place,' but if there's crime all over the streets when you get there, it doesn't look so beautiful ... We're going to fix [the] crime."

The president also said that he aims to literally clean up the nation's capital in the way of repairs, specifically noting trash, graffiti and broken marble panels.

"We're going to restore the city back to the gleaming capital that everybody wants it to be," Trump said. "It's going to be something very special."

Hosted by Defense Media Activity - WEB.mil

# EXHIBIT

# 51



AFGSC Completes M18 Handgun Inspection, Returns to Service

 

Published Aug. 24, 2025

By Air Force Global Strike Command

Air Force Global Strike Command

**BARKSDALE AIR FORCE BASE, La. --**  Air Force Global Strike Command has completed a comprehensive inspection of its 7,970 M18 Modular Handgun Systems, following a directed pause on July 21, 2025.

The pause was initiated out of an abundance of caution following a tragic incident at F.E. Warren AFB, Wyoming, and reflects AFGSC's unwavering commitment to the safety and well-being of its Airmen.

"It is paramount that our Airmen trust their weapon systems," said Gen. Thomas Bussiere, AFGSC commander. "This thorough inspection ensures the M18s in our inventory are in optimal working order, providing our Defenders with safe, reliable, and effective systems to accomplish their mission."

The inspection process identified discrepancies with 191 weapons across the command's M18 inventory. The primary discrepancy was related to component wear. The most frequent issues centered on problems with the safety lever, striker assembly and sear. Weapons exhibiting these discrepancies were immediately tagged and are undergoing necessary repairs.

The intent of this command-wide inspection was two-fold: first, to confirm that all weapons in service are in proper working order; and second, to analyze the data regarding any reported discrepancies and usage rates.

A review of weapon discharges in AFGSC showed that none were attributed to weapons malfunction.

"When we see a potential issue, we have a responsibility to our Airmen and the American public to evaluate, find any discrepancies, and act on them," Bussiere said.

As part of its commitment to safety, AFGSC is implementing enhanced inspection procedures for the M18 pistol. The command's bases will include additional inspection criteria for the areas where potential issues were found during the M18 pause.

"By incorporating these added measures, we assess that any issues found with the safety lever, striker assembly and sear will be identified during semi-annual and annual inspections," said Lt. Col. George Hern, AFGSC chief of security forces. "As we execute M18 inspections in the future, we will be taking a particular interest in these components to ensure these methods address the issues we found and make adjustments as needed."

Air Force Global Strike Command Security Forces Defenders are resuming arming with M18s that have successfully passed inspection – deeming them safe and reliable for use – on Aug. 25, 2025.

Further, Security Forces squadron commanders, senior enlisted leaders and combat arms training and maintenance personnel are taking the time to meet with Airmen following this inspection. These leaders are discussing inspection findings, explaining the enhanced inspection procedures, reinforcing muzzle discipline, reviewing reporting procedures for weapons of concern, and providing Airmen the opportunity to ask questions and raise concerns.

The M18 is specifically designed and rigorously tested to meet stringent environmental, endurance, and drop tests unique to the military.

# EXHIBIT

# 52

 An official website of the United States government Here's how you know



MENU

SEARCH

# Tennessee National Guard sustains DC Safe and Beautiful mission

By Sgt. Kalina Hyche    September 8, 2025



[https://api.army.mil/e2/c/images/2025/09/08/5ba2dafc/original.jpg]

SHOW CAPTION +                                    1 / 2

WASHINGTON — Soldiers and Airmen from the Tennessee National Guard are delivering essential sustainment support to Task Force Volunteer during the D.C. Safe and Beautiful mission in ensuring Guard members remain equipped, supplied and ready to safeguard the nation's capital.

Operating from a logistics support area on Joint Base Anacostia-Bolling and forward positions across the District, Tennessee sustainment and supply personnel provide the critical resources that enable mission success. From maintaining accountability of sensitive equipment to distributing mission-essential gear, supply professionals ensure every patrol element and command team can remain focused on public safety.

"By equipping our Guardsmen with the tools they need, we're ensuring Task Force Volunteer is a strong, capable force," said U.S. Army Staff Sgt. Cody Ruth, unit supply sergeant of the 269th Military Police Company. "Investment in

preparation today directly translates to mission success tomorrow. Our Soldiers and Airmen are prepared to accomplish their mission."



[https://api.army.mil/e2/c/images/2025/09/08/92d65b8d/original.jpg]

SHOW CAPTION +                                                                1 / 2

Sustainment requires a constant rhythm. Bulk supplies move into staging areas, hand receipts transfer equipment as elements rotate and forward supply teams push essentials directly to patrol sites. Anchored in Army logistics principles, this process ensures resources flow seamlessly from warehouse to warfighter, keeping every element of the mission fully resourced and ready.

For the D.C. Safe and Beautiful mission, sustainment is more than routine, it is decisive. Tennessee supply personnel anticipate mission requirements, adapt schedules to match operational shifts, and pre-position resources ahead of taskings. This approach allows leaders to maintain a presence across the city without interruption.

"Making sure Soldiers and Airmen have what they need; that's what gets me up in the morning," said U.S. Army Spc. Joshua Hodges, senior supply specialist assigned to the 269th Military Police Company. "I take pride knowing that when our team is equipped and ready, I've done my job right. Seeing a unit roll out and knowing they have everything needed to accomplish their mission; it gives me a sense of purpose."

About 2,300 National Guard members are supporting the D.C. Safe and Beautiful mission in providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. While medics, military police and security teams provide visible presence, supply professionals ensure they remain sustained, equipped and mission capable.





# EXHIBIT 53



← **Post**



**U.S. Army** ✓
@USArmy

Always Ready, Always There.

About 2,300 @USNationalGuard members are supporting the D.C. Safe and Beautiful Task Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District.



ALT

2:00 PM · Sep 8, 2025 · **69.9K** Views

💬 95        ⟲ 368        ♡ 1.9K        🔖 26        ↑

💬 Read 95 replies

**New to X?**

Sign up now to get your own personalized timeline!

G Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Trending in United States
**Khaled Mashal**
4,772 posts

Trending in United States
**SeatGeek**
1,677 posts

Politics · Trending
**Doha**
Trending with Hamas
109K posts

Politics · Trending
**Zaher Jabarin**
3,174 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· | © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in        Sign up

# EXHIBIT
# 54

9/9/25, 10:32 AM       District of Columbia National Guard on X: "Just to clarify, TF #DCSafe Soldiers temporarily restricted movement of the trespassers …

Case 1:25-cv-03005-JMC       Document 3-2       Filed 09/09/25       Page 274 of 274



← Post



**District of Columbia National Guard** 📷
@DCGuard1802                                    •••

Just to clarify, TF #DCSafe Soldiers temporarily restricted movement of the trespassers until the Metropolitan Police Department arrived. Glad we could help!

> **Jon Michael Raasch** ✓ @JMRaasch · Sep 6
> Two people broke into my DC condo building and barricaded themselves in our communal laundry room last night.
>
> DC police's response time was significantly delayed.
> …

7:20 AM · Sep 7, 2025 · **654** Views

💬                    ↻ 1                    ♡ 5                    🔖                    ⬆️



**New to X?**

Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Trending in United States
**Khaled Mashal**
4,772 posts

Trending in United States
**SeatGeek**
1,677 posts

Politics · Trending
**Doha**
Trending with Hamas
109K posts

Politics · Trending
**Zaher Jabarin**
3,174 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ••• | © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in        Sign up