# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> *Defendants.* | |

### DECLARATION OF PAUL SCHWALB

I, Paul Schwalb, declare under penalty of perjury that the following statements are true and correct:

1. My name is Paul Schwalb. I am over the age of 18 and able to provide true and accurate testimony under oath.

2. I give this declaration based upon my personal knowledge of the facts recited.

3. I am the Executive Secretary-Treasurer for UNITE HERE Local 25. UNITE HERE is a labor union that represents hotel, restaurant, and casino workers in the Washington, D.C. metro region. Our union represents over 7,500 non-managerial employees working in all hotel and casino departments, including: housekeeping, public space, dining room, banquet, room service, kitchen, stewarding, bar, mini-bar, front desk, PBX, bell and door services, concierge, night auditing, laundry, valet, maintenance, night cleaning, purchasing and receiving, and storeroom. More than 40 hotels and other related businesses employ our members and are under contract to our union. This accounts for many of the major properties in the hotel industry within Washington, D.C. and its suburbs.

4. Following the President's announcement on August 11, 2025 that he would be deploying federal law enforcement agencies and the National Guard in the District of Columbia, the hotel

and restaurant industry in Washington, D.C. has suffered profound economic effects. Since that announcement, hotels and restaurants in the District have reported declines in business.

5. While the law enforcement surge has surely had an impact on local businesses, the effects specifically attributable to the National Guard deployments in the District are particularly profound. Our members have reported that the unfamiliar presence of armed military patrols has frightened away customers and led to a significant reduction in tourism, foot traffic, and associated revenue at restaurants and hotels throughout the District.

6. In addition, we have heard from African American members and staff that to see armed National Guard patrols in the District has been deeply disturbing to them and has caused them to feel unsafe. For example, one staff member stated that she tells her Black teenage son to go straight home after school and minimize time outside for fear of possible harassment or other negative interactions.

7. Moreover, hotels have seen reduced occupancy rates, and hotels have cut the number of employees on a given shift or reduced employees' overall scheduled hours. Comparing housekeeping room attendant scheduled hours during the workweek ending August 29, 2025 to the corresponding week in 2024, we observe a 3.9% reduction in workers' scheduled hours this year as compared to the corresponding period in 2024. Similarly, workers have reported reduced hours at District restaurants because of reduced customer traffic. While 2025 daily hotel occupancy year over year has been 1.9% lower compared to 2024, according to CoStar data, daily occupancy has been 3.9% lower year over year from August 11, 2025 to August 30, 2025, the most recent date available.

8. Employee wages are subject to District income tax withholding, and reductions in hotel and restaurant workers' hours and corresponding reductions in employees' wages have therefore directly resulted in proportional reductions to the amount of income tax that District hotels have

paid to the District government.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 4, 2025 in Washington, D.C..

_____
Paul Schwalb