UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:25-cv-03005 (JMC)<br><br>Judge Jia M. Cobb |

**[PROPOSED] ORDER GRANTING PRELIMINARY
INJUNCTION AND SECTION 705 STAY**

Upon consideration of Plaintiff's motion for a preliminary injunction and section 705 stay and accompanying brief, Defendants' opposition, reply brief, any supplemental briefs, and supporting exhibits, it is hereby

**ORDERED** that the motion for a preliminary injunction is **GRANTED**; and it is further

**ORDERED** that Defendants are **ENJOINED** from deploying National Guard troops to conduct law enforcement in the District of Columbia without the express consent of the Mayor of the District of Columbia; and it is further

**ORDERED** that Defendants are **ENJOINED** from exercising command and control of out-of-state National Guard troops it Title 32 status pursuant to 32 U.S.C. § 502(f) in the District of Columbia, including by issuing operational orders to such troops or dictating their day-to-day operations; and it is further

**ORDERED** that Defendants are **ENJOINED** from deputizing members of National Guard units deployed in or to the District of Columbia as Special Deputy U.S. Marshals; and it is further

**ORDERED** that Defendants are **ENJOINED** from Ordering that National Guard troops in the District of Columbia carry service weapons while conducting operations pursuant to the President's August 11 order; and it is further

**ORDERED** that Defendants are **ENJOINED** from placing Department of Defense (DOD) officials, including the Secretary of the Army, in operational command or control of Joint Task Force – District of Columbia, and otherwise permitting DOD officials to directly supervise or participate in law enforcement activities conducted by National Guard Units in the District of Columbia; and it is further

**ORDERED** that such actions are stayed pursuant to 5 U.S.C. § 705.

**SO ORDERED**.

Dated: _____, 2025

_____
HON. JIA M. COBB
UNITED STATES DISTRICT JUDGE