AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| District of Columbia, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-03005 (JMC) |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the District of Columbia                                                                                              .

Date:   09/10/2025                                          /s/ Andrew C. Mendrala
                                                                             *Attorney's signature*

                                                    Andrew C. Mendrala (D.C. Bar No. 1009841)
                                                                *Printed name and bar number*

                                                            Office of the Attorney General
                                                            400 Sixth Street, N.W., 10th Floor
                                                                    Washington, D.C. 20001
                                                                             *Address*

                                                                 Andrew.Mendrala@dc.gov
                                                                          *E-mail address*

                                                                        (202) 724-9726
                                                                       *Telephone number*

                                                                        (202) 730-1482
                                                                          *FAX number*