Civil Action 1:25-cv-03005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,
PLAINTIFF

v.

DONALD J. TRUMP, ET AL,
DEFENDANTS

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE MARTIN AKERMAN, TENURED CHIEF DATA OFFICER OF THE NATIONAL GUARD BUREAU, IN SUPPORT OF DEFENDANTS' POSITION ON DISMISSAL FOR LACK OF JURISDICTION**

MARTIN AKERMAN, PRO SE
PO BOX 100057
Arlington, VA 22210
makerman.dod@gmail.com
(202) 656-5601

SEPTEMBER 4, 2025

Pursuant to Local Civil Rule 7(o), prospective amicus curiae Martin Akerman respectfully moves for leave to file the accompanying brief in support of the Defendants' position that this Court should dismiss the Complaint for lack of subject-matter jurisdiction. Counsel for all parties have been notified of this motion.

## IDENTITY AND INTEREST OF AMICUS CURIAE

Amicus curiae Martin Akerman is a tenured federal officer, serving as the Chief Data Officer of the National Guard Bureau. His interest in this matter is direct, substantial, and unique. Mr. Akerman is currently engaged in his own multi-forum litigation regarding his tenure and removal from his federal position, an action he alleges was effectuated by federalized state military officers in violation of the Constitution.

This personal and professional experience provides him with a unique perspective on the critical importance of proper jurisdiction in cases involving the domestic deployment of the National Guard. Mr. Akerman's own litigation has involved complex jurisdictional questions, including matters before this very Court where his petitions were dismissed for lack of jurisdiction and he was directed to the proper forum in Nevada, where the "nucleus" of the controversy sits (Akerman v. United States, No. 1:23-cv-02597 (D.D.C. Oct. 4, 2023); Akerman v. Doiron, No. 1:23-cv-02575 (D.D.C. Oct. 4, 2023)). He is therefore uniquely positioned to address the doctrines of standing and proper forum, which are central to the argument presented in the accompanying brief.

## REASONS WHY AN AMICUS BRIEF IS DESIRABLE AND RELEVANT

The proposed amicus brief will aid the Court by providing a perspective not adequately represented by either party. While the Plaintiff focuses on the merits of the National Guard deployment and the Defendants will focus on defending the President's authority, this brief focuses on a threshold issue: whether this Court is the proper forum to hear this dispute at all.

The brief is desirable for three reasons:

1. It Applies This Court's Own Precedent. The brief argues that the same jurisdictional principles that this Court, through Judge Jia M. Cobb, correctly applied in dismissing amicus's own cases must be applied here. It contends that the "nucleus" of a controversy involving a state's National Guard lies in that state, not in the District of Columbia.

2. It Raises a Foundational Jurisdictional Challenge. The brief presents a novel but powerful argument that the District of Columbia, as a non-state entity whose own forces are statutorily subordinate to the President, lacks standing to litigate what is fundamentally a dispute between the federal executive and the several States over the command and control of their respective militias.

3. It Promotes Judicial Prudence and Efficiency. By focusing on these threshold jurisdictional questions, the brief offers the Court a path to resolve this matter without prematurely ruling on the complex and politically charged constitutional merits.

This perspective, grounded in this Court's own precedent and informed by direct personal experience, will provide a valuable and unique contribution to the Court's deliberation.

**CONCLUSION**

For the foregoing reasons, Martin Akerman respectfully requests that the Court grant this motion and accept for filing the accompanying Brief of Amicus Curiae.

Respectfully Submitted,

MARTIN AKERMAN, PRO SE
PO BOX 100057
Arlington, VA 22210
makerman.dod@gmail.com
(202) 656-5601