UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONALD J. TRUMP, *in his official capacity*, U.S. DEPARTMENT OF DEFENSE, PETER HEGSETH, *in his official capacity*, U.S. ARMY, DANIEL P. DRISCOLL, *in his official capacity*, U.S. DEPARTMENT OF JUSTICE, PAMELA J. BONDI, *in her official capacity*, U.S. MARSHALS SERVICE, and GADYACES S. SERRALTA, *in his official capacity*,<br><br>　　　　Defendants, | Case No.: 1:25-cv-03005 (JMC)<br><br>Judge Jia M. Cobb |

## UNOPPOSED MOTION OF FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Admiral Steve Abbot (Ret.), Admiral Thad Allen (Ret.), Former Secretary of the Army Louis Caldera (Ret.), General George Casey (Ret.), General Michael Hayden (Ret.), Admiral Samuel Jones Locklear, III (Ret.), General Craig McKinley (Ret.), Former Secretary of the Navy Sean O'Keefe (Ret.), and Admiral Bill Owens (Ret.) respectfully move for leave to appear as *amici curiae* in support of neither party and to file the proposed brief, attached hereto, for the Court's consideration in adjudicating the pending preliminary injunction motion and the following merits trial. *Amici* conferred with the parties in advance, and they are unopposed to this Motion.

## ARGUMENT

District courts have "broad discretion" to grant leave to file an *amicus curiae* brief. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). "An

*amicus* brief should normally be allowed when . . . the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)). Courts routinely permit third parties to participate as *amici curiae* when they have "relevant expertise and a stated concern for the issues at stake in [the] case." *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

I. **Interest of *Amici Curiae***

*Amici* are former secretaries of the U.S. Army and Navy and retired four-star admirals and generals. Collectively, they served under each president from John F. Kennedy to Barack Obama and possess expertise on matters encompassing the mission of the National Guard and armed services and the well-being of all those who serve in uniform.

*Amici* are acutely interested in this case because they believe presidential deployment of the National Guard to perform local law enforcement should be a rare and carefully considered occurrence that strictly complies with the Posse Comitatus Act. Domestic deployments that fail to adhere to these long-established guardrails threaten the Guard's core national security and disaster relief missions; place deployed personnel in fraught situations for which they lack appropriate training, thus posing safety concerns for servicemembers and the public alike; and risk inappropriately politicizing the military, creating additional risks to recruitment, retention, morale, and cohesion of the force.

*Amici*'s short biographies listed below capture a measure of their distinguished service to our country, as well as their expertise in matters encompassing the mission of the National Guard and armed services, and the well-being of all those who serve in uniform.

**Admiral Steve Abbot, United States Navy (Retired)**, graduated from the U.S. Naval Academy in 1966, after which he was deployed to Vietnam and began a 34-year career with the U.S. Navy. His final active-duty tour was as Deputy Commander-in-Chief, U.S. European Command from 1998 to 2000. Following his retirement, Admiral Abbot served as Deputy Homeland Security Advisor to President George W. Bush from 2001 to 2003.

**Admiral Thad Allen, United States Coast Guard (Retired)**, retired in 2010 as the 23rd Commandant of the U.S. Coast Guard. Admiral Allen led the federal responses to Hurricanes Katrina and Rita and the Deepwater Horizon oil spill. He led Atlantic Coast Guard forces in response to the 9/11 attacks and coordinated the Coast Guard response to the Haitian earthquake of 2010.

**Former Secretary of the Army Louis Caldera** graduated from the U.S. Military Academy at West Point and served in the Army on active duty from 1978 to 1983. He served in two Senate-confirmed positions in the Clinton Administration, including Secretary of the Army, and as an Assistant to the President and Director of the White House Military Office in the Obama Administration.

**General George Casey, United States Army (Retired)**, enjoyed a 41-year career in the U.S. Army. He is an accomplished soldier and an authority on strategic leadership. During his tenure as the Army Chief of Staff, he is widely credited with restoring balance to a war-weary Army and leading the transformation to keep it relevant in the 21st century. Prior to this, General Casey commanded the Multi-National Force – Iraq, a coalition of more than 30 countries.

**General Michael Hayden, United States Air Force (Retired)**, entered active military service in 1969. During his career, he rose to the rank of four-star general and served as Director of the Central Intelligence Agency and the National Security Agency. General Hayden also served

as Commander of the Air Intelligence Agency and held senior staff positions at the Pentagon, Headquarters U.S. European Command, and the National Security Council.

**Admiral Samuel Jones Locklear, III, United States Navy (Retired)**, graduated from the U.S. Naval Academy in 1977. He served for 39 years and retired as commander of U.S. Pacific Command. His prior commands include Commander, U.S. Naval Forces Europe, U.S. Naval Forces Africa, and Allied Joint Force Command Naples; Commander, U.S. 3rd Fleet; and Commander, Nimitz Strike Group.

**General Craig McKinley, United States Air Force (Retired)**, retired as a four-star general in November 2012 after 38 years of service. His last assignment was as the Chief of the National Guard Bureau, where he also served as a member of the Joint Chiefs of Staff. In this capacity, he was a military adviser to the President, the Secretary of Defense, and the National Security Council, and he was the Department of Defense's official channel of communication to the Governors and to State Adjutants General on all matters pertaining to the National Guard.

**Former Secretary of the Navy Sean O'Keefe** began his public service career in 1978 at the Department of Defense and as U.S. Senate staff until his appointment as the Department of Defense Comptroller and Chief Finance Officer in 1989. President George H.W. Bush later named him the 69th Secretary of the Navy. Secretary O'Keefe also served in President George W. Bush's Administration as Deputy Director of the Office of Management and Budget and the 10th Administrator of NASA.

**Admiral Bill Owens, United States Navy (Retired)**, retired in 1996 as the Vice Chairman of the Joint Chiefs of Staff. He began his career as a nuclear submariner, spending a total of 4,000 days—or more than ten years—aboard submarines, including duty in Vietnam. Admiral Owens

4

was a senior military assistant to two Secretaries of Defense and served as commander of the U.S. 6th Fleet during Operation Desert Storm.

    **II.    The Proposed *Amicus* Brief Would Assist the Court's Consideration of the Pending Motion Without Delaying Litigation**

*Amici*'s participation in this case is "desirable" and would provide a perspective "not adequately represented by a party." Loc. Civ. R. 7(o)(2). *Amici* offer a unique perspective on the sensitive national security and military readiness issues at play in this case based on their collective experience serving in and leading our military, their direct experience commanding active-duty service personnel, and their interest in preserving our military's apolitical role in safeguarding national security.

The proposed *amicus* brief discusses the multiple risks the anomalous deployment of the National Guard at issue poses to the Guard's core mission and to the well-being of the troops. *First*, deploying military personnel in the context of domestic law enforcement diverts them from their primary mission, which is to fight and win the nation's wars and protect communities after disasters. Accordingly, such domestic diversions come at the expense of local, state, and national safety, as well as troop morale. *Second*, active-duty National Guard personnel are neither intended nor sufficiently trained to conduct domestic law enforcement operations, which poses a danger to the safety of both the troops and the public. *Third*, use of federal military personnel in the context of law enforcement operations should be a last resort to avoid the politicization of the military, which inevitably erodes public trust, hurts recruitment, and undermines troop morale. *Amici* submit this brief to more fully explain these risks and assist the Court in its disposition of the pending motion.

The proposed *amicus* brief will not "unduly delay the Court's ability to rule on any pending matter." Loc. Civ. R. 7(o)(2). *Amici* file this motion and attach their proposed brief four business

days after Plaintiff filed its principal brief, three business days before the Court's scheduled hearing on Plaintiff's related motion for expedited discovery, and seven business days before Defendants state they plan to respond to the instant motion, *see* Dkt. 8 at 1, allowing Defendants sufficient time to respond to *amici*'s arguments and not delaying the Court's review.

## CONCLUSION

For the foregoing reasons, the Court should grant leave to file the attached *amicus curiae* brief.

Dated: September 15, 2025

Karen L. Dunn (D.C. Bar No. 1002520)
Jeannie S. Rhee (D.C. Bar No. 464127)
John Paredes (D.D.C. Bar No. NY0418)*
Dunn Isaacson Rhee LLP
401 9th St. NW
Washington, D.C. 20004
(202) 240-2900
kdunn@dirllp.com
jrhee@dirllp.com
jparedes@dirllp.com

*Admitted in NY only. Practice supervised by D.C. Bar members.*

**Application for admission to D.D.C. accepted. Oath of admission forthcoming.*

Respectfully Submitted,

/s/ *Jane Bentrott*

Jane Bentrott (D.C. Bar No. 1029681)
Protect Democracy United
2020 Pennsylvania Avenue NW
Washington, D.C. 20006
Suite #163
(202) 579-4582
jane.bentrott@protectdemocracy.org

Beau Tremitiere**
Protect Democracy United
300 Center Drive, Suite G-251
Superior, CO 80027
(202) 579-4582
beau.tremitiere@protectdemocracy.org

*Counsel for* Amici Curiae

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, the foregoing document was filed with the Clerk using the Court's CM/ECF system, which will automatically send a copy to all counsel of record.

DATED: September 15, 2025

>    /s/ Jane Bentrott
>    Jane Bentrott
>    Counsel for *Amici Curiae*