IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-03005-JMC |

## MOTION FOR ADMISSION PRO HAC VICE OF MARTIN TOTARO

I am an active member in good standing of the bar of this Court and, pursuant to Local Civil Rule 83.2(c), hereby move for the admission *pro hac vice* Martin Totaro as counsel for Amici Curiae Law Enforcement Action Partnership, Center for Policing Equity, National Police Accountability Project, and the Policing Project at New York University School of Law.

The declaration of Mr. Totaro in support of this motion is attached hereto.

By: _/s/ Trisha Anderson_
Trisha Anderson, Bar No. 497224
Hecker Fink LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
(212) 763-0883
tanderson@heckerfink.com

*Counsel for Amici Curiae*

Dated: September 15, 2025
Washington, DC

## CERTIFICATE OF SERVICE

I certify that on September 15, 2025 a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Martin Totaro was properly served on counsel of record via electronic filing in accordance with the USDC, District of Columbia Procedures for Electronic Filing.

Trisha Anderson