IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.,*<br><br>*Defendants*. | Civil Action No. 1:25-cv-03005-JMC |

### DECLARATION OF MARTIN TOTARO

I, MARTIN TOTARO, hereby declare under penalty of perjury as follows:

1. My full name is Martin Vincent Totaro.

2. My office address is Hecker Fink LLP, 1050 K Street NW, Suite 1040, Washington, DC 20001. My office telephone number is (212) 763-0883.

3. I am a member of the bars of the District of Columbia, the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States District Court for the Judicial Panel on Multidistrict Litigation, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Federal Circuit.

4. I certify that I have not been disciplined by any bar.

5. I am engaged in the full-time practice of law within the District of Columbia and have not been admitted *pro hac vice* to the bar of this Court within the last two years.

By: _____
Martin Totaro
Hecker Fink LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
(212) 763-0883
mtotaro@heckerfink.com

*Counsel for Amici Curiae*

Dated: September 15, 2025
     Washington, DC

2

## CERTIFICATE OF SERVICE

      I certify that on September 15, 2025 a true and correct copy of the foregoing Declaration of Martin Totaro was properly served on counsel of record via electronic filing in accordance with the USDC, District of Columbia Procedures for Electronic Filing.

                                                                               Trisha Anderson