IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-03005-JMC |

**[PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE**

Having considered the motion to admit Martin Totaro of the law firm Hecker Fink LLP to appear in this action pro hac vice on behalf of Amici Curiae Law Enforcement Action Partnership, Center for Policing Equity, National Police Accountability Project, and the Policing Project at New York University School of Law, it is hereby ORDERED that the motion is GRANTED.

Dated: _____

_____
Hon. Jia M. Cobb, U.S.D.J.