# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-03005 (JMC)<br><br>Judge Jia M. Cobb |

### UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY LOCAL CIVIL RIGHTS AND LEGAL SERVICES ORGANIZATIONS IN SUPPORT OF PLAINTIFF DISTRICT OF COLUMBIA'S MOTION FOR PRELIMINARY INJUNCTION AND SECTION 705 STAY

In accordance with Fed. R. Civ. P. 7 and LCvR7(o), *amici* the Washington Lawyers' Committee for Civil Rights and Urban Affairs and the American Civil Liberties Union of the District of Columbia, on behalf of themselves and Local Civil Rights and Legal Services Organizations (defined below), move the Court for leave to file a brief as *amici curiae* in support of Plaintiff District of Columbia's Motion for Preliminary Injunction and Motion for Stay under 5 U.S.C. § 705. Both the Plaintiff and Defendants consent to the filing of this *amicus* brief.[1]

The *amici* comprising the Local Civil Rights and Legal Services Organizations presenting the *amicus* brief include:

1. The Washington Lawyers' Committee for Civil Rights and Urban Affairs;
2. The American Civil Liberties Union of the District of Columbia;
3. The Amica Center for Immigrant Rights;
4. Bread for the City;

---

[1] Counsel for Plaintiff provided consent for the filing of this *amicus* brief via e-mail on September 10, 2025. Counsel for Defendants provided consent for the filing of this *amicus* brief via e-mail on September 11, 2025.

5. Children's Law Center;

6. DC Appleseed Center for Law & Justice;

7. Disability Rights DC at University Legal Services;

8. Legal Aid Society of the District of Columbia;

9. School Justice Project;

10. Tzedek DC; and

11. The Washington Legal Clinic for the Homeless.

*Amici* are a broad group of organizations dedicated to improving the lives of the citizens of the District of Columbia (the "District"). These organizations represent leaders of the District's legal and nonprofit community. All these organizations are strongly committed to an effective, accountable local government in the District. In light of core local government principles and Congress's command in the Home Rule Act that local legislative powers be assumed by the District of Columbia "to the greatest extent possible, consistent with the constitutional mandate," Section 102(a), *amici* believe that decisions on important local issues such as public safety should, in the case of any ambiguity, rest with the District's elected leaders. *Amici* therefore have a strong interest in this case, which involves the validity of an important and longstanding measure undertaken by the District's locally-elected government in order to protect the safety of its residents.

*Amici* believe that submission of the proposed *amicus* brief will assist the Court in deciding this matter by providing insight regarding the historical significance of the District's on-going fight for self-governance and voting representation, as well as the importance of local political accountability for law enforcement. *Amici*'s proposed *amicus* brief is attached as **Exhibit A**. The submission of the brief is consistent with the briefing schedule in this matter and will not result in any delay or prejudice for the parties.

-3-

For the forgoing reasons, the Local Civil Rights and Legal Services Organizations respectfully request that this Court grant them leave to file the attached proposed brief of *Amici Curiae* Local Civil Rights and Legal Services Organizations in Support of Plaintiff District of Columbia's Motion for Preliminary Injunction and Section 705 Stay. A proposed Order is attached for the Court's convenience.

Dated: September 15, 2025

                                      Respectfully submitted,

                                      */s/ Madeleine Gates*
                                      Madeleine Gates (D.C. Bar #90024645)
                                      Kaitlin Banner (D.C. Bar #1000436)
                                      Washington Lawyers' Committee
                                      for Civil Rights and Urban Affairs
                                      700 14th Street, NW, Suite 400
                                      Washington, DC 20005
                                      (202) 319-1000
                                      madeleine_gates@washlaw.org
                                      Kaitlin_banner@washlaw.org

                                      Scott Michelman (D.C. Bar No. 1006945)
                                      American Civil Liberties Union
                                      Foundation of the District of Columbia
                                      529 14th Street NW, Suite 722
                                      Washington, D.C. 20045
                                      (202) 457-0800
                                      smichelman@acludc.org

                                      *Counsel for Amici*