IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>    *Plaintiff*,<br><br> v.<br><br>DONALD J. TRUMP, et al.<br><br>    *Defendants*. | Civil Action No. 1:25-cv-03005 |

**CONSENT MOTION OF LEGAL DEFENSE FUND FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF DISTRICT OF COLUMBIA'S MOTION FOR PRELIMINARY INJUNCTION**

1. Pursuant to Local Civil Rule 7(o), NAACP Legal Defense and Educational Fund, Inc. ("LDF") respectfully moves for leave to file the attached brief, as *amicus curiae*, in support of Plaintiff's motion for preliminary injunction. The proposed brief and a proposed order are attached.

2. Counsel for Plaintiffs and Defendants have advised undersigned counsel that they consent to the filing of this brief.

3. *Amicus curiae* LDF is the nation's first and foremost civil rights legal organization. Through litigation, advocacy, public education, and outreach, LDF strives to secure equal justice under the law for all Americans, and to break down the barriers that prevent Black people in the United States from realizing their basic civil and human rights.

4. "District courts have inherent authority to appoint or deny *amici* which is derived from Rule 29 of the Federal Rules of Appellate Procedure." *Jin v. Ministry of State Sec*., 557 F. Supp. 2d 131, 136 (D.D.C. 2008) (quotations omitted). Courts in this District generally

allow *amici curiae* to participate "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Id.* at 137 (quotations omitted); *see also In re Vitamins Antitrust Litig.*, No. 99-197, 2002 WL 34499542, at *5 (D.D.C. Dec. 18, 2002). A motion for leave to file an amicus brief should describe "(1) the movant's interest; and (2) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." *Jin*, 557 F. Supp. 2d at 137 (quotations omitted).

5. LDF has significant interest in the issues involved in this matter. LDF is deeply concerned with policing policies and practices that target and disproportionately harm communities of color, especially Black people. Since 2015, LDF's Justice in Public Safety Project specifically has worked to address issues of unconstitutional police practices, to end police violence against people of color, and to eliminate racial bias and profiling by police in order to foster confidence and trust in our public institutions.

6. LDF's brief is desirable given LDF's extensive experience and expertise litigating issues pertaining to racially discriminatory law enforcement policies and practices. LDF is also able to provide "unique information [and] perspective," drawing on the history of racialized military policing in the United States and research on the efficacy (or lack thereof) of militarized police interventions. *Jin*, 557 F. Supp. 2d at 137 (quotations omitted).

7. LDF also provides supplemental authority and argument concerning the harm the National Guard deployment is causing to Black residents in the District of Columbia. LDF therefore "can help the court beyond the help that the lawyers for the parties are able to provide." *Id*. (quotations omitted).

| | |
|---|---|
| Date September 15, 2025 | Respectfully submitted, |
| | */s/ Jin Hee Lee* |
| Alaizah Koorji | Jin Hee Lee, DC Bar No. 1740850 |
| Devin McCowan | Puneet Cheema, DC Bar No. 1655497 |
| NAACP LEGAL DEFENSE & | Loreal Hawk, DC Bar No. 90033817 |
|     EDUCATIONAL FUND, INC. | NAACP LEGAL DEFENSE & |
| 40 Rector Street, 5th Floor |     EDUCATIONAL FUND, INC. |
| New York, NY 10006 | 700 14th Street NW, Suite 600 |
| (212) 965-2200 | Washington, DC 20005 |
| akoorji@naacpldf.org | (202) 682-1300 |
| DMcCowan@naacpldf.org | jlee@naacpldf.org |
| | pcheema@naacpldf.org |
| | lhawk@naacpldf.org |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on September 15, 2025, the foregoing motion and attachments were filed electronically and will be sent electronically to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Jin Hee Lee*
                                        Jin Hee Lee, DC Bar No. 1740850
                                        NAACP LEGAL DEFENSE &
                                        EDUCATIONAL FUND, INC.