IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**District of Columbia**,

    Plaintiff,

v.

**Donald Trump** *et al.*,

    Defendants.

Civil Case No. 25-cv-3005

**CONSENT MOTION FOR LEAVE TO FILE BRIEF OF DEMOCRACY FORWARD FOUNDATION AS AMICUS CURIAE IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND 705 STAY**

Under Local Civil Rule 7(o), Democracy Forward Foundation (DFF) moves for leave to file the attached amicus brief in support of the District's motion for a preliminary injunction or a Section 705 stay. Plaintiff and Defendants consent to amicus's motion.

**1.** Amicus has an interest in the resolution of this case. DFF is a nonprofit national legal organization that advances democracy and social progress through litigation, policy and public education, and regulatory engagement. DFF represents clients, including nonprofits, local governments, tribes, small businesses, unions, and individuals, in challenging harmful and unlawful governmental action and in supporting governmental action. DFF's advocacy for democratic governance aligns with the Framers' view that a city under the control of a standing army is inconsistent with freedom and liberty.

**2.** The proposed amicus brief will be helpful to the Court because it addresses an issue relevant to the disposition of the District's motion. Since 1989, it has been the position of the Office of Legal Counsel of the U.S. Department of Justice that the D.C. National Guard does not constitute "any part of the Army" when it operates in its "state" militia capacity. Under that mistaken view, OLC concluded that the Posse Comitatus Act, 18 U.S.C. § 1385, does not apply when the D.C. National Guard is used in civilian law enforcement. As the attached brief explains, OLC's conclusion is wrong because it is based on an erroneous premise about the unique structure of the D.C. National Guard.

**3.** Although amicus agrees with the District that the OLC memo is incorrect, *see* D.C. PI Br. 36 n.14, we present additional explanation and historical materials to show why OLC's conclusion cannot support using the D.C. National Guard to enforce civilian laws in the District.

The Court should grant the motion and accept the attached amicus brief.

2

| | |
|---|---|
| September 15, 2025 | Respectfully submitted,<br><br>  /s/Bradley Girard  <br>Bradley Girard (DC Bar No. 1033743)<br>Brian D. Netter (DC Bar No. 979362)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>bgirard@democracyforward.org<br>bnetter@democracyforward.org<br><br>*Counsel for Amicus* |