# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, *Plaintiff*, v. DONALD J. TRUMP, *et al.*, *Defendants*. | Case No.: 1:25-cv-03005 (JMC) Hon. Jia M. Cobb |

## MOTION OF RELIGIOUS LEADERS AND THE CIVIL RIGHTS CLINIC AT HOWARD UNIVERSITY SCHOOL OF LAW FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

The Civil Rights Clinic at Howard University School of Law respectfully moves, pursuant to Rule 7 of the Federal Rules of Civil Procedure, Rule 29 of the Federal Rules of Appellate Procedure, and Local Rule 7(o) of the U.S. District Court for the District of Columbia, for leave to file a brief as *amicus curiae*, in support of Plaintiff. The proposed brief accompanies this motion.

In support of this Motion, the Civil Rights Clinic at Howard University School of Law states as follows:

1. *Amici Curiae* are local religious leaders and institutions in Washington, D.C. ("D.C.") and the Civil Rights Clinic at Howard University School of Law. As one of the oldest Historically Black Colleges and Universities, Howard University School of Law has long prioritized defending human rights, equality, and dignity in its educational approach.

2. *Amici* serve the unique role of demonstrating for this Court the irreparable harm that the deployment of the National Guard has had, and is currently having, on residents seeking to exercise their right to practice their religion freely and peacefully.

3. Specifically, the National Guard's deployment in D.C. is causing harm to local religious institutions and impairing their ability to provide open and sacred spaces for people to worship and form spiritual connections.

4. The proposed amicus brief offers three arguments in support of the Plaintiff's position that the National Guard's deployment is causing irreparable harm. First, Courts have long recognized the importance of an individual's freedom to exercise their religion under the First Amendment. Second, the National Guard's deployment is having a chilling effect on D.C. residents, particularly people of faith, and is restricting their ability to practice their religion. Finally, the National Guard's deployment is causing religious leaders to divert their limited resources to address the effects of the deployment on their congregations. Accordingly, we urge the Court to consider the significant impact and burdens imposed on religious leaders, religious institutions, and the faith community generally as part of the Plaintiff's request for a preliminary injunction.

## CONCLUSION

The Civil Rights Clinic at the Howard University School of Law respectfully requests leave to file the attached brief as *amicus curiae* in support of the Plaintiffs.

Respectfully Submitted,                                Dated: September 15, 2025

*/s/ John M. Powers*
_____

JOHN M. POWERS
    *Counsel of Record*
HOWARD UNIVERSITY SCHOOL OF LAW
CIVIL RIGHTS CLINIC
2900 Van Ness Street NW
Washington, DC
(202) 806 – 8082
jpowers@advacementproject.org
DC Bar ID No.: 1024831

KRISTEN CLARKE
*Pro Hac Vice Application Pending*
HOWARD UNIVERSITY SCHOOL OF LAW
CIVIL RIGHTS CLINIC
2900 Van Ness Street NW
Washington, DC
(202) 806 – 8082

DARIELY RODRIGUEZ
*Pro Hac Vice Application Pending*
HOWARD UNIVERSITY SCHOOL OF LAW
CIVIL RIGHTS CLINIC
2900 Van Ness Street NW
Washington, DC
(202) 806 – 8082

Counsel for *Amici Curiae*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2025, I electronically filed the foregoing *Motion of the Civil Rights Clinic at Howard University School of Law for Leave to File Brief as Amicus Curiae* with the Clerk of the Court.

Dated: September 15, 2025

*/s/ John M. Powers*

John Powers

Counsel for *Amici Curiae*