IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Case No.: 1:25-cv-03005 (JMC)<br><br>Hon. Jia M. Cobb |

**PROPOSED AMICUS CURIAE BRIEF OF RELIGIOUS LEADERS AND HOWARD UNIVERSITY SCHOOL OF LAW IN SUPPORT OF PLAINTIFFS**

JOHN M. POWERS
   *Counsel of Record*
HOWARD UNIVERSITY SCHOOL OF LAW
CIVIL RIGHTS CLINIC
2900 Van Ness Street NW
Washington, DC
(202) 806 – 8082
jpowers@advacementproject.org
DC Bar ID No.: 1024831

KRISTEN CLARKE
*Pro Hac Vice Application Forthcoming*
HOWARD UNIVERSITY SCHOOL OF LAW
CIVIL RIGHTS CLINIC
2900 Van Ness Street NW
Washington, DC
(202) 806 – 8082

DARIELY RODRIGUEZ
*Pro Hac Vice Application Forthcoming*
HOWARD UNIVERSITY SCHOOL OF LAW
CIVIL RIGHTS CLINIC
2900 Van Ness Street NW
Washington, DC
(202) 806 – 8082

Counsel for *Amicus Curiae*

## TABLE OF CONTENTS

TABLE AUTHORITIES ................................................................................................................. ii

STATEMENT OF INTEREST ....................................................................................................... 1

ARGUMENT .................................................................................................................................. 2

    I.    National Guard Deployment is Irreparably Harming Faith Communities in D.C. ................. 2

        A.    Courts Have Historically Recognized the Importance of Protecting the Freedom to Assemble at Places of Worship. ........................................................................................... 3

        B.    The Deployment of the National Guard has had a Chilling Effect on People of Faith Across D.C. and has Restricted their Ability to Practice their Religion. ...................................... 5

        C.    The Deployment of the National Guard in D.C. has Diverted the Limited Resources of Places of Worship. ................................................................................................................ 7

CONCLUSION ............................................................................................................................. 11

APPENDIX ................................................................................................................................... 12

## TABLE AUTHORITIES

**CASES**

*Capitol Hill Baptist Church v. Bowser*, 496 F. Supp. 3d 284 (D.D.C. 2020) ............................... 4

*Church of the Lukumi Babalu Aye, Inc. v. City of Hialeah*, 508 U.S. 520 (1993) ....................... 3

*Elrod v. Burns*, 427 U.S. 347 (1976) ............................................................................................ 3

*Everson v. Bd. of Ed. of Ewing Tp.*, 330 U.S. 1 (1947) ................................................................ 3

*Kedroff v. St. Nicholas Cathedral*, 344 U.S. 94 (1952) ............................................................... 3

*Lyng v. Int'l Union, United Auto., Aerospace & Agr. Implement Workers of Am., UAW*, 485 U.S. 360 (1988) ..... 3

*NAACP v. Alabama*, 357 U.S. 449 (1958) ................................................................................... 3

*Phila. Yearly Meeting of Religious Soc'y of Friends v. U.S. Dep't of Homeland Sec.*, 767 F. Supp. 3d 293 (D. Md. 2025), *appeal docketed,* No. 8:25-cv-00243 (4th Cir. May 6, 2025) ....................... 5

**SECONDARY SOURCES**

Brief for Presiding Bishop and President of the House of Deputies of the Episcopal Church et al. as Amici Curiae in Support of Respondents, *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022), No. 20–843, 2021 WL 4427621 ............................................................................................ 4

Darrell A.H. Miller, *Constitutional Conflict and Sensitive Places*, 28 WM. & MARY BILL RTS. J. 469 (2019) ........ 3

PAUL HORWITZ, FIRST AMENDMENT INSTITUTIONS 192 (2013) ................................................... 3

Rev. Jason Carson-Wilson, M. Div., *Resisting with Love: A Faith Leader's Guide for Navigating D.C.'s Federal Occupation* (2025) .......................................................................................... 9, 10

**INTERVIEWS**

Telephone Interview with Aaron Alexander, Rabbi, Adas Israel Congregation, in Washington, D.C. (Sept. 11, 2025) ............................................................................................................. 6, 9

Telephone Interview with Michael Bell, Pastor, Peace Baptist Church, in Washington, D.C. (Sept. 10, 2025) ....... 6

Telephone Interview with Rev. Dr. Dexter U. Nutall, Pastor, New Bethel Baptist Church, in Washington, D.C. (Sept. 11, 2025) ........................................................................................ 6

Telephone Interview with Revered Dr. Christopher L. Zacharias, Pastor, John Wesley A.M.E. Zion Church, in Washington, D.C. (Sept. 9, 2025) .................................................................................................. 6, 7

Telephone Interview with Reverend George C. Gilbert, Jr., Trinity United Baptist Church, in Washington, D.C. (Sept. 11, 2025) ..................................................................................................................... 9

Telephone Interview with Reverend William Lamar, IV, Senior Pastor, Metropolitan A.M.E. Church, in Washington, D.C. (Sept. 9, 2025) ....................................................................................................... 6

## STATEMENT OF INTEREST

*Amici curiae* are religious leaders, faith institutions, and religious organizations based in Washington, D.C., listed in Appendix A, and the Civil Rights Clinic at Howard University School of Law. *Amici* represent the interests of religious leaders in D.C. from diverse faiths, united in their belief that places of worship should be safe and open spaces for their congregations. As one of the oldest Historically Black Colleges and Universities, Howard University School of Law has long placed the defense of human rights, equality, and dignity at the heart of its educational practice. *Amici* serve the unique role of providing this Court with evidence of the irreparable harm that the National Guard deployment is currently having on religious institutions in the city and their respective congregants. The ability of religious institutions to carry out their mission and activities is being significantly impaired by the National Guard's presence in their communities. Specifically, the National Guard's deployment has resulted in decreased in-person attendance by congregants in churches and places of worship, as the specter of military confrontations with residents has caused fear and widespread consternation. Other religious leaders have faced diverted resources and increased expenditures to address new and unanticipated challenges resulting from the deployment. Religious leaders have found themselves working to mitigate the effects of the deployment on congregation members at the expense of other critical spiritual duties, including ministries and community service. *Amici* all share a common interest in ensuring that the National Guard's deployment in the District of Columbia is enjoined and urge the Court to grant the relief requested by Plaintiff. Plaintiff's counsel consents to this filing.[1]

---

[1] No party's counsel authored this brief in whole or in part. No monetary contribution intended to fund the preparation or submission of this brief was made by any party, any party's counsel, or anybody other than amicus or his counsel.

**ARGUMENT**

*Worship is as much a part of the human organism as the rising of the sun is to the cosmic order.*
*– Rev. Dr. Martin Luther King, Jr.*

Dr. King's observation underscores the fundamental nature of worship in human life. The Free Exercise Clause of the First Amendment to the U.S. Constitution protects an individual's right to practice their religion freely and without government interference. Throughout this nation's history, the Supreme Court has recognized the importance of protecting the free exercise of religion. The deployment of the National Guard throughout Washington, D.C. ("D.C.") is inflicting irreparable harm on these bedrock religious freedoms and burdening the rights of religious leaders and members of the faith community.

As a direct result of the National Guard's presence, in-person attendance at some religious services has declined significantly, with some religious leaders being forced to consider altering their approach to in-person worship. The deployment is also forcing congregations to divert critical and limited resources away from worship and other core functions, such as food pantries, counseling, and services for the poor, to meet new and unanticipated emergency services, including trauma counseling, legal clinics, and security initiatives. This governmental burden on free exercise contributes to the irreparable harm the City's residents are experiencing. For these reasons, this Court should find that immediate relief is warranted and grant Plaintiff's Motion for Preliminary Injunction.

**I. National Guard Deployment is Irreparably Harming Faith Communities in D.C.**

*Amici* urge this Court to consider the significant impact that the current National Guard deployment is having on D.C. residents' First Amendment rights to engage in the free exercise of religion. Religious institutions, sites of idea generation, tradition, social and individual

2

development, and community gathering, are inherently protected by the First Amendment. *See* PAUL HORWITZ, FIRST AMENDMENT INSTITUTIONS 192 (2013); Darrell A.H. Miller, *Constitutional Conflict and Sensitive Places*, 28 WM. & MARY BILL RTS. J. 469 (2019).

The First Amendment forbids State power from being deployed in a manner that deters or chills the exercise of religion. *Everson v. Bd. of Ed. of Ewing Tp.*, 330 U.S. 1, 18 (1947) ("State power is no more to be used so as to handicap religions, than it is to favor them."). First Amendment protections shield against not only a "heavy-handed frontal attack," but also from restriction by a "more subtle governmental interference." *Lyng v. Int'l Union, United Auto., Aerospace & Agr. Implement Workers of Am., UAW*, 485 U.S. 360, 367 n.5 (1988) (quoting *Bates v. Little Rock*, 361 U.S. 516, 523 (1960)). Furthermore, the Supreme Court has recognized that indispensable First Amendment liberties may not be abridged by intended prohibitions or by governmental actions that cause unintended consequences. *NAACP v. Alabama*, 357 U.S. 449, 461 (1958).

Courts have held that government actions may not restrict the free exercise of religion by interfering with an individual's ability to observe or practice their faith, *Church of the Lukumi Babalu Aye, Inc. v. City of Hialeah*, 508 U.S. 520 (1993), or interfere with the ability of a church to manage its internal affairs. *See, e.g., Kedroff v. St. Nicholas Cathedral*, 344 U.S. 94, 116 (1952). The Supreme Court has held that "the loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373 (1976). As discussed further below, the significant effects of the National Guard's deployment on D.C.'s faith community support the issuance of a preliminary injunction.

### A. Courts Have Historically Recognized the Importance of Protecting the Freedom to Assemble at Places of Worship.

*Amici* religious leaders are deeply invested in protecting their congregants' freedom to

assemble, even in the face of the unprecedented deployment of the National Guard. Courts have repeatedly held that state action that infringes on the assembly of a community of believers is unlawful. *See Capitol Hill Baptist Church v. Bowser*, 496 F. Supp. 3d 284, 294 (D.D.C. 2020) (holding that D.C.'s COVID-19 stay at home restrictions substantially burdened the church's religious exercise by prohibiting its sincerely held belief in assembling as a whole congregation in person).

The District of Columbia is home to a wide array of faith communities, with close to 800 places of worship.[2] Religious institutions serve as places of refuge where congregants exercise their fundamental rights to religious expression and peaceable assembly, subject to the full protections afforded by the First Amendment.[3] *See e.g.,* Brief for Presiding Bishop and President of the House of Deputies of the Episcopal Church et al. as Amici Curiae in Support of Respondents, *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022), No. 20–843, 2021 WL 4427621. Since the deployment of the National Guard, religious leaders from various faiths have united to discuss the significant effects that this highly volatile situation is having on their congregants and faith-based activities. Some of these leaders have been speaking out against the deployment and educating the public on the negative impact and burdens borne by the faith community.[4]

---

[2] *Places of Worship*, OPEN DATA D.C. (May 31, 2019), https://opendata.dc.gov/datasets/DCGIS::places-of- worship/explore.

[3] The value of communal worship is likewise underscored in the scriptural traditions of Christianity, Islam, and Judaism. Believers should "not forsak[e] the assembling of [them]selves together." *Hebrews* 10:25 (King James); "The prayer in congregation is twenty-seven times superior to the prayer offered by a person alone." *Sahih Muslim*, THE BOOK OF VIRTUE, ENJOINING GOOD MANNERS, AND JOINING OF THE TIES OF KINSHIP, 2856(a), https://sunnah.com/muslim:2586a (last visited Sept. 17, 2025); "Behold, how good and how pleasant it is for brethren to dwell together in unity!" *Psalm* 133:1 (King James).

[4] Press Release, Unitarian Universalist Association, UUA Condemns National Guard Deployment in Washington, D.C. (Aug. 13, 2025), https://www.uua.org/pressroom/press-releases/national-guard-dc ("For generations, these communities have endured the trauma of state violence and over-policing. The addition of military forces, alongside the deployment of some 500 federal law enforcement officers from the FBI, ATF, DEA, ICE, and U.S. Marshals Service, will only deepen that harm."); Scott Simon, *His D.C. church was robbed, but this pastor*

**B. The Deployment of the National Guard has had a Chilling Effect on People of Faith Across D.C. and has Restricted their Ability to Practice their Religion.**

The climate of fear created by the National Guard's vehicle checkpoints and deployment around DC Metro stops has resulted in an observable drop of foot traffic district-wide.[5] This is troubling because places of worship are often sites of refuge for D.C. residents, and attending church in person is a central aspect of their faith. When individuals must weigh the risks of confrontation or intimidation before attending services, the government has intruded upon their freedom to worship. *See Phila. Yearly Meeting of Religious Soc'y of Friends v. U.S. Dep't of Homeland Sec.*, 767 F. Supp. 3d 293, 334 (D. Md. 2025), *appeal docketed,* No. 8:25-cv-00243 (4th Cir. May 6, 2025) (holding that Department of Homeland Security's (DHS) immigration enforcement near places of worship would substantially burden the free exercise of religion because the presence of DHS enforcement would hinder the plaintiffs' ability to attend church and engage in communal worship as required by their religion).

Several religious leaders in the city have expressed grave concern about the reduced attendance rates among their members. For example, both Rev. William Lamar IV of Metropolitan A.M.E. Church and Rev. Dr. Christopher L. Zacharias of John Wesley A.M.E. Zion Church

---

*says the National Guard isn't needed,* NAT. PUB. RADIO (Aug. 30, 2025), https://www.npr.org/2025/08/30/nx-s1-5518916/dc-church- perspective-on-trumps-deployment-national-guard ("In particular, as a church, we subscribe to the 'beloved community,' which is described in Acts 2, where all people have food to eat and all people have shelter. No matter what background, no matter what color, they all are loved. And this military occupation is hindering that. People don't feel safe."); Episcopal Diocese of Washington, *Fear Is Not a Strategy for Safety* (Aug. 13, 2025), https://edow.org/2025/08/13/fear-is-not-a-strategy-for-safety/ ("As religious leaders, we remain firm in our commitment to serve those in need and to work collaboratively toward solutions to our city's most pressing problems. We call on our political and civic leaders to reject fear-based governance and work together in a spirit of dignity and respect—so that safety, justice, and compassion prevail in our city.").

[5] *See* Pl.'s Mot. for Prelim. Inj. at 44 n. 20, *D.C. v. Trump*, No.: 1:25-cv-03005 (D.D.C. 2025) (quoting Andrea Sachs & Federica Cocco, *D.C. Tourism Was Already Struggling. Then the National Guard Arrived*, THE WASHINGTON POST (Aug. 29, 2025), https://www.washingtonpost.com/travel/2025/08/29/dc-tourism-trumptakeover-national-guard-impacts/.).

documented a 20 percent and nearly 30 percent drop in attendance, respectively, because of widespread concern and fear about the presence of armed National Guards on city streets. Telephone Interview with Reverend William Lamar, IV, Senior Pastor, Metropolitan A.M.E. Church, in Washington, D.C. (Sept. 9, 2025); Telephone Interview with Revered Dr. Christopher L. Zacharias, Pastor, John Wesley A.M.E. Zion Church, in Washington, D.C. (Sept. 9, 2025).

The Peace Baptist Church yields another example of the impact of the deployment on the religious community in D.C. The church's leader, Pastor Michael Bell, MARS, MA, indicates that Peace Baptist is a religious institution that serves not only as a site for worship and a gathering space for the community, but also as a resource center for people in need of aid and assistance. Pastor Bell noted that the National Guard's militarized presence has had the effect of "curtailing much of the church's activity." This is, in part, because many residents of D.C. must pass through areas patrolled by the National Guard to attend religious services. As a result, some of the Peace Baptist's most dedicated and faithful churchgoers have voiced growing discomfort with travel in the city, while others have avoided it altogether. Telephone Interview with Michael Bell, Pastor, Peace Baptist Church, in Washington, D.C. (Sept. 10, 2025).

Additionally, Rabbi Aaron Alexander of Adas Israel Congregation similarly described his synagogue as "a safe refuge for worshippers, staff and families," and further noted that the presence of nearby checkpoints led to "heightened fear and stress across the community." Telephone Interview with Aaron Alexander, Rabbi, Adas Israel Congregation, in Washington, D.C. (Sept. 11, 2025). Furthermore, Rev. Dr. Dexter U. Nutall noted that the National Guard's visible presence is intimidating and "disrupts the community's ability to gather and interact freely." Telephone Interview with Rev. Dr. Dexter U. Nutall, Pastor, New Bethel Baptist Church, in Washington, D.C. (Sept. 11, 2025).

The deployment has also caused congregants to feel completely unsafe in their houses of worship. Concerned worshipers at John Wesley A.M.E. Zion Church have prompted church leadership to seriously consider moving weekly services entirely online to ensure the safety of their members, according to Rev. Dr. Christopher L. Zacharias, Pastor at John Wesley A.M.E. Zion Church. *See* Telephone Interview with Reverend Dr. Christopher L. Zacharias, Pastor, John Wesley A.M.E. Zion Church, in Washington, D.C. (Sept. 9, 2025).[6] Congregants at other religious institutions have instituted new precautionary measures, such as walking in groups to the Metro after congregational prayer. In sum, congregants feel unsafe to freely assemble in their houses of worship, and others have opted to stay home and attend services online because of the National Guard's deployment.

The ability to worship and gather in person lies at the heart of what it means to be a person of faith. For some in D.C., attending religious service and other related programs and ministries is often the only time they leave their homes. It is a central element of what it means to be able to fully and freely exercise your religion, and that right should be free from government infringement. Religious services are vital to the cultural and social cohesion of D.C., and places of worship rely on the regular participation of their members to sustain themselves. This Court, in recognizing the chilling effect the National Guard's presence has had on the free exercise of religion for residents of D.C., should find that the deployment is irreparably harming the city.

**C. The Deployment of the National Guard in D.C. has Diverted the Limited Resources of Places of Worship.**

Religious texts across all faiths emphasize the importance of places of worship serving as

---

[6] Even during the Covid-19 pandemic, the Supreme Court understood that "watch[ing] services" online is "not the same as personal attendance." *Roman Catholic Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 19 (2020) (per curiam); *see also Tandon v. Newsom*, 593 U.S. 61 (2021) (per curiam) (enjoining enforcement of a law that limited in-person religious gatherings).

7

institutions of charity in their respective communities.[7] Places of worship are not just buildings; they are also centers of mobilization where resources are disseminated to support the well-being of their congregations and communities.[8] However, the deployment of the National Guard is impairing the ability of places of worship to fulfill their congregation's full needs. Instead, they are reassessing and reallocating resources to address the harm being inflicted by the National Guard's intimidating presence in their communities.

Rev. Dr. Nutall of New Bethel Baptist Church recognizes D.C.'s need for support on many issues stemming from poverty, including crime. The Reverend leads a church that has a longstanding legacy of providing support to the community through its service. This community support from New Bethel includes providing school supplies for children, promoting food drives, assisting new students moving into their campuses, and lending a voice to civil rights causes. Rev. Nutall does not believe that using the National Guard as part of local law enforcement, given their lack of training on civilian policing, is a helpful way to address the underlying factors driving crime.

The call for the faith community to intercede in times of fear and intimidation is not new; however, the National Guard's deployment in D.C. has prompted faith leaders to take extensive measures to meet the needs of their members. Rev. Jason Carson Wilson, a trusted voice in the

---

[7] Matthew 25:35–36, 40 underlies the Christian doctrinal requirement that the church's ministry must extend past just teaching the text, but to charity as well. It requires feeding the hungry, tending to the sick, and clothing the poor. The requirement is so sincerely held that the Black church continued to host secret gatherings when there were laws banning all-black church gatherings during enslavement. *Id*. A similar practice is also found in the Islamic faith, where "[t]he believers, in their mutual love, compassion, and sympathy, are like a single body; if one of its organs suffers, the whole body will respond with sleeplessness and fever." *Sahih Muslim*, THE BOOK OF VIRTUE, ENJOINING GOOD MANNERS, AND JOINING OF THE TIES OF KINSHIP, 2856(a), https://sunnah.com/muslim:2586a (last visited Sept. 17, 2025).

[8] For example, historically, African Americans have sought refuge in their halls of worship, using them as community hubs for development and organizing, because a church is more than just a space. *See United States v. Anderson*, No. 22-CR-428 (WFK), 2024 WL 4678397 (E.D.N.Y. Nov. 5, 2024).

8

D.C. community, spoke about the looming presence of the National Guard and stated that the church is looking to create community power during this time in response. These measures include conducting several Know-Your-Rights trainings and legal clinics for community members to equip them with information if National Guard officers stop them. For instance, in an interview with Co-Senior Rabbi Alexander, the Rabbi expressed that he had already begun such initiatives within their synagogue in response to the 2018 Pittsburgh Synagogue shooting. However, the proximity of National Guard checkpoints less than a mile away from the synagogue has heightened the need to continue offering the Know-Your-Rights trainings along with additional legal resources. The Rabbi also noted that they will continue to undertake proactive measures to counter the negative impacts of the National Guard. Telephone Interview with Aaron Alexander, Rabbi, Adas Israel Congregation, in Washington, D.C. (Sept. 11, 2025).

The Guard's deployment also impacts the mental health of faith members, compelling churches to create new resources to address the trauma inflicted by the government's detentions and law enforcement actions. Rev. George Gilbert, a social justice advocate designated by the DMV Local Baptist Churches, described the impact of the National Guard's deployment on the faith community and its members. Telephone Interview with Reverend George C. Gilbert, Jr., Trinity United Baptist Church, in Washington, D.C. (Sept. 11, 2025). Rev. Gilbert expressed that the deployment has caused some congregants to lose hope, leaving members "violated, [and] angry[,]" and has woken up what he described as "PTSD" amongst civil rights activists who have been longstanding members of the congregation. Rev. Wilson has also advised faith communities to seek mental health support and trauma counseling. "We need to make space for grief—grief for the democracy that feels increasingly fragile, grief for the sense of safety that's been shattered, grief for the community autonomy that's been violated." Rev. Jason Carson-Wilson, M. Div., *Resisting*

9

*with Love: A Faith Leader's Guide for Navigating D.C.'s Federal Occupation* (2025). Providing mental health resources is becoming a crucial area of focus for local religious institutions as they respond to the National Guard deployment. The provision of adequate mental health resources for congregations oftentimes involves new and costly partnerships with mental health professionals who understand trauma responses and coping strategies and are adept at creating peer support networks within congregations and advocating for increased funding for community mental health resources. *Id.*

Finally, in the midst of the National Guard's deployment, there continues to be an ongoing need for other core spiritual duties, including community meals and mutual aid distribution. *Id.* Rev. Patricia Fears, the lead pastor of Fellowship Baptist Church, explained that the fear instilled by this "occupation" of D.C. has compelled churches to modify essential programs, such as food pantries, because in-person attendance has declined even though the demand for food assistance persists.[9] The modification of programs requires additional staff and resources to reach individuals in need through alternative methods or resources that some churches do not have.[10]

While theological traditions have called members of the faith community to meet the needs of their communities, the response to the impact of the National Guard's presence in D.C. has diverted significant energy and resources away from core ministries of worship, service, and fellowship. The financial burdens significantly impair the ability of religious institutions to fulfill their mission and meet the needs of their congregants and communities.

---

[9] *See* Mike Murillo, *Clergy members gather in DC to pray and protest federal law enforcement surge*, WTOP, (Sept. 4, 2025, at 7:56 PM), https://wtop.com/dc/2025/09/clergy-gather-in-d-c-to-pray-and-protest-federal-law- enforcement-surge/.
[10] *See* Clemente Lisi, *Clergy Protest ICE and National Guard Presence Near DC Churches*, RELIGION UNPLUGGED (Sept. 8, 2025), https://religionunplugged.com/news/dc-clergy-resisting-trump-in-the-nations-capital.

10

## CONCLUSION

For the foregoing reasons, the deployment of the National Guard irreparably harms Washington D.C. residents' rights to freely and fully exercise their religion, and we urge the Court to grant the Plaintiff's motion for preliminary injunction.

Respectfully submitted,                                      Dated: September 15, 2025

*/s/ John M. Powers*

JOHN M. POWERS
    *Counsel of Record*
HOWARD UNIVERSITY SCHOOL OF LAW
CIVIL RIGHTS CLINIC
2900 Van Ness Street NW
Washington, DC
(202) 806 – 8082
jpowers@advacementproject.org
DC Bar ID No.: 1024831

KRISTEN CLARKE
*Pro Hac Vice Application Forthcoming*
HOWARD UNIVERSITY SCHOOL OF LAW
CIVIL RIGHTS CLINIC
2900 Van Ness Street NW
Washington, DC
(202) 806 – 8082

DARIELY RODRIGUEZ
*Pro Hac Vice Application Forthcoming*
HOWARD UNIVERSITY SCHOOL OF LAW
CIVIL RIGHTS CLINIC
2900 Van Ness Street NW
Washington, DC
(202) 806 – 8082

Counsel for *Amicus Curiae*

## APPENDIX

Reverend Mia M. McClain

Allen Chapel AME Church

National African American Clergy Network

Metropolitan African Methodist Episcopal Church

Rev. Dr. Christopher Zacharias

Rabbi Aaron Alexander

The Center for Racial Equity and Justice

New Bethel Baptist Church

Rev. Dr. Barbara Williams-Skinner, Co-Convener, National African American Clergy Network

Pastor Michael C. Bell/The Peace Baptist Church of Washington, DC

Emory United Methodist Church

The Religious Nationalisms Project—TRNP

Shiloh Baptist Church of Washington, DC

All Souls Church Unitarian

Interfaith Alliance

Sojourners/SojoAction

Rev. Terrance M. McKinley, Pastor, Campbell AME Church