AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| DISTRICT OF COLUMBIA, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-03005 (JMC) |
| DONALD J. TRUMP, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals.

Date: 09/16/2025

/s/ Karen L. Dunn
*Attorney's signature*

Karen L. Dunn (D.C. Bar No. 1002520)
*Printed name and bar number*

Dunn Isaacson Rhee LLP
401 9th St. NW
Washington, D.C. 20004
*Address*

kdunn@dirllp.com
*E-mail address*

(202) 240-2900
*Telephone number*

*FAX number*