IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

        *Plaintiff*,

v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Case No. 1:25-cv-3005

Judge Jia M. Cobb

**CONSENT MOTION OF AMERICA FIRST LEGAL FOUNDATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS**

Pursuant to Local Civil Rule 7(o), America First Legal Foundation respectfully requests that the Court grant leave to file an *amicus curiae* brief in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction. Plaintiff and Defendants consent to this relief.

1. "An *amicus* brief should normally be allowed … when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008).

2. *Amicus* is a non-profit headquartered in the District of Columbia. *Amicus* provides a useful and unique perspective on the preliminary injunction prongs focusing on the public interest and balance of harms. For example, Plaintiff's lawyers claim that Defendants' actions "pose[] a high risk of undermining the District's own law enforcement work." ECF No. 3-1 at 51.[1] In support, Plaintiff relies heavily on a declaration from someone (Renee Hall) who has never been a police officer in this City and apparently has never lived or worked here. But as shown by the

---

[1] Page cites are to the Court ECF stamped numbers.

1

statistics in the attached brief, crime has dropped dramatically in the last few weeks, compared both to the prior period and to the same time last year and in prior years.

3. Plaintiff's lawyers also claim that the challenged actions "have given District residents a 'palpable sense of fear' and rendered them 'afraid to go grocery shopping, show up to work and go about their daily lives.'" *Id.* Again, this does not match reality. Anyone who lives or works in the District of Columbia knows there are places you would never go at certain times, and we have all at some point been fearful of walking alone or waiting in a car at night in the District of Columbia. It doesn't have to be this way. And for the last few weeks, the sense of safety in the City has improved dramatically. It is Plaintiff's suit that seeks to undermine that sense of safety.

4. As the attached brief explains, even the Mayor agrees that the City is safer now than it was a month or a year ago, *because of* Defendants' actions. She also reportedly opposed the City Attorney General's insistence on filing this suit, raising questions about whether the City Attorney General represents the best interests of the City and those who live and work here.

5. America First Legal Foundation accordingly requests leave to file an *amicus* brief in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction. The proposed brief is attached, as is a proposed order granting this motion.

Dated: September 16, 2025                    Respectfully submitted,


/s/ R. Trent McCotter
R. TRENT MCCOTTER (DC Bar # 1011329)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

GENE HAMILTON
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003

## **CERTIFICATE OF SERVICE**

I certify that on this date, the foregoing was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/ R. Trent McCotter*
R. Trent McCotter
