UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>          Plaintiff,<br><br>     v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>          Defendants. | Civil Action No. 1:25-cv-03005-JMC |

## DECLARATION OF CHRISTOPHER YORK

I, Colonel Christopher York, do hereby state and declare as follows:

1.      I currently serve as the Commander of Task Force Beautification, the beautification element of Operation Make D.C. Safe and Beautiful.  I am a Colonel in the District of Columbia Army National Guard (DCARNG).  Over the course of my career, I have served as a platoon leader where I deployed to Iraq in support of Operation Iraqi Freedom, commander of Joint Force Headquarters, DCARNG, deputy commander 74th Troop Command, DCARNG and am currently the commander of the Multi-Agency Augmentation Command (MAC), DCARNG.

2.      I submit this declaration in support of Defendants' opposition to Plaintiff's motion for a preliminary injunction.  I base this declaration upon my personal knowledge, as well as knowledge made available to me in the course of my official duties.

### The Current Task Force Beautification Mission

3.      The overall civil support mission currently being performed by the District of Columbia National Guard (DCNG) within the District of Columbia (the District) was directed by the Secretary of Defense by verbal order on or about 8 August 2025 and later in writing by memorandum dated 20 August 2025.  Specific tasks in furtherance of the mission were approved by the Secretary of the Army by memorandum dated 11 August 2025, with a mission end-date of 25 September 2025, and extended through 30 November 2025, by memorandum dated 3 September 2025.  The underlying directives of Task Force Beautification's mission are further derived in part from Presidential Executive Order, dated 28 March 2025, entitled "Making The District of Columbia Safe and Beautiful."

4.      On or about 20 August 2025, I was verbally designated the Commander of Task Force Beautification.  In this role, I report directly to the Task Force Support Commander, Brigadier General Craig M. Maceri, who in turn reports to the Commander of the DCNG, Brigadier General Leland D. Blanchard II.  My responsibilities include coordinating with federal and local partners, to include the National Park Service (NPS), the D.C. Office of Community Relations, the D.C. Homeland Security Emergency Management Agency (HSEMA), and the D.C. Department of Public Works (DPW).  Task Force Beautification servicemembers include approximately 63 members from both the Air and Army components of the DCNG.  Out of District (OOD) servicemembers do not currently support and have never supported Task Force Beautification; all servicemembers supporting Task Force Beautification, under my command, are DCNG members on Title 32 orders.

5.      As further discussed below, Task Force Beautification has from its inception coordinated closely with City officials from HSEMA and DPW to accomplish beautification efforts within the District, many of which were proposed by the District itself.  Throughout the course of its ongoing mission, the DCNG has, through its liaison officers with the District, collaborated on various beautification tasks on Federal and District land.

**Task Force Beautification's Integration with the District**

6.      On or about 22 August 2025, shortly after taking command, my task force engaged in communications with a D.C. City representative for the District, which resulted in a list of locations to begin beautification efforts.  See Attachment 1.  This coordination was followed by a meeting with a representative from the D.C. Office of Community Relations and Services to further discuss beautification efforts.

7.      On or about 25 August 2025, my task force engaged in a telephone call with a representative from HSEMA to initiate our collaboration on the beautification mission.  During the week of 25 August 2025, my staff attended multiple joint meetings with representatives from NPS, HSEMA, and DPW to discuss the beautification mission.  During one of those meetings, HSEMA provided an updated list of proposed beautification projects for the DCNG to perform. See Attachment 2.  The list was drafted as a memorandum which HSEMA had provided to the U.S. Martial Service on or about 20 August 2025 entitled "DC Guard Federal Surge Tasking," which stated that the District had "identified initial locations and tasks for beautification missions in the District of Columbia."  See Attachment 2.  The memorandum further stated that support from the DCNG "could significantly accelerate [the District's] existing beautification plans and ensure timely progress."  See Attachment 2.  The memorandum identified dozens of potential projects on "both local and Federal land" within the District.  See Attachment 2.  Task

Force Beautification proceeded to support these District-requested projects, in addition to other projects requested by NPS (see Attachment 3) or independently identified by the DCNG.

8.      HSEMA representatives further coordinated with Task Force Beautification members to create a personnel roster for enhanced communication.  See Attachment 4.

9.      Additionally, DPW coordinates daily with Task Force Beautification for bulk pickup of trash collected at various beautification project locations.  Upon completing a trash collection project, Task Force Beautification members provide location details directly to DPW, which dispatches a collection vehicle to the site.  This coordination has been occurring for weeks and remains in effect as of the date of this memorandum.

10.      Since the start of this mission, I am unaware of any representative from the District objecting to any actions proposed or performed by Task Force Beautification members.  My command has, however, rejected several beautification projects proposed by the District due to safety concerns (such as cleanup along busy highways where sufficient traffic controls would not be present).

**Current Assessment of Task Force Beautification Mission Impact**

11.      Since the onset of Task Force Beautification's mission, DCNG servicemembers have completed 58 beautification projects, of which 40 were directly requested by the District.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this _13_th day of September 2025.

YORK.CHRISTO
PHER.1240030
221

Digitally signed by
YORK.CHRISTOPHER.1240
030221
Date: 2025.09.16 17:42:17
-04'00'

CHRISTOPHER YORK, Colonel, DCARNG
Commander

Attachments:
1.      District of Columbia List of Proposed Beautification Projects
2.      HSEMA Memorandum to U.S. Martial Service, dated 20 August 2025
3.      NPS Proposed Projects for DCNG
4.      Task Force Beautification/HSEMA Personnel Roster

# ATTACHMENT 1

Ward 1        Meridian Park – Litter, Graffiti - Federal

Ward 1        African American Civil War Memorial – Graffiti – Federal

Ward 2        Dupont Circle – Litter - Federal

Ward 2        Georgetown Canal – Maintenance, Upkeep – Federal

Ward 2        Virginia Ave., NW between Rock Creek Park and 18th St. NW – trash by 21st bus stop; tall weeds; fenced areas where there were encampments need landscaping and openness.  -- Federal

Ward 2 throughout federal parks and monuments
        Repair or install drinking fountains

Ward 3        Glover Archibold Park – Litter, Dog waste Federal

Ward 3        Center of Urban Ecology – Cutting of grass – Federal

Ward 4        Rock Creek Park – Litter, Dog waste, Maintenance - Federal

Ward 4        Lafayette Park – Maintenance, Grass cutting – Federal

Ward 4        Rock Creek Parkway –Litter, Maintenance, Infrastructure   Federal

Ward 7        Pope Branch Stream – Overgrowth, Illegal Dumping -Federal

Ward 7        1800 27th street SE Overgrowth - Illegal Dumping-Federal

Ward 7        295 shoulders (Kenilworth to Penn Ave) Overgrowth - Illegal Dumping - Federal

Ward 7        295 exits (NHB EXIT)  Overgrowth - Illegal Dumping -Federal

Ward 7        Kenilworth Ave (service road) Overgrowth - Illegal Dumping -Federal

Ward 7        Marvin Gaye Park Overgrowth - Illegal Dumping -Federal

Ward 7        Marvin Gaye Trail - Overgrowth - Illegal Dumping - Federal

Ward 7        Fort Circle Park -NPS Illegal Dumping, Debris –Federal

Ward 7        Fort Dupont- No overgrowth - Light trash Federal

Ward 7        Fort Mahand – NPS Overgrowth - Cutting of grass/ light trash - Federal

Ward 7        Kenilworth Park and Aquatic Gardens – NPS Overgrowth - Cutting of grass/ light trash - Federal

Ward 7      Fort Davis – NPS Overgrowth - Cutting of grass/ light trash – Federal

Ward 7      Fort Chaplin Park -NPS Overgrowth - Cutting of grass/ light trash
Federal

Ward 7      Kingsman Island – NPS Overgrowth - Cutting of grass/ light trash
Federal

Ward 8      Oxon Run Parkway - Erosion, Storm water Run-off, Liter -Federal

Ward 8      Fort Stanton Park - Litter, Overgrowth, Trail maintenance, Illegal Dumping
Federal

Ward 8      Suitland Parkway- Bicycle Trail Illegal dumping, Debris, Poor Maintenance
Federal

Ward 8      Shepherd Parkway -NPS Chronic Issues: Trash Dumping, invasive plants, no
formal trails.   Federal

Ward 8      Anacostia Park - Shoreline liter Pick-up, Sign cleaning, Graffiti, Illegal
Dumping -Federal

Ward 8      Fort Greble Park - Debris, Liter, Graffiti - Federal

Ward 8      Fort Carroll – NPS Liter, Overgrowth, Trail maintenance, Illegal Dumping
Federal

Ward 8      100 Joliet Park area-NPS Overgrowth - Illegal Dumping - Federal

Ward 8      Southern Avenue Corridor - Illegal Dumping Debris -Federal

Ward 8      Malcol X Avenue - SE Trash Debris - I-295 Ramp- Federal

Ward 8      Fort DuPont Park - Trash, Illegal dumping, overgrowth, litter - Federal

Ward 8      The Fort Circle Trail - Illegal dumping, litter, trash, no trail- Federal

Ward 8      George Washington Carver Nature Trail - Trash, liter, debris, overgrowth
Federal

Ward 8      Suitland Parkway- (DC Segment) Trash, debris, illegal dumping- Federal

Ward 8      Battery Carrol- (civil war site) connected to fort Greble Trash, liter, debris,
overgrowth- Federal

Ward 8      Under Bridges crossing into Anacostia Park- Graffiti, Liter, Trash- Federal

Ward 8      Frederick Douglass memorial Bridge - Graffiti Federal

Ward 8        11th street Bridge – Graffiti - Federal

# ATTACHMENT 2



# DC HOMELAND SECURITY AND
# EMERGENCY MANAGEMENT AGENCY

## M E M O R A N D U M

**DATE:**   August 20, 2025

**TO:**   Stephanie Creasy, Acting Deputy Director, U.S. Marshal Service

**FROM:**   Clint Osborn, Director, HSEMA

**CC:**   Lindsey Appiah, Deputy Mayor
Orville Greene, Executive Office of the President

**RE:**   DC Guard Federal Surge Tasking

---

Our team has identified initial locations and tasks for beautification missions in the District of Columbia. As part of this assessment, we identified several key taskings where targeted manual beautification or cleanup efforts would provide the most impact. In most cases, beautification efforts will improve both the aesthetics of the location and have a direct impact public safety.

Deployment of staff, supplies, and equipment from the District of Columbia National Guard could significantly accelerate our existing beautification plans and ensure timely progress. Taskings fall into the following categories:

- Trash and small debris aggregation and/or removal from park properties
- Trash, small, and large debris aggregation and/or removal from vacant land (including illegal dumping)
- Securing of blighted properties where crime can or is known to occur
- Cleaning and removal of trash around key catch basins where regular flash flooding is known to occur, creating safety risk to drivers and reducing access for emergency vehicles
- Clearing, cleaning, and refurbishing of DC Housing Authority-owned units making them available for shelter
- Clearance of overgrowth, brush and invasives in areas where crime or safe navigability of the land or waterway are impacted

We expect that teams performing the initial taskings will identify additional opportunities. We know from resident feedback that addressing these spaces will have a positive impact on the safety and recreation for our residents in these communities. **These priority locations include both local and Federal land with a general description of the immediate opportunities for improvement:**

**Ward 1:**
- **Meridian Hill Park.** Litter, Graffiti.
- **African American Civil War Memorial.** Graffiti.

**Ward 2:**
- **Dupont Circle.** Litter.
- **Georgetown Canal.** Maintenance, Upkeep.



# DC HOMELAND SECURITY AND
# EMERGENCY MANAGEMENT AGENCY

- **Virginia Ave, NW between Rock Creek Park and 18th St. NW. Trash by 21st St bus stops.** Tall weeds; fenced areas where there were encampments need landscaping and openness.
- **Federal parks and monuments, generally.** Repair or install drinking fountains
- **Pennsylvania Ave, NW.** Repair sidewalk pavers; Fix fountain at Freedom Plaza.
- **Rock Creek Parkway, including just south of P St.** Broken wooden guardrails.
- **National Mall.** Install more trash cans, including across the street on Constitution Avenue near the White House.

**Ward 3:**
- **Glover Archibold Park.** Litter, dead tree removal.
- **Center for Urban Ecology [4598 McArthur Boulevard NW].** Cutting of grass.
- **Rock Creek Park pathway bridge at base of Klingle Road.** Dangerously slick, needs a tacky coating; repair two sinkholes about 100m south of that bridge at backside of zoo.
- **Rock Creek Park.** Needs signs by path on rules relating to scooters, walking dogs on right, signal when passing etc; litter, maintenance, dead tree removal.
- **Lafayette Park.** Maintenance, grass cutting.
- **Rock Creek Parkway.** Litter, maintenance, infrastructure, to include small, low-to-ground lights by path to facilitate walking and exercise in evening hours in the fall, winter and spring till 8 PM.

**Ward 7:**
- **Pope Branch Stream.** Overgrowth, illegal dumping.
- **1800 27th Street SE.** Overgrowth, illegal dumping.
- **295 shoulders (Kenilworth to Penn Ave).** Overgrowth, illegal dumping.
- **295 exits (NHB EXIT).** Overgrowth, illegal dumping.
- **Kenilworth Ave (service road).** Overgrowth, illegal dumping., dead tree removal.
- **Marvin Gaye Park.** Overgrowth, illegal dumping.
- **Marvin Gaye Trail.** Overgrowth, illegal dumping.
- **Fort Circle Park.** Illegal dumping, debris.
- **Fort Dupont.** Overgrowth, light trash, dead tree removal.
- **Fort Mahand.** Overgrowth, cutting of grass/ light trash, dead tree removal.
- **Kenilworth Park and Aquatic Gardens.** Overgrowth, cutting of grass/light trash, dead tree removal.
- **Fort Davis.** Overgrowth, cutting of grass/ light trash, dead tree removal.
- **Fort Chaplin Park.** Overgrowth, cutting of grass/ light trash, dead tree removal.
- **Kingman Island.** Overgrowth, cutting of grass/ light trash, dead tree removal.

**Ward 8:**
- **Oxon Run Parkway.** Erosion, storm water run-off, litter, remove dead trees.
- **Fort Stanton Park.** Litter, overgrowth, trail maintenance, illegal dumping, remove dead trees.  **Suitland Parkway.** Bicycle trail illegal dumping, debris, poor maintenance.
- **Shepherd Parkway.** Chronic Issues with trash dumping, invasive plants, no formal trails, remove dead trees.
- **Anacostia Park.** Shoreline liter pick-up, sign cleaning, graffiti, illegal dumping, remove dead trees.
- **Poplar Point (Admin grounds, and surrounding areas).** litter, landscaping, aesthetic enhancement.
- **Fort Greble Park.** Debris, litter, graffiti, Remove dead trees.



# DC HOMELAND SECURITY AND
# EMERGENCY MANAGEMENT AGENCY

- **Fort Carroll.** Litter, overgrowth, trail maintenance, illegal dumping.
- **100 Joliet Park area.** Overgrowth, illegal dumping.
- **Southern Avenue Corridor.** Illegal dumping debris.
- **Malcolm X Avenue SE. I-295 Ramp.** trash, debris.
- **Fort DuPont Park.** Trash, illegal dumping, overgrowth, litter, remove dead trees.
- **The Fort Circle Trail.** Illegal dumping, litter, trash, no trail.
- **George Washington Carver Nature Trail.** Trash, liter, debris, overgrowth.
- **Suitland Parkway (DC Segment).** Trash, debris, illegal dumping.
- **Battery Carrol (civil war site) connected to Fort Greble.** Trash, litter, debris, overgrowth.
- **Under Bridges crossing into Anacostia Park.** Graffiti, litter, trash.
- **Frederick Douglass Memorial Bridge.** Graffiti.
- **11th Street Bridge.** Graffiti.

The areas for general attention in the District include:

- District-owned bridges and environs.
- Debris removal from flood-prone catch basins and stream restoration.
- Debris removal from illegal dumping sites.
- District-owned parks.
- Vacant/Blighted lots.
- Removal of invasive species.
- Cleaning and refurbishing of DC Housing Authority units or property.

Although there are some limitations, District agencies can provide some support to the DCNG, such as hauling of aggregated debris from work sites, provision of water for staff, etc. Additional information about District support can be developed once tasks and locations are selected.

# ATTACHMENT 3

# NAMA Projects for the National Guard

## NAMA POC: Jeff Hitchcock

## NAMA Project #1

Clean up of river debris & trash around the Tidal Basin at The FDR Memorial and MLK Memorial – just picking it up and putting into NPS provided containers/vehicles. Map below shows area of cleanup area. Equipment, PPE, and supervision will be provided by the park.

### Location – Tidal Basin

  

# NAMA Project #2

Vegetation and Driftwood removal at Hains Point. Area is between the Washington Channel and roadway and between the Potomac River and roadway throughout Hains Point. Pulling weeds, light pruning, weed whacking, and loading debris into NPS supplied containers and vehicles. Equipment, PPE, and supervision will be provided by the park.

## Location

 

## NAMA Project #3

Curb cleanup along Jefferson and Madison Drive from 14th Street to 3rd street.

This would require shovel & broom work cleaning the gravel and trash debris along the curb lines. Debris would then be loaded into a small NPS dump truck and hauled away. Once completed NPS would follow behind with a water truck to clean the curb lines. The best time to accomplish this work would be at night when less vehicles are parked along the mall.




## Location



## NAMA Project #4

### Restore wood chip beds (Multiple Sites)

Restore wood chip bed by pulling weeds and spreading new chips in selected existing beds. This project would work closely with the NAMA Urban Forester and tree crew. All equipment, PPE, and supervision provided by the park.

Location: Multiple Sites










Chip Bed Location Outlet Bridge and Jefferson Memorial







# ATTACHMENT 4

# DC / NPS / DCNG - Contact Roster for TF Beautification Mission

Current as of: 9/2/2025

| Organization | Role | POC | Phone | Email | Notes |
|---|---|---|---|---|---|
| **National Guard** | | | | | |
| TF Beautification | Commander | COL Christopher York | ▮ | ▮ | |
| | **Deputy Commander** | **COL Laura Keenan** | ▮ | ▮ | **PRIMARY POC for TF B** |
| | Operations Officer | MAJ Shannon Basquez | ▮ | ▮ | |
| | Operations Officer | MAJ Patricia Tuggle | ▮ | ▮ | |
| DC Government Operations | Director | Marcus Hunt | ▮ | ▮ | |
| Joint Staff | HSEMA Support / Coord | MAJ Nicholas Turza | ▮ | ▮ | |
| **District of Colombia** | | | | | |
| HSEMA | Director | Clint Osborn | ▮ | ▮ | **PRIMARY POC for DC City Government** |
| HSEMA | Action Officer | Jenna Thorpe | ▮ | ▮ | |
| Department of Public Works | | Jerome Bussey | ▮ | ▮ | |
| Department of Public Works | Office of Waste Diversion | Sarah Hofman-Graham | ▮ | ▮ | |
| Department of Public Works | Emergency Preparedness Officer | Melvyn Smith | ▮ | ▮ | special event planning; homeless encampments |
| Safe Urban Infrastructure | Director | Rachel Joseph | ▮ | ▮ | |
| **National Park Service** | | | | | |
| Region - Planning | Associate Regional Director | Tammy Stidham | ▮ | ▮ | |
| Capital Parks East | Deputy Superintendent | Michael Commisso | ▮ | ▮ | |
| Rock Creek Park | Acting Superintendent | Nick Bartolomeo | ▮ | ▮ | |
| | Acting Chief of Staff | Franice Sewell | ▮ | ▮ | |
| Nat'l Mall & Memorial Park | Chief of Facility Mgmt | Jeff Hitchcock | ▮ | ▮ | |