## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

      Plaintiff,

        v.

DONALD J. TRUMP, *et al.*,

      Defendants.

Civil Action No.:  1:25-CV-03005 (JMC)

## DECLARATION OF DONALD SNIDER

I, Donald F. Snider Jr., under the penalty of perjury, declare as follows:

1.   My name is Donald F. Snider Jr., and I am currently employed as a Chief Inspector with the United States Marshals Service (USMS).  I have served with USMS since January 2008 and was previously employed by U.S Immigration and Customs Enforcement (ICE) from 2006 until 2008.  Since February of 2020, I have served as the Commander of the Capital Area Regional Fugitive Task Force (CARFTF).  As the Commander of CARFTF, I am responsible for leading a multi-agency fugitive task force that consists of over 300 investigators from over 100 partner agencies across Maryland, Virginia, and Washington D.C.

2.   The USMS is a bureau within the Department of Justice and serves under the direction and authority of the Attorney General. 28 U.S.C. § 561(a).  The USMS mission includes executing and enforcing all orders of the federal courts, as well as all lawful writs, process, and orders issued under the authority of the United States. 28 U.S.C. § 566(a) and (c).   "The mission of the U.S. Marshals is to enforce federal laws and provide support to virtually all elements of the federal justice system..."  See https://www.usmarshals.gov/who-we-are.  The USMS, "as a bureau within the Department of Justice[,] receives direction from the Attorney General."  *Id.* USMS leads 56 local fugitive task forces and eight regional fugitive task forces, consisting of federal, state, and local officers, across the nation.  34 U.S.C. 41503; *See* https://usmarshals.gov/what-we-do/fugitive-investigations.

3.   Since August 11, 2025, I have served as the tactical commander, under the leadership of the Federal Surge Commander, Director Gadyaces Serralta, for the federal law enforcement surge[1] associated with the Crime Emergency in the District of Columbia Executive Order issued by President Donald J. Trump.  *See* E.O. 14333.

---

[1] On August 7, 2025, the D.C. Safe and Beautiful Task Force was ordered to surge federal agency resources into the district.  Executive Order 14333 was a follow-on order to this initial surge with additional direction and coordination with District agencies.

4.  My role as the tactical commander is to coordinate interagency law enforcement resources, to include USMS, the United States Park Police (USPP), the Metropolitan Police Department (MPD), ICE, the Bureau of Alcohol Tobacco and Firearms (ATF), the Federal Bureau of Investigation (FBI), the as well as other agencies, in order to eliminate crime in Washington DC.

5.  An additional primary role as tactical commander is to coordinate resources to address other aspects of the recently issued executive orders, such as the homelessness crisis impacting Washington D.C.[2] and the cleanliness and beautification of the District's streets, parks and monuments.[3]

6.  These efforts involve regular collaboration with the District of Columbia Executive Office of the Mayor (EOM), specifically Wayne Turnage,[4] as well as the U.S. Health and Human Services and the United States Public Health Service, to deploy additional providers to augment city resources to address the needs of homeless individuals.  Coordination to address the cleanliness and beautification of the District's streets, parks and monuments is done primarily with EOM, the National Park Service, the National Park Service Police, MPD, and the National Guard.

7.  The federal surge command post operates out of Metropolitan Police Department's Headquarters, Joint Operations Command Center (JOCC), where over 20 agencies and National Guard personnel liaise 24 hours a day, seven days a week, including members of the MPD and EOM staff.  The JOCC is regularly activated for special security events that affect the District, which is a regular occurrence.  Likewise, there is regular coordination across multiple executive agencies with MPD, the Mayor's office and other Federal District agencies as various situations and events occur within the District.

8.  The Mayor's office provides support to law enforcement and other District efforts related to the federal surge by keeping and publishing a daily federal crime surge data report.[5]  The purpose of this report is to detail the results of the efforts of the surge and measure its effectiveness to better coordinate further efforts.[6]

9.  One line of effort is the D.C. National Guard, augmented by National Guard units from various states, serving as a high visibility deterrence force across Washington D.C.  They primarily deploy to parks, monuments, the National Mall, metro stations, and Union Station.  Their role is strictly to be visible and act as a deterrence.  If any member of the National Guard witnesses a crime, they are under orders issued by their leadership to call 911.  The National Guard is armed strictly for personal protection and preservation of life.

---

[2] See Executive Order 14321, Ending Crime and Disorder on America's Streets, dated July 24, 2025.
[3] See Executive Order 14252, Making the District of Columbia Safe and Beautiful, dated March 28, 2025.
[4] Wayne Turnage is the Deputy Mayor for the District of Columbia Health and Human Services (DMHHS). Coordination is done either directly with Deputy Mayor Turnage or a member of his staff.
[5] See link to Federal Surge Data Reports:  https://mpdc.dc.gov/publication/federal-surge-data-reports.
[6] Coordination is done with Deputy Mayor Lindsey Appiah who is the Deputy Mayor for Public Safety and Justice in the District of Columbia.

10. National Guard personnel have augmented, and continue to augment, United States Park Police as a presence at various parks and monuments to free-up and surge more law enforcement personnel into the city streets to conduct law enforcement actions.  USPP officers have the same arrest authority as MPD officers. Having National Guard personnel augment the USPP allows for a larger police presence in the communities most in need.  The additional police presence in the community has contributed to the overall drop in violent crime across the city. The National Guard provides daily situational awareness briefings to law enforcement leadership to coordinate surge efforts.

11. National Guard personnel have also served, and continue to serve, as a presence and deterrence by conducting high visibility operations at metro stations, Union Station, the National Mall, and across the city, but they do not conduct direct law enforcement actions.[7]  On at least two occasions  warrant teams were surrounded and reportedly threatened by disruptive crowds. National Guard personnel later provided crowd and traffic control at intersections near addresses that were subject to investigation. National Guard personnel did not conduct direct law enforcement action but provided outer cordon support.

12. The D.C. National Guard is the lead National Guard unit that is augmented by National Guard units from several states.  To the best of my knowledge, National Guard units conduct high visibility operations, carry out beautification efforts, and serve as a quick response force.  I do not direct National Guard units in performing these mission sets nor am I aware of which National Guard units are assigned to perform which mission set.

13. The National Guard's presence in parks and at monuments and other District landmarks and sites has allowed for a substantial surge of additional law enforcement personnel on the streets, which has resulted in a reduction in crime as reported in the Mayor's federal crime surge data report.[8]

14. To the best of my knowledge and belief, as the tactical commander for the federal surge, I have not directed nor coordinated any National Guard personnel to conduct any direct law enforcement actions in support of the federal surge of personnel into the district as ordered in Executive Order 14333 and subsequent orders from the President of the United States.

15. To the best of my knowledge and belief, I have not witnessed, nor do I have any knowledge of Director Serralta, or any other law enforcement personnel, directing or coordinating any National Guard personnel to conduct any direct law enforcement actions in support of the federal surge of personnel into the district as ordered in Executive Order 14333 and subsequent orders from the President of the United States.

16. To the best of my knowledge and belief, I have not witnessed, nor do I have any knowledge of National Guard personnel conducting any direct law enforcement actions in support of the federal surge of personnel into the District as ordered in Executive Order 14333 and subsequent orders from the President of the United States.  Brigadier General Leland

[7] The Special Deputation Appointment for National Guard members specifically does not authorize them to conduct searches, seizures, arrests, or other similar functions.
[8] *See* https://mpdc.dc.gov/publication/federal-surge-data-reports.

- 3 -

Blanchard is the commanding General of the D.C. National Guard, and I do not have direct involvement in the decision-making process or command structure of the D.C. National Guard.

17. To the best of my knowledge and belief, National Guard personnel conduct area beautification across the district, and as I previously stated, provide a deterrent presence.

I declare under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Washington, D.C., this 16th day of September 2025.

_____

Donald F. Snider Jr.,
Chief Inspector
United States Marshals Service
Commander, Capital Area Regional Fugitive Task Force