UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>                        Plaintiffs,<br><br>v.<br><br>TRUMP, et al.,<br><br>                        Defendants. | Case No. 1:25-cv-03005 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DARIELY RODRIGUEZ**

Pursuant to Local Civil Rule 83.2(c), Edward Caspar, a member of good standing of the bar of this court, respectfully moves this Court for an Order admitting Dariely Rodriguez *pro hac vice* as counsel on behalf of amicus curiae Howard University School of Law Civil Rights Clinic and religious leaders in the above-captioned matter. Ms. Rodriguez's contact information is as follows:

    Dariely Rodriguez
    Howard University School of Law Civil Rights Clinic
    2900 Van Ness Street, NW
    Washington, DC 20008
    Tel: (202) 806-8082
    Fax: (202) 806-8436
    Email: DRodriguez@lawyerscommittee.org

Ms. Rodriguez is a member in good standing of the bar of the Supreme Court of the State of New York Appellate Division Second Judicial Department, having been admitted on April 18, 2007. Her Supreme Court of the State of New York Appellate Division Second Judicial Department bar number is 4479846. She is also a member in good standing of the District of

Columbia bar, having been admitted on July 17, 2019. Her District of Columbia bar number is 1601934. No disciplinary proceedings have been filed or are pending against her, and she has not been disbarred or suspended from practice before any court, department, bureau or commission of any State in the United States. Further, she has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any bar.

A certificate of good standing issued by the Supreme Court of the State of New York Appellate Division Second Judicial Department, which is offered in support of this motion, is attached hereto as Exhibit A. A Declaration for Pro Hac Vice Admission is attached hereto as Exhibit B. The undersigned is tendering the required $100.00 filing fee with this Motion.

WHEREFORE, Edward Caspar respectfully requests that this Court grant attorney Dariely Rodriguez limited admission to appear in this Court, in this particular proceeding.

DATED: September 16, 2025                  Respectfully submitted,


/s/ Edward G. Caspar
Edward G. Caspar, D.C. Bar #1644168
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 662-8390
Fax: (202) 783-0857
Email: ecaspar@lawyerscommittee.org