UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>       Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>       Defendants. | Civil Action No. 1:25-cv-03005-JMC |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Expedite Discovery, and the entire record herein, it is hereby ORDERED that Plaintiff's motion shall be, and hereby is, DENIED.

SO ORDERED.

_____                                              _____
Date                                                                                    HON. JIA M. COBB
                                                                                              United States District Judge