UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-03005-JMC |

### MOTION FOR ADMISSION *PRO HAC VICE* OF KRISTEN CLARKE

I am an active member in good standing of the bar of this Court and, pursuant to Local Civil Rule 83.2(c), respectfully move this Court for an Order admitting Kristen Clarke *pro hac vice* as counsel for Amici Howard University School of Law Civil Rights Clinic and Religious Leaders in the above-captioned matter. The declaration of Ms. Clarke in support of this motion is appended hereto as an exhibit.

Dated: September 19, 2025      Respectfully submitted,

                                           /s/ John Powers
                                         John Powers, Bar No. 1024831
                                         Howard University School of Law Civil Rights Clinic
                                         2900 Van Ness Street, NW
                                         Washington, DC 20008
                                         Tel: (202) 806-8082
                                         jpowers@advancementproject.org

                                         *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I certify that on September 19, 2025 a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Kristen Clarke was properly served on counsel of record via electronic filing in accordance with the U.S. District Court for the District of Columbia Procedures for Electronic Filing.

  /s/ John Powers_____

John Powers