UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-03005 (JMC)<br><br>Judge Jia M. Cobb |

**JOINT MOTION FOR BRIEFING SCHEDULE
FOR PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION AND DEFENDANTS' MOTION TO DISMISS**

Pursuant to the Court's direction during the September 18, 2025 hearing on Plaintiff's Motion for Expedited Discovery in Support of Its Motion for Preliminary Injunction, ECF No. 4, counsel for the Parties conferred and now jointly move the Court to enter the following briefing schedule:

| | |
|---|---|
| September 30, 2025: | Deadline for Plaintiff's combined brief in opposition to Defendants' Motion to Dismiss, ECF No. 35, and reply in support of Plaintiff's Motion for Preliminary Injunction, ECF No. 3. |
| October 7, 2025: | Deadline for Defendants' reply in support of their Motion to Dismiss. |
| October 16, 2025: | Deadline for Plaintiff's supplemental brief in support of its Motion for Preliminary Injunction, addressing only new information disclosed during expedited discovery. |
| October 22, 2025: | Deadline for Defendants' supplemental brief in opposition to the Motion for Preliminary Injunction, addressing only new information disclosed during expedited discovery. |

Dated: September 19, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

EMMA SIMSON (D.C. Bar No. 1026153)
ELIZA H. SIMON (D.C. Bar No. 90035651)
MITCHELL P. REICH (D.C. Bar No. 1044671)
Senior Counsels to the Attorney General

BENJAMIN MOSKOWITZ (D.C. Bar No. 1049084)
Assistant Deputy Attorney General
Legal Counsel Division

ALICIA M. LENDON (D.C. Bar No. 1765057)
Chief, Civil Rights and Elder Justice Section
Public Advocacy Division

/s/ Pamela Disney
PAMELA DISNEY (D.C. Bar No. 1601225)
ANDREW MENDRALA (D.C. Bar No. 1009841)
CHRISTOPHER PEÑA (D.C. Bar No. 888324806)
CHARLES SINKS (D.C. Bar No. 888273315)
HANNAH COLE-CHU (D.C. Bar No. 1613497)
Assistant Attorneys General
Office of the Attorney General for
the District of Columbia
400 6th Street NW, 10th Floor
Washington, D.C. 20001
Tel: (202) 807-0371
pamela.disney@dc.gov

*Attorneys for the District of Columbia*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

/s/ Brad P. Rosenberg
BRAD P. ROSENBERG
(D.C. BAR NO. 467513)
Special Counsel
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Phone: 202-514-3374
Email: brad.rosenberg@usdoj.gov

Andrew M. Bernie
Civil Division, U.S. Department of Justice

*Attorneys for Defendants*