IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-03005-JMC |

### DECLARATION OF KRISTEN CLARKE

I, KRISTEN CLARKE, hereby declare under penalty of perjury as follows:

1. My full name is Kristen Clarke.

2. My office address is 2900 Van Ness Street, NW, Washington, DC 20008. My office telephone number is 202-806-8000.

3. I am a member of the bars of the District of Columbia, New York State, and the United States Supreme Court.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to the bar of this Court within the last two years.

6. I am engaged in the full-time practice of law in an office located in the District of Columbia and I am a member of the District of Columbia Bar. A certificate of good standing from the District of Columbia Bar is attached to this motion.

By: _____
Kristen Clarke
Howard University School of Law
2900 Van Ness Street, NW
Washington, DC 20008
202-285-7464
Kristen.Clarke@howard.edu

*Counsel for Amici Curiae*

Dated: September 22, 2025, Washington, D.C.