# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-03005 (JMC)<br><br>Judge Jia M. Cobb |

### ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE

Upon consideration of the Parties' Joint Motion for Briefing Schedule for Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss, it is hereby **ORDERED** that the Parties will adhere to the following briefing schedule:

| | |
|---|---|
| September 30, 2025: | Deadline for Plaintiff's combined brief in opposition to Defendants' Motion to Dismiss, ECF No. 35, and reply in support of Plaintiff's Motion for Preliminary Injunction, ECF No. 3. |
| October 7, 2025: | Deadline for Defendants' reply in support of their Motion to Dismiss. |
| October 16, 2025: | Deadline for Plaintiff's supplemental brief in support of its Motion for Preliminary Injunction, addressing only new information disclosed during expedited discovery. |
| October 22, 2025: | Deadline for Defendants' supplemental brief in opposition to the Motion for Preliminary Injunction, addressing only new information disclosed during expedited discovery. |

**SO ORDERED**.

Dated:  September 22, 2025

                                                                  _____
                                                                  HON. JIA M. COBB
                                                                  UNITED STATES DISTRICT JUDGE