AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| District of Columbia ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-3005 |
| Donald J. Trump ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Howard University School of Law Civil Rights Clinic and Religious Leaders.

Date:   09/26/2025

*Attorney's signature*

Kristen Clarke, 973885
*Printed name and bar number*
Howard University School of Law
2900 Van Ness Street, NW
Washington, DC 20008

*Address*

Kristen.Clarke@howard.edu
*E-mail address*

(202) 806-8082
*Telephone number*

*FAX number*

**APPEARANCE OF COUNSEL ADDENDUM**

*Amici Curiae:*

Reverend Mia M. McClain

Allen Chapel AME Church

National African American Clergy Network

Metropolitan African Methodist Episcopal Church

Rev. Dr. Christopher Zacharias

Rabbi Aaron Alexander

The Center for Racial Equity and Justice

New Bethel Baptist Church

Rev. Dr. Barbara Williams-Skinner, Co-Convener, National African American

Clergy Network

Pastor Michael C. Bell/The Peace Baptist Church of Washington, DC

Emory United Methodist Church

The Religious Nationalisms Project—TRNP

Shiloh Baptist Church of Washington, DC

All Souls Church Unitarian

Interfaith Alliance

Sojourners/SojoAction

Rev. Terrance M. McKinley, Pastor, Campbell AME Church

Howard University School of Law Civil Rights Clinic