IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-03005 (JMC) <br><br> Judge Jia M. Cobb |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR
A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**

The District of Columbia respectfully opposes Defendants' motion to stay proceedings. As Defendants recognize, this Court's standing order staying proceedings in light of the lapse of appropriations does not extend to "motions for temporary restraining orders or preliminary injunctions." Standing Order No. 25-55 (Oct. 1, 2025). All but one of the deadlines that Defendants seek to stay are related to Plaintiff's motion for a preliminary injunction.[1] Accordingly, those deadlines are not stayed pursuant to this Court's standing order.

Nor do Defendants offer any reason why the Court should deviate from the standing order and stay those deadlines. Defendants note that the lapse of appropriations generally prohibits federal employees from working except in "limited circumstances." Mot. ¶ 5. But as the Department of Justice (DOJ) has recently acknowledged, one of those "limited circumstances" is where a court "orders a case to continue"; in that case, DOJ has said, "the Government will comply with the court's order, which would constitute express legal authorization for the activity to

---

[1] The District takes no position as to Defendants' request to stay the deadline for Defendant's reply in support of their motion to dismiss.

continue." U.S. Dep't of Justice FY 2026 Contingency Plan (Sept. 29, 2025) at *3, https://www.justice.gov/jmd/media/1377216/dl. Consistent with that view, courts in this Circuit have routinely denied the government's requests to stay time-sensitive proceedings during prior lapses in appropriations. *See, e.g.*, *Kornitsky Grp., LLC v. Elwell*, 912 F.3d 637, 638-39 (D.C. Cir. 2019) (Srinvasan, J., concurring in denial of stay motion) (noting that "[e]very one of" the government's motions to stay oral argument during the 2013 shutdown "was denied"), *see also United States v. US Airways Grp., Inc.*, 979 F.Supp.2d 33, 35 (D.D.C. 2013) (denying DOJ's request for a stay due to the shutdown because an impending deadline for the proposed merger at issue required a "prompt resolution" that warranted expedited discovery); *Roman Cath. Archbishop of Washington v. Sebelius*, No. CV 13-1441(ABJ), 2013 WL 5570185, at *1 (D.D.C. Oct. 3, 2013) (holding that a stay due to a shutdown was "not compatible with the fair administration of justice" where pending preliminary injunction motion alleged irreparable harm and involved imminent implementation of a federal regulation).

This case is a poor candidate in which to make an exception from that approach. More than 2,300 armed National Guard troops are currently patrolling the District unlawfully. That unprecedented deployment is inflicting irreparable harm to the District's sovereignty, its economy, and public safety. The Court should permit this case to continue and allow the District's motion for a preliminary injunction to be timely resolved.

Dated: October 1, 2025                    Respectfully submitted,

                                                    BRIAN L. SCHWALB
                                                    Attorney General for the District of Columbia

                                                    EMMA SIMSON (D.C. Bar No. 1026153)
                                                    ELIZA H. SIMON (D.C. Bar No. 90035651)
                                                    MITCHELL P. REICH (D.C. Bar No. 1044671)
                                                    Senior Counsels to the Attorney General

BENJAMIN MOSKOWITZ (D.C. Bar No. 1049084)
Assistant Deputy Attorney General
Legal Counsel Division

ALICIA M. LENDON (D.C. Bar No. 1765057)
Chief, Civil Rights and Elder Justice Section
Public Advocacy Division

*/s/ Andrew Mendrala*
ANDREW MENDRALA (D.C. Bar No. 1009841)
CHARLES SINKS (D.C. Bar No. 888273315)
PAMELA DISNEY (D.C. Bar No. 1601225)
HANNAH COLE-CHU (D.C. Bar No. 1613497)
CHRISTOPHER PEÑA (D.C. Bar No. 888324806)
Assistant Attorneys General
Office of the Attorney General for
the District of Columbia
400 6th Street NW, 10th Floor
Washington, D.C. 20001
Tel: (202) 724-9726
Andrew.Mendrala@dc.gov

*Attorneys for the District of Columbia*