IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

        Plaintiff,

    v.

DONALD J. TRUMP, *et al.*,

        Defendants.

Case No. 25-cv-3005 (JMC)

**ORDER**

Upon consideration of the motion of Constitutional Accountability Center for leave to file its proposed *amicus curiae* brief in support of Plaintiff's opposition to Defendants' motion to dismiss, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____

_____
JIA M. COBB
United States District Judge