# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br>*et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03005-JMC |

**JOINT MOTION FOR THE ENTRY OF A STIPULATED PROTECTIVE ORDER**

The Parties anticipate that confidential information, including documents or responses containing sensitive information and information subject to the Privacy Act of 1974, 5 U.S.C. § 552a, may be exchanged between them during this litigation. Accordingly, the Parties request that the Court adopt the Stipulated Protective Order attached hereto.

DATED: October 8, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

ANDREW M. BERNIE
Civil Division, U.S. Department of Justice

*s/ Kian K. Azimpoor*
KIAN KEVIN AZIMPOOR
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Phone: 202-598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Eliza H. Simon*
EMMA SIMSON (D.C. Bar No. 1026153) ELIZA H. SIMON (D.C. Bar No. 90035651) MITCHELL P. REICH (D.C. Bar No. 1044671)
Senior Counsels to the Attorney General

MITCHELL P. REICH (D.C. Bar No. 1044671)
Senior Counsel to the Attorney General

BENJAMIN MOSKOWITZ (D.C. Bar No. 1049084)
Assistant Deputy Attorney General Legal Counsel Division

2

ALICIA M. LENDON (D.C. Bar No. 1765057)
Chief, Civil Rights and Elder Justice
Section Public Advocacy Division

PAMELA DISNEY (D.C. Bar No. 1601225)
ANDREW MENDRALA (D.C. Bar No. 1009841) CHRISTOPHER PEÑA (D.C. Bar No. 888324806) CHARLES SINKS (D.C. Bar No. 888273315) HANNAH COLE-CHU (D.C. Bar No. 1613497)
Assistant Attorneys General

Office of the Attorney General
for the District of Columbia
400 6th Street NW, 10th Floor Washington, D.C. 20001

*Attorneys for Plaintiff*

3