**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-3005 (JMC) |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
|_____| ) | |

**CONSENT MOTION OF THE STEADY STATE**
**TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF**
**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

*Amicus Curiae* The Steady State respectfully moves this Court for leave to file the attached Brief in support of Plaintiff's Opposition to Defendants' Motion to Dismiss in the above-captioned case. Counsel for all parties have consented. In support of this motion, *Amicus* states:

1. The Steady State, an unincorporated association, is a non-profit, advocacy organization comprised of more than 330 former senior U.S. government officials who have served in positions of responsibility and trust within the Departments of State, Defense, Homeland Security, Justice, in the Intelligence Community, on Congressional staff, and at other institutions. The Steady State respectfully offers this brief as *Amicus* in support of Plaintiff, the District of Columbia ("District")'s Opposition to Defendants' Motion to Dismiss.

2. The Steady State has previously served as *amicus curiae* in federal court, including in the U.S. District Court case challenging the deployment of California's National Guard in Los Angeles.

3. This Court has "broad discretion" in deciding whether to allow the filing of amicus curiae briefs. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93

(D.D.C. 2007). "The filing of an amicus brief should be permitted if it will assist the judge 'by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs.'" *N. Mariana Islands v. United States*, No. 08-1572, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (quoting *Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003)); *In re Search of Info. Associated with [redacted]@mac.com*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014) (same). Courts have permitted third parties to participate as *amici curiae* when they "are of aid to the court and offer insights not available from the parties," *United States v. ElGabrowny*, 844 F. Supp. 955, 957 n.1 (S.D.N.Y. 1994), and when they have "relevant expertise and a stated concern for the issues at stake in [the] case," *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). "The primary role of the *amicus* is to assist the Court in reaching the right decision in a case affected with the interest of the general public." *Russell v. Bd. of Plumbing Exam'rs*, 74 F. Supp. 2d 349, 351 (S.D.N.Y. 1999); *see Nat'l Ass'n of Home Builders*, 519 F. Supp. 2d at 93 (granting leave to file because "the court may benefit from [the amicus]'s input"); *Potomac Elec. Power Co.*, 826 F. Supp. 2d at 237 (same); *Microsoft Corp.*, 2002 WL 319366, at *3 (same).

4.      The proposed, attached amicus brief satisfies these standards.  The brief relays The Steady State's members' collective expertise, after serving for many decades in senior diplomatic, intelligence, military, national security and other roles in the U.S. and abroad, and also shares their insights and experiences of how the rule of law can be appropriately applied in civil societies to appropriately balance the needs of executive power – stressing how upholding the rule of law is essential to promoting democracy and mitigating the risks of authoritarianism we have witnessed.

5.      All parties have consented to The Steady State appearing as *amicus curiae* to file its brief.

WHEREFORE, for the foregoing reasons, leave to file the attached *amicus curiae* brief should be granted.

Dated: October 10, 2025.                                Respectfully submitted,

     /s/  Gregory S. Smith
Gregory S. Smith (D.C. Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone: (202) 460-3381
Email: gsmith@dctriallawyers.com
*Attorney for The Steady State*

     /s/  Steven A. Cash
Steven Cash (DC Bar No. 502439)
Executive Director
The Steady State
7707 MacArthur Boulevard
Cabin John, MD 20818
Telephone: (212) 685-9660
cashs@thesteadystate.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all counsel of record, via the Electronic Case Filing system.

This 10th day of October, 2025.

     /s/  Gregory S. Smith
Gregory S. Smith