UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DONALD J. TRUMP,** *et al.*,<br><br>*Defendants*. | Case No.: 1:25-cv-03005 (JMC) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff the District of Columbia ("the District") moves under Federal Rule of Civil Procedure 6(b)(1)(A) for a one-day extension of its October 16, 2025 supplemental briefing deadline. Good cause exists to grant the extension because Defendants omitted several categories of documents from their initial production on October 10, and because the District did not receive those documents until 5:30 p.m. on October 15. The District therefore respectfully requests one additional day to review these documents, confer with Defendants about any confidentiality designations or additional deficiencies, and incorporate the documents into its supplemental brief. The Parties have conferred and Defendants consent to this extension request.

**BACKGROUND**

On September 4, 2025, the District filed a complaint challenging the unlawful deployment of National Guard troops within the District and seeking declaratory and injunctive relief. ECF No. 1. On September 9, 2025, the District filed a motion for a preliminary injunction, ECF No. 3, and a motion for expedited discovery in support of its preliminary injunction motion, ECF Nos. 4 and 4-1. Following a hearing and the District's submission of a revised proposed set of discovery requests, the Court ordered Defendants to respond to six requests for production of documents and

1

one interrogatory by October 10, 2025. ECF No. 44. In a subsequent order, the Court set a briefing schedule for the District's Motion for Preliminary Injunction, which included an October 16, 2025 deadline for the District's supplemental brief to address new information disclosed during discovery. ECF No. 51.

Defendants served a document production on October 10, 2025. The District reviewed the production and sent a deficiency letter to Defendants on October 13, 2025, identifying several categories of missing documents. The parties worked cooperatively to address these omissions and Defendants provided a supplemental production of documents at 5:30 p.m. on October 15, 2025. Defendants also stated that they consented to the District's request to extend its supplemental briefing deadline by one day, to October 17, 2025.

## ARGUMENT

This Court may extend an existing deadline on a showing of good cause. Fed. R. Civ. P. 6(b)(1)(A); *Beale v. District of Columbia*, 545 F. Supp. 2d 8, 13 (D.D.C. 2008). Good cause generally exists where there is a "valid reason for [] delay," *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Here, there is good cause to grant the District's request for a one-day extension of its briefing deadline so that it may review the Defendants' supplemental production, confer with Defendants about any confidentiality designations or deficiencies, and incorporate the materials into its supplemental brief. *See Jordan v. U.S. Dep't of Just.*, 315 F. Supp. 3d 584, 594 (D.D.C. 2018) ("'[R]equests for extensions of short durations are routine' in this district" and therefore weigh in favor of granting the extension (quoting *Jordan v. U.S. Dep't of Lab.*, 308 F. Supp. 3d 24, 37 (D.D.C. 2018))). This extension will not unduly delay the Court's consideration of the parties' filings, as the remaining deadlines will be unchanged: Defendants will file their reply in

support of their motion to dismiss on October 17, and will file their supplemental brief addressing new information disclosed during discovery on October 22.

## CONCLUSION

For the foregoing reasons, the District respectfully requests that the Court grant its motion for a one-day extension of the deadline to file its supplemental brief.

Respectfully submitted,

Dated: October 15, 2025   By:   BRIAN L. SCHWALB
Attorney General for the District of Columbia

EMMA SIMSON (D.C. Bar No. 1026153)
MITCHELL P. REICH (D.C. Bar No. 1044671)
Senior Counsels to the Attorney General

*/s/ Eliza H. Simon*
ELIZA H. SIMON (D.C. Bar No. 90035651)
Senior Counsel to the Attorney General

ALICIA M. LENDON (D.C. Bar No. 1765057)
Chief, Civil Rights and Elder Justice Section
Public Advocacy Division

*/s/ Hannah Cole-Chu*
HANNAH COLE-CHU (D.C. Bar No. 1613497)
Assistant Attorney General
Office of the Attorney General for
the District of Columbia
400 6th Street NW, 10th Floor
Washington, D.C. 20001

*Attorneys for the District of Columbia*