# Exhibit 1



**U.S. Department of Justice**

United States Marshals Service

*Operations Support Division*

*Washington, DC  20530-0001*

August 21, 2025

MEMORANDUM FOR THE DEPUTY ATTORNEY GENERAL

FROM:            FLORIANO WHITWELL            FLORIANO    Digitally signed by
                 ACTING ASSISTANT DIRECTOR    WHITWELL    FLORIANO WHITWELL
                                                          Date: 2025.08.21
                                                          14:47:40 -04'00'

SUBJECT:         Special Deputation Request

PURPOSE:         To obtain the Deputy Attorney General's approval or disapproval for
                 the Special Deputation of National Guard Service Members.

**DAG DECISION REQUESTED BY:** August 21, 2025; Date requested to ensure adequate
time for recipients to be deputized and execute required duties.

**REQUIRED DUE DATE:** August 21, 2025.

**EXECUTIVE SUMMARY:** A decision regarding Special Deputation is requested by the
United States Marshals Service (USMS) to grant federal law enforcement authority to United
States National Guard (USNG) Service Members (SM) who have been mobilized by the U.S.
Secretary of Defense to support the Metropolitan Police Department (MPD) and other Federal
law enforcement agencies to help lower the crime rate in Washington, DC.

This is a Category 7 request for Special Deputation.

**DISCUSSION**: A Special Deputation request has been submitted for the USNG to assist MPD
and other Federal law enforcement agencies in the Make D.C. Safe and Beautiful Again Surge
Operation.

The duties the National Guard (NG) SMs are expected to perform require law enforcement
authority which they currently lack. Special Deputation would confer the law enforcement
authority needed to perform those duties.

Given that the President has exercised his power under section 740(a) of the D.C. Home Rule
Act (Section 1-207.40 of the D.C. Code), and MPD is now in support of the Attorney General of
the United States, the Secretary of the Army will determine DCNG missions in support of MPD
based on information from the Attorney General of the United States.

DCNG personnel and out-of-district SMs supporting Federal law enforcement agencies in
Washington, DC, will be armed with their service issued weapons while on duty as directed in
the accompanying memorandum issued by the Secretary of Defense. NG SMs are not authorized

Confidential — Subject to Protective Order   DCNG_DEF_00003337

Memorandum for the Deputy Attorney General                                    Page 2
Subject: Special Deputation Request

to effect arrests or engage in other similar direct law enforcement activity. This restriction does not preclude the Secretary of the Army from authorizing the use of NG personnel to conduct the full range of civil disturbance operations, short of arrest. All NG SMs are required to adhere to the DCNG Rules for the Use of Force (RUF).

Due to the exigency of the NG's mobilization in support of this operation, the USMS cannot provide a roster of NG SMs applicants seeking Special Deputation. The USMS will rely on certification from the NG that all personnel who have and will receive a special deputation through the USMS are in good standing with the USNG and are not currently the subject of a misconduct investigation.

The deputations will be active from August 21, 2025, through September 25, 2025.

Pursuant to the Deputy Attorney General's (DAG) memorandum dated December 9, 1999, the DAG retains authority in seven categories of Special Deputations. This request falls within Category 7, where the deputation sought is sufficiently controversial or subject to sufficient policy concerns that it should be reviewed by a higher authority.

**CONSULTATION:** None.

**OTHER STAKEHOLDERS:** None.

**RECOMMENDATION:** The USMS recommends that the DAG approve this request for Special Deputation of NG SMs to authorize them to assist MPD and the other Federal law enforcement agencies in support of the Make D.C. Safe and Beautiful Again Surge Operation. Any approved deputation shall limit the authority as follows: To protect federal property and functions in the District of Columbia and to support other Federal law enforcement agencies; Not authorized to searches, seizures, arrests, or other similar functions; Not valid off duty.

Memorandum for the Deputy Attorney General                                    Page 3
Subject:  Special Deputation Request

APPROVE: _____ 8/22/25          <u>Concurring Component(s)</u>:
                                                 None

DISAPPROVE: _____               <u>Non-concurring Component</u>:
                                                 None

OTHER: _____

Attachments
- Employment Guidance for the DCNG and Out-of-District NG SMs
- DCNG Mobilization Order

# Exhibit 2

 **Outlook**

---

**Fwd: DCNG TF Update (30 AUG 25)**

**From** Seward, James D BG USARMY NG WVARNG (USA) ████████████████

**Date** Sun 8/31/2025 10:58 AM

**To** Kincaid, Robert J Jr COL USARMY NG WVARNG (USA) ████████████ Reese, James D COL USARMY NG WVARNG (USA) ████████████████; Justice, Anthony T COL USARMY NG WVARNG (USA)

**Cc** Chard, Patrick D Brig Gen USAF NG WVANG (USA) ████████████ Sloan, Robert A (Hooch) II Col USAF 130 AW (USA) ████████████ Blanchard, Leland D II BG USARMY NG DCARNG (USA) ███████████ Holt, Murray E II BG USARMY NG WVARNG (USA) ████████████████ Cleek, Siobhan O'Flaherty CW4 USARMY NG WVARNG (USA)

---

Update re incident in DC

---

**From:** "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ████████████████

**Date:** Saturday, August 30, 2025 at 12:09:55 PM

**To:** "Woodruff, Matthew S BG USARMY NG OHARNG (USA)" ████████████████ "Friloux, Thomas C MG USARMY NG LAARNG (USA)" ████████████████ "Seward, James D BG USARMY NG WVARNG (USA)" ████████████ "Ross, Warner A II MG USARMY NG TNARNG (USA)" ████████████ "Stilwell, Robin B MG USARMY NG SCARNG (USA)" ████████████ "Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)"

**Cc:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)" ████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ████████████ "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ████████████ "Pirak, Duke A Maj Gen USAF NGB CF (USA)" ████████████ "Smith, Ronald L Jr CSM USARMY NG DCARNG (USA)" ████████████ "Raines, John T III SEA USARMY NG OCNGB (USA)"

**Subject:** DCNG TF Update (30 AUG 25)

Team,

A quick update on the outstanding work the Soldiers and Airmen are doing as part of the DC Safe and Beautiful Task Force.

The team continues to do some amazing things. They are representing your organizations with great pride and contributing to some amazing results across the District. They are enabling law enforcement (LE) to step up in ways that have not been seen in a long time.

As of very early this morning, more than 150 firearms have been seized and over 1,400 arrests made across the district by LE. The Safe & Beautiful TF is doing some incredible work and making great strides in the city.

Confidential - Subject to Protective Order

Yesterday we had an incident where Soldiers were breaking up a fight in the Metro Station (on a stopped train) and when escorting them off the train one Soldier was struck in the face and another bad actor attempted to seize the weapon of a Soldier.  Long story short- our guys did everything right.  They secured the assailants and police support was immediately on-site.  The assailants are facing federal charges (reminder, our Soldiers are Deputized Federal Law Enforcement) and potentially minimum sentencing of 20 years based on the initial charges.

Today we are supporting an operation in which we will conduct post-incident support by establishing a cordon and security while the USMS serves high risk warrants on some bad characters known for gun violence and resisting arrest.

The point is that they are making a difference and, in every circumstance, they have excelled. But, as we saw yesterday in the Metro, we must remain diligent.

As we move into an extended operational period, we are doing a few things here.  First, we are working with the team to look at ways to get the team out and experience some of the things they are protecting.  We are also looking at moving hotel locations over the next week or so to reduce the commute and shorten the shifts a bit.  That will be a deliberate decision that I approve based on security, unity of command, and again, the conditions we will ask them to stay in.  If we cannot meet the standard of "would you feel comfortable with your spouse and kids staying there", we will not move to different locations.

While it causes some turbulence with schedules, we will continue to rotate forces to varying mission locations.  Nobody will stay in the same sector or assignment for the duration.  Each location has different challenges and opportunities.  We are deliberate in the missioning but keeping them fresh is important to us.

As we approach 30 days, I know there may be some of you with changing conditions as well.  I am tracking at least one state that will have to look at a relief in place or transition.  I ask that we stay ahead of this and please let me know so we can ensure that there is no gap for your inbound or outbound Soldiers.  We will support a PDSS, ADVON, etc so that your Soldiers are well taken care of and understand the OE.

As always, I am here as needed.  Appreciate the amazing work the team is doing.

Leland

Leland D. Blanchard II
BG, USA
Commanding General (Interim)

District of Columbia National Guard
2001 East Capitol St SE
Washington, DC 2003-1719

DCNG_DEF_00000011

# Exhibit 3

## *Under Seal Pursuant to Protective Order*

# Exhibit 4

# Task Organization



Confidential – Subject to Protective Order

DCNG_DEF_00000143

CUI

29-Sep-25

# Exhibit 5

**\*<u>Under Seal Pursuant to Protective Order</u>\***

# Exhibit 6

# MEMORANDUM OF UNDERSTANDING
## BETWEEN
## THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
## AND
## THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION MAKE D.C. SAFE AND BEAUTIFUL
## MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement. This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols. No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

    3.1.    The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2.    The Commanding General of the District of Columbia National Guard will

1

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.   The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.   Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.   All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.   All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.   Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources.  No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU.  This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives.  This MOU will be reviewed as needed based on the duration of operations.

2

Confidential - Subject to Protective Order

4.3. DISPUTES.  Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING.  This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING.  It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE.  This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE.  This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES.  Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.


APPROVED:



LELAND D. BLANCHARD II                JAMES O. ROBINSON
Brigadier General, USA                Colonel, USA
Commanding (Interim)                  USPFO  for DC



JAMES SEWARD                          JAMES W. DEAN
Major General, USA                    Colonel, USA
Adjutant General                      USPFO  for WV



ROBIN B. STILWELL                     KELVIN L. BROWN
Major General, USA                    Colonel, USA
Adjutant General                      USPFO for SC

3

Confidential - Subject to Protective Order

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for  OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4

Confidential - Subject to Protective Order          DCNG_DEF_00000617

# MEMORANDUM OF UNDERSTANDING
## BETWEEN
## THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
## AND
## THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION MAKE D.C. SAFE AND BEAUTIFUL
## MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement.  This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols.  No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

    3.1.    The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2.    The Commanding General of the District of Columbia National Guard will

1

Confidential - Subject to Protective Order

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.   The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.   Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.   All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.   All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.   Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources.  No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU.  This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives.  This MOU will be reviewed as needed based on the duration of operations.

Confidential - Subject to Protective Order                    DCNG_DEF_00000619

4.3. DISPUTES.  Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING.  This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING.  It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE.  This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE.  This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES.  Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.


APPROVED:



LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO  for DC


JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO  for WV


ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

Confidential - Subject to Protective Order



BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for  OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4

Confidential - Subject to Protective Order

# MEMORANDUM OF UNDERSTANDING
BETWEEN
THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
AND
THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION
MAKE D.C. SAFE AND BEAUTIFUL
MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

   1.1.   The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

   1.2.   32 U.S.C. § 502(f).

   1.3.   DC Code § 5-129.03.

   1.4.   DC Code § 5-205.

   1.5.   HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make D.C. Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement.  This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshal Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols.  No term or provision in this MOU shall be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

3.1.  The Parties agree to accept forces from other jurisdictions to perform duties in support of Operation Make D.C. Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

   3.2.  The Commanding General of the DCNG will

1

Confidential - Subject to Protective Order

assume the lead role in coordinating the Joint Reception Staging Onward Movement and Integration and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutant General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.   The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should one be issued.

3.4.   Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.   All National Guard forces participating in activities supporting Operation Make D.C. Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.   All National Guard members participating in Operation Make D.C. Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.   Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources. No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU. This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives. This MOU will be reviewed as needed based on the duration of operations.

2

Confidential - Subject to Protective Order

4.3. DISPUTES. Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING. This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE. This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE. This MOU terminates upon completion of operations and redeployment of personnel to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES. Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.


APPROVED:


LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO for DC


JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO for WV


ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

Confidential - Subject to Protective Order

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATTHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4

Confidential - Subject to Protective Order

# MEMORANDUM OF UNDERSTANDING
## BETWEEN
## THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
## AND
## THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION MAKE D.C. SAFE AND BEAUTIFUL
## MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement. This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols. No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

    3.1.    The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2.    The Commanding General of the District of Columbia National Guard will

1

Confidential - Subject to Protective Order

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.    The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.    Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.    All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.    All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.    Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources. No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU.  This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives.  This MOU will be reviewed as needed based on the duration of operations.

2

Confidential - Subject to Protective Order                    DCNG_DEF_00000627

4.3. DISPUTES.  Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING.  This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING.  It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE.  This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE.  This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES.  Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.


APPROVED:



LELAND D. BLANCHARD II                    JAMES O. ROBINSON
Brigadier General, USA                         Colonel, USA
Commanding (Interim)                          USPFO  for DC


JAMES SEWARD                                  JAMES W. DEAN
Major General, USA                             Colonel, USA
Adjutant General                                 USPFO  for WV


ROBIN B. STILWELL                             KELVIN L. BROWN
Major General, USA                             Colonel, USA
Adjutant General                                 USPFO for SC

3

Confidential - Subject to Protective Order

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for  OH



WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4

Confidential - Subject to Protective Order

# MEMORANDUM OF UNDERSTANDING
## BETWEEN
## THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
## AND
## THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION MAKE D.C. SAFE AND BEAUTIFUL
## MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

   1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

   1.2.    32 U.S.C. § 502(f).

   1.3.    DC Code § 5-129.03.

   1.4.    DC Code § 5-205.

   1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement.  This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols.  No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

   3.1.    The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

   3.2.    The Commanding General of the District of Columbia National Guard will

1

Confidential - Subject to Protective Order

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.   The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.   Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.   All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.   All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.   Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources.  No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU.  This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives.  This MOU will be reviewed as needed based on the duration of operations.

2

Confidential - Subject to Protective Order          DCNG_DEF_00000631

4.3. DISPUTES.  Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING.  This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING.  It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE.  This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE.  This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES.  Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.


APPROVED:



LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO  for DC

JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO  for WV

ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

Confidential - Subject to Protective Order

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS


THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA


MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for  OH


WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4

Confidential - Subject to Protective Order

# MEMORANDUM OF UNDERSTANDING
BETWEEN
THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
AND
THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION
MAKE D.C. SAFE AND BEAUTIFUL
MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement. This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols. No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

    3.1.  The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2.  The Commanding General of the District of Columbia National Guard will

Confidential - Subject to Protective Order        DCNG_DEF_00000634

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3. The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4. Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5. All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6. All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7. Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources. No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU. This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives. This MOU will be reviewed as needed based on the duration of operations.

2

Confidential - Subject to Protective Order

4.3. DISPUTES. Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING. This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE. This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE. This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES. Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.

APPROVED:



LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO for DC

JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO for WV

ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

Confidential - Subject to Protective Order

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for OH

WARNER A. ROSS II
Major General, USA
Adjutant General



JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

RICHARD D. WILSON
Major General, USA
Adjutant General

ALEXANDER V. McLEMORE
Colonel, USA
USPFO for GA

MARK R. MORRELL
Major General, USAF
Adjutant General

JOSEPH V. JACOBSON
Colonel, USA
USPFO for SD

4

Confidential - Subject to Protective Order

# MEMORANDUM OF UNDERSTANDING
BETWEEN
THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
AND
THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION
MAKE D.C. SAFE AND BEAUTIFUL
MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement. This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols. No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

    3.1.    The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2.    The Commanding General of the District of Columbia National Guard will

1

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.  The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.  Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.  All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.  All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.  Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources.  No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU.  This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives.  This MOU will be reviewed as needed based on the duration of operations.

Confidential - Subject to Protective Order                    DCNG_DEF_00003692

4.3. DISPUTES. Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING. This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE. This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE. This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES. Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.

APPROVED:



LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO for DC

JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO for WV

ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

RICHARD D. WILSON
Major General, USA
Adjutant General

ALEXANDE V. McLEMORE
Colonel, USA
USPFO for GA

MARK R. MORRELL
Major General, USAF
Adjutant General

JOSEPH V. JACOBSON
Colonel, USA
USPFO for SD

DAVID K. PRITCHETT
Major General, USA
Adjutant General

RAYMOND J. BARNES
Colonel, USA
USPFO for AL

4

Confidential - Subject to Protective Order

DCNG_DEF_00003694

# MEMORANDUM OF UNDERSTANDING
BETWEEN
THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
AND
THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION
MAKE D.C. SAFE AND BEAUTIFUL
MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement.  This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols.  No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

    3.1.  The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2.  The Commanding General of the District of Columbia National Guard will

1

Confidential - Subject to Protective Order

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.  The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.  Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.  All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.  All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.  Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources. No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU. This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives. This MOU will be reviewed as needed based on the duration of operations.

2

Confidential - Subject to Protective Order

4.3. DISPUTES. Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING. This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE. This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE. This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES. Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.

APPROVED:

LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO for DC

JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO for WV

ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

Confidential - Subject to Protective Order

DCNG_DEF_00003697

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

RICHARD D. WILSON
Major General, USA
Adjutant General

ALEXANDER V. McLEMORE
Colonel, USA
USPFO for GA



MARK R. MORRELL
Major General, USAF
Adjutant General

JOSEPH V. JACOBSON
Colonel, USA
USPFO for SD

4

Confidential - Subject to Protective Order

# Exhibit 7

**From:** Franken, Paul M COL USARMY NG DCARNG (USA) <██████████████████████

**Sent:** Thursday, August 21, 2025 10:52 AM

**To:** Doane, Lawrence M (Larry) COL USARMY NG DCARNG (USA)
████████████████████████; Brown, Benjamin R LTC USARMY NG DCARNG (USA)
██████████████████████ Platky, James R LTC USARMY NG DCARNG (USA)
████████████████████; Locke, Andrew W LTC USARMY NG DCARNG (USA)
████████████████████

**Subject:** Fw: DC Mission - OHNG MPs Constraint


JTF,


Planning constraints for the employment of Ohio Out of District Forces.


Paul M. Franken

COL, AV, DCARNG

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**From:** Rakowsky, Peter I COL USARMY NG OHARNG (USA)
████████████████████

**Sent:** Thursday, August 21, 2025 10:00:35 AM

**To:** Franken, Paul M COL USARMY NG DCARNG (USA) ████████████████

**Cc:** Barrett, Aaron T LTC USARMY NG OHARNG (USA) ████████████████
Roberts, Kevin M MSG USARMY NG OHARNG (USA) <█

**Subject:** DC Mission - OHNG MPs Constraint


Paul, I assume you heard in the CUB that Ohio MPs are constrained to conducting general security, including presence missions only at this time.  Also, it is good to hear that SMs will soon be armed for self-defense. This was a major concern for our Governor.


Cc'd is the rest of my senior team from Ohio J3.


Call, text, write me any time if you have any concerns.

Pete



COLONEL PETE RAKOWSKY

**Director of Joint Operations, J3**
**The Adjutant General's Department and Ohio National Guard**



████████████████████████

██████████████Office

██████████████Cell

Ohio Adjutant General's Department

Ohio National Guard

2825 W. Dublin Granville Rd.

Columbus, OH 43235-2789

**ONG.Ohio.gov**



*Stay current with our members serving*

*at home and abroad in the Buckeye Guard*

DCNG_DEF_00003354

# Exhibit 8

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 9

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 10

## *Under Seal Pursuant to Protective Order*

# Exhibit 11

## *Under Seal Pursuant to Protective Order*

# Exhibit 12

# 20 August 2025 DCNG Storyboard

CUI

## U.S. ARMY
HQDA | DCS | G-3/5/7

BE ALL YOU CAN BE

DCNG_DEF_00003716



Sgt. Maj. of the Army Mike Weimer meets with Soldiers and Airmen from Joint Task Force-D.C., the National Guard response force, in Washington, D.C., Aug. 19, 2025.



U.S. Army Spc. Tra'shwn Parham, human resource specialist with the District of Columbia National Guard stands outside the Smithsonian Metro station where she and other service members patrol in order to keep DC safe during a unique Capitol mission, commanded by the President of the United States through the Secretary of Defense, on August 19, 2025.



U.S. Soldiers from the West Virginia National Guard are deputized at the D.C. Armory as part of D.C. Safe and Beautiful Task Force, Washington, D.C., Aug, 19, 2025.



U.S. Army 2nd Lt. Harry Siegel and Sgt. 1st Class Nikolay Bashko talk with Metropolitan Police Department officers near Nationals Park, Aug. 19, 2025.

# Exhibit 13

# REDACTED

**\*<u>Unredacted Version Filed  Under Seal</u>**

**<u>Pursuant to Protective Order</u>\***

**Copy __ of __ copies**
**DCNG Armory,**
**Washington, DC**
**201700AUG25**

**FRAGO 8 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)+**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

    (U) Headquarters – JTF-DC
    (U) Subordinate headquarters – 372nd MP Battalion.
        (U) HHD, 372 MP Battalion.
        (U) 273rd MP Company.
        (U) 276th MP Company.
        (U) D Co, 223rd MI Battalion.
        (U) Ohio MP CO
        (U) TM Army Aviation
        (U) TM Defender (113th Security Forces Squadron tasked personnel)
    (U) TF Mountaineer (WV)
        (U) 111th MP CO
        (U) 121st FA BTRY
        (U) 150th CAV TRP
    (U) TF Iron Horse (SC)
        (U) A 4/18 IN
        (U) C 4/18 IN CO
    (U) TF Magnolia (MS)
        (U) HHD 112th MP BN
        (U) 113th MP CO
        (U) 114th MP CO
        (U) LA MP CO
    (U) TF Volunteer (TN)
        (U) HHD 117th MP BN
        (U) 269th MP CO
    (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
    Limited Dissemination Control: FEDCON
    POC: LTC Ben Brown

1

Confidential - Subject to Protective Order

DCNG_DEF_00003424

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(U) HHC, 74th Troop Command.
(U) 547th Transportation Company. OPCON TO JTF SUPPORT
(U) 104th Maintenance Company. OPCON TO JTF SUPPORT
   (U) 257th Army Band. OPCON TO JTF SUPPORT
   (U) 715th Public Affairs Detachment.
   (U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. (CUI) **Situation.** (NO CHANGE)

2. (U) **Mission.** DC mobilizes ⬛⬛⬛⬛⬛⬛ to support law enforcement partners operating in the District of Columbia from ⬛⬛⬛⬛⬛ UTC in order to enable law enforcement partners to conduct law enforcement activities in support of the Task Force Safe and Beautiful Incident Commander.

3. (U) **Execution.**

   a.  JTF-DC Commander's Intent.

      1.  (U)Purpose**.** JTF-DC will provide all necessary support to the Incident Commander while maintaining the trust and confidence of the American People and preserving our relationships with our local and federal partners and the citizens of the District of Columbia.

      2.  (U)Key Tasks.

         a. (U) Partner with law enforcement agencies to deliver a Safe and Beautiful DC.

         b.(U) All SMs understand Rules for the Use of Force (RUF) and Rules of Conduct (RUC) to operate within the District of Columbia.

         c.(U) JTF-DC SMs will be polite, professional, and prepared during all phases of this operation, particularly when interacting with law enforcement partners and citizens of the District.

         d.(U) JTF-DC SMs will maintain the strong positive relationships we have established with our federal and local partners and the citizens of the District.

         3.(U) End State.  JTF-DC effectively reduces crime in its area of operations while meeting all military requirements of the Incident Commander. JTF-DC maintains positive relationships with federal and local partners and delivers a Safe and Beautiful District for the American People.

   b. (U) Concept of the Operation. (NO CHANGE)

2

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

(1) (U) Subordinate headquarters.

(a) (U) TF Red Hand (372<sup>d</sup> Military Police Battalion) (CHANGE)

1. (CUI) Identify ████ personnel to retrieve ████ from ████ for pickup NLT ████ Plan for approximately ████ hours on ground after arrival for ████ and ████ ████ will be signed for via ████ POC for this action is ████ at ████

2. Provide support to ████ IAW attachment 1, ████ with ████ authorized.

3. Provide presence and support to law enforcement partners ████ IAW attachment 1.

4. 1946th FICO OPCON to JTF Support effective ████

5. Assume responsibility of ████ effective ████ Reference Appendix 2 to Annex C for Operations Overlay.

6. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ████

(b) (CUI) TF Iron Horse (SCNG).

1. Provide support to ████ at ████ and other designated ████ IAW attachment 1.

2. (CHANGE) Identify Soldiers that are not qualified on assigned ████ and prepare them to conduct ████ on ████ all Soldiers must be ████ by ████ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO ████ and SGM ████ NLT ████

3. Assume responsibility of ████ effective 250600RAUG25. Reference Appendix 2 to Annex C for Operations Overlay.

4. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ████

(c) TF Mountaineer (WVNG).

3

CUI//LEI

                    DCNG_DEF_00003426

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    1.  Provide support to ▮▮▮ on ▮▮▮▮▮▮ station starting ▮▮▮▮▮▮ IAW attachment 1.

    2.  Provide support to ▮▮▮ at ▮▮▮▮▮▮ station starting ▮▮▮▮▮▮ IAW attachment 1.

    3.  Provide support to ▮▮▮ on the ▮▮▮▮▮ starting ▮▮▮▮▮▮ IAW attachment 1.

    4.  Provide support to ▮▮▮ at ▮▮▮▮▮▮ starting at ▮▮▮▮▮▮ IAW attachment 1.

    5.  Assume responsibility of ▮▮▮▮ effective ▮▮▮▮▮▮▮ Reference Appendix 2 to Annex C for Operations Overlay.

    6.  Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ▮▮▮▮▮

    (d) TF Magnolia (MSNG)
    1.  Conduct ▮▮▮▮▮▮, ▮▮▮▮▮▮▮ and ▮▮▮ presence IAW attachment 1.

    2.  (CHANGE) Identify Soldiers that are not ▮▮▮▮ on assigned ▮▮▮ and prepare them to conduct qualification range at ▮▮▮▮ on ▮▮▮ all Soldiers must be ▮▮▮ by ▮▮▮▮ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO MSG ▮▮▮ and SGM ▮▮▮ NLT ▮▮▮▮

    3.  Assume responsibility of ▮▮▮ effective ▮▮▮▮ Reference Appendix 2 to Annex C for Operations Overlay.

    4.  Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ▮▮▮▮▮

    (e) TF Volunteer (TNNG)

    1.  Provide presence and support to law enforcement partners at ▮▮▮▮ starting at ▮▮▮▮▮ IAW attachment 1.

  (2) (U) Direct Reporting Units.

    (f) (U) HHC, 74th Troop Command. (NO CHANGE)

    (g) (U) 715th Public Affairs Detachment. (NO CHANGE)

4

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    (2) <u>(U) Tasks to Staff</u>. (NO CHANGE)

        (a) J-1. (NO CHANGE)

        (b) J-2. (NO CHANGE)

        (c) J-3. (NO CHANGE)

        (d) J-4. (NO CHANGE)

        (e) J-6. (NO CHANGE)

  d. (U) <u>Coordinating Instructions</u>.

    (1-9) Timeline: (NO CHANGE)

    (10) (CUI) Other Coordinating Instructions:

        (a) All units reference attachment 1 to FRAGO 8 for ongoing operational taskings.

        (b-r) (NO CHANGE)

        (s) (CHANGE) 



        (t-w) (NO CHANGE)

        (x) Provide rollup of ▓▓▓▓▓▓▓ to POC NLT ▓▓▓▓▓▓▓ Roll-up must include total quantity, the number of ▓▓▓▓▓ and the number of

5

CUI//LEI

Confidential - Subject to Protective Order    DCNG_DEF_00003428

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

███ devices. POC is JTF J-4 MAJ ███████████ at ████████████████████ and ████████████████ at █████████████████████

(y) All rental GSA hand-receipt holders must pick-up new rental GSA fuel cards NLT ███████████████ from the JTF J-4. The POC is the JTF J-4 MAJ ████ ████████ at ████████████████████ and ████████████████ at ███████████████

(z) Use TF LNOs to ensure all personnel requiring access to Teams Folder is worked through CHOPs. POC are BTL CPTs at ████████████ and ████ ██████████

(aa) All ███████████ requests go through OPs Chat. POC are BTL CPTs at ████████████ and ████████████

(bb) All participants in ███ should log-in NLT ████ daily. POC are BTL CPTs at ████████████ and ████████████

(cc) All █████████████ should be noted in OPs Chat. POC are BTL CPTs at ████████████ and ████████████

(dd) Nominate 2-3 SMs per TF for recognition by JTF-DC CDR coin. Send narrative to ████████████ at ████████████████████

(ee) Send any ███████████ movement requests to ████████████ at ████████████████████ NLT ████ daily. Include PAX, pick-up time, pick-up and drop-off location. ███████████ movement request must be made 12-24 hours prior to movement. The POC is the JTF J-4 MAJ ████████████ at ████████████████████ and CPT ████████████ at ████████████████████

(ff) Submit bulk food request for LOGPAX pick-up to the following link: ████████████████████ or to the QR Code in attachment 3 to FRAGO 8, "Food Service Request". The POC is the JTF J-4 ████████████ at ████████████████████ and ████████████ at ████████████████████

4. (U) **Sustainment.** (NO CHANGE)

5. (U) **Command and Signal.**

   a. Please find revised ████████████████████████████████████████████████

6

CUI//LEI

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

**ACKNOWLEDGE:**

DOANE
COL

OFFICIAL:
BROWN
LTC, DCARNG
J3

CUI//LEI

Confidential - Subject to Protective Order   DCNG_DEF_00003430

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

8

Confidential - Subject to Protective Order                    DCNG_DEF_00003431

# Exhibit 14

# REDACTED

**\*Unredacted Version Filed Under Seal**

**Pursuant to Protective Order\***

Copy __ of __ copies
DCNG Armory,
Washington, DC
221700AUG25

**FRAGO 9 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)+**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

  (U) Headquarters – JTF-DC
  (U) Subordinate headquarters – 372nd MP Battalion.
    (U) HHD, 372 MP Battalion.
    (U) 273rd MP Company.
    (U) 276th MP Company.
    (U) D Co, 223rd MI Battalion.
    (U) Ohio MP CO
    (U) TM Army Aviation
    (U) TM Defender (113th Security Forces Squadron tasked personnel)
  (U) TF Mountaineer (WV)
    (U) 111th MP CO
    (U) 121st FA BTRY
    (U) 150th CAV TRP
  (U) TF Iron Horse (SC)
    (U) A 4/18 IN
    (U) C 4/18 IN CO
  (U) TF Magnolia (MS)
    (U) HHD 112th MP BN
    (U) 113th MP CO
    (U) 114th MP CO
    (U) LA MP CO
  (U) TF Volunteer (TN)
    (U) HHD 117th MP BN
    (U) 269th MP CO
  (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: LTC Ben Brown

1

~~CUI//LEI~~

Confidential - Subject to Protective Order  DCNG_DEF_00003432

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(U) HHC, 74th Troop Command.
(U) 547th Transportation Company. OPCON TO JTF SUPPORT
(U) 104th Maintenance Company. OPCON TO JTF SUPPORT
(U) 257th Army Band. OPCON TO JTF SUPPORT
(U) 715th Public Affairs Detachment.
(U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. (CUI) **Situation.** (NO CHANGE)

2. (U) **Mission.** DC mobilizes [                    ] to support law enforcement partners operating in the District of Columbia from [                    ] UTC in order to enable law enforcement partners to conduct law enforcement activities in support of the Task Force Safe and Beautiful Incident Commander.

3. (U) **Execution.**

   a. JTF-DC Commander's Intent.

      1. (U) Purpose. JTF-DC will provide all necessary support to the Incident Commander while maintaining the trust and confidence of the American People and preserving our relationships with our local and federal partners and the citizens of the District of Columbia.

      2. (U) Key Tasks.

         a. (U) Partner with law enforcement agencies to deliver a Safe and Beautiful DC.

         b.(U) All SMs understand Rules for the Use of Force (RUF) and Rules of Conduct (RUC) to operate within the District of Columbia.

         c.(U) JTF-DC SMs will be polite, professional, and prepared during all phases of this operation, particularly when interacting with law enforcement partners and citizens of the District.

         d.(U) JTF-DC SMs will maintain the strong positive relationships we have established with our federal and local partners and the citizens of the District.

         3.(U) End State.  JTF-DC effectively reduces crime in its area of operations while meeting all military requirements of the Incident Commander. JTF-DC maintains positive relationships with federal and local partners and delivers a Safe and Beautiful District for the American People.

   b. (U) Concept of the Operation. (NO CHANGE)

2

Confidential - Subject to Protective Order   DCNG_DEF_00003433

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

  c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

    (1) (U) Subordinate headquarters.

      (a) (U) TF Red Hand (372ᵈ Military Police Battalion) (CHANGE)

        1. Provide support to ███████████████ IAW attachment 1, DIRLAUTH with ████ authorized.

        2. Provide presence and support to law enforcement partners ███████████ starting at ██████████ IAW attachment 1.

        3. 1946ᵗʰ FICO OPCON to JTF Support effective ████████

        4. BPT assume responsibility of ,████████ effective ███████████ Reference Appendix 2 to Annex C for Operations Overlay.

        5. Identify all previous heat casualties in your formation and send the names to LTC ██████████ at █████████████████ NLT ████████ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC JS).

        6. Ohio Military Police Company update PERSTAT NLT ████████

        7. Provide ████████ for ████████ going to ████████ Meet the ████ IVO J ██████ at ████████ and ████ and provide ████ to ████████ IVO ████████ on ████████

        8. BPT receive 200 (2 cases) of disposable restraints (flex cuffs) on ████████ at ████

      (b) (CUI) TF Iron Horse (SCNG).

        1. Provide support to ███████████ and ████████ at ██████████ and other designated ██████████ AW attachment 1.

        2. (CHANGE) Identify Soldiers that are not ████████ on ████████ and prepare them to conduct ████████ at ████████ on ████████ all Soldiers must be ████████ by ████████ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO MSG ████ and SGM ████████ NLT ████████

        3. BPT assume responsibility of ,████████ effective

3

CUI//LEI

~~CUI//LEI~~

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

▮▮▮▮▮▮▮▮▮▮ Reference Appendix 2 to Annex C for Operations Overlay.

4. BPT receive 300 (3 cases) of disposable restraints (flex cuffs) on ▮▮▮▮▮▮ at ▮▮▮▮

    (c) TF Mountaineer (WVNG).

        1.  Provide support to ▮▮▮ on ▮▮▮▮▮▮▮ station starting ▮▮▮▮▮▮ IAW attachment 1.

        2.  Provide support to ▮▮▮ at ▮▮▮▮▮▮▮ station starting ▮▮▮▮▮ IAW attachment 1.

        3.  Provide support to ▮▮▮ on the ▮▮▮▮ starting ▮▮▮▮▮▮ IAW attachment 1.

        4.  Provide support to ▮▮▮ at ▮▮▮▮▮▮▮ starting at ▮▮▮▮▮ IAW attachment 1.

        5.  Assume responsibility of ▮▮▮▮ effective ▮▮▮▮▮▮ Reference Appendix 2 to Annex C for Operations Overlay.

6. Identify all previous heat casualties in your formation and send the names to LTC ▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮▮ NLT ▮▮▮▮ ▮▮▮▮ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS).

    (d) TF Magnolia (MSNG)
        1.  Conduct ▮▮▮▮▮▮▮▮▮ and ▮▮▮ ▮▮ presence IAW attachment 1.

2. (CHANGE) Identify Soldiers that are not ▮▮▮▮▮ on ▮▮▮▮▮▮ and prepare them to conduct ▮▮▮▮▮▮ at ▮▮▮▮▮ on ▮▮▮▮▮ all Soldiers must be ▮▮▮ by ▮▮▮ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO MSG ▮▮ and SGM ▮▮▮ NLT ▮▮▮▮▮

        3.  BPT assume responsibility of ▮▮▮▮ effective ▮▮▮▮▮▮ Reference Appendix 2 to Annex C for Operations Overlay.

4. Identify all previous heat casualties in your formation and send the names to LTC ▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮ NLT ▮▮▮ ▮▮▮ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC,

4

~~CUI//LEI~~

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



JS).

5. BPT receive 300 (3 cases) of disposable restraints (flex cuffs) on ▓▓▓▓▓▓▓▓▓ at ▓▓▓▓

    (e) TF Volunteer (TNNG)

       1. Provide presence and support to law enforcement partners at ▓▓▓▓▓▓▓ starting at ▓▓▓▓▓▓▓ AW attachment 1.

       2. Identify all previous heat casualties in your formation and send the names to LTC ▓▓▓▓▓▓ at ▓▓▓▓▓▓ NLT ▓▓▓▓ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS).

       3. Identify all flagged soldiers by Name, State and reason NLT ▓▓▓▓▓▓

    (2) (U) Direct Reporting Units.

      (f) (U) HHC, 74th Troop Command. (NO CHANGE)

      (g) (U) 715th Public Affairs Detachment. (NO CHANGE)

    (2) (U) Tasks to Staff. (NO CHANGE)

      (a) J-1. (NO CHANGE)

      (b) J-2. (NO CHANGE)

      (c) J-3. (NO CHANGE)

      (d) J-4. (NO CHANGE)

      (e) J-6. (NO CHANGE)

  d. (U) Coordinating Instructions.

    (1-9) Timeline: (NO CHANGE)

    (10) (CUI) Other Coordinating Instructions:

      (a) All units reference attachment 1 to FRAGO 9 for ongoing operational taskings.

5

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(b-r) (NO CHANGE)

(s) 

(t-w) (NO CHANGE)

(x) Provide rollup of ████████████████ to POC NLT ████████████ Roll-up must include total quantity, the number of ████ devices, and the number of ████ devices. POC is JTF J-4 MAJ ████████████ at ████████████ and CPT ████████████ at ████████████

(y) All rental GSA hand-receipt holders must pick-up new rental GSA fuel cards NLT ████████████ from the JTF J-4. The POC is the JTF J-4 MAJ ████ at ████████████ and CPT ████████████ at ████████████

(z) Use TF LNOs to ensure all personnel requiring access to ████ is worked through CHOPs. POC are BTL CPTs at ████████████ and ████

(aa) All ████████ requests go through OPs Chat. POC are BTL CPTs at ████████████ and ████

(bb) All participants in ████ should log-in NLT ████ daily. POC are BTL CPTs at ████████ and ████

(cc) All ████████████ should be noted in OPs Chat. POC are BTL CPTs at ████ and ████████

6

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(dd) Nominate 2-3 SMs per TF for recognition by JTF-DC CDR coin.
Send narrative to ▊▊▊▊▊▊▊▊ at ▊▊▊▊▊▊▊▊▊▊▊▊▊▊

(ee)CHANGE  Send any ▊▊▊▊▊▊▊▊ movement requests to CPT ▊▊▊▊▊▊ at
NLT ▊▊▊▊ daily. Include PAX, pick-up time, pick-up and drop-off location. ▊▊▊▊
▊▊ movement request must be made 12-24 hours prior to movement. The POC is
the JTF J-4 MAJ ▊▊▊▊▊▊▊▊ at ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ and CPT ▊▊▊▊
▊▊▊▊ at ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

(ff) Submit bulk food request for LOGPAX pick-up to the following link:
▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ or to the QR Code in attachment 3 to FRAGO 8,
"Food Service Request". The POC is the JTF J-4 MAJ ▊▊▊▊▊▊ at
▊▊▊▊▊▊▊▊▊▊▊▊ and CPT ▊▊▊▊▊▊▊▊ at ▊▊▊▊▊

(gg) All units will identify remaining personnel who have not ▊▊▊▊▊▊ on
▊▊▊▊ and send to ▊▊▊▊▊▊ for day ▊▊▊▊▊ on either ▊▊▊▊▊ or
▊▊▊▊▊▊ They need to be at ▊▊▊▊▊▊▊▊ NLT ▊▊▊▊ each
day to load buses and depart. Service members should bring eye pro, ear pro,
water, and food. There is an ▊▊▊▊ available at ▊▊▊▊▊▊ Hill for ▊▊▊▊▊▊ for those
service members who have not completed it that can be accomplished following day
qual. More specifics including strip map can be found in Attachment 2 to FRAGO 9.

(hh) Effective immediately, units conducting ▊▊▊▊▊▊▊▊▊▊
will utilize ▊▊▊▊▊▊▊▊▊▊ Units conducting ▊▊▊▊▊▊▊▊▊▊▊▊▊ will
utilize ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ remain the standard operating channel for all
▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
When a Task Force (TF) is assigned a mission ▊▊▊▊▊▊
▊▊▊▊▊▊▊▊▊▊ all mission communications will transition to ▊▊▊▊
▊▊▊▊▊ see SOI Attachment).
During ▊▊▊▊ missions, TOCs and CPs will monitor both
▊▊▊▊▊ and ▊▊▊▊▊▊ simultaneously using two separate ▊▊▊▊

4. (U) **Sustainment.** (NO CHANGE)

5. (U) **Command and Signal.**

7

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

a. Please find revised ████████████████████████████████████████

████████████

    **ACKNOWLEDGE:**

                      DOANE
                      COL

OFFICIAL:
BROWN
LTC, DCARNG
J3

8

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

9

CUI//LEI

Confidential - Subject to Protective Order

# Exhibit 15

# REDACTED

## *Unredacted Version Filed Under Seal

## Pursuant to Protective Order*

Copy __ of __ copies
**DCNG Armory,**
**Washington, DC**
**231700AUG25**

**FRAGO 10 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

> (U) Headquarters – JTF-DC
> (U) Subordinate headquarters – 372nd MP Battalion.
> > (U) HHD, 372 MP Battalion.
> > (U) 273rd MP Company.
> > (U) 276th MP Company.
> > (U) D Co, 223rd MI Battalion.
> > (U) Ohio MP CO
> > (U) TM Army Aviation
> > (U) TM Defender (113th Security Forces Squadron tasked personnel)
> (U) TF Mountaineer (WV)
> > (U) 111th MP CO
> > (U) 201st FA BTRY
> > (U) 150th CAV TRP
> (U) TF Iron Horse (SC)
> > (U) A 4/18 IN
> > (U) C 4/18 IN CO
> (U) TF Magnolia (MS)
> > (U) HHD 112th MP BN
> > (U) 113th MP CO
> > (U) 114th MP CO
> > (U) LA MP CO
> (U) TF Volunteer (TN)
> > (U) HHD 117th MP BN
> > (U) 269th MP CO
> (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: LTC Ben Brown

1

~~CUI//LEI~~

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(U) HHC, 74th Troop Command.
(U) 547th Transportation Company. OPCON TO JTF SUPPORT
(U) 104th Maintenance Company. OPCON TO JTF SUPPORT
(U) 257th Army Band. OPCON TO JTF SUPPORT
(U) 715th Public Affairs Detachment.
(U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. (CUI) **Situation.** (NO CHANGE)

2. (U) **Mission.** (NO CHANGE)

3. (U) **Execution.**

   a. (NO CHANGE)

   b. (U) Concept of the Operation. (NO CHANGE)

   c. (U) Tasks to Subordinate Units and Directorates.

      (1) (U) Subordinate headquarters.

         (a) (U) TF Red Hand (372d Military Police Battalion) (NO CHANGE/Review coordinating instructions)

         (b) (CUI) TF Iron Horse (SCNG). (NO CHANGE/Review coordinating instructions)

         (c) TF Mountaineer (WVNG). (NO CHANGE/Review coordinating instructions)

         (d) TF Magnolia (MSNG) (NO CHANGE/Review coordinating instructions)

         (e) TF Volunteer (TNNG)

            1. DIRLAUTH ███████ team for ███████ of ███████ ███████ to ███████ Individual ▼███████ approval authority retained by JTF-CDR.

            2. Provide ███ personnel at ███████████ for TF Support re-deputization and issuing rehearsal. POC Col ███████

            3. Maintain presence around ███████████████ from ███ ███████████ with ███ personnel ISO law enforcement partners during the ███████████████ and ███████████████

2

CUI//LEI

Confidential - Subject to Protective Order                    DCNG_DEF_00003442

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    (2) (U) Direct Reporting Units.

        (f) (U) HHC, 74th Troop Command. (NO CHANGE)

        (g) (U) 715th Public Affairs Detachment. (NO CHANGE)

    (2) (U) Tasks to Staff. (NO CHANGE)

        (a) J-1. (NO CHANGE)

        (b) J-2. (NO CHANGE)

        (c) J-3. (NO CHANGE)

        (d) J-4. (NO CHANGE)

        (e) J-6. (NO CHANGE)

  d. (U) Coordinating Instructions.

    (1-9) Timeline: (NO CHANGE)

    (10) (CUI) Other Coordinating Instructions:

        (a) All units reference attachment 1 to FRAGO 10 for ongoing operational taskings.

        (b-r) (NO CHANGE)

        (s) (RESTATE)



CUI//LEI

Confidential - Subject to Protective Order      DCNG_DEF_00003443

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(t-ff) (NO CHANGE)

(gg) All units will identify remaining personnel who have not qualified on M-17 and send to ▮▮▮▮▮▮▮ for day qualification on either 24AUG25. They need to be at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ each day to load buses and depart. Service members should bring eye pro, ear pro, water, and food. There is an EST available at ▮▮▮▮▮▮▮ for night qual for those service members who have not completed it that can be accomplished following day qual. More specifics including strip map can be found in Attachment 2 to FRAGO 10.

(hh) Effective immediately, units conducting **above ground missions** will utilize DOMOPs channels. Units conducting **underground/metro missions** will utilize Metro channels.

DOMOPs channels remain the standard operating channel for all above ground operations.

When a Task Force (TF) is assigned a mission **underground** (e.g., metro stations), all mission communications will transition to Metro channels (see SOI Attachment).

During Metro missions, TOCs and CPs will monitor both DOMOPs and Metro nets simultaneously using two separate LMRs.

Communications PACE Plan:

Primary: LMR

Alternate: ATAK

(Emergency/Contingency/Other as per unit SOP)

TFs operating above ground – continue DOMOPs usage.

TFs assigned to metro – switch to Metro channels; ensure all personnel are briefed prior to mission start.

(ii) Identify all previous heat casualties in your formation and send the names to LTC ▮▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮▮▮▮▮▮ NLT 242000 AUG25. Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS).

(jj) Identify all flagged soldiers by Name, State and reason NLT 241600AUG25.

(ll) All units reference attachment 2 (Draft Attachment 1 Estimates for 25AUG25) and provide data / input on soldier taskings for 25 and 26 AUG25 NLT the JTF OPT on 24AUG25 (1330) to JTF J-3 (LTC Brown), LTC James Platky, LTC Ryan Hobbs and JTF J3 OP Chat.

(mm) All units provide CONOPs for operations starting 25AUG25 NLT 251500AUG25. Units provide ongoing CONOPs for missions daily, 48 hours prior to

CUI//LEI

4

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

mission execution. CONOPs are authorized to be by day for low risk mission sets. Any medium or high risk mission set requires a stand-alone CONOP. CONOPs are submitted to LTC Brown, LTC Platky, LTC Locke and the JTF OP Chat. Attachment 3 (CONOP Example) is attached as reference, subordinate elements are authorized to use internal / state formats.

(nn) All units reference Attachment 4 (Weekly Sync Matrix) and attachment 5 (DC Area Events) for ongoing events and mission planning inside respective AOs.

(oo) All units maintain AARs and running staff estimates for each respective AO, in anticipation of ████████████████████████ Upload AO estimates and AARs at: AO AARs and Notes.

(pp) All TFs be prepared to receive 2-4 photographers from the JIC Command Information Team (CI). Coordinate daily with CI NCOIC to receive assigned photographers. Once received, unit provides transportation, meals, command and control for photographer while assigned. Photographers receive imagery guidance from CI NCOIC. Units send content and story ideas to JIC at ████████████████████ Point of Contact for this task is: SMSgt █████████ or MSG █████████████ at ████████

(qq) All TFs provide one LNO to JTF-DC JOC located at DC Armory between ████████████████████████ POC is BTL CPTs at ████████████

4. (U) **Sustainment.**

   a. All TF's will now coordinate their charter bus movement with the bus company directly. Input in the movement matrix is live and will be used for JTF J4 staff situational awareness. Points of contact are as follows:
      a. NAME: MARVIN SPRIGGS
         CELL: ████████████
         SHIFT: ████████ HOURS

      b. NAME: DEE-DEE CREEK
         CELL: ████████████
         SHIFT: ████████ HOURS
      c. NAME: AVI COHEN
         CELL: ████████████
         SHIFT: ████████ HOURS

5. (U) **Command and Signal.**

   a. Please find revised Attachment 4 to FRAGO 10 JTF DOMOPS METRO SOI CARD 8-22-25.pptx

CUI//LEI

5

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

### ACKNOWLEDGE:

DOANE
COL

OFFICIAL:
BROWN
LTC, DCARNG
J3

### Annexes:

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.

6

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

7

CUI//LEI

Confidential - Subject to Protective Order

# Exhibit 16

 Outlook

---

**Re: DCNG Update, 12 SEP 25**

**From** Pritchett, David K MG USARMY NG ALARNG (USA) ███████████████

**Date** Sat 9/13/2025 12:41 PM

**To** Nordhaus, Steven S Gen USAF NG OCNGB (USA) ████████████████████Blanchard, Leland D II BG
USARMY NG DCARNG (USA) ███████████████████████; Burkett, Ronald Winfield (Win) II MG
USARMY NG NGB (USA)██████████████████

**Cc** George, Randy A GEN USARMY HQDA CSA (USA)████████████████████Stubbs, Jonathan Matthew
(Jon) LTG USARMY NG NGB ARNG (USA) ████████████████████ Rieger, Timothy L MG USARMY
NG OCNGB (USA██████████████ Davis, Robert B MG USARMY NG NGB (USA)
███████████████████████; Smith, Jeffery M (Jeff) BG USARMY NG ALARNG (USA)
████████████████il>

WILCO, Sir!

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████

---

**From:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ████████████████████
**Date:** Saturday, September 13, 2025 at 10:11:26 AM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)"████████████████████"Blanchard,
Leland D II BG USARMY NG DCARNG (USA)" ████████████████"Burkett, Ronald
Winfield (Win) II MG USARMY NG NGB (USA)████████████████████
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)" ████████████████████"Stubbs,
Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" █████████████████"Davis, Robert B
MG USARMY NG NGB (USA)" ████████████████████"Smith, Jeffery M (Jeff) BG USARMY NG
ALARNG (USA)████████████████████"Smith, Jeffery M (Jeff) BG USARMY NG
**Subject:** Re: DCNG Update, 12 SEP 25

Thanks David!  Please call me if you need anything!

VR,

Steve

Confidential - Subject to Protective Order

Gen Steve Nordhaus
Chief, National Guard Bureau

Offic ██████████
DSN ███████████

**From:** "Pritchett, David K MG USARMY NG ALARNG (USA)" ████████████████████
**Date:** Saturday, September 13, 2025 at 10:54:40
**To:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ██████████████ "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ███████████████████'Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)██████
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)" ██████████████, "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ███████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)" █████████████ "Davis, Robert B MG USARMY NG NGB (USA)" █████████████'Smith, Jeffery M (Jeff) BG USARMY NG ALARNG (USA)" ██████████████████
**Subject:** Re: DCNG Update, 12 SEP 25

+ BG Jeff Smith and CSM Bailey

Sir,

Gov Ivey approves AL backfilling TN.  We have begun prep' for the mission.

V/r

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711
█████████████████████████████
█████████████████████████████
█████████████████████████████

---

**From:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
████████████████
**Date:** Saturday, September 13, 2025 at 5:49:47 AM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)" ████████████████████
"Blanchard, Leland D II BG USARMY NG DCARNG (USA)"
████████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ██████████████
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)" ██████████████████
"Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)"
████████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)"

Confidential - Subject to Protective Order

█████████████████████     "Davis, Robert B MG USARMY NG NGB (USA)"

**Subject:** Fwd: DCNG Update, 12 SEP 25

David,

As a follow up to our call last night.  Here is last night's evening roll up from the DC mission discussing TN departure on or about 24 September for your SA.  Please let me know once your Gov has approved AL to backfill.

Win and Leland,

SecWar provided VOCO to replace TN with AL on the DC mission if their Gov approved.  Please coordinate with MG Pritchett for a smooth RIPTOA if he's given the approval by his Gov.

Thanks for all the support!

VR,

Steve

Gen Steve Nordhaus
Chief, National Guard Bureau

Offic ███████████
DSN ████████████

---

**From:** "Riley, Eric James BG USARMY HQDA DCS G-3-5-7 (USA)"
█████████████████████
**Date:** Friday, September 12, 2025 at 17:19:28
**To:** "Driscoll, Daniel P HON (USA)" ████████████████   "Fitzgerald, David R SES (USA)" ███████████████   "George, Randy A GEN USARMY HQDA CSA (USA)" ███████████████████   "Mingus, James J GEN USARMY HQDA VCSA (USA)"
**Cc:** "Bechtel, Peter B SES USARMY HQDA DCS G-3-5-7 (USA)"
███████████████████   "Blanchard, Leland D II BG USARMY NG DCARNG (USA)"
███████████████ᵈ>, "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ████████████████, "Butler, David M COL USARMY HQDA OCPA (USA)'███████████████   "Carlisle, Karen H SES USARMY HQDA OTJAG (USA)███████████████████'Choquette, Sean M Maj Gen USAF JS J3 (USA)████████████████████ "'COL Anthony Fuscellaro'"
████████████████████ Dennis, Kirby Robert (Bo) COL USARMY HQDA (USA)"
████████████████ "Evans, Marcus S LTG USARMY HQDA DAS (USA)"
████████>, "Gilliam, John B COL USARMY HQDA DAS (USA)"
████████, "Isenhower, James P III MG USARMY HQDA (USA)"
████████████Johnson, Eric M BG USARMY HQDA DCS G-3-5-7
████████████████>, "Kupratty, Alexander CSM USARMY HQDA (USA)"
███████████'McElwain, Rebecca B BG USARMY HQDA ASA FM

Confidential - Subject to Protective Order



(USA)" ███████████████████, "Morgan, Shane P BG USARMY JS J3 (USA)"
████████████, "Morris, Jason L MajGen USMC HQMC (USA)"
"Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
██.mil>, "Riley, Eric James BG USARMY HQDA DCS G-3-5-7
(USA)" ████████████, "Ryan, Joseph A LTG USARMY HQDA DCS G-3-5-7
(USA)" █████████.mil>, "SanNicolas, Gina Diego COL USARMY HQDA
SECARMY (USA)" ████████████████████, "Schuck, G Patrick COL USARMY
HQDA (USA)"█████████████████ "Shaw, Robert M (Rob) COL USARMY
HQDA DCS G-3-5-7 (USA)" <█████████████████ "Spedero, Paul C Jr RADM
USN JS ODJS (USA)" ████████████████████ "Stubbs, Jonathan Matthew (Jon) LTG
USARMY NG NGB ARNG (USA)" <████████████ "Stultz, James C COL
USARMY HQDA (USA)" ██████████████████ "Sylvia, Brett G MG USARMY
HQDA DAS (USA)" ██████████████████ "Weimer, Michael R SMA USARMY
HQDA (USA)" ████████████████████ "White, Graham R COL USARMY HQDA
(USA)" ████████████████████

**Subject:** DCNG Update, 12 SEP 25

**CLASSIFICATION:** CUI

Secretary Driscoll and GEN George,

Gentlemen, your DCNG operational highlights for Friday, 12 September:

- *Total DCNG Strength:* ***2312*** *Total Servicemembers (**+2** from yesterday).* ***2099*** *ARNG /* ***213*** *ANG*

- ***837*** *Servicemembers on mission conducting operations over the last 24 hours*

- ***75*** *Servicemembers supporting area beautification over the last 24 hours*

- ***1436*** *Servicemembers complete with armed deputation*

- *RIPTOA with SC & GA began 11 SEP and will conclude on 20 SEP*

- *TNNG force departure O/A 24 SEP*

**Operations Summary. Last 24 Hours:**

- Provided support to LE at 18x designated Metro Stations
- Conducted beautification mission at 2 locations within the JOA
- Conducted presence patrol Seward Park, Garfield Park & Fields at RFK
- Continued TCP at USPP
- Provided support to LE at Union Station

- Conducted high visibility missions in National Mall Zone
- Conducted presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor, Eastern Market, Lincoln Park
- Conducted presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conducted presence patrol in Georgetown

**Planned Operations. Next 24 Hours:**

- Provide support to LE at 18x designated Metro Stations
- Conduct beautification mission at 1 location within the JOA
- Continue TCP at USPP
- Provide support to LE at Union Station
- Provide immediate response force
- Conduct presence patrol at Seward Park, Garfield Park (4-Parks), Lincoln Park and Fields at RFK
- Conduct presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conduct presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor & Eastern Market
- Conduct presence patrol in Georgetown

Pending your questions.

Respectfully,

Eric

ERIC J. RILEY

Brigadier General, U.S. Army

Deputy Director of Operations, Readiness, and Mobilization (DAMO-OD)

HQDA, G-3/5/7



Confidential - Subject to Protective Order



Confidential - Subject to Protective Order

# Exhibit 17

 Outlook

---

**Re: DCNG Arming Status Change**

**From** Seward, James D BG USARMY NG WVARNG (USA) ███████████████████

**Date** Sun 8/24/2025 12:28 PM

**To** Blanchard, Leland D II BG USARMY NG DCARNG (USA)████████████Woodruff, Matthew
S BG USARMY NG OHARNG (USA)████████████████████ Friloux, Thomas C MG USARMY NG
LAARNG (USA)██████████████ Ross, Warner A II MG USARMY NG TNARNG (USA)
████████████████; Stilwell, Robin B MG USARMY NG SCARNG (USA)
████████████████ Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)

**Cc** Nordhaus, Steven S Gen USAF NG OCNGB (USA)████████████████ Rieger, Timothy L MG
USARMY NG OCNGB (USA)████████████████ Burkett, Ronald Winfield (Win) II MG USARMY
NG NGB (USA)████████████████ Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB
ARNG (USA)████████████████ Pirak, Duke A Maj Gen USAF NGB CF (USA)

---

Leland,

Acknowledged and thank you. Jim

---

**From:** "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ████████████████
**Date:** Sunday, August 24, 2025 at 12:06:30 PM
**To:** "Woodruff, Matthew S BG USARMY NG OHARNG (USA)"████████████████
"Friloux, Thomas C MG USARMY NG LAARNG (USA)"████████████████ Seward,
James D BG USARMY NG WVARNG (USA)"████████████████ "Ross, Warner A II MG
USARMY NG TNARNG (USA)"████████████████ "Stilwell, Robin B MG USARMY NG
SCARNG (USA)"████████████████ "Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)"
**Cc:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"████████████████ "Rieger,
Timothy L MG USARMY NG OCNGB (USA)"████████████████ "Burkett, Ronald
Winfield (Win) II MG USARMY NG NGB (USA)"████████████████ "Stubbs, Jonathan
Matthew (Jon) LTG USARMY NG NGB ARNG (USA)"████████████████ "Pirak, Duke A
Maj Gen USAF NGB CF (USA)"████████████████
**Subject:** DCNG Arming Status Change

Gentlemen,

BLUF: IAW published directives Soldiers and Airmen performing support to law enforcement as
part of the DC Safe & Beautiful Task Force will be armed starting this afternoon.

IAW the SECDEF Memo Employment Guidance for the District of Columbia National Guard and
Out-of-District National Guard Service Members (20 AUG 2025) and FRAGO 7 to HQDA
EXORD 290-25 DC National Guard in Support of Local Law Enforcement (21 AUG 2025) we
will begin arming Soldiers and Airmen as they are deputized by the USMS to operate in an
armed status on mission.

Confidential - Subject to Protective Order

In order to be deputized by the USMS in an armed status we must fill out their documentation, by name, with pertinent information.  The respective teams have been working this through the evening and into today.  Validation of qualification and clearing for issues such as Lautenburg is required and then each person will have to sign a couple of documents in person before being deputized.  The deputizations will begin as Soldiers come on shift to avoid pulling them off assignments and creating gaps in coverage for on-going LE support operations.

We will continue to train Soldiers/Airmen on their proficiency and skills such as weapons retention.  Just as we do in any environment, training never stops.  I have brought in subject matter experts to be a resource and ensure that we have extra eyes on our people before and after daily missions.

As always, we appreciate your support and the amazing work your Soldiers are doing for us.

VR

Leland

Leland D. Blanchard II
BG, USA
Commanding General (Interim)

District of Columbia National Guard
2001 East Capitol St SE
Washington, DC 2003-1719

DCNG_DEF_00000009

# Exhibit 18

 Outlook

---

**RE: DC Mission**

**From** Seward, James D BG USARMY NG WVARNG (USA) ██████████████████

**Date** Thu 8/21/2025 11:39 AM

**To**   Blanchard, Leland D II BG USARMY NG DCARNG (USA) ██████████████████

Thanks, got it.

Thank you,

V/R

Jim

James D. Seward "Jim"
MG, WVNG
The Adjutant General

████████████████

---

**From:** Blanchard, Leland D II BG USARMY NG DCARNG (USA) ██████████████
**Sent:** Thursday, August 21, 2025 10:59 AM
**To:** Seward, James D BG USARMY NG WVARNG (USA) ██████████████
**Subject:** Fwd: DC Mission

Sorry, I selected the wrong email and accidentally left you off.

Leland

Leland D. Blanchard II
BG, USA
Commanding General (Interim)

████████████████████

---

**From:** "Blanchard, Leland D II BG USARMY NG DCARNG (USA)"
████████████████████
**Date:** Wednesday, August 20, 2025 at 9:41:00 PM
**To:**
**Subject:** DC Mission

TAGs,

Confidential - Subject to Protective Order

Sorry for being so late on connecting. First and most importantly, THANK YOU for sending us support on this important mission.

As our Soldiers arrive we are working to integrate them quickly and get them out in the operation. They will take on missions such as High-Visibility Presence (Metro Stations, National Monuments, Union Station), Event Presence (outside concerts, sporting events, etc), site security, and perimeter security (prevent disruption of law enforcement ops).

Today the SECDEF signed employment guidance which includes transition to being armed. We are working to ensure that everybody is properly deputized and afforded the legal protections of that process. Arming will cause an increase in protesters, but we will take care of our SMs and keep them surrounded by leadership.

Life support. We are putting people into hotels based on 3 primary factors: keep a state in one location, security, and "would you allow your family to stay there". That has required us to put some of them in places a little further away, but also provides a little additional space from the mission. To get closer would result in a state being in multiple hotels. Food so far is consistent and plentiful. Those on shift at night are given an opportunity for a midnight meal. Ice, water, and sundry items such as sunscreen we are pushing out aggressively.

The team is off to a good start. Some of our SC teammates even had a chance to eat lunch with the VP, SECDEF, and Homeland Security Advisor today (and with me, but something tells me they were not as impressed). They also had a firsthand chance to experience protest up close.

I can promise you, 100% of your Soldiers will meet / be seen by national leaders and important people who they might not recognize, but who know who the Soldiers are. I doubt the Soldiers at the lunch realized all the civilians with them at lunch were staffers from the Hill.

My personal cell is ██████████ Please text / call anytime. If I don't answer, I will try to get back as quick as I can, but please be patient.

If you hear any issues coming up- please reach out. We are doing everything we can, but if I don't know about it, we cannot solve it.

Thanks again, and please let me know about any deficiency. Our Soldiers are worth every our best.

Leland

Leland D. Blanchard II
BG, USA
Commanding General (Interim)

District of Columbia National Guard
2001 East Capitol St SE
Washington, DC 2003-1719

██████████████████████████

Confidential - Subject to Protective Order

# Exhibit 19

 **Outlook**

---

**Re: DCNG TF Update (17 SEP 25)**

**From** Seward, James D BG USARMY NG WVARNG (USA) ███████████████

**Date** Fri 9/19/2025 2:09 PM

**To** Blanchard, Leland D II BG USARMY NG DCARNG (USA) ████████████ Woodruff, Matthew S BG USARMY NG OHARNG (USA) ████████ Friloux, Thomas C MG USARMY NG LAARNG (USA) ████████████████ Ross, Warner A II MG USARMY NG TNARNG (USA) ████████████████ Stilwell, Robin B MG USARMY NG SCARNG (USA) ███████████████████; Ginn, Bobby M Jr BG USARMY NG MSARNG (USA) █████████████████████; Pritchett, David K MG USARMY NG ALARNG (USA) ████████████████████████████████; Morrell, Mark R Brig Gen USAF (USA) - █████████ Wilson, Richard D MG USARMY NG GAARNG (USA)

**Cc** Nordhaus, Steven S Gen USAF NG OCNGB (USA) ████████████████ Rieger, Timothy L MG USARMY NG OCNGB (USA) ████████████████ Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ████████████████ Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA) ███████████; Pirak, Duke A Maj Gen USAF NGB CF (USA) ████████████ Smith, Ronald L Jr CSM USARMY NG DCARNG (USA) ████████████████████; Raines, John T III SEA USARMY NG OCNGB (USA)

---

Thank you. Love all the great stories of our troops helping the citizens and visitors.  Great stuff. Jim

---

**From:** "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ████████████████
**Date:** Wednesday, September 17, 2025 at 9:38:57 PM
**To:** "Woodruff, Matthew S BG USARMY NG OHARNG (USA)" ████████████████
"Friloux, Thomas C MG USARMY NG LAARNG (USA)" ████████████ "Seward, James D BG USARMY NG WVARNG (USA)" ████████████████ "Ross, Warner A II MG USARMY NG TNARNG (USA)" ████████████ "Stilwell, Robin B MG USARMY NG SCARNG (USA)" ████████████ 'Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)"
████████████████ Pritchett, David K MG USARMY NG ALARNG (USA)"
████████████████ , "Morrell, Mark R Brig Gen USAF (USA)"
████████████████ Wilson, Richard D MG USARMY NG GAARNG (USA)"

**Cc:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ████████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)" ████████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ████ ████████████████ , "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)"████████████ 'Pirak, Duke A Maj Gen USAF NGB CF (USA)" ████████████ Smith, Ronald L Jr CSM USARMY NG DCARNG (USA)" ████████████ Raines, John T III SEA USARMY NG OCNGB (USA)"

**Subject:** DCNG TF Update (17 SEP 25)

Gentlemen,

Confidential - Subject to Protective Order

Your Soldiers and Airmen continue to impress. Professional, disciplined, and amazing ambassadors for your respective state, the National Guard, the Army, and our Nation.

I have asked the team to work quickly towards "winterizing" our formation. Ranging from heating spaces in the AO to personal gear that will ensure comfort and safety during shifts, we want to get ahead of the issues. We know that everybody will run out and purchase winter gear once the first cold snap hits. We aim to be ahead of that so we do not run into a shortage/unavailable issue.

The latest on the length of the mission remains a commitment through 30 NOV although my guidance to the team is to plan and prepare for a long-term persistent presence. We know that America 250 occurs this summer, and that will be a factor in determining the future of the mission.

The success of the mission continues to drive requests to expand our reach. We are doing so deliberately and in close coordination with our LE partners. Some of these requests come in with little warning as "pop-up" events require flexibility. As I tell your Soldiers, every issue comes to the Nation's Capital and part of our job is to ensure groups can exercise their 1A rights safely. Safety is the number one consideration as we take on these requests.

We are working to ensure that those forces who are returning are getting through the Reverse JRSOI process quickly. We want to ensure that they clear all the ammo, have accountability, and of course, get CAC'd out so we can report to the WH accurate numbers as well as provide the US Marshal's Service the information they require daily. Closing out is quick, but critical. Please bear with us as we work that with your teams as they depart.

Operationally, we remain in a surge status and that will not change. We are providing coverage to all our assignments while we also are looking to balance Soldier care and give them a predictable refit opportunity. We are also incorporating training into the schedule. This includes refresher on first aid tasks, weapons retention, weapons training, etc. Not looking to take 10-12 hours for training events, but we are ensuring that Soldiers are ready for the issues they are encountering in the AO.

If there is anything we can do for your Soldiers/Airmen, please let me know. As always- feel free to reach out to me 24/7.

Thank you for all that you do!

Leland

Leland D. Blanchard II
BG, USA
Commanding General (Interim)

District of Columbia National Guard
2001 East Capitol St SE
Washington, DC 2003-1719

Confidential - Subject to Protective Order

# Exhibit 20



**SECRETARY OF THE ARMY**
WASHINGTON

0 3 SEP 2025

MEMORANDUM FOR Interim Commanding General, District of Columbia National Guard, 2001 East Capitol Street, SE. Washington, DC  20003-1719

SUBJECT: Extension of 11 August 2025, Mobilization of D.C. National Guard – JTF-DC

1. On 11 August 2025, the President of the United States, in coordination with the Secretary of Defense, directed the rapid mobilization of the District of Columbia National Guard to support local law enforcement agencies. In alignment with the Presidential memorandum issued on that date, I am extending this mobilization through 30 November 2025, to continue supporting the President's ongoing efforts to restore law and order in the District of Columbia.

2. We will continue to assess conditions on the ground in conjunction with OSD and the White House, to ensure our forces remain appropriately postured.

Dan Driscoll

Confidential - Subject to Protective Order

DCNG_DEF_00001939

# Exhibit 21

 Outlook

---

**Re: DCNG TF Update (30 AUG 25)**

**From** Woodruff, Matthew S BG USARMY NG OHARNG (USA) ███████████████

**Date** Sun 8/31/2025 7:08 PM

**To** Blanchard, Leland D II BG USARMY NG DCARNG (USA) ██████████████ ; Friloux, Thomas C MG USARMY NG LAARNG (USA) ███████████ ; Seward, James D BG USARMY NG WVARNG (USA) ██████████████ ; Ross, Warner A II MG USARMY NG TNARNG (USA) ██████████ Stilwell, Robin B MG USARMY NG SCARNG (USA) ████████████████ Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)

**Cc** Nordhaus, Steven S Gen USAF NG OCNGB (USA) ████████████████ Rieger, Timothy L MG USARMY NG OCNGB (USA) ████████████████ Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ███████████████ Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA) ██████████ Pirak, Duke A Maj Gen USAF NGB CF (USA) ████████████ Smith, Ronald L Jr CSM USARMY NG DCARNG (USA) ████████████████ Raines, John T III SEA USARMY NG OCNGB (USA)

---

Leland,

Thanks for the great update and taking care of the team.  Appreciate your leadership!

Respectfully,

Matt



BG MATTHEW S. WOODRUFF

The Adjutant General for Ohio
The Adjutant General's Department and Ohio National Guard



Ohio Adjutant General's Department

Confidential - Subject to Protective Order



Ohio Army National Guard

2825 W. Dublin Granville Rd

Columbus, OH 43235-2789

<u>ONG.Ohio.gov</u>

*Stay current with our members serving*

*at home and abroad in the <u>Buckeye Guard</u>*

**From:** "Blanchard, Leland D II BG USARMY NG DCARNG (USA)"

**Date:** Saturday, August 30, 2025 at 14:09:56

**To:** "Woodruff, Matthew S BG USARMY NG OHARNG (USA)"
"Friloux, Thomas C MG USARMY NG LAARNG (USA)" "Seward, James D BG USARMY NG WVARNG (USA)" "Ross, Warner A II MG USARMY NG TNARNG (USA)" "Stilwell, Robin B MG USARMY NG SCARNG (USA)" "Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)"

**Cc:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
"Rieger, Timothy L MG USARMY NG OCNGB (USA)"
"Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)"
"Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" "Pirak, Duke A Maj Gen USAF NGB CF (USA)" "Smith, Ronald L Jr CSM USARMY NG DCARNG (USA)"
"Raines, John T III SEA USARMY NG OCNGB (USA)"

**Subject:** DCNG TF Update (30 AUG 25)

Team,

A quick update on the outstanding work the Soldiers and Airmen are doing as part of the DC Safe and Beautiful Task Force.

The team continues to do some amazing things. They are representing your organizations with great pride and contributing to some amazing results across the District. They are

Confidential - Subject to Protective Order

enabling law enforcement (LE) to step up in ways that have not been seen in a long time.

As of very early this morning, more than 150 firearms have been seized and over 1,400 arrests made across the district by LE.  The Safe & Beautiful TF is doing some incredible work and making great strides in the city.

Yesterday we had an incident where Soldiers were breaking up a fight in the Metro Station (on a stopped train) and when escorting them off the train one Soldier was struck in the face and another bad actor attempted to seize the weapon of a Soldier.  Long story short- our guys did everything right.  They secured the assailants and police support was immediately on-site.  The assailants are facing federal charges (reminder, our Soldiers are Deputized Federal Law Enforcement) and potentially minimum sentencing of 20 years based on the initial charges.

Today we are supporting an operation in which we will conduct post-incident support by establishing a cordon and security while the USMS serves high risk warrants on some bad characters known for gun violence and resisting arrest.

The point is that they are making a difference and, in every circumstance, they have excelled.  But, as we saw yesterday in the Metro, we must remain diligent.

As we move into an extended operational period, we are doing a few things here.  First, we are working with the team to look at ways to get the team out and experience some of the things they are protecting.  We are also looking at moving hotel locations over the next week or so to reduce the commute and shorten the shifts a bit.  That will be a deliberate decision that I approve based on security, unity of command, and again, the conditions we will ask them to stay in.  If we cannot meet the standard of "would you feel comfortable with your spouse and kids staying there", we will not move to different locations.

While it causes some turbulence with schedules, we will continue to rotate forces to varying mission locations.  Nobody will stay in the same sector or assignment for the duration.  Each location has different challenges and opportunities.  We are deliberate in the missioning but keeping them fresh is important to us.

As we approach 30 days, I know there may be some of you with changing conditions as well.  I am tracking at least one state that will have to look at a relief in place or transition. I ask that we stay ahead of this and please let me know so we can ensure that there is no

DCNG_DEF_00000065

gap for your inbound or outbound Soldiers.  We will support a PDSS, ADVON, etc so that your Soldiers are well taken care of and understand the OE.

As always, I am here as needed.  Appreciate the amazing work the team is doing.

Leland

Leland D. Blanchard II

BG, USA

Commanding General (Interim)

District of Columbia National Guard

2001 East Capitol St SE

Washington, DC 2003-1719

# Exhibit 22



**U.S. Department of Justice**

United States Marshals Service

*Tactical Operations Division*

*Washington, DC  20530-0001*

September 22, 2025

MEMORANDUM FOR THE DEPUTY ATTORNEY GENERAL

FROM:         FLORIANO WHITWELL         FLORIANO   Digitally signed by
              ACTING ASSISTANT DIRECTOR  WHITWELL   FLORIANO WHITWELL
                                                    Date: 2025.09.22
                                                    15:03:50 -04'00'

SUBJECT:      Special Deputation Request

PURPOSE:      To obtain the Deputy Attorney General's approval or disapproval for
              the Special Deputation of National Guard Service Members.

**DAG DECISION REQUESTED BY:** September 22, 2025. Date requested to ensure adequate
time for recipients to be deputized and execute required duties.

**REQUIRED DUE DATE:** September 22, 2025.

**EXECUTIVE SUMMARY:** A decision regarding Special Deputation is requested by the
United States Marshals Service (USMS) to grant federal law enforcement authority to United
States National Guard (USNG) Service Members (SM) who have been mobilized by the U.S.
Secretary of War and the Secretary of the Army to support the Metropolitan Police Department
(MPD) and other federal law enforcement agencies to help lower the crime rate in Washington,
DC. The Office of the Deputy Attorney General (ODAG) had previously approved Special
Deputations of USNG SMs for this mission; however, a new directive from the Secretary of the
Army has extended the USNG mobilization through November 30, 2025.

This is a Category 7 request for Special Deputation.

**DISCUSSION:** A Special Deputation request has been submitted for the USNG SMs to assist
MPD and other federal law enforcement agencies in the Make D.C. Safe and Beautiful Again
Surge Operation. The duties the USNG SMs are expected to perform require law enforcement
authority, not including the ability to perform searches, seizures, arrests, or other similar
functions, and Special Deputation would confer the law enforcement authority needed to perform
those duties.

Specifically, DCNG personnel and out-of-district SMs supporting federal law enforcement
agencies in Washington, DC, will be armed with their service-issued weapons while on duty as
directed in the accompanying memorandum issued by the Secretary of War. NG SMs are not
authorized to effect arrests or engage in other similar direct law enforcement activity. This
restriction does not preclude the Secretary of the Army from authorizing the use of NG personnel
to conduct the full range of civil disturbance operations, short of arrest. All NG SMs are required
to adhere to the DCNG Rules for the Use of Force (RUF).

~~Confidential — Subject to Protective Order~~   DCNG_DEF_00003340

Memorandum for the Deputy Attorney General                                    Page 2
Subject: Special Deputation Request

Due to the exigency of the NG's mobilization in support of this operation, the USMS cannot provide a roster of NG SMs applicants seeking special deputation. The USMS will rely on certification from NG that all personnel who will receive a special deputation through the USMS are in good standing with the USNG and are not currently the subject of a misconduct investigation.

The deputations will be active from August 21, 2025, through November 30, 2025.

Pursuant to the Deputy Attorney General's (DAG) memorandum dated December 9, 1999, the DAG retains authority in seven categories of Special Deputations. This request falls within Category 7, where the deputation sought is sufficiently controversial or subject to sufficient policy concerns that it should be reviewed by a higher authority.

**CONSULTATION:** None.

**OTHER STAKEHOLDERS:** None.

**RECOMMENDATION:** The USMS recommends that the DAG approve this request for Special Deputation of NG SMs to authorize them to assist MPD and other federal law enforcement agencies in support of the Make D.C. Safe and Beautiful Again Surge Operation. Any approved deputation shall limit the authority as follows: To protect federal property and functions in the District of Columbia and to support other law enforcement agencies; To be armed with their service-issued weapon(s) while on duty; Not authorized to conduct searches, seizures, arrests, or other similar functions; Not valid off duty.

Confidential — Subject to Protective Order   DCNG_DEF_00003341

Memorandum for the Deputy Attorney General                                          Page 3
Subject: Special Deputation Request

APPROVE: _____ *Todd Blanche* 9/22/2024        Concurring Component(s):
                                                  None.


DISAPPROVE: _____                Non-concurring Component:
                                                  None.


OTHER: _____

Attachments
   • Employment Guidance for the DCNG and Out-of-District NG SMs
   • DCNG Mobilization Order

# Exhibit 23

**\*<u>Under Seal Pursuant to Protective Order</u>\***

# Exhibit 24



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

DEC 3 0 2021

MEMORANDUM FOR SECRETARY OF THE ARMY

SUBJECT:  Authority to Approve District of Columbia Government Requests for District of Columbia National Guard Support Assistance

This memorandum modifies the October 10, 1969, Secretary of Defense memorandum, "Supervision and Control of the National Guard of the District of Columbia," regarding District of Columbia (DC) Government requests for the DC National Guard (DCNG) to provide law enforcement support.  Effective immediately, the Secretary of Defense is the approval authority for DC Government requests for the DCNG to provide law enforcement support:

- If DCNG personnel are to be deployed within 48 hours after receipt of the request; or

- If the support requested would involve DCNG personnel in direct participation in civilian law enforcement activities (e.g., crowd control, traffic control, search, seizure, arrest, or temporary detention).

Effective immediately, the DoD Executive Secretary is the single point of entry for DC Government requests.  You are authorized to approve DC Government requests for assistance for DCNG support received 48 hours or more in advance of the requested support, if such support does not involve direct participation in civilian law enforcement activities.  You are required to consult with the Attorney General in accordance with Executive Order 11485, "Supervision and Control of the National Guard of the District of Columbia."

The October 10, 1969 Secretary of Defense memorandum directs you to command, through the Commanding General, all operations of the DCNG in a militia status to aid civil authorities.  While this direction to command DCNG operations is still effective, you also are authorized to coordinate the employment of DCNG forces with any other National Guard forces employed in DC in a duty status pursuant to 32 U.S.C. § 502(f) to fulfill Department of Defense-approved Federal department or agency requests for assistance.  This includes the authority to provide tasks to such other National Guard forces through the Commanding General of the DCNG, as you deem appropriate.  This authority may not be further delegated.

cc:
Secretary of the Navy
Secretary of the Air Force
Chairman of the Joint Chiefs of Staff
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness
Chief of the National Guard Bureau
General Counsel of the Department of Defense
Assistant Secretary of Defense for Legislative Affairs
Assistant Secretary of Defense for Homeland Defense and Global Security
Commanding General, District of Columbia National Guard



OSD010666-21/CMD013647-21

Confidential - Subject to Protective Order

DCNG_DEF_00000148

# Exhibit 25

## *Under Seal Pursuant to Protective Order*

# Exhibit 26

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 27

*Under Seal Pursuant to Protective Order*

# Exhibit 28

DCNG_DEF_00003819

# U.S. ARMY
HQDA | DCS | G-3/5/7

## 11 October 2025 DCNG Storyboard

BE ALL YOU CAN BE



PFC Roderick Johnson, 4th Battalion, 118th Infantry Regiment, fires a M17 pistol at targets at Fort A.P. Hill, Virginia, Oct. 9, 2025. (Army National Guard photo by SGT Jalen Miller)



Soldiers with the 769th Brigade Engineer Battalion, Louisiana Army National Guard, coordinate with officers from the D.C. Metropolitan Police Department after responding to a shooting incident near the National Mall, Washington, D.C., Oct. 10, 2025. (Army National Guard photo by SFC William Frye).



CSM Mariatu Koroma, MSgt David Bowden, and SGT Adit Deng, all with the District of Columbia National Guard, collect debris from the bushes during an area beautification mission at the Meridian Hill Park in Washington, D.C., Oct. 10, 2025. (Army National Guard photo by SGT Katlynn Pickle)



LTG Jonathan M. Stubbs, Director of the Army National Guard, greets District of Columbia National Guard Soldiers on patrol at Union Metro Station, Washington, D.C., Oct. 10, 2025. (Army National Guard photo by SPC Sherald McAulay)

Confidential - Subject to Protective Order

# Exhibit 29

**\*<u>Under Seal Pursuant to Protective Order</u>\***

# Exhibit 30

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 31

**\*<u>Under Seal Pursuant to Protective Order</u>\***

# Exhibit 32

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 33

Copy \_\_ of \_\_ copies
DCNG Armory,
Washington, DC
011700OCT25

**FRAGO 48 to OPORD 13-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

1. ~~(CUI)~~ **Situation.** (NO CHANGE)

2. (U) **Mission.** (NO CHANGE)

3. (U) **Execution.**

    a. (NO CHANGE)

    b. (U) Concept of the Operation. (NO CHANGE)

    c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

        (1) (U) Subordinate headquarters.

            (a) (U) TF Red Hand (372d Military Police Battalion)

                1. Provide names for the ███████████ manifest ███████████████

            (b) TF Mountaineer (WVNG)

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
    Limited Dissemination Control: FEDCON
    POC: LTC Ben Brown

1

~~CUI//LEI~~

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



1.  BPT provide names/numbers for ███████████ for ████

██████████ ████████████████████████████

2. Coordinate with TF Yellow Hammer for operations in ███████████ ████████ IOT enable TF MTNR ██████████ efforts.

(c) TF Magnolia (MSNG) (NO CHANGE)

(d) TF Bulldawg (GANG) (NO CHANGE)

(e) TF Yellow Hammer (ALNG)

(1) Coordinate with TF Mountaineer for ██████████████████ and for phase in approach to operations from ██████████

(2) (U) Direct Reporting Units.

(e) (U) HHC, 74th Troop Command. (NO CHANGE)

(f) (U) 715th Public Affairs Detachment. (NO CHANGE)

(3) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) (CUI) Other Coordinating Instructions:

**(a-r) (NO CHANGE)**

2

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(s) (NO CHANGE) ▬▬▬▬▬



(t-xxxxxxx) (NO CHANGE)

(yyyyyyy) (**(U) Unarmed Deputizations. (Short Suspense)** ▬▬▬▬▬ ▬▬▬▬▬ will also support unarmed deputations. Each task force must submit a by-name roster, **Attachment 2**, via email to ▬▬▬▬▬▬▬▬▬▬▬ of all personnel who require unarmed deputations **NLT COB** ▬▬▬▬ and confirm no personnel are flagged for adverse action, aside from height/weight/ACFT. Armed deputations still require USM-3C and previous requirements, to include legal brief. Personnel not included on the roster will be turned away and must accomplish at a future deputation.

4. (U) **Sustainment.**

(a-ii) (NO CHANGE).

(jj) TFs that require handcuffs can request the following through their respective states:
Nomenclature:HANDCUFFS; RATCHET TYPE DOUBLE BOW
NSN: ▬▬▬▬▬▬

3

~~CUI//LEI~~

Confidential - Subject to Protective Order                    DCNG_DEF_00003640

CUI//LEI

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Handcuffs can be ordered against the following MOSs: 31B/D/E, MOS 311A, and AOC 31A.
Handcuffs are a property book item, not OCIE. Provide the J4 order quantities and estimated arrival date after ordering through your state.

5. (U) **Command and Signal.**

    a.  NO CHANGE

    b.  NO CHANGE

        **ACKNOWLEDGE:**

                                DOANE
                                COL

OFFICIAL:
BROWN
LTC, DCARNG
J3

**Annexes:**

        Annex A–Task Organization. Omitted.
        Annex B–Intelligence. Omitted.
        Annex C–Operations. Change
        Annex D–Fires. Omitted.
        Annex E–Protection. Omitted.
        Annex F–Sustainment. Omitted.
        Annex G–Engineer. Omitted.
        Annex H–Signal. Omitted.
        Annex I–Announcements.
        Annex J–Public Affairs. Omitted.
        Annex K–Civil Affairs Operations. Omitted.
        Annex L–Information Collection. Omitted.

4

CUI//LEI

Confidential - Subject to Protective Order

OUI//LEI

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

Confidential - Subject to Protective Order                    DCNG_DEF_00003642

# Exhibit 34

# U.S. ARMY
HQDA | DCS | G-3/5/7

# 21 September 2025 DCNG Storyboard

CUI

BE ALL YOU CAN BE

DCNG_DEF_00003779

CUI

Confidential - Subject to Protective Order



Soldiers with the Louisiana National Guard 239th Military Police Company train on handcuffing techniques at Fort Belvoir, Virginia, on Sept. 18, 2025. (Army National Guard photo by SFC Renee)



Army retired MG Jimmie Cole, Tennessee Military Department Deputy Commissioner, left, shakes hands with Soldiers from Task Force Volunteer for their support of Joint Task Force - District of Columbia in Washington, D.C., on Sept. 20, 2025. (Army National Guard photo by SGT Kalina Hyche)



Soldiers with the 4th Battalion, 118th Infantry Regiment, South Carolina Army National Guard and the 170th Military Police Battalion, Georgia Army National Guard, conduct a presence patrol at the Eastern Market Station in Washington, D.C., on Sept. 18, 2025. (Army National Guard photo by SGT Ian Doyle)



Soldiers and Airmen with the D.C. National Guard clean the African American Civil War Monument with the U.S. Park Service during a beautification mission in Washington on Sept. 20, 2025. (Army National Guard photo by SGT Katlynn Pickle)



# Exhibit 35

CUI

# U.S. ARMY
HQDA | DCS | G-3/5/7

## 05 September 2025 DCNG Storyboard



U.S. Army MG Jim Seward, Adjutant General of the West Virginia National Guard, visits with U.S. Army SPC Arden Williams, a West Virginia National Guard Soldier assigned to Joint Task Force – District of Columbia in Washington, D.C., Aug. 27, 2025. (U.S. Army National Guard photo by SFC Ari Shuemake)

U.S. Soldiers with the South Carolina Army National Guard maintain a presence around the White House, Aug 27, 2025. (U.S. Army photo by SGT Jaison Jordan)




U.S. Soldiers with the District of Columbia National Guard pick up litter and debris at Fletcher's Cove Park in Washington, D.C. Sept. 3, 2025. About 2,300 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by TSgt Andrew Enriquez)

U.S. Soldiers with the 112th Military Police Battalion, Mississippi National Guard, collaborate with D.C. Army National Guard combatives instructors for specialized training focused on weapons retention and takedown defense at Fort Belvoir, Va., Sept. 3, 2025. (U.S. Army National Guard photo by SFC Renee Seruntine)

BE ALL YOU CAN BE

CUI

Confidential—Subject to Protective Order

DCNG_DEF_00003747

# Exhibit 36



**U.S. Department of Justice**

United States Marshals Service

*Operations Support Division*

---

*Arlington, VA 22202*

August 25, 2025

MEMORANDUM TO:    USMS SPECIAL DEPUTATION PROGRAM

FROM:    AMANDA TAYLOR
DEPUTY ASSISTANT DIRECTOR

SUBJECT:    National Guard Special Deputation Exemption

Per USMS Policy Directive 17.11 section A.7. I am authorizing an exception to the special deputation eligibility requirements for National Guard Service Members to be qualified for special deputation. This exception will waive the following requirements:

- Be employed by a federal, state, local, or tribal law enforcement agency, or an agency approved by the Department of Justice (USMS Policy Directive 17.11 section A.5.b.);
- To have successfully completed the basic law enforcement training program; and (USMS Policy Directive 17.11 section A.5.c.);
- To possess at least one year of law enforcement experience with an agency that has general arrest authority (USMS Policy Directive 17.11 section A.5.d.);
- To have successfully qualified with an authorized firearm on the USMS or employing agency's approved course of fire within 6 months of application date (USMS Policy Directive 17.11 section A.5.f.); and
- To provide an Employer's Authorization Letter (EAL) as required within the USM-3C Application for Group Special Deputation.

National Guard Service Members must be qualified with their primary authorized firearm in accordance with the Department of Defense regulations and standards for firearm qualifications.

In lieu of an EAL the National Guard will provide a memorandum to the USMS affirming that the National Guard Service Members subject to special deputation have been screened by their National Guard units in accordance with the Department of Defense policies, regulations, applicable laws, and have no known internal investigations pending.

Confidential - Subject to Protective Order

Memorandum from the DAD, OSD                                    Page 2
Subject: National Guard Special Deputation Exemption

      This exemption shall be applied to all current and new National Guard Service Member special deputations supporting the Make D.C. Safe and Beautiful Again Surge Operation.

Confidential - Subject to Protective Order

# Exhibit 37

**SECRETARY OF THE ARMY**
WASHINGTON



1 1 AUG 2025

Brigadier General Leland Blanchard
Commanding General
District of Columbia National Guard
2001 East Capitol Street SE
Washington, DC 20003-1719

Dear General Blanchard:

On August 11, 2025, the President of the United States directed the rapid mobilization of the District of Columbia's National Guard to support law enforcement organization. This mobilization will support restoring Law and Order in the District of Columbia as directed in the Presidential memoranda dated August 11, 2025.

<u>Approval</u>

I approve the use of the DCNG to provide critical support to law enforcement efforts in the District of Columbia.

Dan Driscoll
Secretary of the Army

Confidential - Subject to Protective Order

# Exhibit 38

OFFICE OF THE COMMANDING GENERAL
2001 EAST CAPITOL STREET, SE
WASHINGTON, DC 20003-1719

PERMANENT ORDERS 25-223                                    11 August 2025

DISTRICT OF COLUMBIA NATIONAL GUARD, 2001 EAST CAPITOL STREET S.E.
WASHINGTON, DC 20003-1719

Selected members of the District of Columbia National Guard are hereby encamped pursuant
to D.C. Code § 49-101 and involuntarily ordered to duty pursuant to 32 U.S C. § 502(f)(2)(A)
until such time as subsequent orders modify or terminate this base encampment order. The
purpose of this duty is to respond to short or no-notice direction from the Secretary of
Defense or the President of the United States to protect federal property and functions in the
District of Columbia and to support federal and District law enforcement.

Authorities: E.O. 11485; Title 32 U.S Code Chapter 5 (Training); and D.C. Code Title
49, Chapter 1 (Active Military Duty).

Duty Station: D.C. Armory or subsequent designated reporting locations
Period: 11 1100R AUG 25 -- 25 2359R SEP 25
Reporting time and date: 12 0730R AUG 25, or as otherwise directed

Additional Instructions: Reporting DCNG personnel must not be flagged for
investigation or adverse action. Exceptions to these instructions are withheld to the
Chief of Staff or first General Officer in the chain of command to include medical
MRC 3 & 4 personnel.

Personnel are involuntarily ordered, with pay and allowances, in accordance with 32
U.S. Code § 502 (Required drills and field exercises) and encamped in accordance
with D.C. Code §§ 49-101 (Drill parade, encampment or required duty), § 49-102
(Prescribing drills), and § 49-107 (Camp duty).

Additional instructions: An employee of the U.S. Government as defined by 5 U.S. Code 2105
is entitled to leave without loss in pay or time for each day of encampment per 5 U.S Code §
6323(c). An employee of the District of Columbia is entitled to leave without limitation and
without loss of pay or time for each day of an encampment per 5 U.S. Code § 6323(c) and
D.C. Code § 1-612.03(m-2).

All service members encamped under this order, or any supplemental encampment order will
remain encamped within the DC local area, unless released earlier. This order is not valid as
proof of being subject to the instant encampment unless presented with an associated annex
or unit order listing the individual members encamped by unit, unit identification code,
grade/rank, name, and the Service member's DOD ID Number.

Format: 251

DISTRIBUTION:            ////////////////////////////////////////////////////
A-E         (1)          //    COMMANDING GENERAL'S OFFICE    //
INDIV INDIC (1)          //         DISTRICT OF COLUMBIA         //
                         ////////////////////////////////////////////////////

                         LELAND D. BLANCHARD II, Brigadier General, USA
                         Commanding General (Interim)

Confidential - Subject to Protective Order                          DCNG_DEF_00001940

# Exhibit 39

Copy __ of __ copies<br>
DCNG Armory,<br>
Washington, DC<br>
061700SEP25

**FRAGO 24 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

1. ~~(OUI)~~ **Situation.** (NO CHANGE)

2. (U) **Mission.** (NO CHANGE)

3. (U) **Execution.**

    a. (NO CHANGE)

    b. (U) Concept of the Operation. (NO CHANGE)

    c. (U) Tasks to Subordinate Units and Directorates.

        (1) (U) Subordinate headquarters.

            (a) (U) TF Red Hand (372$^d$ Military Police Battalion) (NO CHANGE)

            (b) ~~(OUI)~~ TF Iron Horse (SCNG). (NO CHANGE)

            (c) TF Mountaineer (WVNG). (NO CHANGE)

            (d) TF Magnolia (MSNG) (NO CHANGE)

            (e) TF Volunteer (TNNG) (NO CHANGE)

        (2) (U) Direct Reporting Units.-

Controlled by: DCNG<br>
Controlled by: JTF-DC-J3<br>
CUI Category: OPSEC<br>
Limited Dissemination Control: FEDCON<br>
POC: LTC Ben Brown

1<br>
~~OUI//LEI~~

~~CUI//LEI~~

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

      (f) (U) HHC, 74th Troop Command. (NO CHANGE)

      (g) (U) 715th Public Affairs Detachment. (NO CHANGE)

   (2) (U) Tasks to Staff. (NO CHANGE)

      (a) J-1. (NO CHANGE)

      (b) J-2. (NO CHANGE)

      (c) J-3. (NO CHANGE)

      (d) J-4. (NO CHANGE)

      (e) J-6. (NO CHANGE)

 d. (U) Coordinating Instructions.

   (1-9) Timeline: (NO CHANGE)

   (10) (CUI) Other Coordinating Instructions:



   (b-r) (NO CHANGE)

   (s) 



2

~~CUI//LEI~~

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



(t-oooo) (NO CHANGE)

(pppp) (U) (CHANGE) All units provide SMs for de-escalation training at ███████████████████████ Training will begin ███████ and take approximately 1 hour. Participants should arrive to ███████████████████████████████ ██████████████████ Location of the class will be in the ████████████ ████████████████████████ Participants review the below slide deck prior to participating. Also attached are links to two, 2 page PDFs to be provided to each service member that outline Tactical Breathing and the elements of De-escalation. Issuance of the attached PDFs in either paper or electronic form is authorized. 2025 National Guard Training_De-escalation.pptx (CUI)_OPS_Use of Force and De-escalation_202509.pdf (CUI)_OPS_Tactical Breathing_202509.pdf.

(qqqq) (U) All units provide minimum of 3 x AAR comments via email to LTC ███████ and MSG ███████ NLT 101700SEP25.

(rrrr) (U) All TF reiterate to all SM that there should be no speeding in government vehicles or government rentals, in addition no one should be parking in any unauthorized parking. All DC laws should be obeyed by everyone on this mission. Violations of this nature should be sent up the chain of command immediately and reported to LTC ███████ and MSGT ███████

(ssss) (U) Effective immediately, all units will equip their soldiers on mission with both an ATAK and an LMR **at the squad level**. This is required even if there are multiple squads in the same AO and are within visible contact of each other. Immediate notification of equipment shortages will be sent up to the JTF J6 team to include ATAKs, LMRs, and portable batteries with the following POCs:



3

CUI//LEI

Confidential - Subject to Protective Order

COM/LEI

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

4. (U) **Sustainment.**

(a-m) (NO CHANGE).

(n) Complete Cold Weather gear tracker NLT 81700SEP25.

(o) Update the LOGSTAT to include total canister count for Pro Masks per Task Force.

5. (U) **Command and Signal.**

a.  Please find revised Attachment 4 to FRAGO 10 JTF DOMOPS METRO SOI CARD 8-22-25.pptx

b.  NO CHANGE

**ACKNOWLEDGE:**

DOANE
COL

OFFICIAL:
BROWN
LTC, DCARNG
J3

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.

4

COM/LEI

Confidential - Subject to Protective Order

# Exhibit 40

## *Under Seal Pursuant to Protective Order*

# Exhibit 41

 Outlook

**RE: DCNG Update, 12 SEP 25**

**From** Pritchett, David K MG USARMY NG ALARNG (USA) ███████████████

**Date** Wed 9/17/2025 9:11 AM

**To**   Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ██████████████ Blanchard, Leland D II BG USARMY NG DCARNG (USA) ███████████████

Win & Leland,

Our Soldiers will begin reporting to their home station armories on Friday, 19 SEP, and will deploy to Fort McClellan Training Center immediately after to conduct post mobilization training.  Our order states the ALNG will deploy personnel to DC NLT 3 OCT, hopefully sooner.  Obviously, their exact arrival largely depends on the transportation piece which our team is actively working.  Also, it's our intent to pull the approx. 200 PAX from 2 MP COs.

We are waiting on RFIs back from NGB to continue moving forward in the orders process.  Let me know if there are questions.

v/r

David

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

███████████████████████████

**From:** Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ████████████████
**Sent:** Tuesday, September 16, 2025 11:34 AM
**To:** Pritchett, David K MG USARMY NG ALARNG (USA) ████████████████ Blanchard, Leland D II BG USARMY NG DCARNG (USA) ███████████████
**Subject:** RE: DCNG Update, 12 SEP 25

David,

Thank you for your time. Will look forward to hearing back on arrival DTG and the possibility of bringing additional operational forces (MP/IN types up to 200, if possible).

V/R,

Confidential - Subject to Protective Order

Win
MG Win Burkett
Director of Operations (NGB J3/4/7)
1636 Defense Pentagon, Room 2D614
Washington, DC  20301



**From:** Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ███████████
**Sent:** Tuesday, September 16, 2025 8:11 AM
**To:** Pritchett, David K MG USARMY NG ALARNG (USA) ███████████
**Cc:** Blanchard, Leland D II BG USARMY NG DCARNG (USA)███████████
**Subject:** RE: DCNG Update, 12 SEP 25

David,

I would like to have a quick call at your convenience today.  I am tracking TN departs on 24 SEP and (at AO level) it is communicated that AL arrives on 15 OCT.  Trying to run that down.

V/R,

Win

MG Win Burkett
Director of Operations , NGB J3/4/7
1636 Defense Pentagon, Room 2D614
Washington, DC  20301



**From:** Pritchett, David K MG USARMY NG ALARNG (USA) ███████████
**Sent:** Tuesday, September 16, 2025 5:12 AM
**To:** Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ███████████
**Subject:** Re: DCNG Update, 12 SEP 25

Win,

Confidential - Subject to Protective Order

Thanks for reaching out.  We have connected our team with Leland's team.  I'll get a brief on where we are today and circle back.  Please reach out to me as necessary.

David

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

████████████████████████████████

---

**From:** "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)"
████████████████████ **Date:** Monday, September 15, 2025 at 1:00:35 PM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)"
████████████████████ **Subject:** RE: DCNG Update, 12 SEP 25

David,

I am back in the office this week. I monitored all traffic last week but using this opportunity to reach out to you and open a line of communication.  Any challenges associated with RIP/TOA with TN or anything else I may be able to assist with, please let me know.

V/R,

Win

MG Win Burkett
Director of Operations (NGB J3/4/7)
1636 Defense Pentagon, Room 2D614
Washington, DC  20301
████████████████████████



---

**From:** Pritchett, David K MG USARMY NG ALARNG (USA) ████████████████████
**Sent:** Saturday, September 13, 2025 12:41 PM

Confidential - Subject to Protective Order

**To:** Nordhaus, Steven S Gen USAF NG OCNGB (USA) ██████████ Blanchard,
Leland D II BG USARMY NG DCARNG (USA) ██████████ Burkett, Ronald
Winfield (Win) II MG USARMY NG NGB (USA) ██████████
**Cc:** George, Randy A GEN USARMY HQDA CSA (USA) ██████████ Stubbs,
Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA) ██████████
Rieger, Timothy L MG USARMY NG OCNGB (USA) ██████████ Davis, Robert B
MG USARMY NG NGB (USA) ██████████ Smith, Jeffery M (Jeff) BG USARMY NG
ALARNG (USA) ██████████
**Subject:** Re: DCNG Update, 12 SEP 25

WILCO, Sir!

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

████████████████████

---

**From:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
████████████████████
**Date:** Saturday, September 13, 2025 at 10:11:26 AM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)"
██████████████ "Blanchard, Leland D II BG USARMY NG
DCARNG (USA)" ██████████ "Burkett, Ronald Winfield
(Win) II MG USARMY NG NGB (USA)" ██████████
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)"
██████████ , "Stubbs, Jonathan Matthew (Jon) LTG USARMY
NG NGB ARNG (USA)" ██████████ "Rieger, Timothy L MG
USARMY NG OCNGB (USA)" ██████████ "Davis, Robert B
MG USARMY NG NGB (USA)" ██████████ "Smith, Jeffery M
(Jeff) BG USARMY NG ALARNG (USA)" ██████████
**Subject:** Re: DCNG Update, 12 SEP 25

Thanks David!  Please call me if you need anything!

VR,

Steve

Gen Steve Nordhaus
Chief, National Guard Bureau

████████████████

---

**From:** "Pritchett, David K MG USARMY NG ALARNG (USA)"

Confidential - Subject to Protective Order

**Date:** Saturday, September 13, 2025 at 10:54:40
**To:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ██████████████ "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ◄██████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)"
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)" ██████████████ "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ██████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)" ██████████████ "Davis, Robert B MG USARMY NG NGB (USA)" ██████████████ "Smith, Jeffery M (Jeff) BG USARMY NG ALARNG (USA)" ████████████
**Subject:** Re: DCNG Update, 12 SEP 25

+ BG Jeff Smith and CSM Bailey

Sir,

Gov Ivey approves AL backfilling TN.  We have begun prep' for the mission.

V/r

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

██████████████████████████

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**From:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ██████████████
**Date:** Saturday, September 13, 2025 at 5:49:47 AM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)" ██████████████, "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ██████████████, "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)"
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)" ██████████████, "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ◄██████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)" ██████████████ "Davis, Robert B MG USARMY NG NGB (USA)" ██████████████
**Subject:** Fwd: DCNG Update, 12 SEP 25

David,

As a follow up to our call last night. Here is last night's evening roll up from the DC mission discussing TN departure on or about 24 September for your SA. Please let me know once your Gov has approved AL to backfill.

Win and Leland,

SecWar provided VOCO to replace TN with AL on the DC mission if their Gov approved. Please coordinate with MG Pritchett for a smooth RIPTOA if he's given the approval by his Gov.

Thanks for all the support!

VR,

Steve

Gen Steve Nordhaus
Chief, National Guard Bureau

███████████████

---

**From:** "Riley, Eric James BG USARMY HQDA DCS G-3-5-7 (USA)"
███████████████

**Date:** Friday, September 12, 2025 at 17:19:28
**To:** "Driscoll, Daniel P HON (USA)█████████████████
"Fitzgerald, David R SES (USA)" <████████████████████
"George, Randy A GEN USARMY HQDA CSA (USA)"
███████████████"Mingus, James J GEN USARMY
HQDA VCSA (USA)"████████████████
**Cc:** "Bechtel, Peter B SES USARMY HQDA DCS G-3-5-7 (USA)"
<████████████████"Blanchard, Leland D II BG USARMY
NG DCARNG (USA)" <█████████████████, "Burkett,
Ronald Winfield (Win) II MG USARMY NG NGB (USA)"
<████████████, "Butler, David M COL USARMY
HQDA OCPA (USA)" <████████████████"Carlisle, Karen H
SES USARMY HQDA OTJAG (USA)"██████████████
"Choquette, Sean M Maj Gen USAF JS J3 (USA)"
███████████████"'COL Anthony Fuscellaro'"
██████████████"Dennis, Kirby Robert (Bo) COL USARMY
HQDA (USA)" <████████████, "Evans, Marcus S LTG
USARMY HQDA DAS (USA)" <████████████████,
"Gilliam, John B COL USARMY HQDA DAS (USA)"
<█████████████"Isenhower, James P III MG USARMY
HQDA (USA)" <███████████████"Johnson, Eric M BG
USARMY HQDA DCS G-3-5-7 (USA)"████████████
"Kupratty, Alexander CSM USARMY HQDA (USA)"
███████████████"McElwain, Rebecca B BG USARMY
HQDA ASA FM (USA)"████████████████"Morgan,
Shane P BG USARMY JS J3 (USA)"███████████████
"Morris, Jason L MajGen USMC HQMC (USA)"
███████████████"Nordhaus, Steven S Gen USAF NG

Confidential - Subject to Protective Order

OCNGB (USA)" ████████████████████████, "Riley, Eric James
BG USARMY HQDA DCS G-3-5-7 (USA)" █████████████
"Ryan, Joseph A LTG USARMY HQDA DCS G-3-5-7 (USA)"
████████████████████████ "SanNicolas, Gina Diego COL USARMY
HQDA SECARMY (USA)" ██████████████████████, "Schuck, G
Patrick COL USARMY HQDA (USA)" █████████████████████
"Shaw, Robert M (Rob) COL USARMY HQDA DCS G-3-5-7 (USA)"
████████████████████ "Spedero, Paul C Jr RADM USN JS
ODJS (USA)" ████████████████████ "Stubbs, Jonathan
Matthew (Jon) LTG USARMY NG NGB ARNG (USA)"
████████████████████, "Stultz, James C COL USARMY
HQDA (USA)" ████████████████████, "Sylvia, Brett G MG
USARMY HQDA DAS (USA)" ████████████████████, "Weimer,
Michael R SMA USARMY HQDA (USA)"
████████████████████████ "White, Graham R COL USARMY
HQDA (USA)" █████████████████
**Subject:** DCNG Update, 12 SEP 25

**CLASSIFICATION:** CUI

Secretary Driscoll and GEN George,

Gentlemen, your DCNG operational highlights for Friday, 12 September:

- *Total DCNG Strength:* ***2312*** *Total Servicemembers (**+2** from yesterday).* ***2099*** *ARNG /* ***213*** *ANG*
- ***837*** *Servicemembers on mission conducting operations over the last 24 hours*
- ***75*** *Servicemembers supporting area beautification over the last 24 hours*
- ***1436*** *Servicemembers complete with armed deputation*
- *RIPTOA with SC & GA began 11 SEP and will conclude on 20 SEP*
- *TNNG force departure O/A 24 SEP*

**Operations Summary. Last 24 Hours:**

- Provided support to LE at 18x designated Metro Stations
- Conducted beautification mission at 2 locations within the JOA
- Conducted presence patrol Seward Park, Garfield Park & Fields at RFK
- Continued TCP at USPP
- Provided support to LE at Union Station
- Conducted high visibility missions in National Mall Zone
- Conducted presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor, Eastern Market, Lincoln Park
- Conducted presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conducted presence patrol in Georgetown

**Planned Operations. Next 24 Hours:**

- Provide support to LE at 18x designated Metro Stations
- Conduct beautification mission at 1 location within the JOA
- Continue TCP at USPP

Confidential - Subject to Protective Order

- Provide support to LE at Union Station
- Provide immediate response force
- Conduct presence patrol at Seward Park, Garfield Park (4-Parks), Lincoln Park and Fields at RFK
- Conduct presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conduct presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor & Eastern Market
- Conduct presence patrol in Georgetown

Pending your questions.

Respectfully,
Eric


ERIC J. RILEY
Brigadier General, U.S. Army
Deputy Director of Operations, Readiness, and Mobilization (DAMO-OD)
HQDA, G-3/5/7



Confidential - Subject to Protective Order

# Exhibit 42

**\*<u>Under Seal Pursuant to Protective Order</u>\***

# Exhibit 43

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 44

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 45

CUI

Joint Force Headquarters
District of Columbia National Guard
Washington, DC 20003
101600SEP2025


**FRAGO 30 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

**(U) References:** NO CHANGE.

**(U) Time Zone Used Throughout the OPORD:** LOCAL.

**(U) Task Organization:** NO CHANGE.

**1. (U) SITUATION.** NO CHANGE.

**2. (U) MISSION.** NO CHANGE.

**3. (U) EXECUTION.**

    a.  **(U) Commander's Intent.** NO CHANGE.

    b.  **(U) Concept of the Operation.** NO CHANGE.

    c.  **(U) Tasks to Subordinate Units.**

        **(1) (U) Land Component Command.** NO CHANGE.

        **(2) (U) 113th Wing Command.** NO CHANGE.

        **(3) (U) Joint Task Force Support.** NO CHANGE

        **(4) (U) Joint Task Force D.C.** NO CHANGE.

        **(5) (U) JFHQ-DC Staff.** NO CHANGE

    d.  **(U) Coordinating Instructions.** CHANGE.

        **i. (ADD) (U) Mine-resistant Ambush Protected (MRAP) All-Terrain Vehicle (M-ATV) Familiarization with DC Fire and Emergency Medical Services (DC-FEMS).** DC-FEMS requests coordination with JTF-DC for M-ATV familiarization at

CUI

Confidential - Subject to Protective Order

CUI

**FRAGO 30 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

JBAB NLT 12 SEP 2025 to ensure local emergency responders can safely assist service members, in the event of a vehicle accident or fire. Coordination may be conducted directly with CPT Raymond Edwards, DC-FEMS, ▮▮▮▮▮▮▮▮ in order to set the date, time, and duration of the familiarization event. Training will include a general overview and walk-around.

      **ii. (ADD) (U) NIPR Network Account Validation System (AVS) Compliance.** All personnel utilizing NIPR are required to complete the System Authorization Access Request (SAAR) submission and validation in AVS IAW DCNG AVS LOI, **attachment 1 (LOI) and attachment 2 (how-to guide).** Failure to comply may result in denial of NIPR access and loss of Army 365 resources (Teams, email, AVD). POC is SSG Fuentes, J6, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and CPT Watson, ▮▮▮▮▮▮▮▮▮▮▮

      **iii. (ADD) (U) RJRSOI Medical Screener.** Units will complete the "NG Post-Mission Medical Review" Screener, **attachment 3,** one day prior to their RJRSOI date IOT expedite the process at RJRSOI and assist medical personnel in identifying individuals requiring action, before returning to home station. POC is MAJ Liz Rameriez at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**4. (U) ADMINISTRATION AND LOGISTICS.** NO CHANGE.

**5. (U) COMMAND AND CONTROL.** NO CHANGE.

**ACKNOWLEDGE:**

//SIGNED//
**JOHN J. CAMPO**
**BRIGADIER GENERAL, USAF**
**DIRECTOR, JOINT STAFF**

CUI

Confidential - Subject to Protective Order

**CUI**

**FRAGO 30 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD
SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

**OFFICIAL:**
**James Davis**
**COL, DCNG**
**J-3**

**CUI**

DCNG_DEF_00000453