# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-03005 (JMC) |

## NOTICE OF UPDATED PUBLIC VERSION OF
## DISTRICT OF COLUMBIA'S SUPPLEMENTAL BRIEF

The District of Columbia ("the District") hereby gives notice that, with Defendants' consent, it is filing an updated public version of its supplemental brief in support of its preliminary injunction motion that removes certain redactions. Defendants' supplemental brief filed on October 22, contains facts and information that Defendants had previously designated as confidential. *See* ECF No. 72. That information is no longer confidential by the terms of the parties' stipulated protective order. *See* ECF No. 64. Given that, and in view of the "strong presumption in favor of public access to judicial proceedings" in the D.C. Circuit, *Metlife, Inc. v. Financial Stability Oversight Council*, 865 F.3d 661, 665 (D.C. Cir. 2017) (quoting *U.S. v. Hubbard*, 650 F.2d 293, 317 (1980)), the District sought, and received, Defendants' consent to thee updated public version of the District's supplemental brief appended to this notice.

Date: October 24, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

EMMA SIMSON (D.C. Bar No. 1026153)
MITCHELL P. REICH (D.C. Bar No. 1044671)
Senior Counsels to the Attorney General

*/s/ Eliza H. Simon*
ELIZA H. SIMON (D.C. Bar No. 90035651)
Senior Counsel to the Attorney General

ALICIA M. LENDON (D.C. Bar No. 1765057)
Chief, Civil Rights and Elder Justice Section
Public Advocacy Division

*/s/ Charles Sinks*
CHARLES SINKS (D.C. Bar No. 888273315)
Assistant Attorney General
Office of the Attorney General for
the District of Columbia
400 6th Street NW, 10th Floor
Washington, D.C. 20001
Tel: (202) 735-7456
charles.sinks@dc.gov

*Attorneys for the District of Columbia*