# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-03005 (JMC) |

## NOTICE REGARDING EXTENSION OF DISTRICT OF COLUMBIA NATIONAL GUARD MISSION

Defendants, by undersigned counsel, hereby provide notice that the District of Columbia National Guard ("DCNG") has received direction from the U.S. Department of War to extend the current mission through February 28, 2026. Accordingly, the Commanding General of the DCNG will implement guidance to effectuate this directive.

Dated:  October 31, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ Kian K. Azimpoor*
KIAN K. AZIMPOOR
(D.C. Bar No. 90024613)
KIAN KEVIN AZIMPOOR
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Phone: 202-598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*
