UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-03005 (JMC) |

**NOTICE OF FILING OF UNSEALED
EXHIBITS**

Pursuant to Local Civil Rule 5.1(h)(1) and the Stipulated Protective Order entered in this case, ECF No. 64, Defendants hereby publicly file certain exhibits, or versions of certain exhibits with redactions, that were previously filed by the parties under seal. *See* ECF Nos. 69, 71 (Motions to Seal). Defendants have removed the Confidential designation from the following Plaintiff's exhibits, thus allowing their public filing: Plaintiff's Exhibit Nos. 11 and 26. Defendants have also applied redactions to the following provisionally sealed exhibits; Defendants are separately moving to seal the original exhibits but are publicly filing versions of those exhibits with redactions: Plaintiff's Exhibit Nos. 13, 14, 15, 23, 25, 32, 40, 42, 43, and 44. Defendants are also publicly filing four pages extracted from Plaintiff's Exhibit No. 30; Defendants will move to seal the remainder of that exhibit. Defendants also removed the Confidential designation from three of their exhibits, thus allowing their public filing: Defendants' Exhibit Nos. 3, 4, and 5. Finally, Defendants have lifted specific redactions from Plaintiff's Exhibits 33 and 39, which were not previously designated as Confidential by Defendants and were publicly filed by Plaintiff. *See* ECF No. 69.

Attached to this Notice are the public versions of the exhibits identified in this Notice.

Dated:  October 31, 2025                                   Respectfully submitted,

                                                         BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special counsel

*/s/ Kian K. Azimpoor*
KIAN KEVIN AZIMPOOR
U.S. Department of Justice
Trial Attorney
Civil Division, Federal Programs Branch 1100 L Street, NW
Washington, D.C. 20005
Phone: 202-598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*