# Defendants' Exhibit 3

 Outlook

## RE: DCNG Mob Support - [UNCLASSIFIED]

**From** Woodruff, Matthew S BG USARMY NG OHARNG (USA) █████████████████

**Date** Tue 8/12/2025 9:23 AM

**To**  Blanchard, Leland D II BG USARMY NG DCARNG (USA) ◄█████████████

**Cc**  Campo, John J Brig Gen USAF NG DCANG (USA) ◄███████████████ Rakowsky, Peter I COL
     USARMY NG OHARNG (USA) █████████████ Stewart, Jonathan M (Jon) COL USARMY NG
     OHARNG (USA) █████████████████

### UNCLASSIFIED
Leland,

I was going to call you today. What a way to start the job! My team is reaching out to NGB to see if there is more information on the 5 Ws. My Governor said he wouldn't rule out supporting but would need more details. Anything you can provide would be great. My J3 is COL Pete Rakowsky. I have cc'd him and Jon Stewart (new ATAG) on the email. Thanks.

Respectfully,

Matt



**MATTHEW S. WOODRUFF, BG**
**The Adjutant General for Ohio**
**The Adjutant General's Department and Ohio National Guard**



Ohio Adjutant General's Department
Ohio Army National Guard
2825 W. Dublin Granville Rd.
Columbus, OH 43235-2789

ONG.Ohio.gov



*Stay current with our members serving*
*at home and abroad in the Buckeye Guard*

### UNCLASSIFIED

Confidential - Subject to Protective Order

**From:** Blanchard, Leland D II BG USARMY NG DCARNG (USA)
**Sent:** Tuesday, August 12, 2025 9:00 AM
**To:** Woodruff, Matthew S BG USARMY NG OHARNG (USA)
**Cc:** Campo, John J Brig Gen USAF NG DCANG (USA
**Subject:** DCNG Mob Support

Matt,

I hope you are doing well. I have jumped into the deep end on my first days.

Was told by SECARMYs office that your governor has been in contact with SECARMY and may be willing to support ongoing operations in DC.

We are still working with the TF CDR to determine tasks but wondering if you have some insights on numbers of personnel you might have to put against this mission once we get there.

If you push me the right person I will connect them to my J3 (cc'd).

Leland

Leland D. Blanchard II
BG, USA
Commanding General

# Defendants' Exhibit 4

 Outlook



**From** Seward, James D BG USARMY NG WVARNG (USA)

**Date** Tue 8/12/2025 3:38 PM

**To** Blanchard, Leland D II BG USARMY NG DCARNG (USA)

**Cc** Reppert, Joseph Z MAJ USARMY NG WVARNG (USA) ; Chard, Patrick D Brig Gen USAF NG WVANG (USA) Clark, Sebastian GEORGE EDWA CPT USARMY NG WVARNG (USA) ; Justice, Anthony T COL USARMY NG WVARNG (USA) Kincaid, Robert J Jr COL USARMY NG WVARNG (USA) Chard, Patrick D Brig Gen USAF NG WVANG (USA)

Leland,

Sorry, it has been a day. Just getting to email. We think, depending on when the orders came, and funding, we could do 500-600 in the near term. Your J3 should reach out to COL Justice, cc'd here.

Please let me know what we can do to help.

Thank you,

V/R

Jim

James D. Seward "Jim"
MG, WVNG
The Adjutant General

**From:** Blanchard, Leland D II BG USARMY NG DCARNG (USA)
**Sent:** Tuesday, August 12, 2025 8:58 AM
**To:** Seward, James D BG USARMY NG WVARNG (USA) -
**Subject:** DCNG Mob Support

Jim,

I hope you are doing well as we enter the end of the FY.

Was told by SECARMYs office that your governor has been in contact with SECARMY and may be willing to support ongoing operations in DC.

We are still working with the TF CDR to determine tasks but wondering if you have some insights on numbers of personnel you might have to put against this mission once we get there.

If you push me the right person I will connect them to my J3 (cc'd).

Confidential - Subject to Protective Order

Thanks!

Leland

Leland D. Blanchard II
BG, USA
Adjutant General (Interim)

# Defendants' Exhibit 5

 Outlook

## Re: DCNG Update, 12 SEP 25

**From** Pritchett, David K MG USARMY NG ALARNG (USA)

**Date** Sat 9/13/2025 10:54 AM

**To**  Nordhaus, Steven S Gen USAF NG OCNGB (USA)                                    Blanchard, Leland D II BG
USARMY NG DCARNG (USA) ◄                                    Burkett, Ronald Winfield (Win) II MG
USARMY NG NGB (USA) ◄

**Cc**  George, Randy A GEN USARMY HQDA CSA (USA) ◄                                    Stubbs, Jonathan Matthew
(Jon) LTG USARMY NG NGB ARNG (USA)                                    ; Rieger, Timothy L MG USARMY
NG OCNGB (USA)                                    ; Davis, Robert B MG USARMY NG NGB (USA)
                                    Smith, Jeffery M (Jeff) BG USARMY NG ALARNG (USA)

+ BG Jeff Smith and CSM Bailey

Sir,

Gov Ivey approves AL backfilling TN.  We have begun prep' for the mission.

V/r

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

**From:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"

**Date:** Saturday, September 13, 2025 at 5:49:47 AM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)" ◄
"Blanchard, Leland D II BG USARMY NG DCARNG (USA)"
                                    "Burkett, Ronald Winfield (Win) II MG USARMY NG
NGB (USA)" ◄
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)"
"Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)"
                                    "Rieger, Timothy L MG USARMY NG OCNGB (USA)"
                                    "Davis, Robert B MG USARMY NG NGB (USA)"

Confidential - Subject to Protective Order

**Subject:** Fwd: DCNG Update, 12 SEP 25

David,

As a follow up to our call last night. Here is last night's evening roll up from the DC mission discussing TN departure on or about 24 September for your SA. Please let me know once your Gov has approved AL to backfill.

Win and Leland,

SecWar provided VOCO to replace TN with AL on the DC mission if their Gov approved. Please coordinate with MG Pritchett for a smooth RIPTOA if he's given the approval by his Gov.

Thanks for all the support!

VR,

Steve

Gen Steve Nordhaus
Chief, National Guard Bureau

**From:** "Riley, Eric James BG USARMY HQDA DCS G-3-5-7 (USA)"

**Date:** Friday, September 12, 2025 at 17:19:28
**To:** "Driscoll, Daniel P HON (USA)" - ███████████████ , "Fitzgerald, David R
SES (USA)" ████████████████ "George, Randy A GEN USARMY HQDA CSA
(USA)" ████████████████ "Mingus, James J GEN USARMY HQDA VCSA
(USA)"
**Cc:** "Bechtel, Peter B SES USARMY HQDA DCS G-3-5-7 (USA)"
████████████ "Blanchard, Leland D II BG USARMY NG DCARNG (USA)"
████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG
NGB (USA)" - ████████ "Butler, David M COL USARMY HQDA
OCPA (USA)" ████████ "Carlisle, Karen H SES USARMY HQDA
OTJAG (USA)██████ Choquette, Sean M Maj Gen USAF JS J3
(USA)" ████████████ "'COL Anthony Fuscellaro'"
████████████ "Dennis, Kirby Robert (Bo) COL USARMY HQDA (USA)"
, "Evans, Marcus S LTG USARMY HQDA DAS (USA)"
il>, "Gilliam, John B COL USARMY HQDA DAS (USA)"
>, "Isenhower, James P III MG USARMY HQDA (USA)"
.mil>, "Johnson, Eric M BG USARMY HQDA DCS G-3-5-7
(USA)" - ████████ "Kupratty, Alexander CSM USARMY HQDA (USA)"
"McElwain, Rebecca B BG USARMY HQDA ASA FM
(USA)" - ████████████ "Morgan, Shane P BG USARMY JS J3 (USA)"

Confidential - Subject to Protective Order

"Morris, Jason L MajGen USMC HQMC (USA)"
, "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
ny.mil>, "Riley, Eric James BG USARMY HQDA DCS G-3-5-7
(USA)"                              , "Ryan, Joseph A LTG USARMY HQDA DCS G-3-5-7
(USA)"                        .mil>, "SanNicolas, Gina Diego COL USARMY HQDA
SECARMY (USA)"                              "Schuck, G Patrick COL USARMY
HQDA (USA)"                              "Shaw, Robert M (Rob) COL USARMY
HQDA DCS G-3-5-7 (USA)" <                    >, "Spedero, Paul C Jr RADM
USN JS ODJS (USA)"                        , "Stubbs, Jonathan Matthew (Jon) LTG
USARMY NG NGB ARNG (USA)"                        nil>, "Stultz, James C COL
USARMY HQDA (USA)"                        >, "Sylvia, Brett G MG USARMY
HQDA DAS (USA)"                        , "Weimer, Michael R SMA USARMY
HQDA (USA)"                        'White, Graham R COL USARMY HQDA
(USA)"
**Subject:** DCNG Update, 12 SEP 25

**CLASSIFICATION**: CUI

Secretary Driscoll and GEN George,

Gentlemen, your DCNG operational highlights for Friday, 12 September:

- *Total DCNG Strength: **2312** Total Servicemembers (**+2** from yesterday). **2099** ARNG / **213** ANG*

- ***837** Servicemembers on mission conducting operations over the last 24 hours*

- ***75** Servicemembers supporting area beautification over the last 24 hours*

- ***1436** Servicemembers complete with armed deputation*

- *RIPTOA with SC & GA began 11 SEP and will conclude on 20 SEP*

- *TNNG force departure O/A 24 SEP*

## **Operations Summary, Last 24 Hours:**

- Provided support to LE at 18x designated Metro Stations
- Conducted beautification mission at 2 locations within the JOA
- Conducted presence patrol Seward Park, Garfield Park & Fields at RFK
- Continued TCP at USPP
- Provided support to LE at Union Station
- Conducted high visibility missions in National Mall Zone

Confidential - Subject to Protective Order

- Conducted presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor, Eastern Market, Lincoln Park
- Conducted presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conducted presence patrol in Georgetown

## **Planned Operations. Next 24 Hours:**

- Provide support to LE at 18x designated Metro Stations
- Conduct beautification mission at 1 location within the JOA
- Continue TCP at USPP
- Provide support to LE at Union Station
- Provide immediate response force
- Conduct presence patrol at Seward Park, Garfield Park (4-Parks), Lincoln Park and Fields at RFK
- Conduct presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conduct presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor & Eastern Market
- Conduct presence patrol in Georgetown


Pending your questions.


Respectfully,

Eric



ERIC J. RILEY

Brigadier General, U.S. Army

Deputy Director of Operations, Readiness, and Mobilization (DAMO-OD)

HQDA, G-3/5/7



Confidential - Subject to Protective Order

# Plaintiff's Exhibit 11



**NATIONAL GUARD BUREAU**
3500 FETCHET AVENUE
JOINT BASE ANDREWS, MD 20762-5157

12 August 2025

MEMORANDUM FOR SEE DISTRIBUTION

FROM: NGB/A1X

SUBJECT: Personnel Guidance Memorandum in Support of Restoring Law and Order in the District of Columbia

References: (a) Secretary of the Army, Action Memo, August 11, 2025
(b) DoDD 3025.18, 29 December 2010, *Defense Support of Civil Authorities (DSCA)*, Incorporating Change 2, 19 March 2018.
(c) CNGBI 1302.01, 23 April 2012, *Guidance for Members Performing Duty Under the Authority of 32 USC § 502(f)*, Certified as Current 12 July 2017.
(d) ANGI 36-2001, 30 April 2019, *Management of Training and Operational Support within the Air National Guard.*

**1. Intent.** This Personnel Guidance Memorandum (PGM) provides administrative requirements and necessary actions for orders generation for Air National Guard (ANG) members to conduct support for restoring Law and Order in the District of Columbia. IAW Reference (a), the Secretary of the Army (SECARMY) has authorized National Guard (NG) personnel to conduct support operations in response to the request for assistance from the President of the United States to protect federal property and functions in the District of Columbia and to support federal and District law enforcement.

**2. Authority.** Approval of Title 32 U.S.C. 502(f) duty status for safety and security support, not to exceed 800 NG personnel. The Secretary of the Army, through the Commanding General, DCNG, will coordinate the employment of DCNG and any other NG forces employed in D.C in a duty status pursuant to 32 USC 502(f) to fulfill DoD-approved support to Federal department or agency requests for assistance, as appropriate, by assigning tasks for supporting NG SMs. The service period for NG members is 12 August – 25 September 2025. Orders may be curtailed early based on mission needs. Deviations from this service period are not permitted unless authorized by NGB-J3, or higher authority. Should authorities be extended, additional guidance will be published.

**3. Accountability.** Commanders must be able to routinely account for their service members. Recall rosters should be current and readily accessible so that commanders can know and report the status of all their Airmen, whether Full-time or Traditional. Members providing restoration of Law and Order support in the District of Columbia must have their status accounted for via MilPDS as this system of record maintains official reporting of Airmen serving under federal order authority (Title 10 or Title 32 orders). Unit commanders will ensure these updates are accomplished via the Installation Personnel Readiness (IPR) office within their respective Force Support Squadrons.

**4. Defense Support of Civil Authorities (DSCA).** Reference (b) defines DSCA as federal support provided in response to requests for assistance from civil authorities for domestic emergencies, law enforcement support, and other domestic activities, or from qualifying entities for special events. The

Confidential - Subject to Protective Order

use of the NG to support a federal agency request for assistance will be conducted under 10 USC or 32 USC 502(f) authority. ANG utilization requires the State Governor's concurrence and receipt of a reimbursable request from a federal agency.

**5. Orders Information.** The 32 USC 502(f)(2)(A) duty status utilization period for supporting the restoration of Law and Order support in the District of Columbia is 12 August – 25 September 2025. Orders input for ANG members who are performing under 32 USC 502(f) authority must include specific details.

> For orders under SecDef authorization:
> ORDER TYPE: Full Time National Guard Duty (FTNGD)
> ORDER SUB-TYPE: Full Time National Guard Duty – Operational Support
> ORDER AUTHORITY: 32 USC 502(f)(2)(A)
> DUTY PURPOSE: At the request of the President or SECDEF – 32 USC 502(f)(2)(A)
> WUC CODE: PM
> EXECUTIVE ORDER: 32000A
> TOUR TITLE: Restoring Law and Order in the District of Columbia
> PERSTEMPO CODE: D
> DUTY STATUS CODE: 24

a. Normal processing procedures should apply for Title 32 orders performance. Unit Orders Specialists should provide a copy of all orders to the IPR office for MilPDS updates. MilPDS shall be updated in the LIMMOB area using RADR "M", Executive Order "32000A" for restoration of Law and Order support in the District of Columbia Title 32 orders.

**6. Resources.**

a. The WUC/ESP code for this event is "PM" (Papa Mike)
b. Resource requests <u>MUST</u> be sent from the Wing FM Office to NGB/FM Execution Teams at the appropriate email below
c. Use subject line: **(RESOURCE REQUEST) – Restoring Law and Order in the District of Columbia**
d. Send O&M requests to
e. Send MilPers requests to:
f. Must include analysis for dollars requested in support of per diem and or equipment/supplies, i.e. 5 people @$225 per day = $1,125. **NOTE:** All requests for supply and equipment funding <u>MUST</u> have detailed justification

**7. Technicians.** If a Technician's unit is ordered to operational Title 32 status to support the restoration of Law and Order in the District of Columbia, the member may likewise be ordered into that status. Technicians, however, are required to be in an annual leave, leave without pay, compensatory leave, or military leave status under 5 U.S.C. 6323(a) for Title 10 or Title 32, or law enforcement leave, if applicable under 5 U.S.C. 6323(b), for the duration of the orders. All Technician questions should be vetted through the respective State Human Resource Office (HRO).

**8. Active Guard Reserve (AGR).** AGR members may support the restoration of Law and Order in the District of Columbia. Their support should be limited, however, to comply with their primary duties of organizing, administering, recruiting, instructing, or training personnel.

Confidential - Subject to Protective Order

**9. Active-Duty Sanctuary.** ANG service members' records must be reviewed for sanctuary eligibility prior to being placed on 10 USC or 32 USC active orders. IAW DAFI 36-2110, the following guidelines are applicable:

a. If the orders will result in the member qualifying for active-duty sanctuary protection (i.e. more than 18 years [but less than 20] of Total Active Federal Military Service), the member must waive their right to sanctuary via a sanctuary waiver before the orders begin.

b. If a member begins active orders and it is later determined that they will reach active-duty sanctuary during their orders period, units should consider returning the member to their home station for demobilization prior to reaching sanctuary.

c. Sanctuary waivers apply only to orders that are 179 days in duration or less. During their orders, if the NG member attains sanctuary protection for a period that surpasses the validity of their waiver, and the member returns to State for any reason (unless the member either voluntarily separates, is medically disqualified, or is separated/discharged for cause), the State is required to provide full-time military employment utilizing the current authorized AGR resources. NGB/A1 will not provide the State with additional AGR resources for these situations. The member will be assigned to a position based on the needs of the State and such assignment will terminate upon member reaching eligibility for an immediate active-duty retirement.

**10. DEERS/RAPIDS/TRICARE.** Members will not receive any pre- or post- orders benefits for duty periods that are less than 30 calendar days.

**11. NGB Points of Contact.**

a. Active-Duty Sanctuary, AGR utilization, and AGR status reporting requirements during IR situations: NGB/A1PP,

b. DEERS/RAPIDS/TRICARE matters: NGB/A1PS,

c. Personnel management, accountability, status matters, and questions related to this guidance: NGB/A1XR,

d. RFAs, RFIs, requirements, and resource requests: ANG CAT,



DIANA M. BROWN, Col, USAF
Division Chief, Plans and Integration

DISTRIBUTION:
JFHQ/DIRECTORS OF STAFF-AIR
STATE MPMOs
STATE HROs
ANG WG/CCs
ANG FSS/CCs

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 13

## Public Version of Document Sealed
## Pursuant to Protective Order

Copy __ of __ copies
DCNG Armory,
Washington, DC
201700AUG25

**FRAGO 8 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)+**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

      (U) Headquarters – JTF-DC
      (U) Subordinate headquarters – 372nd MP Battalion.
            (U) HHD, 372 MP Battalion.
            (U) 273rd MP Company.
            (U) 276th MP Company.
            (U) D Co, 223rd MI Battalion.
            (U) Ohio MP CO
            (U) TM Army Aviation
            (U) TM Defender (113th Security Forces Squadron tasked personnel)
      (U) TF Mountaineer (WV)
            (U) 111th MP CO
            (U) 121st FA BTRY
            (U) 150th CAV TRP
      (U) TF Iron Horse (SC)
            (U) A 4/18 IN
            (U) C 4/18 IN CO
      (U) TF Magnolia (MS)
            (U) HHD 112th MP BN
            (U) 113th MP CO
            (U) 114th MP CO
            (U) LA MP CO
      (U) TF Volunteer (TN)
            (U) HHD 117th MP BN
            (U) 269th MP CO
      (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
    Limited Dissemination Control: FEDCON
    POC: ▮▮▮▮▮▮▮

1

CUI//FI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

　　　　(U) HHC, 74th Troop Command.
　　　　(U) 547th Transportation Company. OPCON TO JTF SUPPORT
　　　　(U) 104th Maintenance Company. OPCON TO JTF SUPPORT
　　　　　　(U) 257th Army Band. OPCON TO JTF SUPPORT
　　　　　　(U) 715th Public Affairs Detachment.
　　　　　　(U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. ~~(U)~~ **Situation.** (NO CHANGE)

2. (U) **Mission.** DC mobilizes ▆▆▆▆▆▆▆ to support law enforcement partners operating in the District of Columbia from ▆▆▆▆▆▆ UTC in order to enable law enforcement partners to conduct law enforcement activities in support of the Task Force Safe and Beautiful Incident Commander.

3. (U) **Execution.**

　　a.  JTF-DC Commander's Intent.

　　　　　1.　　(U)Purpose. JTF-DC will provide all necessary support to the Incident Commander while maintaining the trust and confidence of the American People and preserving our relationships with our local and federal partners and the citizens of the District of Columbia.

　　　　　2.　(U)Key Tasks.

　　　　　　a. (U) Partner with law enforcement agencies to deliver a Safe and Beautiful DC.

　　　　　　b.(U) All SMs understand Rules for the Use of Force (RUF) and Rules of Conduct (RUC) to operate within the District of Columbia.

　　　　　　c.(U) JTF-DC SMs will be polite, professional, and prepared during all phases of this operation, particularly when interacting with law enforcement partners and citizens of the District.

　　　　　　d.(U) JTF-DC SMs will maintain the strong positive relationships we have established with our federal and local partners and the citizens of the District.

　　　　　　3.(U) End State.  JTF-DC effectively reduces crime in its area of operations while meeting all military requirements of the Incident Commander. JTF-DC maintains positive relationships with federal and local partners and delivers a Safe and Beautiful District for the American People.

　　b. (U) Concept of the Operation. (NO CHANGE)

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission

   c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

      (1) (U) Subordinate headquarters.

         (a) (U) TF Red Hand (372ᵈ Military Police Battalion) (CHANGE)

            1. (CUI) Identify ▓▓▓ personnel to retrieve ▓▓▓▓ MATVs from ▓▓▓▓▓ for pickup NLT ▓▓▓▓ Plan for approximately ▓ hours on ground after arrival for ▓▓▓ and ▓▓▓▓ will be signed for via ▓▓▓▓▓▓▓ POC for this action is ▓▓▓ at ▓▓▓▓▓

            2. Provide support to ▓▓▓▓▓▓ IAW attachment 1, ▓▓▓▓ with ▓▓ authorized.

            3. Provide presence and support to law enforcement partners ▓▓▓▓▓▓ IAW attachment 1.

            4. 1946ᵗʰ FICO OPCON to JTF Support effective ▓▓▓▓▓

            5. Assume responsibility of ▓▓▓▓ effective ▓▓▓▓ Reference Appendix 2 to Annex C for Operations Overlay.

            6. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ▓▓▓▓▓

         (b) (CUI) TF Iron Horse (SCNG).

            1. Provide support to ▓▓▓▓▓▓ at ▓▓▓▓ and other designated ▓▓▓▓ IAW attachment 1.

            2. (CHANGE) Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ▓▓▓▓ on ▓▓▓ all Soldiers must be qualified by ▓▓▓ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO ▓▓▓ and SGM ▓▓▓ NLT ▓▓▓▓

            3. Assume responsibility of ▓▓▓▓ effective 250600RAUG25. Reference Appendix 2 to Annex for Operations Overlay.

            4. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ▓▓▓▓▓

         (c) TF Mountaineer (WVNG).

3

CUI//LEI

Confidential - Subject to Protective Order

~~CUI//LEI~~

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



1. Provide support to ████ on ████████████ station starting ██████████ IAW attachment 1.

2. Provide support to ████ at ████████ station starting ██████████ IAW attachment 1.

3. Provide support to ████ on the ████████ starting ██████████ IAW attachment 1.

4. Provide support to ████ at ████████████ starting at ██████████ IAW attachment 1.

5. Assume responsibility of ████ effective ████████. Reference Appendix 2 to Annex C for Operations Overlay.

6. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ████████

(d) TF Magnolia (MSNG)

1. Conduct ████████████████ and ████ ████ presence IAW attachment 1.

2. (CHANGE) Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ████████ on ████████████ all Soldiers must be qualified by ████████ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO MSG ████ and SGM ████ NLT ████████

3. Assume responsibility of ████ effective ████████. Reference Appendix 2 to Annex C for Operations Overlay.

4. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ████████

(e) TF Volunteer (TNNG)

1. Provide presence and support to law enforcement partners at ████████ starting at ████████ IAW attachment 1.

(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

4

~~CUI//LEI~~

~~Confidential - Subject to Protective Order~~

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(2) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) (CUI) Other Coordinating Instructions:

(a) All units reference attachment 1 to FRAGO 8 for ongoing operational taskings.

(b-r) (NO CHANGE)

(s) (CHANGE) Battle Rhythm reference attachment 3 and below:



(t-w) (NO CHANGE)

(x) Provide rollup of Taser ███████ to POC NLT ███████ Roll-up must include total quantity, the number of ███████ and the number of

5

CUI//LEI

DCNG_DEF_00003428

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



██ devices. POC is JTF J-4 MAJ ████████ at ██████████ and CPT ████████ at ██████████

(y) All rental GSA hand-receipt holders must pick-up new rental GSA fuel cards NLT ████████ from the JTF J-4. The POC is the JTF J-4 MAJ ████ at ██████ and CPT ████████ at

(z) Use TF LNOs to ensure all personnel requiring access to Teams Folder is worked through CHOPs. POC are BTL CPTs at ████████ and ██████

(aa) All ████████████ go through OPs Chat. POC are BTL CPTs at ████ and ████

(bb) All participants in ████ should log-in NLT ████ daily. POC are BTL CPTs at ████████ and ████████

(cc) All ████████ should be noted in OPs Chat. POC are BTL CPTs at ████████ and ████

(dd) Nominate 2-3 SMs per TF for recognition by JTF-DC CDR coin. Send narrative to ████████ at

(ee) Send any ████████ movement requests to ████████ at ████████ NLT ████ daily. Include PAX, pick-up time, pick-up and drop-off location. ████████ movement request must be made 12-24 hours prior to movement. The POC is the JTF J-4 MAJ ████████ at ████████ and CPT ████████ at

(ff) Submit bulk food request for LOGPAX pick-up to the following link: ████████ or to the QR Code in attachment 3 to FRAGO 8, "Food Service Request". The POC is the JTF J-4 ████████ at ████████ and ████████ at

4. (U) **Sustainment.** (NO CHANGE)

5. (U) **Command and Signal.**

   a. Please find revised ████████

CUI//LEI

Confidential - Subject to Protective Order

DCNG_DEF_00003429

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

ACKNOWLEDGE:

DOANE
COL

OFFICIAL:


DCARNG
J3

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

**Annexes:**

> Annex A–Task Organization. Omitted.
> Annex B–Intelligence. Omitted.
> Annex C–Operations.
> Annex D–Fires. Omitted.
> Annex E–Protection. Omitted.
> Annex F–Sustainment. Omitted.
> Annex G–Engineer. Omitted.
> Annex H–Signal. Omitted.
> Annex I–Announcements.
> Annex J–Public Affairs. Omitted.
> Annex K–Civil Affairs Operations. Omitted.
> Annex L–Information Collection. Omitted.
> Annex M–Assessment. Omitted.
> Annex N–Spare. Omitted.
> Annex O–Spare. Omitted.
> Annex P–Host-Nation Support. Omitted.
> Annex Q–Knowledge Management. Omitted
> Annex R–Reports. Omitted.
> Annex S–Special Technical Operations. Omitted.
> Annex T–Spare. Omitted.
> Annex U–Inspector General. Omitted.
> Annex V–Interagency Coordination. Omitted.
> Annex W–Operational Contract Support. Omitted.
> Annex X–Spare. Omitted.
> Annex Z–Distribution. Omitted.

CUI//LEI

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 14

## <u>Public Version of Document Sealed Pursuant to Protective Order</u>

Copy __ of __ copies
DCNG Armory,
Washington, DC
221700AUG25

**FRAGO 9 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)+**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

    (U) Headquarters – JTF-DC
    (U) Subordinate headquarters – 372nd MP Battalion.
        (U) HHD, 372 MP Battalion.
        (U) 273rd MP Company.
        (U) 276th MP Company.
        (U) D Co, 223rd MI Battalion.
        (U) Ohio MP CO
        (U) TM Army Aviation
        (U) TM Defender (113th Security Forces Squadron tasked personnel)
    (U) TF Mountaineer (WV)
        (U) 111th MP CO
        (U) 121st FA BTRY
        (U) 150th CAV TRP
    (U) TF Iron Horse (SC)
        (U) A 4/18 IN
        (U) C 4/18 IN CO
    (U) TF Magnolia (MS)
        (U) HHD 112th MP BN
        (U) 113th MP CO
        (U) 114th MP CO
        (U) LA MP CO
    (U) TF Volunteer (TN)
        (U) HHD 117th MP BN
        (U) 269th MP CO
    (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
    Limited Dissemination Control: FEDCON
    POC: ███████

1

CUI//LEI

DCNG_DEF_00003432

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    (U) HHC, 74th Troop Command.
    (U) 547th Transportation Company. OPCON TO JTF SUPPORT
    (U) 104th Maintenance Company. OPCON TO JTF SUPPORT
    (U) 257th Army Band. OPCON TO JTF SUPPORT
    (U) 715th Public Affairs Detachment.
    (U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. (CUI) **Situation.** (NO CHANGE)

2. (U) **Mission.** DC mobilizes ████████████ to support law enforcement partners operating in the District of Columbia from ████████████ UTC in order to enable law enforcement partners to conduct law enforcement activities in support of the Task Force Safe and Beautiful Incident Commander.

3. (U) **Execution.**

    a. JTF-DC Commander's Intent.

        1.    (U) Purpose. JTF-DC will provide all necessary support to the Incident Commander while maintaining the trust and confidence of the American People and preserving our relationships with our local and federal partners and the citizens of the District of Columbia.

        2. (U) Key Tasks.

        a. (U) Partner with law enforcement agencies to deliver a Safe and Beautiful DC.

        b.(U) All SMs understand Rules for the Use of Force (RUF) and Rules of Conduct (RUC) to operate within the District of Columbia.

        c.(U) JTF-DC SMs will be polite, professional, and prepared during all phases of this operation, particularly when interacting with law enforcement partners and citizens of the District.

        d.(U) JTF-DC SMs will maintain the strong positive relationships we have established with our federal and local partners and the citizens of the District.

        3.(U) End State. JTF-DC effectively reduces crime in its area of operations while meeting all military requirements of the Incident Commander. JTF-DC maintains positive relationships with federal and local partners and delivers a Safe and Beautiful District for the American People.

    b. (U) Concept of the Operation. (NO CHANGE)

CUI//LEI

2

DCNG_DEF_00003433

CUI//LEI

FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission

c. (U) Tasks to Subordinate Units and Directorates.

(1) (U) Subordinate headquarters.

(a) (U) TF Red Hand (372ᵈ Military Police Battalion) (CHANGE)

1. Provide support to ██████████████ IAW attachment 1, DIRLAUTH with ████ authorized.

2. Provide presence and support to law enforcement partners ██████████ starting at ████████████ IAW attachment 1.

3. 1946ᵗʰ FICO OPCON to JTF Support effective ████████████

4. BPT assume responsibility of ████████ effective ████████ Reference Appendix 2 to Annex C for Operations Overlay.

5. Identify all previous heat casualties in your formation and send the names to LTC ██████████ at ████████████████ NLT ████████ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC JS).

6. Ohio Military Police Company update PERSTAT NLT ████████

7. Provide ████████ for ████████ going to ████ Meet the ████ IVO ████████ at ████████ and ████ and provide ████ to ████████ IVO ████ on ████████ ████

8. BPT receive 200 (2 cases) of disposable restraints (flex cuffs) on ████████ at ████

(b) (CUI) TF Iron Horse (SCNG).

1. Provide support to ████████████ and ████ at ████████ and other designated ████████ IAW attachment 1.

2. (CHANGE) Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ████████ on ████████████ all Soldiers must be qualified by ████████ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO MSG ████████ and SGM ████ NLT ████████

3. BPT assume responsibility of ████████ effective

3

CUI//LEI

Confidential - Subject to Protective Order

DCNG_DEF_00003434

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



███████████ Reference Appendix 2 to Annex C for Operations Overlay.

4. BPT receive 300 (3 cases) of disposable restraints (flex cuffs) on ████████ at ████████

(c) TF Mountaineer (WVNG).

1. Provide support to ████ on ████████████ station starting ████████ IAW attachment 1.

2. Provide support to ████ at ████████ station starting ████████ IAW attachment 1.

3. Provide support to ████ on the ████████ starting ████████ IAW attachment 1.

4. Provide support to ████ at ████████ starting at ████████ IAW attachment 1.

5. Assume responsibility of ████████ effective ████████████ Reference Appendix 2 to Annex C for Operations Overlay.

6. Identify all previous heat casualties in your formation and send the names to LTC ████████ at ████████████ NLT ████ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS)

(d) TF Magnolia (MSNG)

1. Conduct ████████████ and ████████ presence IAW attachment 1.

2. (CHANGE) Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ████████ on ████████ all Soldiers must be qualified by ████████ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO MSG ████████ and SGM ████████ NLT ████████

3. BPT assume responsibility of ████████ effective ████████ Reference Appendix 2 to Annex C for Operations Overlay.

4. Identify all previous heat casualties in your formation and send the names to LTC ████████ at ████████████ NLT ████ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC

4

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



JS).

5. BPT receive 300 (3 cases) of disposable restraints (flex cuffs) on ▮▮▮▮ at ▮▮▮

(e) TF Volunteer (TNNG)

1. Provide presence and support to law enforcement partners at ▮▮▮▮ starting at ▮▮▮▮ IAW attachment 1

2. Identify all previous heat casualties in your formation and send the names to LTC ▮▮▮▮ at ▮▮▮▮ NLT ▮▮▮▮ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS).

3. Identify all flagged soldiers by Name, State and reason NLT ▮▮▮▮

(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

(2) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) (CUI) Other Coordinating Instructions:

(a) All units reference attachment 1 to FRAGO 9 for ongoing operational taskings.

5

CUI//LEI

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(b-r) (NO CHANGE)

(s) (CHANGE) Battle Rhythm reference attachment 3 and below:



(t-w) (NO CHANGE)

(x) Provide rollup of Taser ▇▇▇▇ to POC NLT ▇▇▇▇. Roll-up must include total quantity, the number of ▇▇▇ devices, and the number of ▇▇▇ devices. POC is JTF J-4 MAJ ▇▇▇▇ at ▇▇▇ and CPT ▇▇▇▇ at ▇▇▇



(y) All rental GSA hand-receipt holders must pick-up new rental GSA fuel cards NLT ▇▇▇▇ from the JTF J-4. The POC is the JTF J-4 MAJ ▇▇▇ at ▇▇▇ and CPT ▇▇▇▇ at ▇▇▇



(z) Use TF LNOs to ensure all personnel requiring access to ▇▇▇ is worked through CHOPS. POC are BTL CPTs at ▇▇▇ and ▇▇▇



(aa) All ▇▇▇ requests go through OPs Chat. POC are BTL CPTs at ▇▇▇ and ▇▇▇



(bb) All participants in ▇▇▇ should log-in NLT ▇▇▇ daily. POC are BTL CPTs at ▇▇▇ and ▇▇▇

(cc) All ▇▇▇ should be noted in OPs Chat. POC are BTL CPTs at ▇▇▇ and ▇▇▇



CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(dd) Nominate 2-3 SMs per TF for recognition by JTF-DC CDR coin. Send narrative to ████████████ at ███████████████████████

(ee) ~~CHANGE~~ Send any ██████████ movement requests to ~~CPT~~ ████████ at ████████ NLT ████████ daily. Include PAX, pick-up time, pick-up and drop-off location. ████ movement request must be made 12-24 hours prior to movement. The POC is the JTF J-4 MAJ ████████ at █████████████████████ and CPT ██████ at ████████

(ff) Submit bulk food request for LOGPAX pick-up to the following link: ██████████████████████ or to the QR Code in attachment 3 to FRAGO 8, "Food Service Request". The POC is the JTF J-4 MAJ ████████ at ████████████████ and CPT ████████ at ████████████████

(gg) All units will identify remaining personnel who have not qualified on M-17 and send to ████████ for day qualification on either ████████ or ████████ They need to be at ████████ NLT ████ each day to load buses and depart. Service members should bring eye pro, ear pro, water, and food. There is an ████ available at ████████████ for night qual for those service members who have not completed it that can be accomplished following day qual. More specifics including strip map can be found in Attachment 2 to FRAGO 9.

(hh) Effective immediately, units conducting \*\*above ground missions\*\* will utilize DOMOPs channels. Units conducting \*\*underground/metro missions\*\* will utilize Metro channels.

DOMOPs channels remain the standard operating channel for all above ground operations.

When a Task Force (TF) is assigned a mission \*\*underground\*\* (e.g., metro stations), all mission communications will transition to Metro channels (see SOI Attachment).

During Metro missions, TOCs and CPs will monitor both DOMOPs and Metro nets simultaneously using two separate LMRs.

Communications PACE Plan:

Primary: LMR

Alternate: ATAK

(Emergency/Contingency/Other as per unit SOP)

TFs operating above ground – continue DOMOPs usage.

TFs assigned to metro – switch to Metro channels; ensure all personnel are briefed prior to mission start.

4. (U) **Sustainment.** (NO CHANGE)

5. (U) **Command and Signal.**

7

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    a. Please find revised ███████████████████████████████████████
████████████

      **ACKNOWLEDGE:**

DOANE
COL

OFFICIAL:
███████ DCARNG
J3

CUI//LEI

Confidential - Subject to Protective Order

DCNG_DEF_00003439

CUI//LEI

FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

CUI//LEI

Confidential - Subject to Protective Order   DCNG_DEF_00003440

# Plaintiff's Exhibit 15

## Public Version of Document Sealed Pursuant to Protective Order

Copy __ of __ copies
DCNG Armory,
Washington, DC
231700AUG25

**FRAGO 10 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

    (U) Headquarters – JTF-DC
    (U) Subordinate headquarters – 372nd MP Battalion.
        (U) HHD, 372 MP Battalion.
        (U) 273rd MP Company.
        (U) 276th MP Company.
        (U) D Co, 223rd MI Battalion.
        (U) Ohio MP CO
        (U) TM Army Aviation
        (U) TM Defender (113th Security Forces Squadron tasked personnel)
    (U) TF Mountaineer (WV)
        (U) 111th MP CO
        (U) 201st FA BTRY
        (U) 150th CAV TRP
    (U) TF Iron Horse (SC)
        (U) A 4/18 IN
        (U) C 4/18 IN CO
    (U) TF Magnolia (MS)
        (U) HHD 112th MP BN
        (U) 113th MP CO
        (U) 114th MP CO
        (U) LA MP CO
    (U) TF Volunteer (TN)
        (U) HHD 117th MP BN
        (U) 269th MP CO
    (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
    Limited Dissemination Control: FEDCON
    POC: ███████████

1

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

- (U) HHC, 74th Troop Command.
- (U) 547th Transportation Company. OPCON TO JTF SUPPORT
- (U) 104th Maintenance Company. OPCON TO JTF SUPPORT
- (U) 257th Army Band. OPCON TO JTF SUPPORT
- (U) 715th Public Affairs Detachment.
- (U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. █████ **Situation.** (NO CHANGE)

2. (U) **Mission.** (NO CHANGE)

3. (U) **Execution.**

   a. (NO CHANGE)

   b. (U) Concept of the Operation. (NO CHANGE)

   c. (U) Tasks to Subordinate Units and Directorates.

     (1) (U) Subordinate headquarters.

      (a) (U) TF Red Hand (372d Military Police Battalion) (NO CHANGE/Review coordinating instructions)

      (b) █████ TF Iron Horse (SCNG). (NO CHANGE/Review coordinating instructions)

      (c) TF Mountaineer (WVNG). (NO CHANGE/Review coordinating instructions)

      (d) TF Magnolia (MSNG) (NO CHANGE/Review coordinating instructions)

      (e) TF Volunteer (TNNG)

       1. DIRLAUTH ██████ team for █████████ of █████████ to █████ team. Individual ████████ approval authority retained by JTF-CDR.

       2. Provide ████ personnel at ███████████ for TF Support re-deputization and issuing rehearsal. POC Col █████

       3. Maintain presence around ████████████ from ████ with ████ personnel ISO law enforcement partners during the ███████████ and █████

2

CUI//LEI

Confidential - Subject to Protective Order

OUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

(2) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) (CUI) Other Coordinating Instructions:

(a) All units reference attachment 1 to FRAGO 10 for ongoing operational taskings.

(b-r) (NO CHANGE)

(s) (RESTATE) Battle Rhythm:



Confidential - Subject to Protective Order

GUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(t-ff) (NO CHANGE)

(gg) All units will identify remaining personnel who have not qualified on M-17 and send to ▮▮▮▮▮▮ for day qualification on either ▮▮▮▮▮ They need to be at ▮▮▮▮▮▮▮▮▮▮▮▮ NLT ▮▮ each day to load buses and depart. Service members should bring eye pro, ear pro, water, and food. There is an EST available at ▮▮▮▮▮▮▮ for night qual for those service members who have not completed it that can be accomplished following day qual. More specifics including strip map can be found in Attachment 2 to FRAGO 10.

(hh) Effective immediately, units conducting **above ground missions** will utilize DOMOPs channels. Units conducting **underground/metro missions** will utilize Metro channels.

DOMOPs channels remain the standard operating channel for all above ground operations.

When a Task Force (TF) is assigned a mission **underground** (e.g., metro stations), all mission communications will transition to Metro channels (see SOI Attachment).

During Metro missions, TOCs and CPs will monitor both DOMOPs and Metro nets simultaneously using two separate LMRs.

Communications PACE Plan:
Primary: LMR
Alternate: ATAK
(Emergency/Contingency/Other as per unit SOP)

TFs operating above ground – continue DOMOPs usage.

TFs assigned to metro – switch to Metro channels; ensure all personnel are briefed prior to mission start.

(ii) Identify all previous heat casualties in your formation and send the names to LTC ▮▮▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ NLT 242000 AUG25. Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS).

(jj) Identify all flagged soldiers by Name, State and reason NLT 241600AUG25.

(ll) All units reference attachment 2 (Draft Attachment 1 Estimates for 25AUG25) and provide data / input on soldier taskings for 25 and 26 AUG25 NLT the JTF OPT on 24AUG25 (1330) to JTF J-3 ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ and JTF J3 OP Chat.

(mm) All units provide CONOPs for operations starting 25AUG25 NLT 251500AUG25. Units provide ongoing CONOPs for missions daily, 48 hours prior to

4

GUI//LEI

OUO//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

mission execution. CONOPs are authorized to be by day for low risk mission sets. Any medium or high risk mission set requires a stand-alone CONOP. CONOPs are submitted to ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and the JTF OP Chat. Attachment 3 (CONOP Example) is attached as reference, subordinate elements are authorized to use internal / state formats.

(nn) All units reference Attachment 4 (Weekly Sync Matrix) and attachment 5 (DC Area Events) for ongoing events and mission planning inside respective AOs.

(oo) All units maintain AARs and running staff estimates for each respective AO, in anticipation of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Upload AO estimates and AARs at: AO AARs and Notes.

(pp) All TFs be prepared to receive 2-4 photographers from the JIC Command Information Team (CI). Coordinate daily with CI NCOIC to receive assigned photographers. Once received, unit provides transportation, meals, command and control for photographer while assigned. Photographers receive imagery guidance from CI NCOIC. Units send content and story ideas to JIC at ▆▆▆▆▆▆▆▆▆▆ Point of Contact for this task is: SMSgt ▆▆▆▆▆▆▆ or MSG ▆▆▆▆▆▆▆ at ▆▆▆▆▆▆▆▆

(qq) All TFs provide one LNO to JTF-DC JOC located at DC Armory between ▆▆▆▆▆▆▆▆▆▆▆▆ POC is BTL CPTs at ▆▆▆▆▆▆▆

4. (U) **Sustainment.**

   a. All TF's will now coordinate their charter bus movement with the bus company directly. Input in the movement matrix is live and will be used for JTF J4 staff situational awareness. Points of contact are as follows:

      a. NAME: ▆▆▆▆▆▆▆▆▆
         CELL: ▆▆▆▆▆▆▆▆
         SHIFT: ▆▆▆▆ HOURS

      b. NAME: ▆▆▆▆▆▆▆▆▆
         CELL: ▆▆▆▆▆▆
         SHIFT: ▆▆▆▆ HOURS
      c. NAME: ▆▆▆▆▆▆
         CELL: ▆▆▆▆▆
         SHIFT: ▆▆▆▆ HOURS

5. (U) **Command and Signal.**

   a. Please find revised Attachment 4 to FRAGO 10 JTF DOMOPS METRO SOI CARD 8-22-25.pptx

OUO//LEI

Confidential - Subject to Protective Order

DCNG_DEF_00003445

OUO//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

**ACKNOWLEDGE:**

DOANE
COL

OFFICIAL:

 DCARNG
J3

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.

OUO//LEI

Confidential - Subject to Protective Order

DCNG_DEF_00003446

OUO//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

OUO//LEI

7

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 23

## Public Version of Document Sealed Pursuant to Protective Order

CUI//LEI

Joint Force Headquarters
District of Columbia National Guard
Washington, DC 20003
12AUG2025

## OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission

### (U) References:

a. Map Series V734S, Sheet: Washington, D.C. Edition: 2-DMA, Washington, D.C. 1:50000

b. Executive Order 11485, Supervision and Control of the National Guard of the District of Columbia, 1969

c. Executive Order 12656, Assignment of emergency preparedness responsibilities, 1988

d. DoD Directive 3025.18, DSCA, 19 March 2018

e. DoD Instruction 3025.21, Defense Support of Civilian Law Enforcement Agencies, 08 February 2019

f. DoD Directive 5105.83, JFHQ-State, 31 March 2020

g. DoD Directive 3160.01, Homeland Defense Activities Conducted by the National Guard, 06 June 2017

h. DoD Instruction 3025.20, Defense Support of Special Events, 24 May 2017

i. DoD Instruction 3025.21, Defense Support of Civilian Law Enforcement Agencies, 08 February 2019

j. DoD Instruction 3025.22, The Use of the National Guard for Defense Support of Civil Authorities, 15 May 2017

k. Joint Publication 3-0, Joint Operations

l. Joint Publication 5-0, Joint Planning

m. Joint Publication 3-28, Defense Support of Civil Authorities, 29 October 2018

n. Joint Publication 3-33, Joint Force Headquarters, 19 September 2022

o. CNGBI 3000.04, National Guard Bureau Domestic Operations, 24 January 2019

p. 10 USC § 12310, Reserves: For Organizing, Administering, etc., Reserve Component

Controlled by: DCNG
Controlled by: NGDC-JFHQ-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON          1
POC: COL James Davis,
CUI//LEI

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    q.  32 USC § 502, Required Drills and Field Exercises

    r.  D.C. Official Code § 49-101, 102, 103

    s.  E.O. Declaring a Crime Emergency in the District of Columbia, 11 August 2025

    t.  POTUS memo for SecDef, Restoring Law and Order in D.C., 11 August 2025

    u.  Secretary of the Army Action Memorandum 11 August 2025

    v.  HQDA EXORD 290-25 D.C. National Guard in support of Local Law, 11 August 2025

**(U) Time Zone Used Throughout the OPORD:** Local

**(U) Task Organization:**

JFHQ-DC

    a. (U) Land Component Command (LCC)

        (1) (U) 74th Troop Command

        (2) (U) Medical Detachment Command

        (3) (U) Multi-Agency Augmentation Command

        (4) (U) 260th Regional Training Institute (RTI), Command

        (5) (U) Legal Support Office

        (6) (U) Aviation Command

        (7) (U) Recruiting and Retention Battalion

        (8) (U) Headquarters and Headquarters Detachment, Joint Forces Headquarters, D.C.

    b. (U) Joint Force Headquarters – Air (JFHQ-Air)

        (1) (U) 113th Wing

            (a) (U) 113th Operations Group

            (b) (U) 113th Maintenance Group

            (c) (U) 113th Mission Support Group

CUI//LEI

Confidential - Subject to Protective Order

OUO/LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

     (d) (U) 113th Medical Group

     (e) (U) Wing Staff Agency

c. (U) USPFO-DC

d. (U) 33rd Weapons of Mass Destruction-Civil Support Team (WMD-CST)
e.

## 1. SITUATION.

a. **(U) General.** The President of the United States (POTUS) announced on 11 August 2025 his plan to restore the law and order in the District of Columbia (D.C.) due to recent violent criminal activity. POTUS directed the Secretary of Defense (SecDef) to mobilize the DCNG in such numbers as he deems necessary, to address the epidemic of crime in our Nation's capital. The mobilization and duration of duty shall remain in effect until POTUS determines that conditions of law and order have been restored in D.C. On 11 August 2025, DCNG service members (SM) were officially encamped pursuant to Title 32 U.S.C. § 502(f)(2)(A) and tasked to provide National Monument security, area beautification, traffic control points (TCP), and roving patrols.

b. **Area of Concern.**

    (1) **(U) Area of Interest.** The area of interest is Washington, D.C.

    (2) **(U) Joint Operational Area.** Washington D.C. is the Joint Operational Area (JOA) and is divided into four quadrants of unequal area: Northwest (NW), Northeast (NE), Southeast (SE), and Southwest (SW). Personnel and equipment shall remain within D.C. unless mission parameters dictate otherwise. Operations outside of D.C. will be limited to support activities for the executable mission.

    (3) **(U) Assessment of Terrain.** This terrain is characterized as urban and is punctuated by national monuments, memorials, and federal buildings particularly in the cultural city center in the vicinity of the National Mall. The areas outside of the National Mall consist of businesses, high density and single-family residences, universities, embassies, and other infrastructure and life support systems. The District of Columbia is comprised of 8 Wards, each with a population of between eighty and ninety thousand citizens. The White House and National Mall are within Ward 2, the US Capitol building is in Ward 6. The Anacostia River splits the district within Ward 7 and Ward 8 along the southeast and eastern border. The Potomac River creates the divisional line between D.C. and Virginia along the southwest and western border. Maryland encompasses a land border to D.C. which wraps from the northwest, north, northeast, east, and southeast. Major roadways and throughfares can be found within the city, primarily Interstate 295 which traverses Ward 8 from the south through the northern edge of Ward 7, Interstate 395 and 695 which spans from west to east in Ward 6, and the

3

CUI//LEI

## OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission

George Washington Memorial Parkway which follows the eastern edge of the Potomac River from Ward 2 through Ward 3. Interstate 495, also referred to as the Beltway, circles D.C. and provides access to the city from all avenues of approach. Major thoroughfares become congested during the working week particularly between 0630-0900 HRS and 1530-1900 HRS. Local roadways within the wards are narrow and may be encumbered by local street parking.

   c. (CUI) Risk. The Make D.C. Safe and Beautiful Mission presents an opportunity for criminals, violent extremists, issue motivated groups and lone actors to advance their interests, given the prominence of locality, and expected media coverage for the mission. Threat assessments will be constantly updated by interagency partners and transmitted to NG forces via the Threat Working Group (TWG).



   (3) (U) Illness/Injury. The risk of personnel illness/injury is low and will most likely be limited to hot weather-related incidents. The severity of loss is low.



CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



e. **Friendly Forces.**

(1) **(CUI) Operational Center of Gravity.** The DCNGs ability to provide a sufficient number of trained and ready personnel available to support law enforcement requirements, ability to receive and integrate those forces, and the ability to provide adequate Command, Control, and Communications of those forces.

(2) **(U) Operations of Forces.** Joint Force Head Quarters District of Columbia (JFHQ-DC) is tasked to support civilian authorities for the Make D.C. Safe and Beautiful mission.

(3) **Federal Agencies.**

a. United States Marshal Service (USMS)

b. United States Park Police (USPP)

c. Metropolitan Police Department (MPD)

(4) **Department of Defense Entities.**

a. Office of the Secretary of Defense (OSD)

b. Office of the Secretary of the Army

c. Department of the Army (DA)

d. National Guard Bureau (NGB)

**2. (U) MISSION.** The DCNG will provide national monument security, area beautification, traffic control points, and roving patrol support to the United States Marshal Service (US Marshalls), USPP, and MPD in Washington, D.C., from 11 August 25 until mission complete IOT restore law and order.

**3. EXECUTION.**

5

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

a. **Commander's Intent.**

(1) **(U) Purpose.** Assist and support law enforcement entities in the District of Columbia in order to enable restoration of law and order across the District.

(2) **(U) Key Tasks.** This operation will focus on supporting District law enforcement agencies to increase the capacity for public safety and the protection of life and property.

a. (U) Provide support to law enforcement and deter criminal activity IAW HQDA EXORD 290-25 National Guard in support of Local Law.

b. (U) Conduct JRSOI and subsequent redeployment operations for mission personnel and assets.

c. (U) Provide presence in high visibility areas through static observation points, vehicle patrols, and dismounted patrols.

d. (U) Conduct all logistical operations, including lodging, movement control, and sustainment operations.

(3) **(U) End State.** The DCNG enhances law enforcement efforts to ensure public safety. Following the support missions, D.C. returns to normal operational levels that no longer require active support from National Guard forces. DCNG resources and supporting states (if required) are returned to home stations and appropriately demobilized.

b. **(U) Concept of the Operation.** This operation will be conducted in three phases.

a. (U) Phase 1: Notification and Identification. Begins on 11AUG25 and ends TBD. Key tasks during this phase includes notification; identification of capability and capacity requirements and gaps; and capability build.

b. (CUI) Phase 2: JRSOI. Phase 2 begins on 12AUG25 upon receipt of initial forces to the JOA. This phase ends o/a 13AUG25.

c. (CUI) Phase 3: Execution. Phase 3 begins on 11AUG25 upon employment of initial forces to support D.C. law enforcement and federal partners. This phase begins following Phase 1 and ends upon receipt of mission termination, TBD.

d. (CUI) Phase 4: Reconstitution/Redeployment. Phase 4 begins when TF operations and any emergent requirements have concluded. During this phase all elements will conduct redeployment operations. Phase 4 concludes when all DCNG SMs have returned to home station and begun reconsolidation for future follow-on requirements.

6

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

c. **Tasks.**

(1) **Land Component Commander**

a. (CUI) Provide O6 level command team and staff for JTF-DC to provide C3 for DCNG SMs supporting the mission and potential out-of-district (OOD) NG SMs, NLT 13AUG25.

b. (CUI) Establish JTF-DC NLT 13AUG2025.

c. (U) Provide sustainment for all JTF-DC forces.

d. (CUI) Provide 12x SMs in the grade of E7-E9 or O3-O5 to serve as Joint Staff LNO's to partner agencies. Provide names to J3 NLT 13AUG25.

e. (CUI) Provide 2x qualified personnel in the grades of O4-O5 and E8-E9 to serve as Joint Staff J1 and J1 SNCO. Tasked personnel will serve as OIC and NCOIC for Joint Staff J1 and are responsible for daily PERSTAT submissions. Provide names to the J3 NLT 13AUG25.

f. (CUI) Provide 2x NCOs to support Joint Staff J1 to conduct JRSOI CAC-in scans. Provide names to J3 NLT 13AUG25.



h. (CUI) Provide 1x qualified SMs in the grade of E7-E9 to serve as SNCO for JRSOI under the Joint Staff J3. Provide names to the J3 NLT 13AUG25.

i. (CUI) Provide 2x SMs with operational experience in the grades of O3-O4 so support the Joint Staff J33. Provide names to the J3 NLT 13AUG25.

j. (CUI) Provide 1x qualified SM in the grade of O3-O4 or E7-E8 to serve as a J4 representative for JRSOI. Provide name to the J3 NLT 13AUG25.

k. (CUI) Provide 1x qualified SM in the grade of O4-O5 to serve as the JTF-DC and Joint Staff J4 (this is a dual-hatted position). Provide name to the J3 NLT 13AUG25.

l. (CUI) Provide 2x qualified personnel in the grades of O4-O5 and E6-E8 to serve as Joint Staff J5 and J5 NCO. Provide names to the J3 NLT 13AUG25.

7

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

m. (CUI) Provide 1x qualified SM in the grade of O4-O5 to serve as the JTF and Joint Staff J6 (this is a dual-hatted position). Provide name to the J3 NLT 13AUG25.

n. (CUI) Provide 1x qualified SM in the grade of O3-O4 or E5-E7 to support the Joint Staff J6 and provide JRSOI technical support. Provide name to the J3 NLT 13AUG25.

p. (CUI) Provide 1x qualified personnel to serve as the Joint Staff Deputy J8. Provide name to J3 NLT 13AUG25.

q. (CUI) Provide 6x personnel from public affairs to serve in the Joint Information Center (JIC). Provide names to ███████████ at ██████████████████ or ████████████ NLT 13AUG25.

r. (CUI) Provide 10x qualified SMs in the grades of E3-E6, 1x qualified personnel in the grades of O2-O3, 1x qualified personnel in the grades of E7-E8 to serve under the Joint Staff Joint Operations Center (JOC) as operators. Provide names the JOC Battle Captain, ███████████ at ██████████████████████████ NLT 13AUG25.

s. (CUI) Provide 1x JAG to support the Joint Staff. Provide name to the J3 NLT 13AUG25.

t. (CUI) Provide 2x medical personnel to support JRSOI and medical team. Provide names to the J3 NLT 13AUG25.

u. (CUI) Provide 5x SMs in the grade of O3-O4 or E7-E9 to support the Joint Visitor Bureau (JVB). Provide names the Deputy JVB OIC, ███████████ at ██████████████████ NLT 13AUG25.

v. (CUI) Provide 2x qualified SMs in the grade of O3-O4 to provide SAPR support. Provide name to the J9 (Resiliency Director), ████████████████ at ██████████████████ NLT 13AUG25.

w. (CUI) Provide 1x SM in the grade of E1-E4 to provide support to military and family readiness. Provide name to the J9 (Resiliency Director), ████████████ at ██████████████████ NLT 13AUG25.

x. (U) Provide 5x SMs in the grade of E8-O6, to support the Religious Support Team. Provide name to the J9 (Resiliency Director), ████████████████ at ██████████████████ NLT 13AUG25.

8

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

y. (CUI) Provide 3x SMs in the minimum grade of E4 to serve as drivers for the mission. Provide name to the CG XO, ███████████ at ████████████████████ NLT 13AUG25.

z. (CUI) Provide 3x SUVs or 7 PAX vehicles to support the Joint Visitors Bureau (JVB), NLT 13AUG25. POC is Deputy JVB OIC, ███████████ at ████████████████

aa. (CUI) Publish Annex E (Personnel) to JFHQ-DC OPORD.

bb. (U) DIRLAUTH with the 113th Wing and JTF-DC

**(2) 113th Wing Commander**

a. (CUI) Provide 100x SMs to support JTF-DC. Provide names to the J3 NLT 13AUG25.

b. (CUI) Provide 1x officer in the grade of O3-O4 to serve as the JRSOI OIC. Provide name to J3 NLT 13AUG25.

c. (CUI) Provide 4x qualified personnel in the grades of O3-O4 and E5-E7 to serve as Joint Staff Deputy J1 and J1 NCOs. Provide names to J3 NLT 13AUG25.

d. (CUI) Provide 2x NCOs to support Joint Staff J1 to conduct JRSOI CAC scan. Provide names to J3 NLT 13AUG25.

e. (CUI) Provide 1x SM at the minimum grade of E7 to serve as Joint Staff Deputy J4. Provide name to J3 NLT 13AUG25.

████████████████████████████████████████████

g. (CUI) Provide 2x trained personnel in the grade of E4-E6 to support the JOC. Provide names the JOC Battle Captain, ███████████ at ████████████████████ NLT 13AUG25.

h. (CUI) Provide 1x officer to serve as the Joint Staff J8. Provide name to J3 NLT 13AUG25.

i. (CUI) Provide 1x JAG to support JRSOI. Provide name to J3 NLT 13AUG25.

j. (CUI) Provide 1x SM in the grade of O3-O4 or E7-E9 to support the JVB. Provide name to the J3 NLT 13AUG25.

9

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



  k. (CUI) Provide 8x personnel from public affairs to serve in the Joint Information Center (JIC). Provide names to ████████ at ████████████████████████████, NLT 13AUG25.

  l. (CUI) Provide 1x qualified SM in the grade of E6-E7 to provide SAPR support. Provide name to the J9 (Resiliency Director), ████████████ at ████████████, NLT 13AUG25.

  m. (CUI) Provide 1x SM in the grade of E1-E4 to provide support to military and family readiness. Provide name to the J9 (Resiliency Director), ████████ at ████████████████ NLT 13AUG25.

  n. (CUI) Provide 1x SM in the grade of O2-O4 to serve as Deputy J9. Provide name to the J9 (Resiliency Director), ████████████████ at ████████████████ NLT 13AUG25.

  o. (CUI) Provide 4x SMs in the grade of O4-O5 to support the Religious Support Team. Provide name to the J9 (Resiliency Director) ████████████████ at ████████████████ NLT 13AUG25.

  p. (CUI) Provide 2x medical personnel to support JRSOI and medical team. Provide name to J3 NLT 13AUG25.

  q. (U) DIRLAUTH with the LCC, JTF-DC and OOD Force Commands and Staffs authorized.

 **(3) JTF-DC Commander**

  a. (CUI) NLT 13AUG25 establish the JTF with an O6 level command team and staff.

  b. (CUI) NLT 13AUG25, task organize the JTF to execute DCNG lines of efforts IAW the approved RFA.

  c. (CUI) NLT 13AUG25, provide CONOPS back brief to the DCNG Commanding General and the Adjutant General for situational awareness.

  d. (CUI) Establish Liaison Officer representation with the following entities to maintain lines of communication and to conduct operational coordination for the duration of operation with the USPP, MPD, and DCNG JOC.

10

Confidential - Subject to Protective Order

~~CUI//LEI~~

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



   **(4) JFHQ-DC**

   **(a) J-1**

   1. (U) Support TF-JRSOI operations during all phases of the operation.

   2. (U) Ensure NGB PERSTAT reporting is accomplished daily via NGB COP.

   3. (U) Participate in CUB as required.

   4. (U) DIRLAUTH with NGB, Federal and District partners, and supporting NG States authorized.

   **(b) J-2**

   1. (U) Support TF-JRSOI operations during all phases of the mission.

   2. (U) Provide intelligence oversight guidance during all phases of the mission.

   4. (U) Supervise total force compliance of Personnel Security (PERSEC) requirements during the mission.

   5. (U) Review CG's CCIRs in conjunction with the J3 and recommend revision as necessary to support mission requirements.

   6. (U) Publish Annex B to JFHQ-DC OPORD.

   7. (U) DIRLAUTH with NGB, Federal and District partners.

   **(c) J-3**

   1. (CUI) Coordinate with MPD, USPP, USMS and other agencies as missions emerge. J3-DOMS is primary staff member responsible for the coordinating with all supporting agencies.

11

~~CUI//LEI~~

Confidential - Subject to Protective Order

OUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

2. (CUI) Submit RFA mission analysis and CG memo to the Department of the Army G3/5/7 NLT 48 hours after receipt of the RFA.

3. (U) Coordinate Deputization of forces at JRSOI with the U.S. Marshal Service.

4. (

5. (U) Collect all relevant TWG summaries during all phases of the operation; provide timely TWG updates to all forces as required.

6. Coordinate and oversee JRSOI in conjunction with personnel from 113th Air Wing. Coordinate redeployment operations.

7. (U) Receive and integrate external organizational LNOs into the JFHQ Staff.

8. (U) Provide situational awareness to CG and outside agencies as required.

9. (U) Respond to all request for information (RFIs) and requests for forces (RFF) in a timely fashion.

10. (U) Publish battle rhythm for JOC and CG update briefing during Phase 2.

11. (CUI) Publish Annex C and R to JFHQ-DC OPORD.

12. (U) DIRLAUTH with NGB, Federal and District partners, and supporting NG States authorized.

(d) J-4

1. (U) Identify and validate sustainment requirements for all phases of the operation.

2. (U) Coordinate with NGB, DCNG USPFO, and 113th Wing for all contracting requirements to include but not exclusive to lodging, sustenance, transportation, and associated MOU/MOAs.

3. (CUI) Publish Annex D. Publish Sustainment Support Plan as Appendices to Annex D (Logistics) to JFHQ-DC OPORD.

OUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

4. (U) DIRLAUTH with NGB, JTF-NCR, Federal and District partners, and supporting NG States (if authorized through NGB).

### (e) J-6

1. (U) Develop communications plan to provide support to maintain lines of communication between the JFHQ-DC JOC and JTF-DC forces.

2. (U) Establish Frequency / Communication card.

3. (U) Conduct communications training / radio ROE for all JTF personnel.

4. (U) DIRLAUTH with NGB, Federal and District partners, and supporting NG States authorized.

5. (CUI) Publish phone directory of all key JFHQ-DC and JTF-DC personnel by location as part of Annex K (Communications) to JFHQ-DC OPORD.

### (f) Public Affairs / JIC

1. (U) Establish and maintain liaison with DCHSEMA JIC.

2. (U) Provide 1x SM to support JRSOI activities.

3. (U) Market news and feature stories to external media outlets.

4. (U) Prepare for and conduct news conferences and interviews when directed.

5. (U) Train senior leaders E-7 and above to properly conduct news conferences and interviews.

6. (U) Ensure all media information and activities are cleared by the J-3 for security purposes before release.

7. (U) Publish JFHQ-DC Communications Plan.

8. (CUI) Coordinate and execute Media Training with CG DCNG, TAG, and JTF-DC Commander in coordination with NGB/PA.

9. (U) Participate in CAT as required.

10. (CUI) Prepare Annex F to JFHQ-DC OPORD.

13

CUI//LEI

CUI//LEI

## OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission

11. (U) DIRLAUTH with DA, NGB, Federal and District partners, and supporting NG States authorized.

### (g) Staff Judge Advocate

1. (U) Provide required legal training and familiarization to all JTF personnel and support TF-JRSOI operations during all phases of the operation.

2. (U) Participate in CAT as required.

3. (U) FOIA – disseminate required information to ensure appropriate records are kept for any FOIA request, coordinate and action FOIA requests as needed.

4. (U) Publish Annex G to JFHQ-DC OPORD.

5. (U) DIRLAUTH with DA, NGB, Federal and District partners, and supporting NG States if authorized.

### (h) USPFO

1. (U) Oversee spending of all federal funds for the mission.
2. (U) Coordinate with J4 to establish contracts for logistical support.

3. (U) Participate in CAT as required.

4. (U) Provide contracting POC IAW J3 instructions.

5. (U) Provide guidance for and assist with capturing reimbursable costs as part of AAR.

### d. Coordinating Instructions

(1) (U) This OPORD is effective upon receipt.

(C

(2) (U) Uniform: Directed to wear OCP, patrol pap, Protective Vest. Face mask/coverings will not be worn. Weapons will not be carried but will be available. No riot gear (No Batons, etc.).

(3) (U) The JIC is the sole approval and release authority for all Make D.C. Safe and Beautiful imagery. JTF-DC and subordinate task force public affairs (PA) elements must submit all imagery for review, approval and release by the JIC, and shall not agree to or conduct any media engagements without prior review and approval from the JIC.

14

CUI//LEI

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(4) (CUI) NSSE Transportation / Traffic subcommittee requests that all vehicle blocking positions, all vehicles required to have properly licensed driver and assistant driver. Soldiers to remain at vehicle for duration of mission. Soldiers required to have NBC Pro mask in vehicle.

(5) Submit AAR comments to JFHQ-DC J5/7 NLT End of Mission, TBD (48 hours following mission redeployment)

(6) (CUI) Deputization within the boundaries of Washington D.C. requires verification of US Citizenship status.

(7) (CUI) Commander's Critical Information Requirements (CCIRs). Standing CCIRs are in effect and applicable to all NG forces assigned to DCNG in support of The Make D.C. Safe and Beautiful Mission.

(8) (U) Priority Information Requirements (PIR).

a. (U) Specific and credible threats to the Make D.C. Safe and Beautiful Mission.

b. (U) Indications of significant threats that impact the Make D.C. Safe and Beautiful Mission.

c. (U) Indications of reports of civil unrest within the JOA.

(9) (U) Friendly Forces Information Requirements (FFIRs).

a. (U) Any use of force by NG SMs.

b. (U) All breaches of RUF or ROC by NG SMs.

c. (U) Loss of any COMSEC device or COMSEC security comprise.

d. (U) RFAs from supported agencies.

e. **(U) Rules for the Use of Force (RUF) and Rules of Conduct (ROC).** Reference RUF/ROC briefing provided during JRSOI and published to MS Teams.

f. **(U) Risk Reduction Control Measures.**

(1) (U) All vehicle operators will maintain a valid license on the vehicles they operate. All personnel in a moving tactical vehicle will wear helmets.

(2) (U) Personnel assigned to JTF-DC must have completed annual hot weather training and force protection training.

CUI//LEI

Confidential – Subject to Protective Order    DCNG_DEF_00000171

OUO//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

g. **(U) Environmental Considerations.** Leaders will identify hazards to NG elements and the local population. Units will not conduct operations in an area of known danger to the health of NG elements without the approval of the JTF-DC Commander.

h. **Reporting Requirements**

(1) (U) Reference Annex R for reporting requirements - TBP.

i. **Key Locations**

██████████████████████████████████████████████

████████████████████████████████

**4. ADMINISTRATION AND LOGISTICS**

a. **Sustainment.** Refer to Annex D.

b. **Logistics.** Refer to Annex D.

c. **Public Affairs.** Refer to Annex F.

d. **Health Services Support.** Refer to Annex Q.

**5. COMMAND AND CONTROL**

a. **Command.**

(1) **Command Relationships.** Refer to Annex A

(2) **Command Posts**

a. (U) JFHQ-DCNG will be located at the D.C. National Guard Armory, 2001 East Capitol Street, S.E., Washington, D.C.

(3) **(U) Succession of Command for this Operation.**

a. Commanding General
b. The Adjutant General – Vacant, TBD
c. The Director of the Joint Staff
d. CDR JTF-DC
e. 113th Wing Commander

OUO//LEI

16

Confidential - Subject to Protective Order

CUI//LEI

OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE
Make D.C. Safe and Beautiful Mission

b. **(U) Command, Control, Communications, and Computer (C4) Systems.**
Refer to Annex K.

ACKNOWLEDGE:

//SIGNED//
JOHN C. CAMPO
BRIGADIER GENERAL, USAF
DIRECTOR, JOINT STAFF

OFFICIAL:

COL, DCNG
J-3

Annex A TASK ORG - TBP
Annex C OPERATIONS – TBP
Annex D LOGISTICS - TBP
Annex E PERSONNEL- TBP
Annex F PUBLIC AFFAIRS- TBP
Annex G CIVIL/MILITARY OPERATIONS (JAG/LEGAL) - TBP
Annex K COMMAND, CONTROL, COMMUNICATIONS, AND COMPUTER (C4)
SYSTEMS- TBP
Annex Q – HEALTH SERVICES- TBP
Annex R - REPORTS

CUI//LEI

Confidential - Subject to Protective Order          DCNG_DEF_00000173

# Plaintiff's Exhibit 25

## Public Version of Document Sealed Pursuant to Protective Order

CUI//LEI

Joint Force Headquarters
District of Columbia National Guard
Washington, DC 20003
22AUG2025

**FRAGO 11 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL**

**(U) References:**

    a. **(ADD)** (U) SecDef Arming Guidance

**(U) Time Zone Used Throughout the OPORD:** Local.

**(U) Task Organization:** NO CHANGE.

**1. (CUI) SITUATION.** NO CHANGE.

**2. (U) MISSION.** NO CHANGE.

**3. (CUI) EXECUTION.**

    **a. (U) Commander's Intent.**

        **(1) (ADD) (U)** This FRAGO outlines arming guidance for Make D.C. Safe and Beautiful operations. On 20 Aug 25 the Secretary of Defense (SecDef) approved a change in arming posture, for the DCNG, subordinate and assigned forces. All service members will be armed with their service-issued weapon ISO Law Enforcement missions for the duration of the mission.

    **b. (ADD) (U) Concept of the Operation.**

        **a.** Phase 1: <u>Notification.</u> Phase 1 began on 20 August with SecDef approved change to the arming posture and ends TBD.

Controlled by: DCNG
Controlled by: NGDC-JFHQ-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: COL ███████

CUILEI

**FRAGO 11 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL**

> **b.** Phase 2: <u>Integration and Deputation.</u> Phase 2 beings on 22 Aug 25 and ends o/a 24 Aug 25. From 22-24 Aug, the United States Marshals Service (USMS) will deputize select servicemembers to be armed for law enforcement support missions once enhanced posture has been approved by Department of Justice.

**c. (U) Tasks.**

**(1) (ADD) (U) Task Force Support.**

a. **(ADD) (U)** TF Support will provide an excel document with all service members who require deputation by USMS upon request. This document must explicitly state whether a servicemember is flagged and their qualification status on their assigned weapons system. This excel document must be validated by the commander for accuracy on flag status and qualification.

b. **(ADD) (U)** Be prepared to execute weapons and ammunitions draw for forces conducting law enforcement (LE) support missions.

**(2) (U) 113th Wing Commander.**

a. **(ADD) (U)** Be prepared to support all requirements, regulations, policy, and directives involving the arming of forces, as part of this operation.

b. **(ADD) (U)** Provide all necessary personnel, equipment, and sustainment to conduct base operations at ███████████████████████████████████The POC for this action is Colonel Thomas Conley at: ███████████████████████

**(3) (U) JTF-DC Commander.**

a. **(ADD) (U)** JTF-DC will provide an excel document upon request with all service members who require deputation by USMS. This document must explicitly state whether a servicemember is flagged and their qualification status on their assigned weapons system. This excel document must be validated by the commander for accuracy on flag status and qualification.

b. **(ADD) (U)** JTF-DC will provide the location, time, and number of servicemembers who require deputation to ████████████ US J-3 DOMS, at ██████████████████████████

c. **(ADD) (U)** Be prepared to execute weapons and ammunitions draw for forces conducting law enforcement support missions.

Confidential - Subject to Protective Order

~~CUI//LEI~~

**FRAGO 11 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL**

d. **(ADD) (U)** All personnel performing duties in support of civilian law enforcement will be armed with their service-issued weapon ISO Law Enforcement agencies (LEA) for the duration of the mission. Weapon status implemented will be Amber.

**(4) (U) TF CBRN.** NO CHANGE.

**(5) (U) JFHQ-DC.**

a. **(ADD) (U)** JS J-3 DOMS will coordinate with USMS to deputize personnel as determined by the needs of JTF-DC. Refer to Staff tasking, below, for additional guidance.

**(6) (U) Supporting States.** NO CHANGE.

**(7) (U) Staff.**

a. **(ADD) (U)** In coordination with JTF-DC, the following staffs (G1, J1, Joint Staff, J3 DOMS) will coordinate with USMS to deputize all service members. ████

████████████████████████████████████████

b. **(ADD) (U)** J1 will provide an excel document with all service members who require deputation by USMS to the Joint Staff, J3 DOMS. This document must explicitly state whether a servicemember is flagged and their qualification status on their assigned weapons system. This excel document must be validated by the commander for accuracy on flag status and qualification.

c. **(ADD)** (U) Provide a legal brief with updated RUF/ROE to accommodate new arming posture and guidance.

d. **(U) Coordinating Instructions.**

(1) **(███)** For deployment and redeployment, all supporting states will report departure and arrival status to the DCNG JOC at ████████████████████ or ████████

(2) **(U)** JFHQ-DC will oversee synchronization of JRSOI operations and ensure coordination between DCNG J-Staff, LCC, JTF-DC, and inbound units. POC is ████████ ████████████ or at ████████████

DCNG_DEF_00000232

~~CUI//LEI~~

**FRAGO 11 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL**

    **(3)** █████All units must report arrival status to the JRSOI cell NLT one (1) hour prior to scheduled reception brief. POC is ███████████ at ███████████ or at ███████████

    **(4) (ADD) (U)** If a servicemember has not processed through JRSOI, an abbreviated JRSOI will be conducted daily at 1300, by tasked WVNG servicemembers. JRSOI staff will coordinate with J1 for CAC-in and be prepared to brief the slide deck. For any RFIs pertaining to the JRSOI brief, SMs will be directed to the appropriate staff, on shift.

    **(5) (U)** Out-of-district forces will not bring ammunition. All ammunition requirements will be met by DCNG.

    **(6) (ADD) (U) Amber status** is categorized as (1) service member issued weapon on safe, (2) magazine inserted in weapon, (3) no round in the chamber. Service members performing LE duties will maintain Amber status until further notice.

**4. (U) ADMINISTRATION AND LOGISTICS.** NO CHANGE.

**5. (U) COMMAND AND CONTROL.** NO CHANGE.

**ACKNOWLEDGE:**

        //SIGNED//
        **JOHN J. CAMPO**
        **BRIGADIER GENERAL, USAF**
        **DIRECTOR, JOINT STAFF**

**OFFICIAL:**
███████████
**COL, DCNG**
**J-3**

# Plaintiff's Exhibit 26



# HQDA EXORD 290-25 D.C. NATIONAL GUARD IN SUPPORT OF LOCAL LAW

**Originator:** DA WASHINGTON DC

**TOR:** 08/11/2025 23:56:39

**DTG:** 112351Z Aug 25

**Prec:** Priority

**DAC:** General

ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USAREUR-AF WIESBADEN GE, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON

**To:** DC, CDRUSACIOC FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSAREC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT EISENHOWER GA, CDRUSAREC FT KNOX KY, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

PAAUZYUW RUEADWD0814 2232356-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU ZUI RUEWMCM4281 2232356
P 112351Z AUG 25
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUIAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL



Confidential - Subject to Protective Order



```
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUEPINM/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUEPINF/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT EISENHOWER GA
RUIAAAA/CDRUSAREC FT KNOX KY
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUEPHII/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUEAUSA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/HQDA EXORD 290-25 D.C. NATIONAL GUARD IN SUPPORT OF LOCAL LAW
ENFORCEMENT
CUI//
CONTROLLED BY: HQDA OCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC QIANA HARDER 703-692-2964

SUBJECT: (U) HQDA EXORD 290-25 D.C. NATIONAL GUARD IN SUPPORT OF
LOCAL
LAW ENFORCEMENT//

(U) REFERENCES:
```



CUI

REF//A/ (U) EXECUTIVE ORDER: DECLARING A CRIME EMERGENCY IN THE
DISTRICT OF COLUMBIA, 11 AUG 2025//
REF//B/ (U) SECRETARY OF THE ARMY ACTION MEMORANDUM 11 AUG 2025//
REF//C/ (U) ARMY SUPPORT TO D.C. NATIONAL GUARD CONDITIONS CHECK 08
AUG 25//

NARR// (U) THE ABOVE REFERENCES PROVIDE AUTHORITY, GUIDANCE, AND
ADDITIONAL PROCEDURES NEEDED TO RESTORE PUBLIC ORDER AND SAFETY IN
THE
DISTRICT OF COLUMBIA.

1. (U) SITUATION.

1.A. (U) THE PRESIDENT OF THE UNITED STATES IS COMMITTED TO ENSURING
THE SAFETY AND SECURITY OF UNITED STATES CITIZENS WHO LIVE IN AND
VISIT OUR NATION'S CAPITAL. THE SECRETARY OF THE ARMY HAS ORDERED THE
DISTRICT OF COLUMBIA (D.C.) NATIONAL GUARD TO SUPPORT THE DISTRICT OF
COLUMBIA IN PROTECTION OF FEDERAL BUILDINGS, NATIONAL MONUMENTS, AND
OTHER FEDERAL PROPERTIES.

2. (U) MISSION. EFFECTIVE IMMEDIATELY, D.C. NATIONAL GUARD (DCNG)
SUPPORTS LAW ENFORCEMENT ENTITIES IN THE DISTRICT OF COLUMBIA IN
ORDER
TO ENABLE THE RESTORATION OF LAW AND ORDER ACROSS THE DISTRICT.

3. (U) EXECUTION.

3.A. (U) INTENT. TO PROVIDE A VISIBLE CRIME DETERRENT TO INCREASE
SAFETY ACROSS THE DISTRICT.

3.A.1. (U) KEY TASKS.

3.A.1.A. (U) PROVIDE SUPPORT TO LAW ENFORCEMENT.

3.A.1.B. (U) DETER CRIMINAL ACTIVITY.

3.A.1.C. (U) PROVIDE A PRESENCE IN HIGH VISIBILITY AREAS THROUGH
STATIC OBSERVATION POINTS, VEHICLE PATROLS, AND DISMOUNTED PATROLS.

3.A.2. (U) END STATE. CRIMINAL ACTIVITY DETERRED AND LOCAL LAW
ENFORCEMENT ENTITIES BETTER ENABLED TO PROVIDE SAFE AND SECURE
ENVIRONMENT FOR THE D.C. METRO AREA.

3.B. (U) CONCEPT OF OPERATION. THIS OPERATION WILL BE CONDUCTED IN
THREE PHASES:

3.B.1. (U) PHASE 1-NOTIFICATION AND IDENTIFICATION. BEGINS ON 11
AUGUST 2025 AND ENDS TBD. KEY TASKS DURING THIS PHASE INCLUDE
NOTIFICATION; IDENTIFICATION OF CAPABILITY AND CAPACITY REQUIREMENTS
AND GAPS; AND CAPABILITY BUILD.

3.B.2. (U) PHASE 2-JRSOI. THIS PHASE BEGINS UPON COMPLETION OF PHASE
1 AND ENDS TBD.

3.B.3. (U) PHASE 3-SUPPORT TO D.C. LAW ENFORCEMENT AND FEDERAL
PARTNERS. THIS PHASE BEGINS UPON COMPLETION OF PHASE 2 AND ENDS TBD.

3.C. (U) TASKS TO ARMY STAFF, SUBORDINATE UNITS AND REQUESTS FOR
SUPPORT.



Confidential - Subject to Protective Order

PAGE 4 OF 5

3.C.1. (U) CHIEF, NATIONAL GUARD BUREAU (NGB).

3.C.1.A. (U) PROVIDE ACTIVATION WARNO TO THE FOLLOWING STATE ADJUTANT
GENERALS FOR SUPPORT TO DCNG: VA, SC, AL, OH, TN, VT, KY.

3.C.2. (U) COMMANDER, D.C. NATIONAL GUARD.

3.C.2.A. (U) PROVIDE SUPPORT REQUIREMENTS TO NGB AND SECRETARY OF THE
ARMY NLT 18 AUGUST 2025.

3.C.2.B. (U) PROVIDE A SITREP WITH PERSONNEL NUMBERS AND NUMBERS AND
LOCATIONS OF SITES COVERED EVERY 24 HOURS TO THE ARMY WATCH
███████████████████████ COORDINATE THESE
ACTIVITIES THROUGH LOCAL LAW ENFORCEMENT AS APPROPRIATE.

3.C.2.C. (U) PROVIDE MOBILE QRF ABLE TO RESPOND TO INCIDENTS ACROSS
THE DISTRICT.

3.C.2.D. (U) REPORT INCIDENTS OF POSITIVE SOLDIER ACTIVITY TO HQDA-OD
DOMS.

3.C.2.E. (U) COORDINATE FOR PUBLIC AFFAIRS SUPPORT / STRATEGIC
COMMUNICATIONS REQUIREMENTS THROUGH OCPA TO OSD PA.

3.C.2.F. (U) REPORT STATUS OF PERSONAL PROTECTIVE EQUIPMENT,
VEHICLES, AND SUPPORT REQUIREMENTS TO HQDA DAMO-OD DOMS.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. (U) THROUGHOUT THE PHASES, DEPUTY DIRECTOR, DAMO-OD WILL
SYNCHRONIZE GO LEVEL PROGRESS WITH NGB, ARNG, AND DCNG. COMMANDERS
WILL ENSURE APPROPRIATE PLANNING AND STANDARD OPERATING PROCEDURES ARE
BEING IMPLEMENTED TO EFFECTIVELY UTILIZE FORCES.

3.D.2. (U) TIMELINE.

3.D.2.A. (U) MISSION ANALYSIS IPR#1 - TBD.

3.D.2.B. (U) COA DEVELOPMENT IPR#2 - TBD.

3.D.2.C. (U) PROVIDE MA BRIEF TO CSA IPR#3 - TBD.

3.D.3. (U) UNIFORM: DIRECTED TO WEAR OCP, PATROL CAP, PROTECTIVE
VEST. FACE MASK / COVERINGS WILL NOT BE WORN. WEAPONS WILL NOT BE
CARRIED BUT WILL BE AVAILABLE. NO RIOT GEAR (NO BATONS, ETC.).

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) POC THIS MESSAGE: DEPUTY DIRECTOR, DAMO-OD, BG ERIC J.
RILEY; EMAIL: ██████████████████████

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS: 01 OCTOBER 2026,
UNLESS FORMALLY RESCINDED OR SUSPENDED.

ATTACHMENTS: NONE.

Confidential - Subject to Protective Order

Case 1:25-cv-03005-JMC     Document 83-1     Filed 10/31/25     Page 72 of 112



PAGE 5 OF 5

BT
#0814

NNNN
Received from AUTODIN 112356Z Aug 25

Confidential - Subject to Protective Order

DCNG_DEF_00000178

# Plaintiff's Exhibit 30

## Excerpts of Public Version of Document Sealed Pursuant to Protective Order

DCNG_DEF_00003728

# 26 August 2025 DCNG Storyboard

**U.S. ARMY**
HQDA | DCS | G-3/5/7



U.S. Soldiers with the South Carolina Army National Guard patrol Dupont Circle in Washington D.C., Aug. 25, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission Task Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Tech. Sgt. Missy Sterling)



U.S. Soldiers assigned to the West Virginia National Guard recite the oath to become deputized to support to Joint Task Force – District of Columbia at Joint Base Anacostia-Bolling Aug. 25, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work, and visit the District. (U.S. Army photo by Master Sgt. Whitney Hughes)



A U.S. Soldier with the South Carolina Army National Guard stands guard at the Dupont Metro Station in Washington D.C., Aug. 25, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission Task Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Tech. Sgt. Missy Sterling)



U.S. Army Maj. Eric Cheatham, assigned to the Tennessee Army National Guard speaks with local authorities in Washington, D.C., Aug. 24, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission, providing critical support to the D.C. Metropolitan Police Department to ensure the safety of all who live, work, and visit the District. (U.S. Army National Guard photo by Sgt. Kalina Hyche)



BE ALL YOU CAN B

# 28 August 2025 DCNG Storyboard



BE ALL YOU CAN BE

DCNG_DEF_00003731

**U.S. ARMY**
HQDA | DCS | G-3/5/7







U.S. Army Sgt. Shadoe Anderson, right, assigned to the Tennessee Army National Guard, speaks with a member from the D.C. Homeland Security Emergency Management Agency in Washington, D.C., Aug. 26, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Army National Guard photo by Sgt. Kalina Hyche)



U.S. Soldiers with the South Carolina Army National Guard patrol the Washington Metro's Dupont Station in Washington D.C., Aug. 25, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Staff Sgt. Natalie Filzen)

U.S. Soldiers assigned to the Army National Guard return to Joint Base Anacostia-Bolling after their shift patrolling Metro Center in Washington, D.C., Aug 26, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work, and visit the District. (U.S. Army photo by Sgt. Ian Doyle)

U.S. Soldiers with the 112th Military Police Battalion, Mississippi National Guard, take a group photo at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Washington D.C., Aug. 26, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful Task Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Army National Guard photo by Sgt. 1st Class Jonathan Slade)



DCNG_DEF_00003733

# 29 August 2025 DCNG Storyboard

**U.S. ARMY**
HQDA | DCS | G-3/5/7



U.S. Soldiers with the Tennessee Army National Guard engage with local partners at the Walter E. Washington Convention Center, Washington D.C., Aug. 27, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Staff Sgt. Natalie Filzen)



U.S. Soldiers with the Tennessee Army National Guard patrol the perimeter of the Walter E. Washington Convention Center, Washington D.C., Aug. 27, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Staff Sgt. Natalie Filzen)



U.S. Soldiers with the 642nd Quartermaster Detachment, District of Columbia Army National Guard, prepare meals for troops at Logistical Support Area Lincoln on Joint Base Anacostia-Bolling, Aug. 27, 2025. The dining facility supports hundreds of service members supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Army photo by Spc. Carrol Walter Hughes IV)

U.S. Army Sgt. Anders Haimbach, left, a unit supply specialist with Task Force Arsenal, South Carolina National Guard, assists with issuing weapons at Logistical Support Area Lincoln, Aug. 27, 2025. The controlled site provides secure access to equipment for service members supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Army photo by Spc. Carrol Walter Hughes IV)



BE ALL YOU CAN B

Confidential - Subject to Protective Order

2

# 30 August 2025 DCNG Storyboard

**U.S. ARMY**
HQDA | DCS | G-3/5/7

BE ALL YOU CAN BE

DCNG_DEF_00003735



U.S. Soldiers assigned to the Tennessee Army National Guard, prepare to provide critical site security for civil authorities in Washington, D.C., Aug. 27, 2025.



U.S. Air Force Brig. Gen. Peter Zalewski, left, director, Office of the Joint Chaplain, and U.S. Army Col. Vincent Cummings, State Command Chaplain District of Columbia National Guard, conduct a field circulation at Joint Base Anacostia-Bolling, Washington, D.C., Aug. 26, 2025.



U.S. Army Maj. Gen. Ronald Burkett, center right, Director of Operations, National Guard Bureau, shakes hands with a Soldier assigned to the 113th Military Police Battalion, Mississippi National Guard at Joint Base Anacostia-Bolling, Washington, D.C., Aug. 28, 2025.



U.S. Soldiers, assigned to the Tennessee Army National Guard, provide critical site security for civil authorities in Washington, D.C., Aug. 27, 2025.

# Plaintiff's Exhibit 32

## Public Version of Document Sealed Pursuant to Protective Order

# DISTRICT OF COLUMBIA NATIONAL GUARD



# RULES FOR THE USE OF FORCE (RUF) & RULES OF CONDUCT (ROC)

NAME _____

DATE _____

DCNG-RUF supersedes all other RUF.

DCNG_DEF_00000179

## TRIAL DEFENSE SERVICES (TDS)

TDS provides conflict-free legal services to those facing adverse criminal or administrative actions at no cost to the Servicemember.

**To request assistance, scan the QR code or click the link below.**
A paralegal will reach out to you in 1-2 business days.



https://forms.osi.apps.mil/r/hstWwfKxT

## RULES OF CONDUCT (ROC)

1. Using cell phones or other personal media devices while on duty and in public view is prohibited, unless authorized by your command.
2. Always present a neat military appearance and be a credit to your unit, state, and the NG.
3. Do not violate operations security.
4. Do not damage civilian property unless reasonably necessary to perform your assignment.
5. Always be courteous and respectful to members of the public.

**You will be judged by how you ACTED!**

**A**ssess your surroundings.

**C**ommunicate with law enforcement/CoC.

**T**rain on the RUF/ROC and PAO guidance.

**E**xercise good judgment, and avoid unnecessary engagements with the public.

**D**etect and report any suspicious activity to law enforcement and your CoC.

Have question? Ask a JAG.

Scan the QR code here to connect with a JA.

## GENERAL CONSIDERATIONS

- This is a civilian support mission in our Nation's Capital. The civilian law enforcement agency (LEA) is the lead.
- You are authorized to use force for mission accomplishment, self-defense, or to defend others. Use of force should, whenever possible, be coordinated with the supported LEA.
- If the use of force is necessary, you must consider the Force Continuum and use only the minimum (objectively reasonable, proportional) Level of Force.
- You are not required to exhaust each Level of Force before using a proportional Level of Force to the threat. You should immediately utilize the Level of Force (objectively reasonable, proportional) based on the totality of circumstances.
- At all times, Servicemembers must remember to represent Army/Air Force Values, always adhering to Rules of Conduct (ROC).

## RULES FOR THE USE OF FORCE (RUF)

You NEVER lose the right to self-defense or defense of others. If confronted with force, may use the minimum (**Objectively Reasonable, Proportional**) force necessary for mission accomplishment, self-defense, or defense of others.

- If time and circumstances permit, attempt to de-escalate the situation (request law enforcement assistance).
- NEVER respond solely to verbal threats.
- NEVER provoke.

**Deadly Force** - ONLY use in response to a REASONABLE belief of an IMMINENT threat of SERIOUS BODILY INJURY or DEATH to self or others and when lesser means are exhausted or unavailable.

- Three factors **MUST** accompany deadly force:
  - Aggressor must have **ABILITY** to do the harm
  - Aggressor must have **OPPORTUNITY** to harm
  - You must reasonably be in **JEOPARDY**

- NEVER use deadly force to:
  - Protect **PROPERTY**
  - Effect temporary **DETENTION**
  - Stop a **FLEEING** suspect

## FORCE CONTINUUM - ESCALATION OF FORCE

The Force Continuum is used to assess the appropriate level of force to apply in a given situation. You are not required to exhaust each Level of Force before using a proportional Level of Force to the threat. You may immediately utilize the minimum Level of Force (objectively reasonable, proportional) under the totality of circumstances.

**Level 1 - Presence of the Military**: the appearance of properly equipped and well-disciplined JTF personnel.
**Level 2 - Verbal Commands**: firmly order persons to comply with your direction.
**Level 3 - Soft Hands**: open-handed pushing back or grabbing and redirecting a physically aggressive civilian to a "prone position" on the ground (guide, hold, restrain).
**Level 4 - Non-lethal Weapons (when authorized)**: OC spray, electronic restraint device ("Taser").
**Level 5 - Hard Hands & Impact Weapons (when authorized)**: non-deadly physical force (striking or restraining), baton/ASP.
**Level 6 - Deadly Force** Only in response to a reasonable belief of an imminent threat of serious bodily harm or death and lesser means are exhausted or inadequate to proportionally respond to the threat.

## STEPS TO TAKE IF FORCE IS USED

1. Secure area.
2. Administer first aid as necessary.
3. Contact civilian law enforcement.
4. Provide Status Report (personnel, supplies, situation, and location).
5. Record witness names and contact information.
6. Make Serious Incident Report (SIR) flash and detailed.
7. Do not make statements other than to chain of command, military investigators, or law enforcement.

## OTHER CONSIDERATIONS

- You MUST be U.S. Citizens and not subject to Lautenberg restrictions (domestic violence conviction).
- Federal Tort Claims Act (FTCA) may protect you from personal liability.
- Line of Duty (LOD) may allow medical coverage: must act within course and scope of duty.

## MISSION

Effective immediately, the D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia in order to enable the restoration of law and order across the District.

## UNAUTHORIZED MISSIONS

- No arrests. (May temporarily detain only if necessary to protect yourself and others from imminent threat of bodily harm. Transfer to the police or appropriate civilian law enforcement ASAP.)
- No Intelligence gathering, or taking of pictures of U.S. persons
- No, Hostage Negotiations
- No Barricaded Suspect Extraction

## ARMED MISSIONS

- Weapons should, as a rule, only be used in self-defense and defense of others.
  - Fire only aimed shots.
  - Aim for center of mass.
  - Shoot to stop.
  - Cease fire when deadly force is no longer reasonable.
  - Do not fire warning shots.
- Must be trained and qualified on military weapon.
- No privately-owned weapons, ammo, expanding rounds, blanks.
- Use of a firearm is always deadly force.

## CHANGES TO RUF/ROC

The RUF/ROC shall not be changed without approval of the Secretary of Defense, with consultation from the U.S. Department of Justice.

DCNG_DEF_00000180

# Plaintiff's Exhibit 33

**Copy __ of __ copies**
**DCNG Armory,**
**Washington, DC**
**011700OCT25**

**FRAGO 48 to OPORD 13-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

1. **(CUI) Situation.** (NO CHANGE)

2. (U) **Mission.** (NO CHANGE)

3. (U) **Execution.**

    a.  (NO CHANGE)

    b. (U) Concept of the Operation. (NO CHANGE)

    c. (U) Tasks to Subordinate Units and Directorates.

        (1) (U) Subordinate headquarters.

            (a) (U) TF Red Hand (372d Military Police Battalion)

                1. Provide names for the M17 qualification manifest NLT ▮▮▮▮▮ for OHARNG personnel shooting on ▮▮▮▮▮ on the link below.

                2. Provide ▮ M17 SME's to support range Operations ▮▮▮▮▮ at POC is ▮▮▮▮▮ at ▮▮▮▮▮

            (b) TF Mountaineer (WVNG)

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: ▮▮▮▮▮

1

CUI//FEDCON

Confidential - Subject to Protective Order

OUW//LEI

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

1.  BPT provide names/numbers for M17 qualification for
M17 ranges.

2. Coordinate with TF Yellow Hammer for operations in
IOT enable TF MTNR qualification efforts.

(c) TF Magnolia (MSNG) (NO CHANGE)

(d) TF Bulldawg (GANG) (NO CHANGE)

1. Provide names for the M17 qualification manifest for personnel shooting
LEWTQ            at the link below.

(e) TF Yellow Hammer (ALNG)

(1) Coordinate with TF Mountaineer for operations in            and for
phase in approach to operations from

(2) (U) Direct Reporting Units.

(e) (U) HHC, 74th Troop Command. (NO CHANGE)

(f) (U) 715th Public Affairs Detachment. (NO CHANGE)

(3) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) (OUI) Other Coordinating Instructions:

**(a-r) (NO CHANGE)**

2

OUW//LEI

OUO//LEI

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(s) (NO CHANGE) Battle Rhythm:



(t-xxxxxxx) (NO CHANGE)

(yyyyyyy) (**(U) Unarmed Deputizations. (Short Suspense)** ▮▮▮▮ and ▮▮▮▮ deputations ( ▮▮ at ▮▮▮▮ will also support unarmed deputations. Each task force must submit a by-name roster, **Attachment 2**, via email to ▮▮▮▮▮▮▮▮▮▮ of all personnel who require unarmed deputations **NLT COB** ▮▮▮▮ and confirm no personnel are flagged for adverse action, aside from height/weight/ACFT. Armed deputations still require USM-3C and previous requirements, to include legal brief. Personnel not included on the roster will be turned away and must accomplish at a future deputation.

4. (U) **Sustainment.**

(a-ii) (NO CHANGE).

(jj) TFs that require handcuffs can request the following through their respective states:
Nomenctlature:HANDCUFFS; RATCHET TYPE DOUBLE BOW
NSN: ▮▮▮▮▮▮

OUO//LEI

3

Confidential - Subject to Protective Order

## FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission

Handcuffs can be ordered against the following MOSs: 31B/D/E, MOS 311A, and AOC 31A.

Handcuffs are a property book item, not OCIE. Provide the J4 order quantities and estimated arrival date after ordering through your state.

### 5. (U) **Command and Signal.**

a. NO CHANGE

b. NO CHANGE

**ACKNOWLEDGE:**

DOANE
COL

OFFICIAL:

 DCARNG
J3

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations. Change
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.

4

Confidential - Subject to Protective Order

DCNG_DEF_00003641

OUO//LEI

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

OUO//LEI

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 39

Copy ___ of ___ copies
DCNG Armory,
Washington, DC
061700SEP25

**FRAGO 24 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

1. (CUI) **Situation.** (NO CHANGE)

2. (U) **Mission.** (NO CHANGE)

3. (U) **Execution.**

   a. (NO CHANGE)

   b. (U) Concept of the Operation. (NO CHANGE)

   c. (U) Tasks to Subordinate Units and Directorates.

     (1) (U) Subordinate headquarters.

       (a) (U) TF Red Hand (372d Military Police Battalion) (NO CHANGE)

       (b)██████TF Iron Horse (SCNG). (NO CHANGE)

       (c) TF Mountaineer (WVNG). (NO CHANGE)

       (d) TF Magnolia (MSNG) (NO CHANGE)

       (e) TF Volunteer (TNNG) (NO CHANGE)

     (2) (U) Direct Reporting Units.-

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: ████████████

1

CUI//LEI

DCNG_DEF_00003520

CUI//LEI

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

       (f) (U) HHC, 74th Troop Command. (NO CHANGE)

       (g) (U) 715th Public Affairs Detachment. (NO CHANGE)

    (2) (U) Tasks to Staff. (NO CHANGE)

       (a) J-1. (NO CHANGE)

       (b) J-2. (NO CHANGE)

       (c) J-3. (NO CHANGE)

       (d) J-4. (NO CHANGE)

       (e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

    (1-9) Timeline: (NO CHANGE)

    (10) (CUI) Other Coordinating Instructions:



    (b-r) (NO CHANGE)

    (s) (CHANGE) Battle Rhythm:



2

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



(t-oooo) (NO CHANGE)

(pppp) (U) (CHANGE) All units provide SMs for de-escalation training at ███████ on ████████████ Training will begin at ████ and take approximately ███ Participants should arrive to ████████ no later than ████ on ███████



███████████████ Location of the class will be in the ████████████ of ████████████████ Participants review the below slide deck prior to participating. Also attached are links to two, 2 page PDFs to be provided to each service member that outline Tactical Breathing and the elements of De-escalation. Issuance of the attached PDFs in either paper or electronic form is authorized.

(qqqq) (U) All units provide minimum of 3 x AAR comments via email to ████████ and ████████ NLT ████████

(rrrr) (U) All TF reiterate to all SM that there should be no speeding in government vehicles or government rentals, in addition no one should be parking in any unauthorized parking. All DC laws should be obeyed by everyone on this mission. Violations of this nature should be sent up the chain of command immediately and reported to ████████ and ████████

(ssss) (U) Effective immediately, all units will equip their soldiers on mission with both an ATAK and an LMR **at the squad level**. This is required even if there are multiple squads in the same AO and are within visible contact of each other. Immediate notification of equipment shortages will be sent up to the JTF J6 team to include ATAKs, LMRs, and portable batteries with the following POCs:

CUI//LEI

3

CONFIDENTIAL

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

4. (U) **Sustainment.**

(a-m) (NO CHANGE).

(n) Complete <u>Cold Weather gear tracker</u> NLT 

(o) Update the <u>LOGSTAT</u> to include total canister count for Pro Masks per Task Force.

5. (U) **Command and Signal.**

a.  Please find revised Attachment 4 to FRAGO 10 JTF DOMOPS METRO SOI CARD 8-22-25.pptx

b.  NO CHANGE

**ACKNOWLEDGE:**

DOANE
COL

<u>OFFICIAL</u>:
DCARNG
J3

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.

CONFIDENTIAL

4

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 40

## Public Version of Document Sealed
## Pursuant to Protective Order



Joint Force Headquarters
District of Columbia National Guard
Washington, DC 20003
201700SEP2025

**FRAGO 39 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

**(U) References:** NO CHANGE.

**(U) Time Zone Used Throughout the OPORD:** LOCAL.

**(U) Task Organization:** NO CHANGE.

**1. (U) SITUATION.** NO CHANGE.

**2. (U) MISSION.** NO CHANGE.

**3. (U) EXECUTION.**

    **a. (U) Commander's Intent.** NO CHANGE.

    **b. (U) Concept of the Operation.** NO CHANGE.

    **c. (U) Tasks to Subordinate Units.** CHANGE.

        **(1) (U) Land Component Command.** CHANGE.

            **i. (ADD) (U) DCNG Fall Commander's Conference.** Provide personnel to support the planning and execution of the Fall Commander's Conference on 08NOV2025. Procure a location, that can host 150+ PAX **NLT 26 SEP 2025** to the J33. At a minimum, the location must have sound system and audio-visual capabilities, temperature control, and adequate parking.

        **(2) (U) 113th Wing Command.** NO CHANGE.

        **(3) (U) Joint Task Force Support.** CHANGE.

            **i. (ADD) (U)** IAW Annex C, Appendix 3, **Attachment 1** (21 SEP - 4 OCT 2025 Force Flow), **provide transportation support** to inbound and outbound force

Confidential - Subject to Protective Order.



**FRAGO 39 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

movements planned for 21 SEP - 4 OCT 2025. Provide "TBD" points of contact NLT 48 hours prior to scheduled movements.

    **(4) (U) Joint Task Force D.C.** CHANGE.

        **i. (ADD) (U)** IAW Annex C, Appendix 3, **Attachment 1** (21 SEP - 4 OCT 2025 Force Flow), **execute outbound force movements** including preparatory actions for outbound flights from Joint Base Andrews.

        **ii. (ADD) (U)** IAW Annex C, Appendix 3, **Attachment 1** (21 SEP - 4 OCT 2025 Force Flow), be prepared to **integrate inbound forces**, including personnel replacements to existing TFs and new mission forces from Alabama.

    **(5) (U) JFHQ-DC Staff.** CHANGE.

        **i. (ADD) (U) Execute JRSOI and reverse JRSOI actions** IAW Annex C, Appendix 3, **Attachment 1** (21 SEP - 4 OCT 2025 Force Flow) and IAW reverse JRSOI checklist published in FRAGO 31.

  **d. (U) Coordinating Instructions.** CHANGE.

        **i. (ADD) (U)** DCNG has partnered with LEO Agencies within the District to provide employment opportunities. Units will disseminate the multi-LEO Agency Recruiting Trifold, **Attachment 2**, to all SMs.

        **ii. (ADD) (U) DCNG Fall Commander's Conference.** DCNG Command Teams, to include OOD Command Teams, Directorate leads, and Special Staff OICs will attend the Commander Conference scheduled for 08NOV2025. Conference agenda and location is TBD.

**4. (U) ADMINISTRATION AND LOGISTICS.** CHANGE.

  1.        **i. (ADD) (U) JTF-DC J4, JTF-SUPPORT J4, and TF Sustainment** will complete the **Extreme Cold Weather Clothing System (ECWCS) data call rosters** for ARNG and ANG SMs to identify shortfalls **NLT 221800SEP2025**. Rosters: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ POCs: TF Sustainment, ▮▮▮▮▮▮▮▮▮▮▮▮ JTF-DC J4, ▮▮▮▮▮▮▮▮ and JTF-SUPPORT J4, ▮▮▮▮▮▮▮▮▮▮

        **ii. (ADD) (U) JTF-DC J4 and JTF-SUPPORT J4**, will complete the Airforce DX uniform data call roster ▮▮▮▮▮▮▮▮▮▮▮▮▮ **NLT**

Confidential - Subject to Protective Order

CUI

**FRAGO 39 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD
SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

**221800SEP2025**. POCs: JTF-DC J4, ████████████████ and JTF-
SUPPORT J4, ████████████ ████████████

**5. (U) COMMAND AND CONTROL.** NO CHANGE.

ACKNOWLEDGE:

//SIGNED//
**JOHN J. CAMPO
BRIGADIER GENERAL, USAF
DIRECTOR, JOINT STAFF**

OFFICIAL:

████████████████
COL, DCNG
J-3

CUI

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 42

## Public Version of Document Sealed Pursuant to Protective Order

Copy __ of __ copies
DCNG Armory,
Washington, DC
291700AUG25

**FRAGO 15 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

1. (CUI) **Situation.** (NO CHANGE)

2. (U) **Mission.** (NO CHANGE)

3. (U) **Execution.**

    a. (NO CHANGE)

    b. (U) Concept of the Operation. (NO CHANGE)

    c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

        (1) (U) Subordinate headquarters.

            (a) (U) TF Red Hand (372ᵈ Military Police Battalion) (NO CHANGE)

            (b) (CUI) TF Iron Horse (SCNG).

                1. Coordinate with TF Volunteer for tasking of 1 x ███████

            (c) TF Mountaineer (WVNG). (NO CHANGE)

            (d) TF Magnolia (MSNG) (NO CHANGE)

            (e) TF Volunteer (TNNG)

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
    Limited Dissemination Control: FEDCON
    POC: ███████

1

CUI//FT

~~CUI//LEI~~

**FRAGO 16 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

1. Provide 1 x ████████████ during next ████████████ Coordinate with TF Iron Horse for PLT tasks.

(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

(2) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) ~~(CUI)~~ Other Coordinating Instructions:

(a) (CHANGE) All units input data into attachment 1 to FRAGO 16 ████████ for the following 48 hours operational period for ongoing operational taskings.

(b-r) (NO CHANGE)

(s) (CHANGE) Battle Rhythm:



~~CUI//LEI~~

2

CUI//LEI

FRAGO 16 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission



(t-iii) (NO CHANGE)

(jjj) (U) See Attachment 2, DC Safe and Beautiful Force Protection Advisory Message, dated ▓▓▓▓▓ with guidance for a heightened threat environment. Service members may expect a heightened threat environment within the NCR and increased probability of nefarious threat actors engaging in grievance-based violence, and individuals inspired by foreign terrorist organizations, who view the MDCSB mission as a target of opportunity. Additionally, civilian populations with varying political views, may attempt to engage with JTF-DC SMs.

(kkk) (U) Effective immediately SMs are not allowed to leave the hotels alone, they are to be in buddy teams for force protection.

(lll) ▓▓▓▓ All SMs involved with physical contact (pushing, shoving, etc) in sector report to sick call to ensure medical personnel properly document the circumstance and assess for any injuries.

(mmm) All Task Force movements to mission must include a "Line 7 – POC Name, ATAK or Cell #" in every movement reported to the JTF-DC TOC in OPS Chat.

(nnn) (U) See Attachment 4, vehicle route guide/map for ▓▓▓▓▓ with locations of designated parking and restricted parking areas. POC for this product is JTF Support, ▓▓▓▓▓ at, ▓▓▓▓▓

(ooo) (U) See Attachment 3, Media Engagement Quick Reference Guide, from the Joint Information Center (JIC), regarding media engagements throughout OPN MDCSB. POC for this product is the JIC Director, ▓▓▓▓▓
▓▓▓▓▓

4. (U) **Sustainment.**

(a-e) (NO CHANGE).

3

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 16 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    f. All GSA vehicles must utilize a driver's log. The log must be completed every time a new driver utilizes the vehicle and must be kept in the vehicle at all times. See attachment 2 for driver's Log form. POC is JTF J-4 ████ ███████████ at ██████████████████

    g. All TFs provide input and validate the "JTF Meal Forecast Tracker" █████████████ for the next week ███████████ NLT ████████████ for submission to JTF Support for meal allocation. Task Forces will use the third tab only to roll-up their task force only. POC is JTF J-4 ██████████ at ████████████████

    h. Water is available in bottles and in the water buffalo at ██████████ The primary water source is the camelback hydration system. All TFs provide the number of camelback's needed for roll-up to NGB for issuance (Camelback roll-up). POC is JTF J-4 ███████████████ at ████████████████

    i. Laundry services start ████████████ Ensure all SM have a laundry bag and contact hotel laundry POC for each TF for laundry drop off/pick up process per your laundry POCs. See ██████████████ for POC at each hotel. POC is JTF J-4 ██████████ at ████████████

    j. Effective ██████████ TFs provide logistics requests to the JTF J4 through the JTF J4 request form, attachment 3. ████████ TF's complete form and ensure document is named with the following format ██ ████████████ and email to ████████████████ Purchase requests must include a quote for GPC purchases. The QR code is now obsolete. POC is JTF J-4 ███████████ at ████████████

    k. All vehicles must carry accident reporting documentation, see attachment 2 "Ground Vehicle Mishap Report Documents". The POC for this action is ██████████ at █████████████████████

    l. TF Leaders will select one (1) Senior Medic per state to submit Class VIII and M3W requests; upon submission, the POC will be contacted within two (2) business days to confirm the request and coordinate pickup based on location. Request can be made via

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

4

CUI//LEI

Confidential - Subject to Protective Order

~~CUI//LEI~~

**FRAGO 16 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



    m. All TF (State) Level Commands, provide a memorandum for record NLT ████████ from each State, identifying the quantity of M-17s needed to support OPN MDCSB to the JTF J4. The memorandums will be used to determine the number of weapons and/or weapons holsters required to issue, for each supporting States. Any property provided to supporting States will be laterally transferred in accordance with the **Property transfer guidance.** Any State/Territory receiving weapons and/or weapon holsters from DCNG JFHQ will have those items laterally transferred via GCSS-Army IAW AR-735-5, AR 710-4 and DoDI 1200.18. The POCs JTF J-4 ████████ at ██████████

5. (U) **Command and Signal.**

  a. Please find revised Attachment 4 to FRAGO 10 ██████████ ██████████

  b. All TFs provide ██████████ report ██████ (attachment 1), at ████ and ████████ in the ████████ on the ████████ hannel ██████ POC is JTF J-4 ████████ at ██████ and ████████ at ██████████

    **ACKNOWLEDGE:**

                         DOANE
                         COL

  **OFFICIAL:**

5

~~CUI//LEI~~

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 16 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

 DCARNG
J3

**Annexes:**

        Annex A–Task Organization. Omitted.
        Annex B–Intelligence. Omitted.
        Annex C–Operations.
        Annex D–Fires. Omitted.
        Annex E–Protection. Omitted.
        Annex F–Sustainment. Omitted.
        Annex G–Engineer. Omitted.
        Annex H–Signal. Omitted.
        Annex I–Announcements.
        Annex J–Public Affairs. Omitted.
        Annex K–Civil Affairs Operations. Omitted.
        Annex L–Information Collection. Omitted.
        Annex M–Assessment. Omitted.
        Annex N–Spare. Omitted.
        Annex O–Spare. Omitted.
        Annex P–Host-Nation Support. Omitted.
        Annex Q–Knowledge Management. Omitted
        Annex R–Reports. Omitted.
        Annex S–Special Technical Operations. Omitted.
        Annex T–Spare. Omitted.
        Annex U–Inspector General. Omitted.
        Annex V–Interagency Coordination. Omitted.
        Annex W–Operational Contract Support. Omitted.
        Annex X–Spare. Omitted.
        Annex Z–Distribution. Omitted.

CUI//LEI

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 43

## Public Version of Document Sealed Pursuant to Protective Order

UNCLASSIFIED





# DC Safe and Beautiful
# Force Protection Advisory Message
### *28 AUG 2025*

**Current FPCON BRAVO**                          **Tracking #2025-002**

(U) **SUMMARY:** JTF-DC Servicemembers may expect a heightened threat environment while supporting the "Make DC Safe and Beautiful" (MDCSB) mission within the NCR. Threat/nefarious actors engaging in grievance-based violence, and those inspired by foreign terrorist organizations, may view the MDCSB mission as a target of opportunity. Additionally, civilian populations with varying political views may attempt to engage with JTF-DC SMs.

(U) **RECOMMENDED ACTIONS:** Local law enforcement agreed to increase patrols in the vicinity of JTF lodging. JTF members should also implement the following Force Protection measures:

    (U) Always use the buddy system.

    (U) Change into civilian clothing when off mission or off lodging premises.

    (U) Report all incidents of verbal or written threats towards JTF members.

    (U) Provide the 5Ws for all suspicious activity witnessed by JTF members.

including any context, details, or descriptions.

(U) **REPORTING CHANNELS:**

    (U) Local Law Enforcement partners

    (U) Chain of Command

    (U) DCNG JOC: ▆▆▆▆▆▆▆ or ▆▆▆▆▆▆▆▆▆▆▆▆

(U) **LOCATIONS:** The National Capital Region (NCR) and TF Hotel locations.

(U) Distribute to the maximum extent possible.

UNCLASSIFIED

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 44

## Public Version of Document Sealed Pursuant to Protective Order

Copy __ of __ copies
DCNG Armory,
Washington, DC
181700AUG25

**FRAGO 7 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (CHANGE) Effective 190600AUG25.

>    (U) Headquarters – JTF-DC
>    (U) Subordinate headquarters – 372nd MP Battalion.
>>        (U) HHD, 372 MP Battalion.
>>        (U) 273rd MP Company.
>>        (U) 276th MP Company.
>>        (U) D Co, 223rd MI Battalion.
>>        (U) 1946th Finance Detachment.
>>        (U) Army Aviation
>>        (U) TM Defender (113th Security Forces Squadron tasked personnel)
>
>    (U) TF Mountaineer
>>        (U) West Virginia Guard
>
>    (U) TF ~~Palmetto~~ Iron Horse
>>        (U) South Carolina Guard
>
>    (U) Direct Reporting Units.
>>        (U) HHC, 74th Troop Command.
>>        (U) 547th Transportation Company.
>>        (U) 104th Maintenance Company.
>>        (U) 257th Army Band,
>>        (U) 715th Public Affairs Detachment.
>>        (U) 642nd Quartermaster Detachment.

1. ~~(CUI)~~ **Situation.** (NO CHANGE)

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: ███████████

1

~~CUI//FEI~~

CUI//LEI

FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission

2. (U) **Mission**. (NO CHANGE)

3. (U) **Execution**.

    a. JTF-DC Commander's Intent. (NO CHANGE)

    b. (U) Concept of the Operation. (NO CHANGE)

    c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

      (1) (U) Subordinate headquarters.

        (a) (U) TF Red Hand (372ᵈ Military Police Battalion) (CHANGE)

          1. ███Ensure all personnel conducting M-17 range on ██████ are prepared for bus transportation from ████ with required packing list from coordinating instructions NLT ████████ for departure from ████ Expected departure from ████ is

          2. ███Identify ██ personnel to retrieve ████████ MATVs from ██████ for pickup NLT ████ Plan for approximately ████ on ground after arrival for vehicle PMCS and inspections. Vehicles will be signed for via DA1687 IAW DA PAM 710-2-1. POC for this action is ████ at ████

          3. Provide support to ████ during ████████ ██████ on ████ IAW attachment 1, DIRLAUTH with MPD authorized.

          4. Provide 2 x personnel (coordinated by name request) for duty in their full-time positions at USPFO/CIF.

        (b) ███TF Iron Horse (SCNG).
          1. Provide support to ████ and ████ at ████ and other designated ████ IAW attachment 1.
          2. Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ████ ██ on ████████ Provide roll-up of numbers to JTF-DC J3 OPS NCO ████ NLT ████
          3.

        (c) TF Mountaineer (WVNG).
          1. Provide support to ████ on the ████████ and ████ starting ████ IAW attachment 1.

2

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

2. Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ████ on ████████ Provide roll-up of numbers to JTF-DC J3 OPS NCO ████████ NLT ████████

(d) TF Magnolia (MSNG)
1. Complete JRSOI and prepare for follow on operations.
2. Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ████ on ████████ Provide roll-up of numbers to JTF-DC J3 OPS NCO ████████ NLT ████████

(2) (U) Direct Reporting Units.

(e) (U) HHC, 74th Troop Command. (NO CHANGE)

(f) (U) 257th Army Band. (CHANGE)

1. (CUI) Ensure all remaining unqualified personnel conduct M-17 range on ████ are prepared for ████████ from ████ with required packing list from coordinating instructions NLT ████████ for departure from ████ Expected departure from ████ s ████
2. Return 1x15 PAX GSA Rental van to JTF-J4 NLT ████████

(g) (U) 547th Transportation Company.

1. (CUI) Ensure all remaining unqualified personnel conduct M-17 range on ████ are prepared for ████████ from ████ with required packing list from coordinating instructions NLT ████████ for departure from ████ Expected departure from ████ is ████
2. Water pickup: Water Pickup is scheduled for ████████ A total of 11 pallets will be picked up from DC Gov at at 3330 V Street NE and delivered to ████ 2 PAX and 1 LMTVs/MTVs required. POC is ████████ at ██

(h) (U) 642d Quartermaster Detachment. (NO CHANGE)

(i) (U) 715th Public Affairs Detachment. (NO CHANGE)

(j) (U) 104th Maintenance Company.

1. (CUI) Ensure all remaining unqualified personnel conduct M-17 range on ████ are prepared for bus transportation from ████ with required

3

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

packing list from coordinating instructions NLT ████████████ for departure from ████
Expected departure from ████████ is ████

　　　　　　　　　　2.  Return 1x15 PAX GSA Rental van to JTF-J4 NLT

████████████

　　　　(2) (U) Tasks to Staff. (NO CHANGE)

　　　　　　(a) J-1. (NO CHANGE)

　　　　　　(b) J-2. (NO CHANGE)

　　　　　　(c) J-3. (NO CHANGE)

　　　　　　(d) J-4. (CUI) Provide JFHQ 4 x LMR to support Metro station mission.

　　　　　　(e) J-6. (NO CHANGE)

　　d. (U) Coordinating Instructions.

　　　　(1) Timeline: (CHANGE)

　　　　　　(a-l) Complete

　　　　(2) (CUI) CCIRs: (NO CHANGE)

　　　　(3) (CUI) EEFIs: (NO CHANGE)

　　　　(4) (CUI) Fire Support Coordination Measures: Not applicable

　　　　(5) (CUI) Airspace Coordinating Measures: All ACMs come from current regulatory agencies and authorities.

　　　　(6) (CUI) Rules for the Use of Force: (NO CHANGE)

　　　　(7) (CUI) Risk Reduction Control Measures: (NO CHANGE)

　　　　(8) (CUI) Personnel Recovery Coordination Measures: TBD

　　　　(9) (CUI) Themes and messages: TBD

　　　　(10) (CUI) Other Coordinating Instructions:

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(a) All units reference attachment 1 to FRAGO 6 for ongoing operational taskings.

(b-q) (NO CHANGE)

(r) (CHANGE). Please specify task force name, subordinate unit, and exact location of pick-up. All units requesting ▮▮▮▮ please fill out ▮▮▮▮ and place in appropriate folder within ▮▮▮▮ Please note that all requests must be in at 2200 the day before it needs to be actioned. POC is J3 CUOPs at ▮▮▮▮

(s) Battle Rhythm reference attachment 3 and below:



(t) All units must completely fuel assigned GSA vehicles NLT ▮▮▮▮ **Currently assigned GSA fuel cards will be deactivated at** ▮▮▮▮ Fuel card must be turned in to the JTF J-4 by ▮▮▮▮ New fuel cards will be reissued on ▮▮▮▮ The POC is the JTF J-4 ▮▮▮▮ at ▮▮▮▮ and ▮▮▮▮ at ▮▮▮▮

(u) Knowledge management: JTC-DC teams page is: ▮▮▮▮

(v) Effective ▮▮▮▮ subordinate TFs and units will report all SIGACTS and SP times to the ▮▮▮▮ within the ▮▮▮▮ Continue using the existing means of communicating SIGACTS and SP updates (e.g., ▮▮▮▮ etc).

(w) Units verify the number of M17 Pistol holsters available on-hand. Provide total number of both Right-handed and Left-handed holsters to the POC

CUI//LEI

5

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



NLT ███████████ POCs. POC is JTF J-4 ████████████████ at ██████████████████ and ████████████████ at ██████

      (x) Provide rollup of Taser ██████████ to POC NLT ████████ Roll-up must include total quantity, the number of █████ devices, and the number of ██████ devices. POC is JTF J-4 ███████████ at ██████ and ████████████████ at ██████

4. (U) **Sustainment.** (NO CHANGE)

5. (U) **Command and Signal.**

    a. Please find revised <u>Attachment 4 to Frago 5 JTF SOI CARD PARTIAL.pptx</u>

      **ACKNOWLEDGE:**

                                     DOANE
                                       COL

OFFICIAL:

 DCARNG
J3

CUI//LEI

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

CUI//LEI

Confidential - Subject to Protective Order

DCNG_DEF_00003415