# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**,<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-03005 (JMC) |

## NOTICE OF FILING OF UNSEALED EXHIBITS

Pursuant to Local Civil Rule 5.1(h)(1) and the Stipulated Protective Order entered in this case, ECF No. 64, Defendants hereby publicly file certain exhibits that were previously filed by the parties under seal. *See* ECF Nos. 69, 71 (Motions to Seal). Defendants have removed the Confidential designation from the following versions of the exhibits with redactions, thus allowing the public filing of these exhibits with redactions: Plaintiff's Exhibit Nos. 3, 5, 8, 9, 10, 27, 29, 30, 31, and 32, as well as Defendants' Exhibit 2. Notably, Defendants previously publicly filed four pages extracted from Plaintiff's Exhibit No. 30 and moved to seal the remainder of that exhibit. *See* ECF No. 82.

Attached to this Notice are the public versions of the exhibits identified in this Notice.

Dated:  November 20, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special counsel

/s/ Kian K. Azimpoor
KIAN KEVIN AZIMPOOR
U.S. Department of Justice
Trial Attorney
Civil Division, Federal Programs Branch 1100 L Street, NW
Washington, D.C. 20005
Phone: 202-598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*