UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**,<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-03005 (JMC) |

### DEFENDANTS' REPLY IN SUPPORT OF MOTION TO SEAL

Following Plaintiff's submission of their opposition brief, the Parties conferred regarding the sealed exhibits that Plaintiff challenges. *See* ECF No. 85. With respect to Plaintiff's Exhibits 3, 5, 8, 9, 10, 27, 29, and 31, as well as Defendants' Exhibit 2, for which no public version currently exists, the Parties have agreed on the appropriate scope of redactions for a public filing of those exhibits. Similarly, for Plaintiff's Exhibit 30—previously filed publicly with redactions—the Parties have agreed to lift additional redactions in the publicly filed version of that exhibit. Defendants have now filed the revised public versions of all exhibits for which the Parties reached agreement. The Parties further agree that the original unredacted versions of those exhibits may remain under seal.

However, the Parties have not been able to reach agreement regarding the scope of redactions for Plaintiff's Exhibit 32. Defendants refer the Court to Plaintiff's

position regarding that exhibit. *See* ECF No. 85 at 11-12. Defendants have, nonetheless, filed a revised public version with additional redactions removed, but Plaintiff continues to challenge the need to maintain Exhibit 32 under seal notwithstanding the further lifting of redactions. *See* ECF No. 90.

Contrary to Plaintiff's position, there is a strong interest in maintaining the Arming Order Matrix under seal because it contains sensitive information bearing directly on ongoing and future operational integrity. Access to the Arming Order Matrix could allow the public, including bad actors, to anticipate whether and how servicemembers' could respond to threats or other activity—not only in the operation at issue, but also in future National Guard operations. Such knowledge may undermine the effectiveness of operations. Defendants have not publicly released this information and maintain that the inadvertent or wrongful disclosure of sensitive materials does not waive Defendants' interest in preserving their protected status. Defendants, therefore, request that the unredacted version of Plaintiff's Exhibit 32 remain under seal.

Dated: November 20, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney
General Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG

Special counsel

/s/ Kian K. Azimpoor
KIAN KEVIN AZIMPOOR
U.S. Department of
Justice Trial Attorney
Civil Division, Federal Programs Branch 1100
L Street, NW
Washington, D.C. 20005
Phone: 202-598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*