UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-03005 (JMC) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's November 20, 2025 Memorandum Opinion (ECF No. 88) and Order (ECF No. 89) granting Plaintiff's motion for a preliminary injunction and a section 705 stay.

Dated: November 25, 2025

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Kian K. Azimpoor*
KIAN KEVIN AZIMPOOR
(D.C. Bar No. 90024613)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Phone: 202-598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*