# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-03005 (JMC) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Defendants, by undersigned counsel, hereby move for an extension of time to file their answer to Plaintiff's complaint. In support thereof, Defendants state as follows:

1. On November 20, 2025, this Court entered a memorandum opinion and order granting Plaintiff's motion for a preliminary injunction and section 705 stay. *See* ECF Nos. 88, 89. That opinion and order also partially denied Defendants' Rule 12 motion to dismiss. *See id.* In its opinion, the Court noted that it addressed only Plaintiff's APA contrary to law claims regarding the Home Rule Act, the EMAC, and Title 32 against the DOD Defendants and, in so doing, was granting Plaintiff's motion for preliminary relief and denying Defendants' motion to dismiss as to those claims. ECF No. 88 at 12. The Court also noted that it "makes no ruling as to whether the District would also be entitled to preliminary relief on any of its remaining claims, and will resolve Defendants' motion to dismiss those claims separately." *Id.*

2. Federal Rule of Civil Procedure 12(a)(4) provides that a responsive pleading must be served within 14 days of the denial of a Rule 12 motion. Accordingly, Defendants' answer may

currently be due on December 4, 2025, though the Court has only partially resolved Defendants' motion to dismiss.

3. In order to allow adequate time for Defendants to prepare their answer, and to provide this Court with additional time to fully resolve Defendants' motion to dismiss, Defendants request an extension of time until January 9, 2026, or 14 days after the Court fully resolves the remainder of the motion to dismiss, whichever is later, to file their answer.

4. Undersigned counsel for Defendants has conferred with Plaintiff's counsel regarding this motion. Plaintiff is unopposed to the requested relief.

Accordingly, Defendants request an extension of time to file their answer to Plaintiff's complaint. A proposed order is attached.

Dated: December 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

*/s/ Kian K. Azimpoor*
KIAN KEVIN AZIMPOOR
(D.C. Bar No. 90024613)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

Phone: 202-598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*

3