## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**,<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-3005(JMC) |

## [PROPOSED] ORDER

Plaintiff the District of Columbia's Motion for Summary Judgment Briefing Schedule is **GRANTED**.

It is **ORDERED** that:

1) Defendants shall produce and certify the administrative record by January 30, 2026;

2) Plaintiff shall file its motion for summary judgment by February 27, 2026;

3) Defendants shall file their opposition to Plaintiff's motion for summary judgment and any cross-motion for summary judgment by March 30, 2026;

4) Plaintiff shall file its reply in support of summary judgment and its opposition to any cross-motion for summary judgment by April 14, 2026; and

5) Defendants shall file their reply in support of any cross-motion for summary judgment by April 29, 2026.

**SO ORDERED.**

Date: _____

_____
JIA M. COBB
United States District Judge