UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-03005-JMC |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Stay Further District Court Proceedings and Plaintiff's Motion for a Summary Judgment Briefing Schedule, it is hereby ORDERED that Plaintiff's Motion for a Summary Judgment Briefing Schedule is DENIED; and it is further ORDERED that Defendants' Motion to Stay Further District Court Proceedings is GRANTED; and it is further ORDERED that this case is STAYED pending resolution of the appeal currently before the United States Court of Appeals for the District of Columbia Circuit.

IT IS SO ORDERED.

_____    _____
Date                                                      JIA M. COBB
                                                                United States District Judge