UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-3005(JMC) |

## [PROPOSED] ORDER

Plaintiff the District of Columbia's Motion for Summary Judgment Briefing Schedule is **GRANTED**.

It is **ORDERED** that:

1) The parties' briefs pertaining to Plaintiff's Motion for a Preliminary Injunction and Section 705 Stay and Defendants' Motion to Dismiss shall be converted to briefs in support of cross-motions for summary judgment;

2) The parties may file supplemental briefs in support of their cross-motions for summary judgment by February 15, 2026; and

3) The parties may file supplemental reply briefs in support of their cross-motions for summary judgment by March 1, 2026.

**SO ORDERED.**

Date: _____

_____
JIA M. COBB
United States District Judge