IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants.* | Case No. 25-cv-3005 (JMC) |

**[PROPOSED] ORDER ON MOTION OF OVERSIGHT PROJECT AND PRESIDENT MIKE HOWELL'S MOTION TO PARTICIPATE AS *AMICI CURIAE* ON FURTHER PROCEEDINGS**

Upon consideration of The Oversight Project and Mike Howell's Motion to Participate as Amici Curie on Further Proceedings, it is hereby ORDERED that the Motion is GRANTED and that movants be provided leave to file an *amici* brief on further proceedings.

Dated: _____                              _____

The Honorable Jia M. Cobb
United States District Judge