## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

             Plaintiff,

     v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,

             Defendants.

Case No. 25-cv-3005 (JMC)

## ORDER

It is hereby **ORDERED** that the District's Motion for a Summary Judgment Briefing Schedule, ECF 97, is **DENIED**. Defendants' Motion to Stay Further Proceedings, ECF 98, is **GRANTED**. The remainder of Defendants' Motion to Dismiss, ECF 35, is **DENIED** without prejudice.

The Court finds that staying proceedings, as opposed to ordering summary judgment briefing or considering the remainder of Defendants' motion to dismiss, is appropriate at this stage. The Court's prior memorandum opinion and order granting a preliminary injunction in this case are on appeal at the D.C. Circuit. ECF 88; ECF 89; ECF 92. The D.C. Circuit has entered a briefing schedule for that appeal. *District of Columbia v. Trump*, No. 25-5418, Feb. 4, 2026 Clerk's Order 2157569 (setting a briefing schedule in the appeal that runs through May 6, 2026). The Court's rulings on the remainder of the issues in Defendants' Motion to Dismiss may be informed by the Circuit's reasoning in deciding the appeal, including on threshold issues like standing. As such, the Court finds that it would be unproductive for the Parties to brief issues before this Court before the Circuit has issued its decision. The Court will deny the remainder of the Motion to Dismiss without prejudice at this time. The Parties will have an opportunity to

1

raise arguments on the remaining issues through a Federal Rule of Civil Procedure Rule 12(c)

motion or through summary judgment briefing upon conclusion of the appeal.

Accordingly, this case is **STAYED** until further order of this Court. It is further

**ORDERED** that the Parties shall submit a joint status report within 14 days of the issuance of a

decision in *District of Columbia v. Trump*, No. 25-5418, apprising the Court as to the Parties'

proposed schedule for further proceedings.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 2, 2026